B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Alabama | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Colonial BancGroup, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**00-0001573** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Colonial Bank Boulevard**<br>**Montgomery, AL**<br>ZIP Code **36117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Colonial BancGroup, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)                    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **The Colonial BancGroup, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Rufus T. Dorsey, IV**
Signature of Attorney for Debtor(s)

**Rufus T. Dorsey, IV**
Printed Name of Attorney for Debtor(s)

**Parker Hudson Rainer & Dobbs LLP**
Firm Name

**285 Peachtree Center**
**Tower 2  Ste. 1500**
**Atlanta, GA 30303**

Address

**404-523-5300  Fax: 404-522-8409**
Telephone Number

**August 25, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sarah H. Moore**
Signature of Authorized Individual

**Sarah H. Moore**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**August 25, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### CERTIFICATE OF PASSAGE OF RESOLUTION OF
### THE BOARD OF DIRECTORS OF THE COLONIAL BANCGROUP, INC.

I, the undersigned, hereby certify that the Resolution of the Board of Directors of The Colonial BancGroup, Inc. attached hereto is a true copy of the Resolution adopted by the Board of Directors of The Colonial BancGroup, Inc., at a duly noticed meeting of said Board held on August 13, 2009, and entered upon the regular minute books of The Colonial BancGroup, Inc., and now is in full force and effect, and that the Board of Directors of The Colonial BancGroup, Inc., at the time of the adoption of said Resolutions, had full power and lawful authority to adopt the said Resolutions and to confer these powers thereby granted to the officer(s) therein named, who has full power and lawful authority to exercise the same.

Done this 18th day of August, 2009.

**THE COLONIAL BANCGROUP, INC.**

**CORPORATE**
**SEAL**

By: _____

Its:  **Secretary**

# THE COLONIAL BANCGROUP, INC.
## ACTION TAKEN BY THE BOARD OF DIRECTORS

The undersigned, being all of the directors of THE COLONIAL BANCGROUP, INC., a Delaware corporation (the "Company"), do hereby take the following actions and adopt the following resolutions at a meeting duly noticed and held pursuant to the Delaware General Corporation Law:

WHEREAS, each director of The Colonial BancGroup, Inc., a Delaware corporation (the "Company"), has evaluated the Company's alternatives in connection with a possible debt restructuring, and it is the judgment of such directors that it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a voluntary petition (the "Petition") be filed by the Company for relief under either Chapter 7 or Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that each of *Lewis E. Beville*, as the Chief Executive Officer and President of the Company, *Simuel Sippial, Jr.*, as Chairman of the Board of the Company, *Sarah H. Moore*, as the Chief Financial Officer of the Company, and *T. Brent Hicks,* as Chief Accounting Officer of the Company, and their respective successors in such offices (individually, an "Authorized Person" and collectively, the "Authorized Persons") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute and verify the Petition for relief under either Chapter 7 or Chapter 11 of the Bankruptcy Code and to cause the same to be filed in any United States Bankruptcy Court constituting a proper venue, including, but not limited to, the United States Bankruptcy Court for the Middle District of Alabama, or the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as determined by such Authorized Person in consultation with counsel;

BE IT FURTHER RESOLVED, that the Company is authorized to employ law firm of Parker, Hudson, Rainer & Dobbs LLP ("PHR&D") as counsel for the Company, under a general retainer, to advise the Company regarding the commencement of a bankruptcy case under either Chapter 7 or Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case"), to assist the Company in the preparation for and commencement of the Bankruptcy Case and, subject to Bankruptcy Court approval, to represent the Company in the Bankruptcy Case; and each Authorized Person, in the name and on behalf of the Company, may enter into such engagement or retention agreements with PHR&D and pursuant thereto agree to pay such compensation and expense reimbursement (and retainers or security deposits therefor) as such Authorized Person shall determine to be necessary or advisable;

BE IT FURTHER RESOLVED, that any Authorized Person be, and hereby is, authorized and empowered to execute and cause to be filed all petitions, schedules, motions, lists, applications, pleadings, plans (whether of liquidation or reorganization), disclosure statements and other papers deemed necessary or desirable to prosecute the Bankruptcy Case and, in connection therewith, to employ and retain any legal counsel, accountants, financial advisors, public relations advisors, and other professionals and to

take and perform any and all further acts and deeds, in each case that such Authorized Person deems necessary, proper, advisable or desirable in connection with the Bankruptcy Case;

BE IT FURTHER RESOLVED, that each Authorized Person and any employees or agents (including counsel) designated by any such Authorized Person be, and each hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate, enter into, execute, deliver, certify, file and/or record, and to perform all of its obligations under, all such agreements, instruments, assignments, motions, affidavits, certificates, or other documents, as in the judgment of any such Authorized Person shall be or become necessary, proper, advisable or desirable to effectuate a successful restructuring of the Company's business and assets, or the sale or other liquidation thereof;

BE IT FURTHER RESOLVED, that each Authorized Person, or any of such Authorized Person's designees, be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to enter into financing or other arrangements to finance the operations of the Company during the pendency of the Bankruptcy Case, to enter into any contracts for the sale of all or any part of the assets of the Company and to reorganize the affairs or undertake the liquidation of the assets of the Company, all as determined to be necessary, proper or desirable by such Authorized Person consistent with the Bankruptcy Code and the applicable rules thereunder, in each case on such terms and subject to such conditions and in such forms and with such changes, modifications or additions thereto as such Authorized Person or any designee shall approve;

BE IT FURTHER RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay all fees and expenses incurred by the Company or for the Company's account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereto, and such Authorized Person or such Authorized Person's designee be, and hereby is, authorized and empowered to make said payments as such Authorized Person or designee may deem necessary, appropriate, advisable or desirable, such payment by any such Authorized Person or designee to constitute conclusive evidence of such Authorized Person's determination and approval of the necessity, appropriateness, advisability or desirability thereof;

BE IT FURTHER RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute such consents of the Company as such Authorized Person considers necessary, proper, advisable or desirable to effectuate these Resolutions, such determination to be evidenced by such execution or taking of such action; and

BE IT FURTHER RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Company, in furtherance of any or all of the preceding Resolutions be, and the same hereby are, ratified, confirmed and approved.

# United States Bankruptcy Court
## Middle District of Alabama

In re    **The Colonial BancGroup, Inc.**

Debtor ,

Case No. _____

Chapter _____**11**_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **1-13508**_____.

2. The following financial data is the latest available information and refers to debtor's condition on   **8/14/09**_____.

| | | Approximate number of holders |
|---|---|---|
| a. Total assets | $ **45,000,000.00** | |
| b. Total debts (including debts listed in 2.c.,below) | $ **380,000,000.00** | |
| c. Debt securities held by more than 500 holders. | | |
| secured / /    unsecured / /    subordinated /**X** / | $ **253,700,000.00** | **0** |
| secured / /    unsecured /**X**/    subordinated / / | $ **104,092,775.00** | **0** |
| secured / /    unsecured /**X**/    subordinated / / | $ **5,182,000.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $ **0.00** | **0** |
| secured / /    unsecured / /    subordinated / / | $ **0.00** | **0** |
| d. Number of shares of preferred stock | **300,000** | **0** |
| e. Number of shares of common stock | **202,741,587** | **0** |

Comments, if any:
**The above are estimates after giving effect to FDIC action with respect to Colonial Bank, a wholly-owned subsidiary of the Debtor; see Sarah H. Moore Declaration for details**

3. Brief description of debtor's business:
**Debtor is a Delaware corporation that was organized in 1974 as a bank holding company and operated as a financial holding company for its subsidiaries, including Colonial Bank.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Barclays Global Investors, NA**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Middle District of Alabama

In re    **The Colonial BancGroup, Inc.** _____    Case No. _____

Debtor(s)        Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Broadridge<br>P.O. Box 23487<br>Newark, NJ | Broadridge<br>P.O. Box 23487<br>Newark, NJ | Expenses of mailing Shareholder Information | | 4,385.48 |
| Bryan Cave, LLP<br>P.O. Box 503089<br>St. Louis, MO | Bryan Cave, LLP<br>P.O. Box 503089<br>St. Louis, MO | Legal Services | | 1,574.00 |
| Business Wire<br>44 Montgomery St., 39th Floor<br>San Francisco, CA | Business Wire<br>44 Montgomery St., 39th Floor<br>San Francisco, CA | Services rendered re government action notice and search warrant clarificaton | | 6,980.00 |
| Continental Stock Transfer & Trust Co.<br>17 Battery Place, 8th Floor<br>New York, NY | Continental Stock Transfer & Trust Co.<br>17 Battery Place, 8th Floor<br>New York, NY | Transfer Agent fee | Unliquidated | 28,500.00 |
| Diversified Reporting Services, Inc.<br>1101 Sixteenth St, NW<br>Washington, DC | Diversified Reporting Services, Inc.<br>1101 Sixteenth St, NW<br>Washington, DC | Deposition Transcripts | | 595.00 |
| Don Powell<br>P.O. Box 468<br>Amarillo, TX 79105 | Don Powell<br>P.O. Box 468<br>Amarillo, TX 79105 | Expense Reimbursements | | 432.92 |
| Fine Geddie & Associates<br>423 South Hull Street, #1<br>Montgomery, AL | Fine Geddie & Associates<br>423 South Hull Street, #1<br>Montgomery, AL | Lobbying service fee | | 5,000.00 |
| Georgeson, Inc.<br>36758 Treasury Center<br>Chicago, IL | Georgeson, Inc.<br>36758 Treasury Center<br>Chicago, IL | Cancellation fee relating to meeting | | 3,515.39 |
| Glenda Allred<br>8133 Longneedle Place<br>Montgomery, AL 36117 | Glenda Allred<br>8133 Longneedle Place<br>Montgomery, AL 36117 | Non-Qual. Deferred Comp Plan | | 4,800.00 |
| Habif, Arogeti & Wynne, LLP<br>Five Concourse Parkway<br>Atlanta, GA 30328 | Habif, Arogeti & Wynne, LLP<br>Five Concourse Parkway<br>Atlanta, GA 30328 | Accounting Services | | 2,265.00 |

In re   **The Colonial BancGroup, Inc.**                    Case No. _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Paul M. Horman<br>1832 24th Street NW<br>Washington, DC | Paul M. Horman<br>1832 24th Street NW<br>Washington, DC | Business Trip Expense | | 1,484.92 |
| RR Donnelley<br>P.O. Box 905151<br>Charlotte, NC | RR Donnelley<br>P.O. Box 905151<br>Charlotte, NC | Invoice No. 1204871900 for expenses relating to proxy draft, file and mailing | | 19,766.12 |
| State of Delaware<br>P.O. Box 11728<br>Newark, NJ | State of Delaware<br>P.O. Box 11728<br>Newark, NJ | Franchise Tax Quarterly Fee | | 33,000.00 |
| Strategic Stock Surveillance, LLC<br>331 Madison Avenue, 4th Floor<br>New York, NY | Strategic Stock Surveillance, LLC<br>331 Madison Avenue, 4th Floor<br>New York, NY | Services rendered relating to stock watch | | 3,000.00 |
| The Bank of New York Trust Company, N.A<br>101 Barclay Street<br>Floor 8 West<br>New York, NY | The Bank of New York Trust Company, N.A<br>101 Barclay Street<br>Floor 8 West<br>New York, NY | Monies Received in connection with the 2008 Issue of 8.875% Subordinated Notes Due 2038 | | 253,700,000.00 |
| The Bank of New York Trust Co. of Fla.<br>10161 Centurion Parkway<br>Jacksonville, FL | The Bank of New York Trust Co. of Fla.<br>10161 Centurion Parkway<br>Jacksonville, FL | Monies received in connection with the 2003 issuance of Floating Rate Junior Subordinated Interest Debentures Due 2033 | | 104,092,775.00 |
| Toyota Motor Credit Corporation<br>P.O. Box 17187<br>Baltimore, MD 21297 | Toyota Motor Credit Corporation<br>P.O. Box 17187<br>Baltimore, MD 21297 | Car Lease Payments | | 32,403.51 |
| U.S. Bank National Association<br>225 Asylum Street<br>Goodwin Square<br>Hartford, CT | U.S. Bank National Association<br>225 Asylum Street<br>Goodwin Square<br>Hartford, CT | PCB Capital Trust II | | 5,182,000.00 |
| Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266 | Phone Service | | 66.47 |
| | | | | |

In re   **The Colonial BancGroup, Inc.**                    Case No.                   

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 25, 2009**                Signature   **/s/ Sarah H. Moore**

                                                  **Sarah H. Moore**
                                                **Chief Financial Officer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Alabama

In re    **The Colonial BancGroup, Inc.**        Case No.

Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 25, 2009**        **/s/ Sarah H. Moore**

**Sarah H. Moore/Chief Financial Officer**
Signer/Title

The Colonial BancGroup, Inc.
100 Colonial Bank Boulevard
Montgomery, AL 36117


Alabama Banking Department
P.O. Box 4600
Montgomery, AL 36103-4600


Alabama Department of Revenue - Legal
P.O. Box 320001
Montgomery, AL 36132-0001


Allred, Glenda
8133 Longneedle Pl
Montgomery, AL 36117


Andrew Kurth, LLP
1717 Main Street
Suite 3700
Dallas, TX 75201


Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004


Aroix, Aledia
5700 Collins Ave
Unit 16L
Miami Beach, FL 33140


Augustus Clements
2740 Central Parkway
Montgomery, AL 36106


Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203

Bassett, Robert
5940 Paradise Circle
Naples, FL 34110


BB&T (succ. to int. of Colonial Bank)
100 Colonial Bank Blvd.
Montgomery, AL 36117


Bennett, Debra
261 Minorca Beach Way  502
New Smyrna Beac, FL 32169


Betty, Michael
11289 Sea Grass Circle
Boca Raton, FL 33498


Blackwell, Larry
800 Meriwether Rd
Pike Road, AL 36064


BP 395 Nashville GP, LLC
8235 Douglas Avenue
Suite 770
Dallas, TX


BP Hwy 10 San Antonio, LTD
8235 Douglas Avenue
Suite 770
Dallas, TX


Broadridge
P.O. Box 23487
Newark, NJ


Bruce N. Adams, Esq.
22 East 12th Street
Anniston, AL 36201

Bryan Cave, LLP
P.O. Box 503089
St. Louis, MO


Burge, Raymond
7167 Wyngrove Drive
Montgomery, AL 36117


Burke, John
1425 WINSTON RD
MAITLAND, FL 32751


Business Wire
44 Montgomery St., 39th Floor
San Francisco, CA


C.O. Holdbrooks
420 Golden Gate Point, 500A
Sarasota, FL 34236


Carr, Douglas
4532 Dawn Peak Dr
Las Vegas, NV 89129


Carrera, Ernest
4812 N Shirley Drive
Tampa, FL 33603


Cassady & Cassady, P.C.
14 South Section Street
Fairhope, AL 36532


Childree, Susan
P O Box 70651
Montgomery, AL 36107

Chong, Patricia
22548 Blue Fin Trail
Boca Raton, FL 33428


Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059


Clark, David
1295 WOODLANE LAKE DR
SNELLVILLE, GA 30278


Colon & Lopez, P.A.
P.O. Box 130
325 E. Davidson Street
Bartow, FL 33831


Condon, Michelle
1275 Westmoreland Ave
Montgomery, AL 36106


Continental Stock Transfer & Trust Co.
17 Battery Place, 8th Floor
New York, NY


Copeland, Ethan
4387 Boulder Lake Circle
Birmingham, AL 35242


Copeland, Franco, Screws & Gill
444 South Perry Street
Montgomery, AL 36104


Crabtree, Richard
132 Avalon Ln
Anniston, AL 36207

Crouch, Sandra
508 Palm Drive
Largo, FL 33770


Crowell, James
6553 Longwood Trace Lane S
Lakeland, FL 33811


Davis, Howard
481 E WEBSTER AVE
WINTER PARK, FL 32789


Delisle, Kenneth
20031 NW 5TH STREET
PEMBROKE PINES, FL 33029


Denton 1385 Partners
6500 Greenville Avenue, Suite 350
Dallas, TX


Diversified Reporting Services, Inc.
1101 Sixteenth St, NW
Washington, DC


Don Powell
P.O. Box 468
Amarillo, TX 79105


Douberley & Cicero
1000 Sawgrass Corp. Parkway
Suite 590
Fort Lauderdale, FL 33323


Duane Morris LLP
Suite 3400
200 South Biscayne Boulevard
Miami, FL 33131-2318

Eric M. Albritton
P.O. Box 2649
Longview, TX 75606


Esper, Michael
12560 Coconut Creek Ct
Fort Myers, FL 33908


Federal Deposit Insurance Corporation
10 Tenth Street, NE
Suite 800
Atlanta, GA 30309-3906


Fine Geddie & Associates
423 South Hull Street, #1
Montgomery, AL


Free, Lisa
6268 Henley Way
Montgomery, AL 36117


Freeman, Quieman
533 Clay St
Montgomery, AL 36104


Georgeson, Inc.
36758 Treasury Center
Chicago, IL


Gibertini, Scott
3421 CYPRESS LANDING DR
Valrico, FL 33594


Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Glenda Allred
8133 Longneedle Place
Montgomery, AL 36117


Gonzalez, Ernesto
1231 Se 10th Street
Deerfield Beach, FL 33441


Gray Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, FL 32801


Gray, Langford, Sapp, McGowan, Gray
400 South Union Street
#205
Montgomery, AL 36104


Green, Linda
1527 Locust Circle Sc
Huntsville, AL 35801


Gregory Louis Davis, Esq.
6987 Halcyon Park Drive
Montgomery, AL 36117


Gruber Hurst Johansen & Hail LLP
1445 Ross Avenue
Suite 2500
Dallas, TX 75202


Guffey, Cary
2036 Eagle Park Lane
Birmingham, AL 35242


Habif, Arogeti & Wynne, LLP
Five Concourse Parkway
Atlanta, GA 30328

Hargrove, Walter
3333 Ridgefield Dr
Montgomery, AL 36106


Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022


Hawk, Larry
2349 McMurry Drive
Powder Springs, GA 30127


Hester, Gerald
685 HIGHLAND DR
MADISON, AL 35758


Hicks, Charles
293 SW OTTER RUN PLACE
STUART, FL 34997


Hicks, Thomas
8101 WYNDRIDGE DRIVE
MONTGOMERY, AL 36117


Hill, Curtis
105 Timber Ridge
Alabaster, AL 35007


Hill, Patti
7257 Brisbane Place
Montgomery, AL 36117


Holland, C.
3016 Purdue
Dallas, TX 75225

Hudson, Sally
3607 Julian Town Rd
Letohatchee, AL 36047


Huie, Fernambucq and Stewart, LLP
Protective Building 3, Suite 200
2801 Highway 280 South
Birmingham, AL 35223


Internal Revenue Service
801 Tom Martin Drive
Mail Stop 126
Birmingham, AL 35211


James Rane
1100 US Highway 431 North
Abbeville, AL 36310


Jensch, John
6120 Indian Meadow
Orlando, FL 32819


Joe Mussafer
3181 Selma Highway
Montgomery, AL 36108


John Ed Mathison
6472 Wynwood Place
Montgomery, AL


Jones Walker
254 State Street
P.O. Box 46
Mobile, AL 36601


Julian, John
1450 Overbrook Rd
Millbrook, AL 36054

Junkins, Leah
P O Box 676
Gulf Shores, AL 36547


Karansky, John
8221 Sw 164 Street
Palmetto Bay, FL 33157


Kimmelgeiger, Kerry
1363 Vestavia Circle
Melbourne, FL 32940


King, Patricia
1521 Foggy Ridge Pkwy
Lutz, FL 33559


Kirkland, Mace
211 Habersham Dr
Dothan, AL 36301


Kissick, Catherine
3214 Osceola Ave
Orlando, FL 32806


Klafter, Olsen & Lesser, LLP
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036


Labaton Sucharow LLP
140 Broadway
New York, NY 10005


Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Loftin, Robert
1501 Grasslands Blvdunit 3
Lakeland, FL 33803


Macki, Lina
19601 Nw 88 Avenue
Miami, FL 33018


Manning, Jack
157 George Chapman Drive
Meridianville, AL 35759


Martino, Lee
1087 Marco Drive Ne
Saint Petersbur, FL 33702


McCarthy, Justin
1103 Adams Street
Hollywood, FL 33019


McConwell, Kenneth
1057 Deena Way
Fallon, NV 89406


MCOL Development Four LLC
4125 Old Milton Parkway
Alpharetta, GA


MCOL Development One, L.P.
11525 Park Woods Circle
Alpharetta, GA


MCOL Development Three, L.P.
4125 Old Milton Parkway
Alpharetta, GA

Mellini, Paul
1005 EDEN ISLE DRIVE NE
SAINT PETERSBUR, FL 33704


Millender, Martin
1574 Whispering Oaks Cir
Naples, FL 34110


Mills, Judy
237 RICH FIELD RD
DEATSVILLE, AL 36022


Milton McGregor
400 S. Union Street, Suite 405
Montgomery, AL 36104


Moore, Sarah
124 Evergreen Drive
Deatsville, AL 36022


Murdock & Associates
520 South Fourth Street
Las Vegas, NV 89101


Nelson Bumgardner Casto P.C.
5601 Bridge Street
Suite 300
Fort Worth, TX 76112


Newbridge Management, LLC
The Equitable Building
100 Peachtree Street, Suite 1475
Atlanta, GA 30303


Otero, Marta
2676 SE 14th Street
Pompano Beach, FL 33062

Painter, William
11327 SHILOH WAY
BOCA RATON, FL 33428


Parrish, Harlan
9531 Cedar Creek Dr
Bonita Springs, FL 34135


Patrick F. Dye
P.O. Box 316
Notasulga, AL


Paul M. Horman
1832 24th Street NW
Washington, DC


Peachtree Hills Place, LLC
425 Peachtree Hills Avenue Suite 29C
Atlanta, GA


Peck, Ronald
586 Ne Vanda Terrado
Jensen Beach, FL 34957


Perez, Melvin
9004 Sw 206 St
Miami, FL 33189


Pittman, Caroline
37717 State Hwy 225
Bay Minette, AL 36507


Potter, David
2351 S Douglas Road
Unit 1001
Miami, FL 33145

RBC-Centura Bank of Atlanta, Georgia
75 Fifth Street
Suite 900
Atlanta, GA 30308


Royals, Joseph
2305 Edgewater Drive
1702
Orlando, FL 32804


RR Donnelley
P.O. Box 905151
Charlotte, NC


Ryan, Tania
12013 Nw 50th Drive
Coral Springs, FL 33076


Sandler, Eris
3250 W Stonebrook Circle
Davie, FL 33330


Sasser, Sefton, Connally, Tipton & Davis
100 Colonial Bank Boulevard
Suite B201
Montgomery, AL 36117


Schorr, Craig
Po Box 3036
330 Barrett Street
Stateline, NV 89449


Sellers, Richard
304 FOREST VALLEY COURT
ATLANTA, GA 30342


Shaun L. Quinlan, P.C.
1212 Wilmer Avenue
Anniston, AL 36201

Simuel Sippial, Jr.
135 Foxhall Road
Pike Road, AL


Sleaford, Michael
2218 Dogwood Circle
Mount Dora, FL 32757


Sokol, Harry
3776 Crestbrook Rd
Birmingham, AL 35223


Spears, Glen
718 South Lake Adair Blvd
Orlando, FL 32804


Stapf, Juliette
1153 2ND AVENUE S
TIERRA VERDE, FL 33715


State of Delaware
P.O. Box 11728
Newark, NJ


State of Florida Dept. of Transportation
719 S. Woodland Boulevard
Deland, FL 32720


Stenson, Janet
4780 E Key Drive
Titusville, FL 32780


Stephenson, James
4013 Marquette
Dallas, TX 75225

Strategic Stock Surveillance, LLC
331 Madison Avenue, 4th Floor
New York, NY


Sylvester & Polednak Ltd.
7371 Prairie Falcon Road
Suite 120
Las Vegas, NV 89128


Tharpe, James
4325 Horseshoe Bend
Merritt Island, FL 32953


The  Bank of New York Trust Company, N.A
101 Barclay Street
Floor 8 West
New York, NY


The Bank of New York Trust Co. of Fla.
10161 Centurion Parkway
Jacksonville, FL


Toyota Motor Credit Corporation
P.O. Box 17187
Baltimore, MD 21297


U.S. Bank National Association
225 Asylum Street
Goodwin Square
Hartford, CT


U.S. Bankruptcy Administrator - ALMD
Federal Building and U.S. Courthouse
One Church Street, Suite 103
Montgomery, AL 36104


United States Attorney
P.O. Box 197
Montgomery, AL 36106-0197

Varkas, Shayna
155 Ocean Lane Dr
311
Key Biscayne, FL 33149


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Vitto, Pamela
332 Kiwanis Circle
Chuluota, FL 32766


Waller, Lansden, Dortch and Davis, L.L.P
1901 Sixth Avenue North
Suite 1400
Birmingham, AL 35203


Ward & Smith Law Firm
P.O. Box 1231
Longview, TX 75606


Whatley Drake & Kallas LLC
P.O. Box 10647
Birmingham, AL 35202


Wilkinson, Frances
8393 Sw Masthead Drive
Stuart, FL 34997


Williams, John
102 Bald Knob Rd
Wetumpka, AL 36092

# United States Bankruptcy Court
## Middle District of Alabama

In re   **The Colonial BancGroup, Inc.**          Case No. _____

                                                        Debtor(s)        Chapter    **11**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Colonial BancGroup, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 25, 2009** | **/s/ Rufus T. Dorsey, IV** |
| Date | **Rufus T. Dorsey, IV** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Colonial BancGroup, Inc.** |
| | **Parker Hudson Rainer & Dobbs LLP** |
| | **285 Peachtree Center** |
| | **Tower 2  Ste. 1500** |
| | **Atlanta, GA 30303** |
| | **404-523-5300 Fax:404-522-8409** |