B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Alabama

In re  **The Colonial BancGroup, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Broadridge<br>P.O. Box 23487<br>Newark, NJ | Broadridge<br>P.O. Box 23487<br>Newark, NJ | Expenses of mailing Shareholder Information | | 4,385.48 |
| Bryan Cave, LLP<br>P.O. Box 503089<br>St. Louis, MO | Bryan Cave, LLP<br>P.O. Box 503089<br>St. Louis, MO | Legal Services | | 1,574.00 |
| Business Wire<br>44 Montgomery St., 39th Floor<br>San Francisco, CA | Business Wire<br>44 Montgomery St., 39th Floor<br>San Francisco, CA | Services rendered re government action notice and search warrant clarificaton | | 6,980.00 |
| Continental Stock Transfer & Trust Co.<br>17 Battery Place, 8th Floor<br>New York, NY | Continental Stock Transfer & Trust Co.<br>17 Battery Place, 8th Floor<br>New York, NY | Transfer Agent fee | Unliquidated | 28,500.00 |
| Diversified Reporting Services, Inc.<br>1101 Sixteenth St, NW<br>Washington, DC | Diversified Reporting Services, Inc.<br>1101 Sixteenth St, NW<br>Washington, DC | Deposition Transcripts | | 595.00 |
| Don Powell<br>P.O. Box 468<br>Amarillo, TX 79105 | Don Powell<br>P.O. Box 468<br>Amarillo, TX 79105 | Expense Reimbursements | | 432.92 |
| Fine Geddie & Associates<br>423 South Hull Street, #1<br>Montgomery, AL | Fine Geddie & Associates<br>423 South Hull Street, #1<br>Montgomery, AL | Lobbying service fee | | 5,000.00 |
| Georgeson, Inc.<br>36758 Treasury Center<br>Chicago, IL | Georgeson, Inc.<br>36758 Treasury Center<br>Chicago, IL | Cancellation fee relating to meeting | | 3,515.39 |
| Glenda Allred<br>8133 Longneedle Place<br>Montgomery, AL 36117 | Glenda Allred<br>8133 Longneedle Place<br>Montgomery, AL 36117 | Non-Qual. Deferred Comp Plan | | 4,800.00 |
| Habif, Arogeti & Wynne, LLP<br>Five Concourse Parkway<br>Atlanta, GA 30328 | Habif, Arogeti & Wynne, LLP<br>Five Concourse Parkway<br>Atlanta, GA 30328 | Accounting Services | | 2,265.00 |

B4 (Official Form 4) (12/07) - Cont.
In re **The Colonial BancGroup, Inc.** Case No. _____
           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Paul M. Horman<br>1832 24th Street NW<br>Washington, DC | Paul M. Horman<br>1832 24th Street NW<br>Washington, DC | Business Trip Expense | | 1,484.92 |
| RR Donnelley<br>P.O. Box 905151<br>Charlotte, NC | RR Donnelley<br>P.O. Box 905151<br>Charlotte, NC | Invoice No. 1204871900 for expenses relating to proxy draft, file and mailing | | 19,766.12 |
| State of Delaware<br>P.O. Box 11728<br>Newark, NJ | State of Delaware<br>P.O. Box 11728<br>Newark, NJ | Franchise Tax Quarterly Fee | | 33,000.00 |
| Strategic Stock Surveillance, LLC<br>331 Madison Avenue, 4th Floor<br>New York, NY | Strategic Stock Surveillance, LLC<br>331 Madison Avenue, 4th Floor<br>New York, NY | Services rendered relating to stock watch | | 3,000.00 |
| The Bank of New York Trust Company, N.A<br>101 Barclay Street<br>Floor 8 West<br>New York, NY | The Bank of New York Trust Company, N.A<br>101 Barclay Street<br>Floor 8 West<br>New York, NY | Monies Received in connection with the 2008 Issue of 8.875% Subordinated Notes Due 2038 | | 253,700,000.00 |
| The Bank of New York Trust Co. of Fla.<br>10161 Centurion Parkway<br>Jacksonville, FL | The Bank of New York Trust Co. of Fla.<br>10161 Centurion Parkway<br>Jacksonville, FL | Monies received in connection with the 2003 issuance of Floating Rate Junior Subordinated Interest Debentures Due 2033 | | 104,092,775.00 |
| Toyota Motor Credit Corporation<br>P.O. Box 17187<br>Baltimore, MD 21297 | Toyota Motor Credit Corporation<br>P.O. Box 17187<br>Baltimore, MD 21297 | Car Lease Payments | | 32,403.51 |
| U.S. Bank National Association<br>225 Asylum Street<br>Goodwin Square<br>Hartford, CT | U.S. Bank National Association<br>225 Asylum Street<br>Goodwin Square<br>Hartford, CT | PCB Capital Trust II | | 5,182,000.00 |
| Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266 | Phone Service | | 66.47 |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **The Colonial BancGroup, Inc.**                                    Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 25, 2009**                              Signature  **/s/ Sarah H. Moore**
                                                                                              **Sarah H. Moore**
                                                                                              **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy