UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :        Case No.  09-32303 (DHW)
                                                       :
                        Debtor.                        :
                                                       :
-------------------------------------------------------x
```

**ORDER GRANTING MOTION OF DEBTOR
PURSUANT TO BANKRUPTCY RULES 1007 AND
9006 FOR AN ADDITIONAL EXTENSION OF TIME TO FILE
SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT
INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**

This matter came to be heard upon the motion (the "Motion") of The Colonial BancGroup, Inc. ("Debtor") for entry of an order, pursuant to pursuant to Section 521(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 1007(a) and (c) and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting the Debtor an additional extension of time within which to file its schedules of assets and liabilities, schedules of current income and expenditures and schedules of executory contracts and unexpired leases (collectively, the "Schedules") and statement of financial affairs (the "Statement").

NOW, THEREFORE, based upon the Motion and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor's time within which to file the Schedules and the Statement is extended by an additional 15 days, through and including October 13, 2009; and it is further

**ORDERED** that the extension of time to file the Schedules and the Statement is without prejudice to the Debtor's right to request additional time should it become necessary; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice thereof; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 25, 2009
       Montgomery, Alabama

    /s/ Dwight H. Williams, Jr.
    United States Bankruptcy Judge