# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

IN RE:

THE COLONIAL BANCGROUP, INC.            CHAPTER 11

    DEBTOR IN POSSESSION            CASE NO. 09-32303-DHW

RECOMMENDATION OF THE BANKRUPTCY ADMINISTRATOR
REGARDING THE APPOINTMENT OF AN UNSECURED CREDITORS' COMMITTEE

    Comes now Teresa R. Jacobs, bankruptcy administrator for this district, and reports to the court as follows:

    1. The above referenced case was filed on August 25, 2009.

    2. The twenty largest unsecured creditors listed by the debtor (doc. 4) were solicited by your respondent as to their willingness to serve, if appointed, on a committee of unsecured creditors.

    3. The following eligible unsecured creditors expressed a willingness to serve:

Fine Geddie & Associates
Attn: Robert B. Geddie, Jr.
423 South Hull Street, #1
Montgomery, AL 36104

The Bank of New York Trust Company, N.A.
Attn: Martin Feig, Vice President
101 Barclay Street
Floor 8 West
New York, NY 10286

U. S. Bank National Association
Corporate Trust Services
Attn: Timothy Sandell, Vice President
60 Livingston Avenue
St. Paul, MN 55107-2292

WHEREFORE the bankruptcy administrator recommends that the above referenced unsecured creditors be appointed to serve on the unsecured creditors' committee in this case as provided by 11 U.S.C. §1102.

/s/

Teresa R. Jacobs
ASB 5548-S77T
United States Bankruptcy Administrator

U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
(334)954-3900