UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

------------------------------------------------------------------ x
                                                    :
In re                                               :    Chapter 11
                                                    :
THE COLONIAL BANCGROUP, INC.,                       :    Case No. 09-32303 (DHW)
                                                    :
    Debtor.                                         :
                                                    :
                                                    :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE** that Dewey & LeBoeuf LLP, as counsel and Christian & Small, LLP as local counsel, to The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, hereby enter their appearance in the above-captioned chapter 11 case pursuant to section 1109(b) of title 11 of the United States Code and Federal Rule of Bankruptcy Procedure 9010(b), and request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the undersigned at the following addresses:

>Samuel S. Kohn, Esq.
>DEWEY & LeBOEUF LLP
>1301 Avenue of the Americas
>New York, New York 10019
>Tel: (212) 259-8000
>Fax: (212) 259-6333
>Email: skohn@dl.com
>
>Eric J. Breithaupt
>CHRISTIAN & SMALL, LLP
>505 20th Street North, Suite 1800
>Birmingham, Alabama 35203
>Tel: (205) 795-6588
>Fax: (205) 328-7234
>Email: ejb@csattorneys.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, of any (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this chapter 11 case.

Dated: October 2, 2009

By: /s/ Samuel S. Kohn
DEWEY & LeBOEUF LLP
Samuel S. Kohn, Esq.
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

/s/ Eric J. Breithaupt
CHRISTIAN & SMALL, LLP
Eric J. Breithaupt
505 20th Street North, Suite 1800
Birmingham, Alabama
Tel: (205) 795-6588
Fax: (205) 328-7234

The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee