# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| In re: | Chapter 11 |
|---|---|
| THE COLONIAL BANCGROUP, INC., | Case No. 09-32303(DHW) |
| Debtor. | |

## DECLARATION OF TIMOTHY D. RICH

Pursuant to 28 U.S.C. § 1746, Timothy D. Rich declares:

1. I am employed as a Senior Bank Examiner by the Federal Deposit Insurance Corporation (the "FDIC"). Before it was closed by its primary regulator, I was the FDIC's Examiner in Charge for Colonial Bank, Montgomery, Alabama ("Colonial Bank"). Since the appointment of the FDIC as receiver for Colonial Bank (the "FDIC-Receiver"), I have provided assistance to the FDIC-Receiver in connection with that receivership. I submit this declaration in connection with the FDIC-Receiver's motion for modification of the automatic stay pursuant to 11 U.S.C. § 362(d). This declaration is made based on my personal knowledge.

2. I understand that the debtor and debtor-in-possession The Colonial BancGroup, Inc. (the "Debtor" or "Colonial BancGroup") has sought authorization to spend funds held in certain demand deposit accounts, with account numbers ending in 1127, 5437, 5460, 5452, 5445 and 3218 (the "Accounts"). Attached hereto as Exhibit A is true and correct copy of an Amended and Restated Security Agreement dated January 1, 2009 between Colonial BancGroup and Colonial Bank (the "Security Agreement"), which was provided to me in the course of my duties for the FDIC by Colonial Bank's chief accounting officer Brent Hicks.

3. Mr. Hicks informed me that the Accounts other than the "operating account" (account number ending in 1127) were converted by Colonial BancGroup to noninterest bearing demand deposit accounts from certificates of deposit listed in the Security Agreement on or around July 10, 2009. In addition, the "operating account" balance includes $8,676,075.69 that was moved into that account by Colonial BancGroup from pledged certificates of deposit on or about July 10, 2009.

4. Based on their investigations to date, the FDIC and the FDIC-Receiver have determined that the Debtor's Affiliate Liabilities secured by the Collateral under the Security Agreement are approximately $43,471,057, reflecting outstanding balances on several loans to affiliates and other intercompany investments. Colonial BancGroup is also obligated to Colonial Bank as Affiliate Liabilities for unreimbursed fees and expenses of approximately $340,000 arising from defaults by two Colonial BancGroup joint ventures and for deficiency claims of as much as $3,068,053 with respect to those joint ventures.

5. On December 15, 2008, I attended a meeting of the board of directors of Colonial Bank at which the board, on behalf of Colonial Bank, entered into a Memorandum of Understanding with the FDIC and the Alabama State Banking Department. A true and correct copy of that Memorandum of Understanding is attached hereto as Exhibit B.

6. In the course of my responsibilities with respect to Colonial Bank, I was provided by an employee of the Federal Reserve Bank of Atlanta with a copy of a separate Memorandum of Understanding that was entered into as of January 21, 2009 among Colonial BancGroup, the Federal Reserve Bank of Atlanta and the Alabama State Banking Department. A true and correct copy of that Memorandum of Understanding is attached hereto as Exhibit C.

7. Both Colonial Bank and Colonial BancGroup failed to meet their obligations under their respective regulatory agreements. As a result, on June 15, 2009, the board of directors of Colonial Bank consented to the entry of a cease and desist order against Colonial Bank by the FDIC and the Alabama Superintendent of Banks, a true and correct copy of which is attached hereto as Exhibit D.

8. Similarly, on or about July 15, 2009, the board of directors of Colonial BancGroup consented to the entry of a cease and desist order against Colonial BancGroup by the Board of Governors of the Federal Reserve System and the Alabama State Superintendent of Banks, a true and correct copy of which is attached hereto as Exhibit E.

9. Attached hereto as Exhibit F is a true and correct copy of the Uniform Bank Performance Report for Colonial Bank as of June 30, 2009, which was retrieved by attorneys for the FDIC-Receiver under my direction and supervision from the website of the Federal Financial Institutions Examination Council, www.ffiec.gov.

Under penalty of perjury, I declare that the foregoing is true and correct. Executed this 5th day of October, 2009.

*Timothy D. Rich*
Timothy D. Rich