# Exhibit A

## AMENDED AND RESTATED SECURITY AGREEMENT

THIS AMENDED AND RESTATED SECURITY AGREEMENT (this "Agreement") is executed this 1st day of January, 2009 by The Colonial BancGroup, Inc. (hereinafter referred to as "Pledgor"), in favor of Colonial Bank (hereinafter "Bank").

In consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Pledgor hereby agrees as follows:

1.  **Security Interest.** Pledgor hereby sells, assigns, grants, transfers, hypothecates, and conveys to Bank a security interest in and to the certificates of deposit, bank deposits, deposit accounts, and other property of Pledgor, as described on Exhibit A, attached hereto (which the parties hereafter from time to time may amend, by substituting an Amended Exhibit A, executed and dated by the parties), all rights now or hereafter accruing the Pledgor in connection with the ownership thereof, together with any and all interest, payments, instruments, dividends, and distributions with respect thereto, and all substitutions therefore, and all other property from time to time purchased, received, receivable, or otherwise distributed or distributable with respect thereto or in exchange therefore, whether by way of dividends, distributions, or otherwise, and the proceeds of all of the foregoing (all the foregoing being hereinafter collectively referred to as the "Collateral"):

2.  **Secured Liabilities.** The security interest granted hereby secures the payment and performance of any and all liabilities, obligations, agreements, and undertakings of Pledgor to Bank now existing or hereafter arising on the part of Pledgor or any subsidiary thereof (other than a bank), including, but not limited to the list of borrowers shown in Exhibit B, for on account of, or as a result of any transaction, payment, disbursement, advance, or other act of or by Bank, made for or on behalf of Pledgor or any such subsidiary of that results in the creation of any debt, obligation, or account owing to Bank by Pledgor or such subsidiary; and all costs of collection including reasonable and actually incurred attorneys' fees (all the foregoing being hereinafter collectively referred to as the "Affiliate Liabilities").

3.  **Representations and Warranties.** Pledgor hereby represents and warrants that: (A) This Agreement has been duly executed and delivered by Pledgor and constitutes the valid and binding obligation of Pledgor and is enforceable against Pledgor in accordance with its terms; (B) Pledgor has full, complete, and absolute title and ownership in and to the Collateral; and (C) The Collateral is free and clear of all liens, encumbrances, security interests, and claims whatsoever, except for the security interest in favor of Bank created hereby.

4.  **Covenants and Agreements.** So long as any of the Affiliated Liabilities shall remain outstanding or so long as this Agreement shall remain in effect, Pledgor covenants and agrees as follows: (A) Pledgor will not sell, offer for sale, assign, or create or permit to exist any lien upon or security interest in all or any part of the Collateral to or in favor of

any person or entity other than Bank; (B) Pledgor will defend Pledgor's title to the Collateral and the security interest of Bank in the Collateral, against all claims and demands of all other persons or entities claiming title to the Collateral or any interest in the Collateral; (C) Upon request by Bank, Pledgor shall promptly execute such financing statements and other documents deemed necessary or appropriate by Bank, and do such other acts or things as Bank may reasonably request, in order to establish, perfect, maintain, and continue the security interest of Bank in and to the Collateral, and Pledgor will pay all costs and expenses associated therewith or promptly reimburse Bank therefore if any such costs and/or expenses are incurred by Bank; (D) Any and all payments, dividends, or other distributions in respect of or in exchange for Collateral and received by Pledgor shall be held by Pledgor in trust for Bank, and Pledgor shall immediately deliver same to bank in the exact form received (with any necessary endorsements) to be held as part of the Collateral. Pledgor may retain ordinary interest and cash dividends unless and until Bank requests the same be paid and delivered to Bank (which Bank may request either before or after the occurrence of an Event of Default). To protect Bank's rights hereunder, Pledgor hereby constitutes and appoints any officer or employee of Bank as its true and lawful attorney-in-fact with full power of substitution (i) to transfer the Collateral into Bank's name or the name of its nominee, but Bank's failure to do so shall not be interpreted to be a waiver of any interest, and (ii) to do and perform all other acts and things necessary, proper, and requisite to carry out the intent of this Agreement. The power herein granted shall be deemed to be coupled with an interest and may not be revoked until the liabilities secured hereby have been paid in full, including all expenses payable by Pledgor.

5.  **Additional Covenants and Agreements.** Pledgor agrees that Bank may at any time and from time to time, without notice to, or the consent of Pledgor: (i) retain any of the Collateral in satisfaction of any of the Affiliate Liabilities to the extent permitted by applicable law, (ii) retain or obtain a security interest or lien in any property in addition to the Collateral to secure payment or performance of any of the Affiliate Liabilities, (iii) allow or cause any Affiliate Liabilities to be incurred, (iv) retain or obtain persons or entities that are primarily or secondarily obligated upon any of the Affiliate Liabilities other than Pledgor, (v) extend or renew any of the said liabilities for any period (whether or not longer than the original term), (vi) release, compromise or modify any of the said liabilities, (vii) release, in whole or in part, any person or entity primarily or secondarily obligated upon any of the said liabilities, or enter into any compromise with respect to the obligation of any such person or entity relative to any of such liabilities, (viii) release, with or without consideration, the Bank's security interest or lien in any property other than the Collateral which may at any time secure payment or performance of any of the said liabilities, (ix) accept substitutions or exchanges for any property other than the Collateral which may at any time secure payment or performance of any of the said liabilities, (x) exercise its rights as a secured party and dispose of the Collateral without having first resorted to any property securing any of the said liabilities other than the Collateral, and without having first proceeded against or demanded payment from any person or entity primarily or secondarily obligated upon any of the Affiliate Liabilities.

6.  **Events of Default.** The term "Obligor" as used in this Agreement shall individually and collectively refer to (i) Pledgor, and (ii) any and all subsidiaries of Pledgor that may be an

obligor on any of the Affiliate Liabilities. An "Event of Default" shall occur hereunder upon the occurrence of any one or more of the following events or conditions: (A) The failure by Pledgor or any subsidiary thereof that is an obligor on any of the Affiliate Liabilities to pay when due, whether by acceleration or otherwise, or otherwise satisfy any sum constituting all or any part of the liabilities secured hereby; or (B) If any representation, warranty, or statement made herein or made or furnished to Bank by or on behalf of any Pledgor or any subsidiary thereof that is such an obligor in connection with the Collateral or all or part of the liabilities secured hereby was false or misleading in any material respect when made or furnished; or (C) The failure by Pledgor or any such subsidiary to perform any covenant, promise, condition, obligation, or liability contained or referred to herein, in any document evidencing any of the liabilities secured hereby; or (D) The filing of any petition or the commencement of any proceeding against any Pledgor or any such subsidiary for relief under any bankruptcy or insolvency laws, or any laws relating to the relief of pledgors, readjustment of indebtedness, Pledgor reorganization, or composition or extension of debt, which petition or proceeding is not dismissed within sixty (60) days after the date of filing thereof.

7.   **Acceleration of Liabilities.**   The liabilities secured hereby shall automatically and simultaneously mature and become due and payable, without notice or demand, upon the filing of any petition or the commencement of any proceeding by Pledgor, or any obligor on any of the liabilities secured hereby, for relief under any bankruptcy or insolvency law, or any law relating to the relief of pledgors, readjustment of indebtedness, Pledgor reorganization, or composition or extension of debt. The liabilities secured hereby shall, at the option of Bank, immediately mature and become due and payable, without notice or demand, upon the occurrence of any one or more of the Events of Default described in paragraph six (6) above.

8.   **Remedies Upon Default.**   If all or any part of the liabilities secured hereby is not paid as and when due and payable, whether by acceleration or otherwise, then Bank may, at its option, without notice or demand of any kind: (A) Set off any and all of Pledgor's liabilities to Bank hereunder; (B) Transfer all or any part of the Collateral into the name of the Bank or its nominee, at Pledgor's expense, with or without disclosing that such Collateral is subject to Bank's security interest; (C) Redeem (irrespective of redemption penalty) said Collateral or any part thereof; (D) Appropriate and apply toward payment of such of the liabilities, and in such order of application, as Bank may from time to time elect, all or any part of any balances, credits, items, or monies in any bank deposit or deposit account constituting a part of the Collateral; (E) Sell the Collateral at public or private sale, either in whole or in part and Bank may purchase the Collateral at any such public sale and at any private sale as permitted by law, and such sale shall result in the sale, conveyance, and disposition of all right, title, and interest of Pledgor in all or any part of the Collateral that is the subject of such a disposition; (F) Bank is authorized as attorney-in-fact for Pledgor to sign and execute any transfer, conveyance, or instrument in writing that may be necessary or desirable to effectuate any such disposition of the Collateral, which power shall be coupled with an interest; and (G) Bank may exercise all other rights of a secured party under the Uniform Commercial Code in effect in the State of Alabama and all other rights under law or pursuant to this Agreement, all of which shall be cumulative.

9. **Notice of Intended Disposition.** If any notification of intended disposition of any Collateral is required by law, reasonable notification shall be deemed given if written notice is deposited in the U.S. Mail, first-class or certified postage prepaid, addressed to Pledgor and such other persons or entities as Bank deems to be appropriate, stating the time and place of any public sale or the time after which any private sale or disposition is to be made, at lease five (5) days prior thereto. The address of Pledgor to which such notice is to be mailed shall be the address of Pledgor appearing below, unless Bank shall have been given written notice of a change in Pledgor's address, which written notice will be addressed to Bank at the address set forth below.

10. **Proceeds of Disposition.** The proceeds of any disposition of the Collateral shall be applied in the following order: (A) First, to pay all costs and expenses associated with the retaking, holding, preparation, and disposition of the Collateral; (B) Then to pay attorneys' fees; (C) Next, to pay all accrued but unpaid interest upon the liabilities secured hereby in such order as Bank may determine at its discretion; and (D) Finally, to all unpaid principal outstanding upon the liabilities, whether or not due and payable, in such order as Bank may determine at its discretion. Any remaining surplus shall be paid to Pledgor or otherwise in accordance with law. If the proceeds of such disposition are insufficient to pay such liabilities in full, the obligor or obligors, and all other persons or entities liable thereon, shall remain fully obligated to Bank for the unpaid balance thereof.

11. **Miscellaneous.** (A) This Agreement shall in all respects be construed in accordance with and governed by the laws of Alabama. (B) All terms used herein which are defined in the Alabama Uniform Commercial Code shall have the same meanings herein. (C) Each and every power given herein is coupled with an interest and is irrevocable by death or otherwise. (D) The captions of the paragraphs of this Agreement are for convenience of reference only and shall not be deemed to constitute a part hereof or used in construing the intent of the parties. (E) If any part of any provision of this Agreement shall be invalid or unenforceable under applicable law, such part or provision shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of said provision or the remaining provisions of this Agreement. (F) This Agreement shall not be modified or amended except in a writing signed by Pledgor and Bank. (G) All representations, warranties, covenants, and agreements contained herein or made in writing by Pledgor in connection herewith shall survive the execution and delivery of this Agreement and any and all notes, other agreements, documents, and writings relating to or arising out of any of the foregoing or any of the liabilities secured hereby. (H) This Agreement shall bind and inure to the benefit of Bank and Pledgor, their respective successors, legal representatives, heirs and, where permitted, assigns. (I) If more than one party shall execute this Agreement the term "Pledgor" shall mean all parties signing this Agreement and each of them, and all such parties shall be jointly and severally obligated hereunder. (J) All rights and remedies of Bank expressed herein are in addition to all other rights and remedies possessed by Bank under applicable law or other agreements, including rights and remedies under any other agreement or instrument relating to any of the liabilities secured hereby or any security other therefore. No waiver by Bank of any of its rights or remedies, or of any default, shall operate as a waiver of any other right or remedy, or of any other default, or of the same right or remedy, or of

the same default, on a future occasion. No delay or omission on the part of Bank in exercising any right or remedy shall operate as a waiver thereof, and no single or partial exercise by Bank of any right or remedy shall preclude any other or further exercise thereof or the exercise of any other right or remedy. No action of Bank permitted hereunder or under any agreement or instrument relating to any of the liabilities secured hereby or any other security therefore shall impair or affect the rights of Bank in and to the Collateral. (K) All terms as defined herein shall include both the plural and singular, where applicable. (L) All notices or communications given to Pledgor or Bank pursuant to the terms of this Agreement shall be in writing and given to Pledgor at the address set forth below opposite Pledgor's signature and shall be given to Bank at the address set forth below following the caption "Address of Bank". (M) Unless otherwise specifically provided herein to the contrary, such written notices and communications shall be delivered by hand or overnight courier service, or mailed by first-class mail, postage prepaid, addressed to the parties hereto at the addresses referred to above in subsection (L) or to such other addresses as either party may hereafter designate to the other party by a written notice given in accordance with the provisions hereof. Any written notice delivered by hand or by overnight courier service shall be deemed given or received upon receipt. Any written notice delivered by U.S. Mail shall be deemed given or received on the third (3rd) business day after being deposited in the U.S. Mail.

**IN WITNESS WHEREOF**, THIS Agreement has been executed under seal and delivered by Pledgor as of the date first written above.

Address:

100 Colonial Bank Blvd.
Montgomery, Alabama 36117

The Colonial BancGroup, Inc.

By: _____
Name: Kamal Hosein
Title:  Sr. Vice President and
         Treasurer

Address of Bank:

100 Colonial Bank Blvd.
Montgomery, Alabama 36117

Colonial Bank

By: _____
Name:  Brent Hicks
Title:  Executive Vice President and
         Chief Accounting Officer

**EXHIBIT A TO AMENDED AND RESTATED SECURITY AGREEMENT**

List of Collateral

Colonial Bank, Certificate of Deposit No: <u>8023061941</u>
Original Amount: <u>$ 200,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8023061388</u>
Original Amount: <u>$ 500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8023061396</u>
Original Amount: <u>$ 500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8023061404</u>
Original Amount: <u>$ 500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8023061370</u>
Original Amount: <u>$ 500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8023062337</u>
Original Amount: <u>$ 5,000,000</u>
Held as collateral related to joint venture loans and intercompany due to/from

Colonial Bank, Certificate of Deposit No: <u>8051493610</u>
Original Amount: <u>$ 2,500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8051493628</u>
Original Amount: <u>$ 2,500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8051493602</u>
Original Amount: <u>$ 2,500,000</u>
Held as collateral related to joint venture loans

Colonial Bank, Certificate of Deposit No: <u>8051493776</u>
Original Amount: <u>$ 2,000,000</u>
Held as collateral related to a line of credit between Bank and Brokerage

Colonial Bank, Certificate of Deposit No: <u>8051493768</u>
Original Amount: <u>$ 5,000,000</u>
Held as collateral related to a line of credit between Bank and Brokerage

Colonial Bank, Certificate of Deposit No: <u>8051493750</u>
Original Amount: <u>$ 5,000,000</u>
Held as collateral related to a line of credit between Bank and Brokerage

Colonial Bank, Certificate of Deposit No: <u>8051493743</u>
Original Amount: <u>$ 5,000,000</u>
Held as collateral related to a line of credit between Bank and Brokerage

**EXHIBIT B TO AMENDED AND RESTATED SECURITY AGREEMENT**

List of Borrowers

    1.) Colonial Crabapple, LLC

    2.) Colonial Deerfield, LLC

    3.) Colonial Mead, LLC

    4.) MCOL Development One, LLC

    5.) Peachtree Hills Place, LLC

    6.) BP Highway 10 San Antonio, LTD

    7.) MCOL Development Three, LP

    8.) MCOL Development Four, LP

    9.) BP 395 Nashville, LTD

    10.) Denton 1385 Partners, LP

    11.) Colonial Brokerage, Line of Credit

# Exhibit B

## Memorandum of Understanding

As reflected in the October 9, 2008 letter to you transmitting the downgrade in the Uniform Financial Institution Rating, Colonial Bank reflected unsatisfactory conditions which, if not corrected, could worsen into a more severe situation. Thus, a program of corrective action is warranted as outlined in this Memorandum of Understanding ("Memorandum"). This Memorandum represents an agreement between the Board of Directors of Colonial Bank and the Regional Director of the FDIC's Atlanta Regional Office and the Superintendent of the State of Alabama Banking Department ("Supervisory Authorities') whereby the Bank, through its Board, agrees that it will move in good faith to comply with the requirements of the Memorandum and eliminate the problems of the Bank. The program of corrective action is as follows (all time periods contained in this Memorandum shall start with the effective date of the agreement):

## ASSET QUALITY

1. Within <u>30 days</u>, the Bank shall designate, with the approval of the Supervisory Authorities, a qualified chief lending officer who will be given specific written authority by the Board of Directors to implement sound lending practices, improve the quality of the loan portfolio, and serve as the senior officer in terms of overall responsibility for the lending area.

2. Within <u>60 days</u>, the Bank shall provide written performance reviews of executive lending staff to include regional lending presidents and senior lenders only. Senior lender is defined as the highest ranking lending officer reporting to the regional president with responsibilities that include all or some of the region's production oversight and credit administration. A revised organizational chart for reporting relationships to include the officers reviewed as noted above shall also be provided.

3. By <u>April 30, 2009</u>, the Bank shall develop a system to evaluate and measure the performance of all lenders, to be implemented by June 30, 2009. It shall include written performance reviews with a complete report on the findings as determined through these reviews to include an assessment of talent, skills, and the need for additional outside lending personnel, if deemed necessary.

4. Effective <u>immediately</u>, the balance of assets classified Substandard and Doubtful according to internal loan grades and/or regulatory review findings shall be reduced (through collection, sale, charge-off, or improvement sufficient to warrant removal from classification by examiners) in accordance with the following schedule:

    By June 30, 2009 - to not more than 80 percent of Tier 1 Leverage Capital and Reserves
    By December 31, 2009 - to not more than 70 percent of Tier 1 Leverage Capital and Reserves
    By June 30, 2010 - to not more than 50 percent of Tier 1 Leverage Capital and Reserves

5. Effective immediately, the Bank shall establish and continue to maintain an adequate allowance for loan and lease losses (ALLL) in accordance with the Interagency Policy Statement on ALLL (December 2006). In complying with the requirements of this paragraph, the Bank shall review the adequacy of the ALLL as of the end of each calendar quarter and make appropriate provisions to the ALLL. The results of the review shall be recorded in the minutes of the next Board meeting after which the review was undertaken.

6. During the life of this Memorandum and within 30 days of management's receipt of the findings of various targeted reviews commenced in the third quarter 2008 (Targeted Reviews) and thereafter by either FDIC or State examiners, the remaining balance of all assets classified Loss shall be charged off. Additionally, all loans identified as Doubtful, either internally or in any review memo, shall be reviewed for impairment in accordance with FAS 114.

7. Within 30 days of management's receipt of this Memorandum or any subsequent Targeted Reviews, the Bank shall perform FAS 114 impairment analyses on all credit relationships of $1 million or more classified Substandard or worse in the examination findings and those over $10 million designated as Substandard internally and adequately provide for the exposures in the ALLL. The Bank will also develop specific action plans and proposals for the reduction and/or improvement for all relationships Adversely Classified or Special Mention in the amount of $10 million or more. Individual and aggregate progress reports toward meeting the reduction and improvement plans will be reported to the Board monthly and the Supervisory Authorities quarterly.

8. Effectively immediately, the Bank shall not extend, directly or indirectly, any additional credit to or for the benefit of any borrower who is obligated in any manner to the Bank on any extension of credit or portion thereof that has been charged off by the Bank or classified Loss or Doubtful in an amount greater than $100,000 in any report of examination, so long as such credit remains uncollected, unless the Board of Directors shall document in writing its prior approval of the extension by a majority of the Board, specifically certifying that the extension of credit is necessary to protect the Bank's interest in the ultimate collection of the credit already granted. In addition, the Bank shall make no additional advances to any borrower whose loans or lines of credit have been adversely classified Substandard in an amount of $10,000,000 or more internally or in any subsequent examination report without the prior approval of a majority of the Board and where the Board documents and certifies that:
   - the extension of credit is in material compliance with the Bank's written loan policy;
   - is adequately secured, as supported by current appraised values;
   - a thorough credit analysis has been performed, including analyses of global cash flows and contingent liabilities, indicating that the extension or renewal is reasonable and justified;

- all necessary documentation has been properly and accurately prepared and filed;
- the extension of credit will not impair the Bank's interest in obtaining repayment of the already outstanding credit; and,
- the Board reasonably believes that the extension of credit or renewal will be repaid according to its terms, or;
- is otherwise determined to be in the best interests of the bank to protect the collateral or satisfy contractual obligations.

For this section the prior approval and certification requirements apply to revolving or closed-end lines of credit only as to re-affirmations of the original extension limits and not to the individual advances made thereafter.

9. By March 31, 2009, and during the life of this Memorandum, the Bank shall review its written loan policies for any changes it deems appropriate, giving consideration to the findings of the Targeted Reviews and future examinations conducted by the FDIC or State examiners. Any revisions to the written loan policy shall be adopted by the Board and fully implemented by officers of the Bank. Any decisions to not incorporate recommendations should be fully documented in the next progress report as well as in any management response to the Targeted Review findings.

10. Within 60 days, the Bank shall develop written operating procedures for the Special Assets Department. These procedures should include guidance regarding qualifications of members of this department and management's expectations of their performance. At a minimum, written procedures should establish clear guidelines for the types of troubled assets to be handled by the department, procedures to identify assets meeting this definition, specific procedures for valuating the assets, and formulation of action plans to dispose of the credits.

11. Effective immediately, the Bank shall establish an effective and timely system of loan documentation, take necessary steps to correct technical exceptions, and ascertain that all necessary supporting documentation, or evidence thereof, is obtained and evaluated before any new loan is made or existing loan renewed. Such system shall include tracking and monitoring of exceptions and promote accountability for lending personnel.

12. By March 31, 2009, and annually thereafter by January 1 of each year, the Bank shall review and formulate its objectives relative to asset growth. This review shall specifically include consideration of the Bank's capital and liquidity positions and geographic concentrations.

13. By March 31, 2009, and annually thereafter by January 1 of each year, the bank shall review and formulate its objectives relative to real estate and other lending concentration limits. This effort should conform to Appendix A to 12 CFR Part 365, the *Interagency Guidelines for Real Estate Lending Policies*, and to the joint *Guidance on Concentrations in Commercial Real Estate Lending, Sound Risk Management Practices*, issued in December 2006, which includes requirements to:

- Establish policy guidelines and approve an overall CRE lending strategy regarding the level and nature of CRE exposures acceptable to the institution, including any specific commitments to particular borrowers or property types.
- Ensure that management implements procedures and controls to effectively adhere to and monitor compliance with the institution's lending policies and strategies.
- Review information that identifies and quantifies the nature and level of risk presented by CRE concentrations, including reports that describe changes in CRE market conditions in which the institution lends.
- Periodically review and approve CRE risk exposure limits and appropriate sublimits (for example, by nature of concentration) to conform to any changes in the institution's strategies and to respond to changes in market conditions.
- Develop a strategy to achieve in a timeline agreeable to the Supervisory Authorities CRE and ADC concentration limits as a percentage of capital as recommended in the interagency guidance.

## CAPITAL

14. By <u>February 28, 2009</u>, the Bank shall have a Tier 1 Leverage Capital ratio of not less than 8 percent and a Total Risk-Based Capital Ratio of not less than 12 percent. The Tier 1 Leverage and Total Risk-Based Capital ratios shall be calculated utilizing the definitions contained in Section 325.2 of the FDIC Rules and Regulations. Thereafter, in the event that the Tier 1 Leverage Capital ratio falls below 8 percent or the Total Risk Based Capital ratio falls below 12 percent, the Supervisory Authorities should be notified and capital shall be increased in an amount sufficient to meet the ratios required by this provision within 30 days.

15. Effective <u>immediately</u>, the Bank shall not pay any cash dividends on its common stock without the prior written consent of the Supervisory Authorities.

## LIQUIDITY/SENSITIVITY TO MARKET RISK

16. Within <u>60 days</u>, the Bank shall review and submit to the Supervisory Authorities the Bank's overall liquidity objectives, plans, and procedures that are aimed at improving balance sheet liquidity and core deposit funding, and reducing reliance on wholesale and other volatile liabilities to fund longer term assets. After review by the Supervisory Authorities, the Bank's plans and procedures shall be fully implemented by officers of the Bank.

## EARNINGS

17. Within <u>30 days</u>, the Bank shall prepare and submit to the Supervisory Authorities a comprehensive budget and earnings forecast for 2009. Budgets for subsequent years during the life of the Memorandum will be due by December 31 of each year. Quarterly progress reports regarding the Bank's actual performance (compared with the budget) shall be submitted concurrently with other reporting requirements set forth in the Memorandum.

## VIOLATIONS

18. Within 60 days of management's receipt of the any written Targeted Review findings, the Bank shall take steps necessary, consistent with sound banking practices, to correct all violations of laws, rules and regulations cited by the Supervisory Authorities, if any. In addition, the Bank shall adopt appropriate procedures to ensure future compliance with all applicable laws, rules and regulations.

## PROGRESS REPORTS

19. During the life of this Memorandum, the Board of Directors shall meet at least once per month and prepare detailed, comprehensive minutes of its actions.

20. Within 30 days of each calendar quarter end, the Bank shall provide progress reports to the Supervisory Authorities detailing the steps taken to comply with the various provisions of this Memorandum. This requirement for progress reports shall continue during the life of this Memorandum unless modified or terminated in writing by the Supervisory Authorities.

_December 15, 2008_
Date

_John V. Harrison of HJA_
John D. Harrison
Superintendent of Banks
Alabama State Banking Department

_December 15, 2008_
Date

_Mark S. Schmidt_
Mark S. Schmidt
Regional Director, Atlanta Region
Federal Deposit Insurance Corporation

We, the undersigned directors of Colonial Bank, Montgomery, Alabama, acknowledge receipt and agree to the terms of this Memorandum.

_____
Phillip E. Adams, Jr.

_____
Augustus Clements

_____
Thomas F. Dyas, Jr.

_____
Howell Henderson

_____
Robert E. Lowder

_____
William E. Powell

_____
Simuel Sippial, Jr.

_____
Paul Spina

# Exhibit C



**FEDERAL
RESERVE
BANK
of ATLANTA**

**MARIA R. SMITH**
*Assistant Vice President*

1000 Peachtree Street, N.E.
Atlanta, Georgia 30309-4470
404.498.7104
fax 404.498.7302
maria.smith@atl.frb.org

January 30, 2009

Mr. Robert E. Lowder
Chairman and Chief Executive Officer
The Colonial BancGroup, Inc.
100 Colonial Bank Blvd.
Montgomery, Alabama 36117

Dear Mr. Lowder:

Enclosed for your records is a signed copy of the Memorandum of Understanding (MOU) executed between Colonial BancGroup, the State of Alabama, and the Federal Reserve Bank of Atlanta. As you are aware, the agreement was executed due to the less than satisfactory condition of the holding company.

Please note that this letter contains confidential supervisory information and should be treated accordingly. As such, the contents of this letter and the MOU are subject to the rules of the Board of Governors of the Federal Reserve System regarding the disclosure of confidential supervisory information. If you have any questions, feel free to call Kurt Casebolt at (404) 498-7255 or me.

Sincerely,

*Maria R. Smith*

cc: Sarah Moore, Senior Executive Vice President and Chief Financial Officer
Colonial Bank

Betsy Cross, Associate Director
Board of Governors

Nancy Oakes, Counsel
Board of Governors

Trabo Reed, Deputy Superintendent of Banks
State of Alabama

Mark Schmidt, Regional Director
Federal Deposit Insurance Corporation

*3 z/p*
*β HC - Colonial Bancorp*
*BE - Bank*
*FO - Mael*
*STATE*

**Memorandum of Understanding By and Among**

THE COLONIAL BANCGROUP, INC.
Montgomery, Alabama

FEDERAL RESERVE BANK OF ATLANTA
Atlanta, Georgia

and

STATE OF ALABAMA
State Banking Department
Montgomery, Alabama

As reflected in the November 20, 2008 letter to the board, the Federal Reserve Bank of Atlanta has downgraded the overall supervisory rating for The Colonial BancGroup, Inc. (Colonial) to less than satisfactory, reflecting Colonial's overall deterioration in its financial condition that, if left uncorrected, could worsen into a more server situation. Thus, a program of corrective action is warranted as outlined in this Memorandum of Understanding (MOU). This MOU represents an agreement between the board of directors of Colonial, the State of Alabama Banking Department (State), and the Federal Reserve Bank of Atlanta (Federal Reserve) whereby the holding company, through its board, agrees that it will move in good faith to comply with the requirements of the MOU. The program of corrective action is as follows:

1. Colonial will utilize its financial and managerial resources to assist its subsidiary bank in addressing weaknesses identified by its primary banking supervisors and achieving/maintaining compliance with its December 15, 2008 Memorandum of Understanding with the Federal Deposit Insurance Corporation's Atlanta Regional Office (FDIC) and the State of Alabama Banking Department.

2. Colonial's parent company and its directly owned non-bank subsidiaries will not incur or guarantee additional debt without the prior written approval of the Federal Reserve and the State. The holding company is to submit its request to the Federal Reserve 30 days prior to the date on which it wishes to incur additional debt. This restriction also includes any action,

such as refinancing, that would cause a change in debt instruments or a change in any of the terms of the existing debt instruments, i.e., interest rate, maturity date, amortization schedule, etc. The request will include the amount to be borrowed, the source of the funds, and the intended use of the proceeds along with a current and pro forma balance sheet and cash flow statement for the parent bank holding company and/or the non-bank subsidiaries.

3. Colonial will not declare or pay dividends, common or preferred, to its shareholders without the prior written approval of the Federal Reserve and the State. The holding company is to submit its request to the Federal Reserve 30 days prior to the date on which it wishes to declare or pay dividends, supported by a written analysis that clearly shows the payment of dividends to be consistent with the Board of Governors' November 14, 1985 Policy Statement on the Payment of Cash Dividends. All requests shall contain, at a minimum, current and projected information on Colonial's capital, earnings, and cash flow; the Bank's capital, asset quality, earnings and allowance for loan and lease losses; and identification of the sources of funds for the proposed payment or distribution.

4. Colonial will not reduce its capital position by purchasing or redeeming treasury stock without the prior written approval of the Federal Reserve and the State. The holding company is to submit its request to the Federal Reserve 30 days prior to the date on which it wishes to purchase or redeem treasury stock.

5. Within 60 days from the date this MOU is executed, Colonial will submit a plan to the Federal Reserve and the State for servicing its outstanding debt (including trust preferred securities) and funding the parent company's and its non-bank subsidiaries' operations under the assumption that the subsidiary bank is unable to upstream cash dividends to augment parent company cash flow.

6. Within 30 days after each quarter end, beginning March 31, 2009, Colonial will provide the Federal Reserve and the State written confirmation of compliance with these corrective action items.

This MOU is not a "written agreement" for the purposes of Section 8 of the Federal Deposit Insurance Act, as amended.

WHERAS, the parties have caused this MOU to be executed as of the _21st_ day of
_____ , 2009.


THE COLONIAL BANCGROUP, INC.

By: _____


FEDERAL RESERVE BANK OF ATLANTA     STATE OF ALABAMA

By: _____     By: _____

Each undersigned director of The Colonial BancGroup, Inc. acknowledges that he has read and understands each provision of the MOU and agrees to its terms.

_____
Robert E. Lowder

_____
Augustus K. Clemons, III

_____
Patrick F. Dye

_____
Clinton O. Holdbrooks

_____
Milton E. McGregor

_____
Joe D. Mussafer

_____
James W. Rane

_____
Edward V. Welch

_____
Lewis E. Beville

_____
Robert S. Craft

_____
Hubert L. Harris, Jr.

_____
John Ed Mathison, D.M.

_____
John C. H. Miller, Jr.

_____
William E. Powell, III, Ph.D

_____
Simuel Sippial, Jr.

# Exhibit D

# FEDERAL DEPOSIT INSURANCE CORPORATION

## WASHINGTON, D.C.

| | |
|---|---|
| In the Matter of ) | ORDER TO |
| ) | CEASE AND DESIST |
| COLONIAL BANK ) | |
| MONTGOMERY, ALABAMA ) | FDIC-09-125b |
| ) | |
| (INSURED STATE NONMEMBER BANK) ) | |

Colonial Bank, Montgomery, Alabama ("Bank"), having been advised of its right to a Notice of Charges and of Hearing detailing the unsafe or unsound banking practices alleged to have been committed by the Bank and of its right to a hearing on the alleged charges under section 8(b)(1) of the Federal Deposit Insurance Act ("Act"), 12 U.S.C. § 1818(b)(1), and § 5-2A-12, Code of Alabama, 1975, and having waived those rights, entered into a STIPULATION AND CONSENT TO THE ISSUANCE OF AN ORDER TO CEASE AND DESIST ("CONSENT AGREEMENT") with a representative of the Legal Division of the Federal Deposit Insurance Corporation ("FDIC") and the Superintendent of Banks ("Superintendent"), Alabama State Banking Department ("DEPARTMENT"), dated June 3, 2009, whereby solely for the purpose of this proceeding and without admitting or denying the alleged charges of unsafe or unsound banking practices, the Bank consented to the issuance of an ORDER TO CEASE AND DESIST ("ORDER") by the FDIC and the DEPARTMENT.

The FDIC and the DEPARTMENT considered the matter and determined that it had reason to believe that the Bank had engaged in unsafe or unsound banking practices.

The FDIC and the DEPARTMENT, therefore, accepted the CONSENT AGREEMENT and issued the following:

## ORDER TO CEASE AND DESIST

IT IS HEREBY ORDERED, that the Bank, its institution-affiliated parties, as that term is defined in section 3(u) of the Act, 12 U.S.C. § 1813(u), and its successors and assigns cease and desist from the following unsafe and unsound banking practices:

(a) Operating with inadequate management and Board of Directors ("Board") oversight;

(b) Operating with inadequate equity capital in relation to the volume and quality of assets held by the Bank;

(c) Operating with an inadequate methodology for the allowance for loan and lease losses ("ALLL");

(d) Operating with a liquidity and funds management policy that is insufficient to meet the Bank's current needs;

(e) Operating with a business strategy that has resulted in unprofitable operations and poor asset quality; and

(f) Operating with inadequate policies and procedures to monitor and control risks within concentrations of credit in the Bank's loan portfolio.

IT IS FURTHER ORDERED, that the Bank, its Bank-affiliated parties, and its successors and assigns, take affirmative action as follows:

## 1.   MANAGEMENT

The Bank shall have and retain qualified management.

    (a)    Each member of management shall have qualifications and experience commensurate with his or her duties and responsibilities at the Bank. Management shall include the chief executive officer, senior lending officer, and chief financial officer. All management officials shall have an appropriate level of experience and expertise that is needed to perform his or her duties. Each member of management shall be provided appropriate written authority from the Bank's Board to implement the provisions of this ORDER.

    (b)    The qualification of management shall be assessed on their ability to:

        (i)    Comply with the requirements of this ORDER;

        (ii)    Operate the Bank in a safe and sound manner;

        (iii)    Comply with applicable laws and regulations; and

        (iv)    Restore all aspects of the Bank to a safe and sound condition, including but not limited to asset quality, capital adequacy, earnings, management effectiveness, risk management, sensitivity to market risk, and liquidity.

    (c)    No more than 60 days from the effective date of this ORDER, the Board shall develop a written analysis and assessment of the Bank's management and staffing needs ("management plan"), which shall include, at a minimum:

(i)     Identification of both the type and number of senior executive officer positions needed to manage and supervise properly the affairs of the Bank. This identification should take into consideration the Bank's current financial condition and problem assets;

(ii)     Identification and establishment of such Bank committees that are needed to provide guidance and oversight to active management;

(iii)     Evaluation of each Bank senior executive officer to determine whether these individuals possess the ability, experience, and other qualifications required to perform present and anticipated duties, including adherence to the Bank's established policies and practices, and maintenance of the Bank's safe and sound condition; and

(iv)     Preparation of a plan of action to recruit and hire any additional or replacement personnel with the requisite ability, experience, and other qualifications, which the Board determines are necessary to fill Bank senior executive officer positions consistent with the Board analysis, evaluation, and assessment as provided in subparagraphs 1(c)(i) and 1(c)(iii) of this ORDER.

(d)     The Bank shall submit the management plan to the FDIC and the DEPARTMENT (collectively, "Supervisory Authorities") for review and comment prior to Board approval. The Board shall approve the written management plan and any subsequent modification of such plan. The

approval shall be recorded in the minutes of the meeting of the Board. The Bank shall implement the written management plan and any subsequent modification.

(e) During the life of this ORDER, the Bank shall notify the Supervisory Authorities in writing when it proposes to add any individual to the Bank's Board or employ any individual as a senior executive officer, as that term is defined in section 303.101(b) of the FDIC's Rules and Regulations, 12 C.F.R. § 303.101(b). The notification should include a description of the background and experience of the individual or individuals to be added or employed and must be received at least 30 days before such addition or employment is intended to become effective. The Bank may not add any individual to its Board or employ any individual as senior executive officer unless the Superintendent provides prior written approval of such individual and the Regional Director does not issue a notice of disapproval pursuant to section 32 of the Act, 12 U.S.C. §1831i, with respect to any proposed individual.

## 2. **BOARD PARTICIPATION**

(a) The Board shall assure its on-going participation in the affairs of the Bank, assuming full responsibility for the approval of sound policies and objectives and for the supervision of all of the Bank's activities, consistent with the role and expertise commonly expected for directors of banks of comparable size and complexity. This participation shall include meetings to be held no less frequently than monthly at which, at a minimum, the

following areas shall be reviewed and approved: reports of income and expenses; new, overdue, renewal, insider, charged-off, and recovered loans; capitalized interest on loans; loans with interest reserves; investment activity; operating policies; and individual committee actions. Board minutes shall fully document these reviews and approvals, including the names of any dissenting directors.

(b)     Within 30 days from the effective date of this ORDER, the Board shall establish a Board committee ("Directors' Committee"), consisting of at least four members, responsible for overseeing corrective measures with respect to the ORDER, and reporting to the Board. Three of the members of the Directors' Committee shall not be Bank officers. Bank management shall provide the Directors' Committee with monthly reports detailing the Bank's actions with respect to compliance with the ORDER. The Directors' Committee shall present a report detailing the Bank's adherence to the ORDER to the Board at each regularly scheduled Board meeting. Such report and any discussion related to the report or the ORDER shall be recorded in the appropriate minutes of the meeting of the Board and shall be retained in the Bank's records. Nothing contained herein shall diminish the responsibility of the entire Board to ensure compliance with the provisions of this ORDER.

## 3.     CAPITAL

(a)     By September 30, 2009, the Bank shall have a Tier 1 Leverage Capital Ratio of not less than 8 percent and a Total Risk-Based Capital Ratio of

not less than 12 percent. The Tier 1 Leverage and Total Risk-Based Capital ratios shall be calculated using the definitions contained in Section 325.2 of the FDIC's Rules and Regulations, 12 C.F.R. § 325.2. Thereafter, in the event the Tier 1 Leverage Capital Ratio falls below 8 percent or the Total Risk-Based Capital Ratio falls below 12 percent, the Supervisory Authorities should be notified in writing and capital shall be increased in an amount sufficient to meet the ratios required by this provision within 30 days.

(b)     The amount of capital needed to maintain the ratios at the levels required in subparagraph 3(a) shall be in addition to a fully funded ALLL, the adequacy of which shall be satisfactory to the Supervisory Authorities as determined at subsequent examinations and/or visitations.

(c)     Within 60 days from the effective date of this ORDER, the Bank shall submit to the Supervisory Authorities a written capital plan. Such capital plan shall detail the steps that the Bank shall take to achieve and maintain the capital requirements set forth in paragraphs 3(a) and 3(b) above. In developing the capital plan, the Bank must take into consideration:

    (i)     The volume of the Bank's adversely classified assets;

    (ii)     The nature and level of the Bank's asset concentrations;

    (iii)     The adequacy of the Bank's ALLL;

    (iv)     The anticipated level of retained earnings;

    (v)     Anticipated and contingent liquidity needs; and

(vi)   The source and timing of additional funds to fulfill future capital needs.

In addition, the capital plan must include a contingency plan in the event that the Bank has (i) failed to maintain the minimum capital ratios required by subparagraph 3(a), (ii) failed to submit an acceptable capital plan as required by this subparagraph or (iii) has failed to implement or adhere to a capital plan to which the Supervisory Authorities have taken no written objection pursuant to this subparagraph. Said contingency plan shall include a plan to sell or merge the Bank. The Bank shall implement the contingency plan upon written notice from the Supervisory Authorities.

(d)   Any increase in capital necessary to meet the requirements of the provisions of this paragraph may be accomplished by the following:

(i)   The sale of new securities in the form of common stock;

(ii)   The sale of noncumulative perpetual preferred stock;

(iii)   The direct contribution of cash by the directors, shareholders, or parent holding company of the Bank; or

(iv)   Any other method acceptable to the Supervisory Authorities and approved in advance in writing by the Supervisory Authorities.

(e)   A copy of the plan shall be submitted to the Supervisory Authorities upon its completion for review and comment. Within 15 days from the receipt of any comments from the Supervisory Authorities, the Bank shall incorporate those recommended changes, and the Bank shall implement the plan.

(f)     No increase in Tier 1 capital necessary to meet the requirements of this ORDER may be accomplished through a deduction from the Bank's ALLL or other reserve accounts. Further, the Bank shall not lend funds directly or indirectly, whether secured or unsecured, to any borrower for the purpose of purchasing Bank or affiliate stock or other securities until such time as the Bank has achieved the increase in Tier 1 capital required herein.

(g)     If all or part of the increase in capital required by the provisions of this paragraph is accomplished by the sale of new securities by the Bank, the Bank's Board shall adopt and implement a plan for the sale of such additional securities, including the voting of any shares owned or proxies held or controlled by them in favor of the plan. Should the implementation of the plan involve a public distribution of the Bank's securities (including a distribution limited only to the Bank's existing shareholders), the Bank shall prepare offering materials fully describing the securities being offered, including an accurate description of the financial condition of the Bank and the circumstances giving rise to the offering, and any other material disclosures necessary to comply with the Federal securities laws. Prior to the implementation of the plan and, in any event, not less than 20 days prior to the dissemination of such materials, the plan and any materials used in the sale of the Bank's securities shall be submitted to the FDIC's Accounting and Disclosure Section, 550 17th Street, N.W., Room F-6066, Washington, D.C. 20429

and to the Superintendent, Alabama State Banking Department, 401 Adams Avenue, Suite 680, Montgomery, Alabama 36130-1201 for review. Any changes requested by the Supervisory Authorities to be made in the plan or materials shall be made prior to their dissemination. If the Supervisory Authorities allow any part of the increase in Tier 1 capital to be provided by the sale of noncumulative perpetual preferred stock, then all terms and conditions of the issue, including but not limited to those terms and conditions relative to the interest rate and any convertibility factor, shall be presented to the Supervisory Authorities for prior approval.

## 4. CONCENTRATIONS OF CREDIT

Within 60 days from the effective date of this ORDER, the Board shall ensure that a risk segmentation analysis is performed with respect to the Concentrations of Credit listed in the Concentrations pages of the Report of Examination dated June 10, 2008 ("Report"). Concentrations should be stratified as the Board deems appropriate, but shall include concentrations identified by industry, geographic distribution, underlying collateral, direct or indirect extensions of credit to or for the benefit of any borrowers dependent upon the performance of a single developer or builder, and other asset groups that are considered economically related. The Board should refer to FIL-104-2006, the *Joint Guidance on Concentrations in Commercial Real Estate Lending, Sound Risk Management Practices*, for information regarding risk segmentation analysis. The Board shall also develop a plan to reduce the Bank's exposure to the concentrations of credit listed in the Report. A copy of the plan and the analysis will be provided to the Supervisory Authorities for review and approval. The plan and its implementation shall

be in a form and manner acceptable to the Supervisory Authorities as determined at subsequent examinations and/or visitations.

## 5. ALLOWANCE FOR LOAN AND LEASE LOSSES

Within 60 days from the effective date of this ORDER, the Board shall revise its policy for determining the ALLL and review the adequacy of its ALLL. The policy for determining the adequacy of the ALLL will be in full compliance with outstanding regulatory and accounting guidance. For the purpose of this determination, the adequacy of the ALLL shall be determined after the charge-off of all loans or other items classified "Loss." The policy shall provide for a review of the ALLL at least once each calendar quarter. Said review should be completed at least ten days prior to the end of each quarter, in order that the findings of the Board with respect to the ALLL may be properly reported in the quarterly Reports of Condition and Income. The review should focus on the results of the Bank's internal loan review, loan and lease loss experience, trends of delinquent and non-accrual loans, an estimate of potential loss exposure of significant credits, concentrations of credit, and present and prospective economic conditions. A deficiency in the ALLL shall be remedied in the calendar quarter it is discovered, prior to submitting the Report of Condition and Income, by a charge to current operating earnings. The minutes of the Board meeting at which such review is undertaken shall indicate the results of the review. The Bank's policy for determining the adequacy of the Bank's ALLL and its implementation shall be satisfactory to the Supervisory Authorities as determined at subsequent examinations and/or visitations.

## 6. REDUCTION OF CLASSIFIED ITEMS

(a) Within 60 days from the effective date of this ORDER, the Bank shall formulate a written plan to reduce the Bank's risk exposure in each asset in excess of $10,000,000 classified "Substandard", "Doubtful", or Special Mention according to internal loan grades and/or regulatory review findings. For purposes of this Paragraph 6, "reduce" means to collect, charge off, or improve the quality of an asset so as to warrant its removal from adverse classification by the Supervisory Authorities. In developing the plan mandated by this paragraph, the Bank shall, at a minimum, and with respect to each adversely classified loan, review, analyze, and document the financial position of the borrower, including source of repayment, repayment ability, and alternative repayment sources, as well as the value and accessibility of any pledged or assigned collateral, and any possible actions to improve the Bank's collateral position.

(b) In addition, the written plan required by this Paragraph 6 shall also include, but not be limited to, the following:

(i) A schedule for reducing the outstanding dollar amount of each adversely classified asset, including timeframes for achieving the reduced dollar amounts (at a minimum, the schedule for each adversely classified asset must show its expected dollar balance on a quarterly basis);

(ii) Specific action plans intended to reduce the Bank's risk exposure in each classified asset;

(iii)    A schedule showing, on a quarterly basis, the expected consolidated balance of all adversely classified assets, and the ratio of the consolidated balance to the Bank's projected Tier 1 Capital plus the ALLL;

(iv)    A provision for the Bank's submission of monthly written progress reports to its Board; and

(v)    A provision requiring Board review of the progress reports, with a notation of the review recorded in the minutes of the meeting of the Board.

(c)    The written plan required by this Paragraph 6 shall further require a reduction in the aggregate balance of assets classified "Substandard" according to internal loan grades and/or regulatory review findings in accordance with the following schedule.

(i)    By December 31, 2009, to not more than 100% of Tier 1 Capital plus the ALLL;

(ii)    By June 30, 2010, to not more than 75% of Tier 1 Capital plus the ALLL; and

(iii)    By December 31, 2010, to not more than 50% of Tier 1 Capital plus the ALLL.

(d)    The requirements of this paragraph are not to be construed as standards for future operations of the Bank. Following compliance with the above reduction schedule, the Bank shall continue to reduce the total volume of adversely classified assets.

(e)     The Board shall approve the plan, which approval shall be recorded in the minutes of the meeting of the Board. Thereafter, the Bank shall implement and fully comply with the plan. Such plans shall be monitored and progress reports thereon shall be submitted to the Supervisory Authorities concurrently with the other reporting requirements set forth in this ORDER.

## 7.     SPECIAL MENTION ASSETS

Within 60 days from the effective date of this ORDER, the Bank shall develop a plan to correct all deficiencies in the assets listed for "Special Mention". The Bank shall immediately submit the plan to the Supervisory Authorities for review and comment. Within 30 days from receipt of any comment from the Supervisory Authorities, and after due consideration of any recommended changes, the Bank shall approve the plan, which approval shall be recorded in the minutes of the Board meeting. Thereafter, the Bank shall implement and fully comply with the plan.

## 8.     NO ADDITIONAL CREDIT

(a)     Beginning with the effective date of this ORDER, the Bank shall not extend, directly or indirectly, any additional credit to, or for the benefit of, any borrower who has a loan or other extension of credit from the Bank that has been charged-off or classified, in whole or part, "Loss" or "Doubtful" in an amount greater than $100,000 and is uncollected. The requirements of this paragraph shall not prohibit the Bank from renewing (after collection in cash of interest due from the borrower) any credit already extended to any borrower.

(b)     Additionally, during the life of this ORDER, the Bank shall not extend, directly or indirectly, any additional credit to, or for the benefit of, any borrower who has a loan or other extension of credit from the Bank that has been classified, in whole or in part, "Substandard" in an amount greater than $10,000,000 and is uncollected.

(c)     Paragraph 8(b) shall not apply if the Bank's failure to extend further credit to a particular borrower would be detrimental to the best interests of the Bank. Prior to the extension of any additional credit pursuant to this paragraph, either in the form of a renewal, extension, or further advance of funds, such additional credit shall be approved by a majority of the Board or a designated committee thereof, who shall certify in writing as follows:

(i)     Why the failure of the Bank to extend such credit would be detrimental to the best interests of the Bank;

(ii)    That the Bank's position would be improved thereby; and

(iii)   How the Bank's position would be improved.

(d)     The signed certification shall be made a part of the minutes of the Board or its designated committee and a copy of the signed certification shall be retained in the borrower's credit file

9.      **POLICY FOR LIQUIDITY AND FUNDS MANAGEMENT**

(a)     The Bank's management shall continue to review its liquidity position weekly to ensure that the Bank has sufficient liquid assets or sources of liquidity to meet current and anticipated liquidity needs. This review shall include an analysis of the Bank's sources and uses of funds (cash flow

analysis). The results of this review shall be presented to the Board for review each month, with the review noted in the minutes of the meeting of the Board. A copy of this review shall be provided to the Supervisory Authorities.

(b) Within 45 days from the effective date of this ORDER, the Bank shall adopt and implement a written plan addressing liquidity, contingent funding, and asset liability management. A copy of the plan shall be submitted to the Supervisory Authorities upon its completion for review and comment. Within 30 days from the receipt of any comments from the Supervisory Authorities, the Bank shall incorporate those recommended changes. Thereafter, the Bank shall implement and follow the plan. Annually during the life of this ORDER, the Bank shall review this plan for adequacy and, based upon such review, shall make appropriate revisions to the plan that are necessary to strengthen funds management procedures and maintain adequate provisions to meet the Bank's liquidity needs.

(c) The initial plan shall include, at a minimum:

    (i)    A limitation on the ratio of the Bank's total loans to assets;

    (ii)    A limitation of the ratio of the Bank's total loans to funding liabilities;

    (iii)    Identification of a desirable range and measurement of dependence on non-core funding;

(iv)   Establishment of lines of credit that would allow the Bank to borrow funds to meet depositor demands if the Bank's other provisions for liquidity proved inadequate;

(v)   A requirement for retention of sufficient investments that can be promptly liquidated to ensure the maintenance of the Bank's liquidity posture at a level consistent with short-term and long-term objectives;

(vi)   Establishment of contingency plans to restore liquidity to that amount called for in the Bank's liquidity policy; and

(vii)   Establishment of limits for borrowing federal funds and other funds, including limits on dollar amounts, maturities, and specified sources/lenders.

### 10.   CASH DIVIDENDS

The Bank shall not pay cash dividends without the prior written consent of the Supervisory Authorities.

### 11.   BROKERED DEPOSITS

(a)   Upon the effective date of this ORDER and so long as this ORDER is in effect, the Bank shall neither renew, roll-over, nor increase the amount of brokered deposits above the amount outstanding as of the effective date of this ORDER without obtaining a waiver from the FDIC . Within 15 days of the effective date of this ORDER, the Board shall adopt a written plan for reducing its reliance on brokered deposits, which approval shall be recorded in the minutes of the meeting of the Board. The plan shall detail

the current composition of brokered deposits by maturity and explain the means by which such deposits will be paid. Thereafter, the Bank shall implement and fully comply with the plan. For purposes of this ORDER, brokered deposits are defined in section 337.6(a)(2) of the FDIC's Rules and Regulations, 12 C.F.R. §337.6(a)(2).

(b)     The Bank shall provide a written progress report to the Supervisory Authorities detailing the level, source, and use of brokered deposits with specific reference to progress under the Bank's plan as part of the progress report required by paragraph 13.

(c)     The Bank shall comply with the restrictions on the effective yields on deposits described in 12 C.F.R. § 337.6, as amended May 29, 2009.

## 12.     STRATEGIC PLAN

Within 90 days from the effective date of this ORDER, and within the first 30 days of each calendar year thereafter, the Board shall develop and fully implement a written strategic plan consisting of goals and strategies, consistent with sound banking practices, and taking into account the Bank's other written plans, policies, or other actions as required by this ORDER. The Board shall approve the strategic plan, which approval shall be recorded in the minutes of the meeting of the Board. Thereafter, the Bank, its directors, officers, and employees shall fully implement the strategic plan and any subsequently approved modification. The written strategic plan shall include, at a minimum:

(a)     Identification of the major areas in and means by which the Board will seek to improve the Bank's operating performance;

(b)     Specific goals to improve the net interest margin, increase interest income, reduce discretionary expenses, and improve and sustain earnings, as well as maintain adequate provisions to the ALLL;

(c)     Coordination of the Bank's loan, investment, funds management, operating policies, strategic plan, and ALLL methodology with the strategic and budget planning;

(d)     A budget review process to monitor the revenue and expenses of the Bank whereby actual performance is compared against budgetary projections not less than quarterly, recording the results of the evaluation and any actions taken by the Bank in the minutes of the meeting of the Board at which such evaluation is undertaken; and

(e)     Individual(s) responsible for implementing each of the goals and strategies of the strategic plan.

## 13.    PROGRESS REPORTS

Within 30 days of the end of the first quarter following the effective date of this ORDER, and within 30 days of the end of each quarter thereafter, the Bank shall furnish written progress reports to the Supervisory Authorities detailing the form and manner of any actions taken to secure compliance with this ORDER and the results thereof. Such reports shall include a copy of the Bank's Report of Condition and the Bank's Report of Income. Such reports may be discontinued when the corrections required by this ORDER have been accomplished and the Supervisory Authorities have released the Bank in writing from making further reports.

## 14. <u>DISCLOSURE TO SHAREHOLDERS</u>

Following the issuance of this ORDER, the Bank shall provide to its shareholders or otherwise furnish a description of this ORDER (i) in conjunction with the Bank's next shareholder communication or (ii) in conjunction with its notice or proxy statement preceding the Bank's next shareholder meeting. The description shall fully describe the ORDER in all material respects. The description and any accompanying communication, statement, or notice shall be sent to the FDIC, Division of Supervision and Consumer Protection, Accounting and Securities Disclosure Section, 550 17th Street, N.W., Room F-6066, Washington, D.C. 20429 and to the Superintendent, Alabama State Banking Department, 401 Adams Avenue, Suite 680, Montgomery, Alabama 36130-1201, to review at least twenty (20) days prior to dissemination to shareholders. Any changes requested to be made by the FDIC and the DEPARTMENT shall be made prior to dissemination of the description, communication, notice, or statement.

This ORDER shall become effective immediately on the date of its issuance. The provisions of this ORDER shall remain effective and enforceable except to the extent that, and until such time as, any provisions of this ORDER shall have been modified, terminated, suspended, or set aside by the FDIC and the DEPARTMENT.

Pursuant to delegated authority.

Dated at Atlanta, Georgia, this 15th day of June, 2009.

Doreen R. Eberley
Acting Regional Director
Atlanta Region
Federal Deposit Insurance Corporation

The Alabama Superintendent of Banks, having duly approved the foregoing ORDER, and the Bank, through its Board, agree that the issuance of said ORDER by the Federal Deposit Insurance Corporation shall be binding as between the Bank and the Alabama Superintendent of Banks to the same degree and legal effect that such ORDER would be binding on the Bank if the Alabama Superintendent of Banks had issued a separate ORDER that included and incorporated all the provisions of the foregoing ORDER pursuant to the provisions of the §5-2A-12, Code of Alabama, 1975.

Dated this ___5th___ day of ___June___, 2009.

_____
John D. Harrison
Superintendent of Banks
Alabama State Banking Department

# Exhibit E

UNITED STATES OF AMERICA
BEFORE THE
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
WASHINGTON, D.C.

STATE OF ALABAMA
STATE BANKING DEPARTMENT
MONTGOMERY, ALABAMA

| | |
|---|---|
| In the Matter of<br><br>THE COLONIAL BANCGROUP, INC.<br>Montgomery, Alabama | Docket No. 09-086-B-HC<br><br>Cease and Desist Order Issued<br>Upon Consent Pursuant to the<br>Federal Deposit Insurance Act,<br>as Amended |

WHEREAS, in recognition of their common goal to maintain the financial soundness of

The Colonial BancGroup, Inc., Montgomery, Alabama, a registered bank holding company

("BancGroup"), and its subsidiary bank, Colonial Bank (the "Bank"), a state chartered

nonmember bank, BancGroup has consented to the issuance of a Cease and Desist Order (the

"Order") by the Board of Governors of the Federal Reserve System (the "Board of Governors")

and the Alabama State Banking Department (the "Superintendent");

WHEREAS, on July 15, 2009, the board of directors of BancGroup at a duly

constituted meeting adopted a resolution authorizing and directing Simuel Sippial, Jr. to

enter into this Order on behalf of BancGroup, and consenting to compliance with each and every

provision of this Order by BancGroup and its institution-affiliated parties, as defined in sections

3(u) and 8(b)(3) of the Federal Deposit Insurance Act, as amended (the "FDI Act") (12 U.S.C.

§§ 1813(u) and 1818(b)(3)), and waiving any and all rights that BancGroup may have pursuant

to section 8 of the FDI Act (12 U.S.C. § 1818) to: (i) a hearing for the purpose of taking evidence

on any matters set forth in this Order; (ii) judicial review of this Order; (iii) contest the issuance

of this Order by the Board of Governors pursuant to section 8 of the FDI Act and the

Superintendent pursuant to Section 5-2A-12 (1975) of the Alabama Banking Code; and (iv)

challenge or contest, in any manner, the basis, issuance, validity, terms, effectiveness or

enforceability of this Order or any provisions hereof.

NOW, THEREFORE, IT IS HEREBY ORDERED that, pursuant to sections 8(b)(1) and

(3) of the FDI Act, and Section 5-2A-12 of the Code of Alabama, that BancGroup and its

institution-affiliated parties shall cease and desist and take affirmative action as follows:

**Source of Strength**

1.      The board of directors of BancGroup shall take appropriate steps to ensure that

the Bank complies with the Order to Cease and Desist entered into with the Federal Deposit

Insurance Corporation (the "FDIC") and the Superintendent effective as of June 15, 2009, and

any other supervisory action taken by the Bank's federal or state regulators.

**Capital Plan**

2.      Within 30 days of this Order, BancGroup shall submit to the Reserve Bank and

the Superintendent an acceptable written plan to maintain sufficient capital at BancGroup, on a

consolidated basis, and the Bank, as a separate legal entity on a stand-alone basis.  The plan

shall, at a minimum, address, consider, and include:

(a)      The consolidated organization's and the Bank's current and future capital

requirements, including compliance with the Capital Adequacy Guidelines for Bank Holding

Companies: Risk-Based Measure and Tier 1 Leverage Measure, Appendices A and D of

Regulation Y of the Board of Governors (12 C.F.R. Part 225, App. A and D) and the applicable

capital adequacy guidelines for the Bank issued by the Bank's federal regulator;

2

(b)     the adequacy of the Bank's capital, taking into account the volume of classified credits, concentrations of credit, allowance for loan and lease losses ("ALLL"), current and projected asset growth, and projected retained earnings;

(c)     the source and timing of additional funds to fulfill the consolidated organization's and the Bank's future capital requirements;

(d)     supervisory requests for additional capital at the Bank or the requirements of any supervisory action imposed on the Bank by its federal or state regulator; and

(e)     the requirements of section 225.4(a) of Regulation Y of the Board of Governors (12 C.F.R. § 225.4(a)) that BancGroup serve as a source of strength to the Bank.

3.     BancGroup shall notify the Reserve Bank and the Superintendent, in writing, no more than 30 days after the end of any quarter in which BancGroup's consolidated capital ratios or the Bank's capital ratios (total risk-based, tier 1 risk-based, or leverage) fall below the plan's minimum ratios. Together with the notification, BancGroup shall submit an acceptable written plan that details the steps BancGroup will take to increase its and/or the Bank's capital ratios above the plan's minimums.

**Liquidity Risk Management**

4.     Within 60 days of the date of this Order, BancGroup will submit to the Reserve Bank and the Superintendent an acceptable written plan for liquidity management at the consolidated organization. The plan will, at a minimum, address, consider, and include:

(a)     Analysis of additional liquidity sources;

(b)     appropriate risk limits for each liquidity source;

(c)     the ability to meet short-term funding needs, including the maintenance of a sufficient asset liquidity cushion; and

3

(d)     a contingency funding plan that includes: (i) an assessment of all potential funding needs; and (ii) the establishment of quantitative triggers.

**Allowance for Loan and Lease Losses**

5.     (a)     Within 30 days of this Agreement, BancGroup, including its nonbank subsidiairies (collectively "BancGroup"), shall eliminate from their books, by charge-off or collection, all assets or portions of assets identified as "loss" that have not been previously collected in full or charged off. Thereafter BancGroup shall, within 30 days from the receipt of any federal report of inspection, charge off all assets classified or identified as "loss" unless otherwise approved in writing by the Reserve Bank and the Superintendent.

(b)     Within 60 days of this Agreement, BancGroup shall review and revise as appropriate its consolidated ALLL methodology to assure that it is consistent with relevant supervisory guidance, including the Interagency Policy Statements on the Allowance for Loan and Lease Losses, dated July 2, 2001 (SR 01-17 (Sup)) and December 13, 2006 (SR 06-17). BancGroup shall submit a description of the methodology to the Reserve Bank and the Superintendent upon adoption.

(c)     Within 60 days of this Agreement, BanGroup shall submit to the Reserve Bank and the Superintendent an acceptable written program to be implemented for determining, documenting, and recording an adequate consolidated ALLL. The program shall include policies and procedures to ensure adherence to the consolidated ALLL methodology and provide for periodic reviews and updates to the consolidated ALLL methodology, as appropriate. The program shall also provide for a review of the consolidated ALLL by the board of directors on at least a quarterly calendar basis. Any deficiency found in the consolidated ALLL shall be remedied in the quarter it is discovered, prior to the filing of any required regulatory reports, by

4

additional provisions. The board of directors shall maintain written documentation of its review, including the factors considered and conclusions reached by the Bancorp or any nonbank subsidiary in determining the adequacy of the consolidated ALLL. During the term of this Agreement, BancGroup shall submit to the Reserve Bank and the Superintendent, within 30 days after the end of each calendar quarter, a written report regarding the board of directors' quarterly review of the consolidated ALLL and a description of any changes to the methodology used in determining the amount of consolidated ALLL for that quarter.

**Dividends and Distributions**

6.    (a)    BancGroup shall not declare or pay any dividends without the prior written approval of the Reserve Bank, the Director of the Division of Banking Supervision and Regulation of the Board of Governors (the "Director"), and the Superintendent.

(b)    BancGroup shall not directly or indirectly take dividends or any other form of payment representing a reduction in capital from the Bank without the prior written approval of the Reserve Bank and the Superintendent.

(c)    BancGroup and its nonbank subsidiaries shall not make any distributions of interest, principal, or other sums on subordinated debentures or trust preferred securities without the prior written approval of the Reserve Bank, the Director, and the Superintendent.

(d)    All requests for prior approval shall be received by the Reserve Bank and the Superintendent at least 30 days prior to the proposed dividend declaration date, proposed distribution on subordinated debentures, and required notice of deferral on trust preferred securities. All requests shall contain, at a minimum, current and projected information on BancGroup's capital, earnings, and cash flow; the Bank's capital, asset quality, earnings, and ALLL; and identification of the sources of funds for the proposed payment or distribution. For

5

requests to declare or pay dividends, BancGroup must also demonstrate that the requested declaration or payment of dividends is consistent with the Board of Governors' Policy Statement on the Payment of Cash Dividends by State Member Banks and Bank Holding Companies, dated November 14, 1985 (Federal Reserve Regulatory Service, 4-877 at page 4-323), and Alabama State policies on dividends.

**Debt and Stock Redemption**

7.     (a)     BancGroup and any nonbank subsidiary shall not, directly or indirectly, incur, increase, or guarantee any debt without the prior written approval of the Reserve Bank and the Superintendent. All requests for prior written approval shall contain, but not be limited to, a statement regarding the purpose of the debt, the terms of the debt, and the planned source(s) for debt repayment, and an analysis of the cash flow resources available to meet such debt repayment.

       (b)     BancGroup shall not, directly or indirectly, purchase or redeem any shares of its stock without the prior written approval of the Reserve Bank and the Superintendent.

**Compliance with Laws and Regulations**

8.     (a)     In appointing any new director or senior executive officer, or changing the responsibilities of any senior executive officer so that the officer would assume a different senior executive officer position, BancGroup shall comply with the notice provisions of section 32 of the FDI Act (12 U.S.C. § 1831i) and Subpart H of Regulation Y of the Board of Governors (12 C.F.R. §§ 225.71 *et seq.*) and also provide thirty days prior written notice to the Superintendent.

6

(b)     BancGroup shall comply with the restrictions on indemnification and severance payments of section 18(k) of the FDI Act (12 U.S.C. § 1828(k)) and Part 359 of the FDIC's regulations (12 C.F.R. Part 359).

**Approval and Implementation of Plans, a Program, and Progress Reports**

9.     (a)     BancGroup shall submit plans and a program that are acceptable to the Reserve Bank and the Superintendent within the applicable time periods set forth in paragraphs 2, 4, and 5(c) of this Order.

(b)     Within 10 days of approval by the Reserve Bank and the Superintendent, BancGroup shall adopt the approved plans and program.  Upon adoption, BancGroup shall implement the approved plans and program and thereafter fully comply with them.

(c)     During the term of this Order, the approved plans and program shall not be amended or rescinded without the prior written approval of the Reserve Bank and the Superintendent.

10.     Within 30 days after the end of each calendar quarter following the date of this Order, the board of directors shall submit to the Reserve Bank and the Superintendent written progress reports detailing the form and manner of all actions taken to secure BancGroup's compliance with the provisions of this Order and the results thereof, and a parent company only balance sheet, income statement, and, as applicable, a report of changes in stockholders' equity. The Reserve Bank and the Superintendent may, in writing, discontinue the requirements for progress reports or modify the reporting schedule.

**Communications**

11.     All communications regarding this Order shall be sent to:

7

    (a)      Ms. Maria Smith
                Assistant Vice President
                Federal Reserve Bank of Atlanta
                1000 Peachtree Street, N.E.
                Atlanta, Georgia 30309-4470

    (b)      Mr. John D. Harrison
                Superintendent of Banks
                State of Alabama
                State Banking Department
                401 Adams Avenue, Ste. 680
                Montgomery, Alabama 36130-1201

    (c)      Mr. Simuel Sippial, Jr.
                Chairman
                The Colonial BancGroup, Inc.
                100 Colonial Bank Boulevard
                Montgomery, Alabama  36117

**Miscellaneous**

12.    Notwithstanding any provision of this Order to the contrary, the Reserve Bank and the Superintendent may, in their sole discretion, grant written extensions of time to BancGroup to comply with any provision of this Order.

13.    The provisions of this Order shall be binding upon BancGroup and its institution-affiliated parties, in their capacities as such, and their successors and assigns.

14.    Each provision of this Order shall remain effective and enforceable until stayed, modified, terminated or suspended in writing by the Reserve Bank and the Superintendent.

15.    The provisions of this Order shall not bar, estop or otherwise prevent the Board of Governors, the Reserve Bank, the Superintendent, or any other federal or state agency from taking any other action affecting BancGroup or any of its current or former institution-affiliated parties and their successors and assigns.

8

16.     The Superintendent, having duly approved this Order, and BancGroup, through its

board of directors, agree that the issuance of this Order by the Board of Governors shall be

binding as between BancGroup and the Superintendent to the same degree and legal effect that

such Order would be binding upon BancGroup if the Superintendent had issued a separate Order

and included and incorporated all of the provisions of this Order pursuant to the provisions of

section 5-2A-12 of the Code of Alabama.


By Order of the Board of Governors of the Federal Reserve System and the

Superintendent effective this 22ⁿᵈ day of July , 2009.


THE COLONIAL BANCGROUP, INC.

By: _Simuel Sippial, Jr._
Simuel Sippial, Jr.
Chairman

BOARD OF GOVERNORS OF
THE FEDERAL RESERVE SYSTEM

By: _Robert deV. Frierson_
Robert deV. Frierson
Deputy Secretary of the Board


ALABAMA STATE SUPERINTENDENT
OF BANKS

By: _John D. Harrison_
John D. Harrison
Superintendent of Banks
State of Alabama


9

# Exhibit F

CERT # 9609     DIST/RSSD: 06 / 570231        COLONIAL BANK                    MONTGOMERY, AL
CHARTER # 0     COUNTY: MONTGOMERY

JUNE 30, 2009 UNIFORM BANK PERFORMANCE REPORT

INFORMATION                                                TABLE OF CONTENTS

INTRODUCTION                                               SECTIONS                                              PAGE NUMBER

THIS UNIFORM BANK PERFORMANCE REPORT COVERS THE OPERATIONS OF YOUR      SUMMARY RATIOS.................................................................... 01
BANK AND THAT OF A COMPARABLE GROUP OF PEER BANKS. IT IS PROVIDED
FOR YOUR USE AS A MANAGEMENT TOOL BY THE FEDERAL FINANCIAL              INCOME INFORMATION:
INSTITUTIONS EXAMINATION COUNCIL. DETAILED INFORMATION CONCERNING           INCOME STATEMENT - REVENUES AND EXPENSES ($000)........................ 02
THIS REPORT IS PROVIDED IN "A USER'S GUIDE FOR THE UNIFORM BANK            NONINTEREST INCOME AND EXPENSES ($000) AND YIELDS....................... 03
PERFORMANCE REPORT" FORWARDED TO YOUR BANK UNDER SEPARATE COVER.
TO OBTAIN ADDITIONAL USER'S GUIDE OR OTHER UBPR MATERIALS, CALL         BALANCE SHEET INFORMATION:
THE NUMBER INDICATED AT RIGHT FOR ORDERING ASSISTANCE.                     BALANCE SHEET - ASSETS, LIABILITIES & CAPITAL ($000)...................... 04
                                                                           OFF-BALANCE SHEET ITEMS.................................................... 05
                                                                           BALANCE SHEET - % COMPOSITION OF ASSETS & LIABILITIES................... 06
AS OF THE DATE OF PREPARATION OF THIS REPORT, YOUR BANK'S FEDERAL          ANALYSIS OF CREDIT ALLOWANCE AND LOAN MIX................................ 07
REGULATOR WAS THE FEDERAL DEPOSIT INSURANCE CORPORATION                    ANALYSIS OF PAST DUE, NONACCRUAL & RESTRUCTURED LN&LS................... 08
                                                                           INTEREST RATE RISK ANALYSIS.............................................. 09
YOUR CURRENT PEER GROUP # 1                                                LIQUIDITY AND INVESTMENT PORTFOLIO...................................... 10
INCLUDES ALL INSURED COMMERCIAL BANKS HAVING ASSETS                        CAPITAL ANALYSIS......................................................... 11
IN EXCESS OF $3 BILLION.                                                    ONE QUARTER ANNUALIZED INCOME ANALYSIS................................ 12
                                                                           SECURITIZATION AND ASSET SALE ACTIVITIES............................... 13
                                                                       STATE AVERAGE SUMMARY......................................................... STAVG
PEER GROUPS BY REPORTING PERIOD:
06/30/2009: 1, 03/31/2009: 1, 12/31/2008: 1, 09/30/2008: 1, 06/30/2008: 1.     FOR ORDERING ASSISTANCE CONTACT THE FDIC PUBLIC INFORMATION CENTER: 877 275-3342
                                                                       (IN THE WASHINGTON, DC AREA: (202) 898-7108)
FOR THE DEFINITION OF OTHER UBPR PEER GROUPS, REFER TO THE              QUESTIONS CONCERNING CONTENT OF REPORTS CONTACT: 703-516-1071
                                                                       OR EMAIL FFIEC-UBPR@fdic.gov
UBPR USER'S GUIDE.

                                                                       BANK AND BANK HOLDING COMPANY INFORMATION
ADDRESSEE   CHIEF EXECUTIVE OFFICER                                     CERTIFICATE # 9609        CHARTER # 0
            COLONIAL BANK                                               DIST/RSSD: 06 / 570231
            100 COLONIAL BANK BOULEVARD                                 COLONIAL BANCGROUP, INC., THE
            MONTGOMERY, AL 36117-0000                                   (HOLDING CO. # 1080465 )
                                                                       MONTGOMERY     AL
NOTE                                                                    (HOLDING COMPANY REFERS TO TOP HOLDER)

THIS REPORT HAS BEEN PRODUCED FOR THE USE OF THE FEDERAL REGULATORS OF FINANCIAL INSTITUTIONS IN CARRYING OUT THEIR SUPERVISORY
RESPONSIBILITIES. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE. HOWEVER NO GUARANTEE IS GIVEN AS TO
THE ACCURACY OF THE DATA OR OF THE CALCULATIONS DERIVED THEREFROM. THE DATA AND CALCULATIONS IN THIS REPORT DO NOT INDICATE APPROVAL
OR DISAPPROVAL OF ANY PARTICULAR INSTITUTION'S PERFORMANCE AND ARE NOT TO BE CONSTRUED AS A RATING OF ANY INSTITUTION BY FEDERAL
BANK REGULATORS. USERS ARE CAUTIONED THAT ANY CONCLUSIONS DRAWN FROM THIS REPORT ARE THEIR OWN AND ARE NOT TO BE ATTRIBUTED TO THE
FEDERAL BANK REGULATORS.

THE REPORTS OF CONDITION AND INCOME FOR THIS BANK CONTAIN ADDITIONAL INFORMATION NOT INCLUDED IN THIS PERFORMANCE REPORT, SUCH AS
AN OPTIONAL NARRATIVE STATEMENT BY THE BANK.

CERT # 9609      DIST/RSSD: 06 / 570231      COLONIAL BANK      MONTGOMERY, AL      PAGE 01
CHARTER # 0      COUNTY:      SUMMARY RATIOS      9/30/2009 1:09:47 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| AVERAGE ASSETS ($000) | 26,210,000 | 25,890,264 | 26,909,117 | 27,052,159 | 27,396,206 |
| NET INCOME ($000) | -735,284 | -166,078 | -849,008 | -38,101 | 23,418 |
| NUMBER OF BANKS IN PEER GROUP | 189 | 190 | 188 | 186 | 187 |

| | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EARNINGS AND PROFITABILITY** | | | | | | | | | | | | | |
| **PERCENT OF AVERAGE ASSETS:** | | | | | | | | | | | | | |
| INTEREST INCOME (TE) | 4.28 | 4.42 | 36 | 4.38 | 4.47 | 42 | 5.15 | 5.26 | 39 | 5.26 | 5.34 | 5.37 | 5.39 |
| - INTEREST EXPENSE | 2.39 | 1.41 | 88 | 2.47 | 1.47 | 89 | 2.61 | 2.06 | 81 | 2.62 | 2.16 | 2.69 | 2.25 |
| NET INTEREST INCOME (TE) | 1.89 | 2.96 | 12 | 1.91 | 2.94 | 12 | 2.54 | 3.12 | 19 | 2.64 | 3.14 | 2.68 | 3.12 |
| + NONINTEREST INCOME | 0.46 | 1.22 | 18 | 0.71 | 1.17 | 36 | 0.67 | 1.13 | 31 | 0.74 | 1.14 | 0.73 | 1.20 |
| - NONINTEREST EXPENSE | 3.24 | 2.77 | 75 | 2.61 | 2.63 | 52 | 4.54 | 2.89 | 86 | 2.41 | 2.61 | 2.39 | 2.65 |
| - PROVISION: LOAN&LEASE LOSSES | 3.93 | 1.73 | 89 | 3.96 | 1.56 | 86 | 2.69 | 1.15 | 88 | 1.35 | 0.85 | 0.84 | 0.79 |
| = PRETAX OPERATING INCOME (TE) | -4.83 | -0.26 | 8 | -3.95 | -0.01 | 9 | -4.03 | 0.28 | 8 | -0.37 | 0.84 | 0.19 | 0.95 |
| + REALIZED GAINS/LOSSES SEC | -0.01 | 0.03 | 25 | -0.01 | 0.04 | 19 | 0.02 | -0.10 | 78 | 0.03 | -0.07 | 0.04 | 0.01 |
| = PRETAX NET OPERATING INC (TE) | -4.83 | -0.22 | 9 | -3.97 | 0.01 | 9 | -4.01 | 0.00 | 11 | -0.35 | 0.65 | 0.24 | 0.91 |
| NET OPERATING INCOME | -5.55 | -0.20 | 6 | -2.48 | 0.02 | 10 | -3.16 | -0.11 | 12 | -0.19 | 0.42 | 0.17 | 0.60 |
| ADJUSTED NET OPERATING INCOME | -4.21 | 0.34 | 5 | -0.55 | 0.64 | 13 | -2.85 | 0.41 | 7 | 0.04 | 0.77 | 0.23 | 0.99 |
| NET INC ATTRIB TO MIN INTS | 0.06 | 0.00 | 97 | 0.08 | 0.00 | 98 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| NET INCOME ADJUSTED SUB S | | -0.24 | N/A | | 0.01 | N/A | | -0.11 | N/A | | 0.41 | | 0.60 |
| NET INCOME | -5.61 | -0.24 | 5 | -2.57 | 0.02 | 10 | -3.16 | -0.11 | 12 | -0.19 | 0.42 | 0.17 | 0.60 |
| **MARGIN ANALYSIS:** | | | | | | | | | | | | | |
| AVG EARNING ASSETS TO AVG ASSETS | 91.26 | 92.18 | 40 | 91.09 | 92.26 | 41 | 89.64 | 91.91 | 29 | 90.17 | 91.92 | 90.48 | 91.68 |
| AVG INT-BEARING FUNDS TO AVG AST | 78.67 | 81.97 | 27 | 78.72 | 82.10 | 26 | 81.87 | 82.12 | 44 | 82.97 | 82.15 | 86.10 | 82.19 |
| INT INC (TE) TO AVG EARN ASSETS | 4.69 | 4.82 | 37 | 4.81 | 4.86 | 39 | 5.74 | 5.73 | 42 | 5.84 | 5.82 | 5.93 | 5.90 |
| INT EXPENSE TO AVG EARN ASSETS | 2.61 | 1.53 | 92 | 2.71 | 1.59 | 92 | 2.91 | 2.24 | 88 | 2.90 | 2.35 | 2.97 | 2.46 |
| NET INT INC-TE TO AVG EARN ASSET | 2.08 | 3.23 | 11 | 2.10 | 3.20 | 13 | 2.83 | 3.41 | 23 | 2.93 | 3.42 | 2.96 | 3.42 |
| **LOAN & LEASE ANALYSIS** | | | | | | | | | | | | | |
| NET LOSS TO AVERAGE TOTAL LN&LS | 4.07 | 1.71 | 89 | 3.13 | 1.38 | 84 | 3.56 | 0.95 | 95 | 1.65 | 0.67 | 1.12 | 0.57 |
| EARNINGS COVERAGE OF NET LOSS(X) | -0.34 | 3.13 | 5 | 0.00 | 3.88 | 8 | -0.56 | 4.92 | 7 | 0.87 | 7.42 | 1.29 | 8.61 |
| LN&LS ALLOWANCE TO NET LOSSES(X) | 0.73 | 1.88 | 14 | 0.85 | 2.53 | 14 | 0.50 | 2.95 | 1 | 0.94 | 3.72 | 1.16 | 4.16 |
| LN&LS ALLOW TO LN&LS NOT HFS | 3.66 | 2.29 | 84 | 3.16 | 2.04 | 83 | 2.22 | 1.81 | 73 | 1.88 | 1.54 | 1.60 | 1.43 |
| LN&LS ALLOWANCE TO TOTAL LN&LS | 2.96 | 2.18 | 78 | 2.64 | 1.99 | 77 | 1.94 | 1.79 | 66 | 1.65 | 1.52 | 1.41 | 1.41 |
| NON-CUR LN&LS TO GROSS LN&LS | 9.03 | 3.66 | 90 | 5.43 | 3.05 | 83 | 3.74 | 2.32 | 77 | 3.40 | 1.90 | 1.87 | 1.60 |
| **LIQUIDITY** | | | | | | | | | | | | | |
| NET NON CORE FUND DEPENDENCE | 34.00 | 34.43 | 53 | 32.44 | 35.28 | 48 | 37.74 | 38.44 | 50 | 43.62 | 39.45 | 37.31 | 38.09 |
| NET LOANS & LEASES TO ASSETS | 63.77 | 65.71 | 35 | 62.34 | 65.78 | 32 | 63.11 | 66.48 | 35 | 64.65 | 68.17 | 66.24 | 67.33 |
| **CAPITALIZATION** | | | | | | | | | | | | | |
| TIER ONE LEVERAGE CAPITAL | 4.18 | 8.32 | 3 | 5.54 | 8.25 | 4 | 6.03 | 8.19 | 10 | 7.20 | 8.05 | 7.20 | 8.03 |
| CASH DIVIDENDS TO NET INCOME | 0.00 | 18.91 | 64 | 0.00 | 19.45 | 65 | -6.83 | 36.50 | 15 | -152.23 | 35.41 | 162.27 | 39.97 |
| RETAIN EARNS TO AVG TOTAL EQUITY | -115.14 | -5.39 | 3 | -45.55 | -3.13 | 6 | -41.37 | -5.52 | 7 | -5.38 | -0.84 | -1.24 | 0.98 |
| RESTR+NONAC+RE ACQ TO EQCAP+ALLL | 118.65 | 24.00 | 95 | 55.46 | 19.35 | 93 | 40.36 | 15.31 | 91 | 24.60 | 13.03 | 15.11 | 10.28 |
| **GROWTH RATES** | | | | | | | | | | | | | |
| ASSETS | -2.05 | 6.02 | 32 | -3.43 | 9.78 | 15 | -1.15 | 11.16 | 19 | 7.05 | 10.03 | 9.31 | 15.68 |
| TIER ONE CAPITAL | -41.86 | 10.58 | 4 | -14.21 | 12.29 | 9 | 2.30 | 12.77 | 37 | 13.31 | 7.30 | 14.27 | 11.58 |
| NET LOANS & LEASES | -5.70 | 1.21 | 28 | -12.64 | 6.50 | 8 | -6.12 | 8.86 | 12 | 4.09 | 11.51 | -0.67 | 17.58 |
| SHORT TERM INVESTMENTS | 13.09 | 221.66 | 41 | 64.27 | 115.55 | 55 | 44.77 | 88.11 | 59 | -28.37 | 14.86 | 89.10 | 23.07 |
| SHORT TERM NON CORE FUNDING | 3.95 | -3.45 | 61 | -11.27 | 8.64 | 34 | 24.69 | 16.05 | 65 | 32.59 | 19.72 | 15.44 | 29.16 |

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 | PERCENT CHANGE 1 YEAR |
|---|---|---|---|---|---|---|
| INTEREST AND FEES ON LOANS | 419,798 | 211,790 | 1,063,395 | 827,323 | 572,277 | -26.64 |
| INCOME FROM LEASE FINANCING | 0 | 0 | 0 | 0 | 0 | NA |
| TAX-EXEMPT | 448 | 119 | 266 | 208 | 143 | 213.29 |
| ESTIMATED TAX BENEFIT | 0 | 0 | 0 | 0 | 72 | |
| INCOME ON LOANS & LEASES (TE) | 419,798 | 211,790 | 1,063,395 | 827,323 | 572,349 | -26.65 |
| | | | | | | |
| U S TREAS & AGENCY (EXCL MBS) | 666 | 333 | 287 | 27 | 18 | 3,600.00 |
| MORTGAGE BACKED SECURITIES | 88,396 | 44,690 | 188,681 | 138,667 | 89,850 | -1.62 |
| ESTIMATED TAX BENEFIT | 0 | 0 | 0 | 0 | 3,837 | |
| ALL OTHER SECURITIES | 7,415 | 3,708 | 15,228 | 11,507 | 7,757 | -4.41 |
| TAX EXEMPT SECURITIES INCOME | 7,356 | 3,679 | 14,994 | 11,304 | 7,576 | -2.90 |
| INVESTMT INTEREST INCOME (TE) | 96,477 | 48,731 | 204,196 | 150,201 | 101,462 | -4.91 |
| | | | | | | |
| INTEREST ON DUE FROM BANKS | 1,846 | 750 | 2,149 | 91 | 57 | 3,138.60 |
| INT ON FED FUNDS SOLD & RESALES | 42,706 | 22,092 | 107,385 | 81,460 | 54,014 | -20.94 |
| TRADING ACCOUNT INCOME | 0 | 0 | 0 | 0 | 0 | NA |
| OTHER INTEREST INCOME | 33 | 0 | 8,490 | 8,489 | 7,193 | -99.54 |
| | | | | | | |
| TOTAL INTEREST INCOME (TE) | 560,860 | 283,363 | 1,385,615 | 1,067,564 | 735,076 | -23.70 |
| | | | | | | |
| INT ON DEPOSITS IN FOREIGN OFF | 348 | 279 | 12,518 | 10,971 | 8,205 | -95.76 |
| INTEREST ON TIME DEP OVER $100M | 73,416 | 37,621 | 160,627 | 120,189 | 80,485 | -8.78 |
| INTEREST ON ALL OTHER DEPOSITS | 154,248 | 78,664 | 328,658 | 247,819 | 171,677 | -10.15 |
| INT ON FED FUNDS PURCH & REPOS | 1,375 | 823 | 21,976 | 20,222 | 17,430 | -92.11 |
| INT TRAD LIAB & OTH BORROWINGS | 71,292 | 35,715 | 149,501 | 110,045 | 75,361 | -5.40 |
| INT ON MORTGAGES & LEASES | NA | NA | NA | NA | NA | NA |
| INT ON SUB NOTES & DEBENTURES | 11,886 | 6,544 | 28,903 | 21,882 | 14,935 | -20.42 |
| | | | | | | |
| TOTAL INTEREST EXPENSE | 312,565 | 159,646 | 702,183 | 531,128 | 368,093 | -15.09 |
| | | | | | | |
| NET INTEREST INCOME (TE) | 248,295 | 123,717 | 683,432 | 536,436 | 366,983 | -32.34 |
| NONINTEREST INCOME | 59,728 | 45,868 | 179,416 | 150,665 | 100,680 | -40.68 |
| ADJUSTED OPERATING INCOME (TE) | 308,023 | 169,585 | 862,848 | 687,101 | 467,663 | -34.14 |
| | | | | | | |
| NON-INTEREST EXPENSE | 425,007 | 169,066 | 1,223,008 | 489,195 | 326,801 | 30.05 |
| PROVISION: LOAN & LEASE LOSSES | 515,509 | 256,339 | 723,942 | 273,942 | 114,543 | 350.06 |
| PRETAX OPERATING INCOME (TE) | -632,493 | -255,820 | -1,084,102 | -76,036 | 26,319 | -2,503.22 |
| | | | | | | |
| REALIZED G/L HLD-TO-MATURITY SEC | 0 | 0 | 0 | 0 | 0 | NA |
| REALIZED G/L AVAIL-FOR SALE SEC | -837 | -837 | 5,836 | 5,586 | 6,075 | -113.78 |
| PRETAX NET OPERATING INC (TE) | -633,330 | -256,657 | -1,078,266 | -70,450 | 32,394 | -2,055.11 |
| | | | | | | |
| APPLICABLE INCOME TAXES | 94,010 | -95,915 | -229,258 | -32,349 | 5,066 | |
| CURRENT TAX EQUIV ADJUSTMENT | 0 | 0 | 0 | 0 | 3,910 | |
| OTHER TAX EQUIV ADJUSTMENTS | 0 | 0 | 0 | 0 | 0 | |
| APPLICABLE INCOME TAXES(TE) | 94,010 | -95,915 | -229,258 | -32,349 | 8,976 | |
| | | | | | | |
| NET OPERATING INCOME | -727,340 | -160,742 | -849,008 | -38,101 | 23,418 | -3,205.90 |
| | | | | | | |
| NET EXTRAORDINARY ITEMS | 0 | 0 | 0 | 0 | 0 | |
| NET INC NONCONTROLLING MINORITY INT | 7,944 | 5,336 | NA | NA | NA | |
| NET INCOME | -735,284 | -166,078 | -849,008 | -38,101 | 23,418 | -3,239.82 |
| | | | | | | |
| CASH DIVIDENDS DECLARED | 0 | 0 | 58,000 | 58,000 | 38,000 | -100.00 |

| | | | | | |
|---|---|---|---|---|---|
| RETAINED EARNINGS | -735,284 | -166,078 | -907,008 | -96,101 | -14,582 | -4,942.41 |
| MEMO: NET INTERNATIONAL INCOME | 0 | 0 | 0 | 0 | 0 | NA |

CERT # 9609    DIST/RSSD: 06 / 570231     COLONIAL BANK     MONTGOMERY, AL     PAGE 03
CHARTER # 0    COUNTY:     NONINTEREST INCOME AND EXPENSES ($000) AND YIELDS     9/30/2009 1:09:48 PM

| NONINTEREST INCOME & EXPENSES | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| FIDUCIARY ACTIVITIES | 13 | 8 | 315 | 299 | 245 |
| DEPOSIT SERVICE CHARGES | 33,259 | 16,721 | 76,291 | 58,310 | 38,621 |
| TRADING,VENT CAP,SECURTZ INC | 0 | 0 | 0 | 0 | 0 |
| INV BANKING,ADVISORY INC | 4,993 | 3,066 | 8,076 | 6,341 | 4,406 |
| INSURANCE COMM & FEES | 184 | 85 | 542 | 374 | 299 |
| NET SERVICING FEES | 1,290 | 614 | 2,634 | 2,118 | 1,561 |
| LOAN & LSE NET GAIN/LOSS | 26,763 | 12,444 | 29,773 | 20,021 | -1,169 |
| OTHER NET GAINS/LOSSES | -36,505 | -1,501 | -3,868 | 10,562 | 9,653 |
| OTHER NONINTEREST INCOME | 29,731 | 14,431 | 65,653 | 52,640 | 47,064 |
| NONINTEREST INCOME | 59,728 | 45,868 | 179,416 | 150,665 | 100,680 |
| PERSONNEL EXPENSE | 142,408 | 70,215 | 288,726 | 217,392 | 144,673 |
| OCCUPANCY EXPENSE | 77,056 | 39,117 | 154,179 | 115,458 | 76,359 |
| GOODWILL IMPAIRMENT | 103,477 | 28,477 | 575,000 | 0 | 0 |
| OTHER INTANGIBLE AMORTIZ | 8,308 | 4,154 | 16,613 | 12,459 | 8,305 |
| OTHER OPER EXP(INCL INTANGIBLES) | 93,758 | 27,103 | 188,490 | 143,886 | 97,464 |
| TOTAL OVERHEAD EXPENSE | 425,007 | 169,066 | 1,223,008 | 489,195 | 326,801 |
| DOMESTIC BANKING OFFICES(#) | 353 | 351 | 346 | 343 | 343 |
| FOREIGN BRANCHES (#) | 0 | 0 | 0 | 0 | 0 |
| ASSETS PER DOMESTIC OFFICE | 72,110 | 75,115 | 74,100 | 76,451 | 75,762 |

| | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERCENT OF AVERAGE ASSETS | | | | | | | | | | | | | |
| PERSONNEL EXPENSE | 1.09 | 1.15 | 40 | 1.08 | 1.16 | 38 | 1.07 | 1.18 | 35 | 1.07 | 1.18 | 1.06 | 1.23 |
| OCCUPANCY EXPENSE | 0.59 | 0.31 | 92 | 0.60 | 0.31 | 94 | 0.57 | 0.32 | 91 | 0.57 | 0.33 | 0.56 | 0.33 |
| OTHER OPER EXP(INCL INTANGIBLES) | 1.57 | 1.20 | 79 | 0.92 | 1.06 | 50 | 2.90 | 1.28 | 87 | 0.77 | 1.01 | 0.77 | 1.02 |
| TOTAL OVERHEAD EXPENSE | 3.24 | 2.77 | 75 | 2.61 | 2.63 | 52 | 4.54 | 2.89 | 86 | 2.41 | 2.61 | 2.39 | 2.65 |
| OVERHEAD LESS NONINT INC | 2.79 | 1.41 | 92 | 1.90 | 1.34 | 77 | 3.88 | 1.60 | 91 | 1.67 | 1.37 | 1.65 | 1.32 |
| OTHER INCOME & EXPENSE RATIOS: | | | | | | | | | | | | | |
| EFFICIENCY RATIO | 137.98 | 64.55 | 97 | 99.69 | 63.78 | 92 | 141.74 | 65.08 | 95 | 71.20 | 58.78 | 69.88 | 58.30 |
| AVG PERSONNEL EXP PER EMPL($000) | 60.23 | 76.32 | 27 | 58.44 | 77.31 | 25 | 60.09 | 73.00 | 36 | 61.63 | 73.52 | 62.52 | 72.96 |
| ASSETS PER EMPLOYEE ($MILLION) | 5.38 | 15.03 | 40 | 5.49 | 15.07 | 45 | 5.34 | 12.00 | 41 | 5.58 | 10.19 | 5.62 | 9.75 |
| YIELD ON OR COST OF: | | | | | | | | | | | | | |
| TOTAL LOANS & LEASES (TE) | 5.01 | 5.26 | 35 | 5.05 | 5.26 | 37 | 5.89 | 6.13 | 32 | 5.98 | 6.22 | 6.04 | 6.31 |
| LOANS IN DOMESTIC OFFICES | 5.01 | 5.23 | 38 | 5.05 | 5.23 | 40 | 5.89 | 6.12 | 33 | 5.98 | 6.21 | 6.04 | 6.30 |
| REAL ESTATE | 4.96 | 5.20 | 35 | 5.03 | 5.19 | 40 | 5.92 | 6.08 | 39 | 6.02 | 6.19 | 6.08 | 6.28 |
| SECURED BY 1-4 FAM. RESI PROP | 5.32 | 5.34 | 48 | 5.28 | 5.32 | 50 | 5.63 | 6.00 | 30 | 5.59 | 6.10 | 5.56 | 6.18 |
| ALL OTHER LOANS SEC. REAL ESTATE | 4.77 | 5.07 | 38 | 4.90 | 5.04 | 44 | 6.06 | 6.13 | 48 | 6.23 | 6.24 | 6.35 | 6.33 |
| COMMERCIAL & INDUSTRIAL | 5.10 | 4.89 | 59 | 5.15 | 4.83 | 63 | 6.33 | 6.03 | 66 | 6.48 | 6.15 | 6.63 | 6.26 |
| INDIVIDUAL | 5.44 | 6.91 | 25 | 5.40 | 6.99 | 24 | 6.43 | 7.43 | 26 | 6.58 | 7.54 | 6.81 | 7.46 |
| CREDIT CARD | 11.97 | 9.50 | 67 | 12.75 | 9.76 | 72 | 12.43 | 10.07 | 73 | 11.40 | 9.92 | 12.35 | 10.19 |
| AGRICULTURAL | 4.50 | 4.80 | 42 | 4.45 | 4.87 | 40 | 5.71 | 6.17 | 34 | 5.94 | 6.33 | 6.08 | 6.39 |
| LOANS IN FOREIGN OFFICES | N/A | 3.90 | N/A | N/A | 4.16 | N/A | N/A | 4.85 | N/A | N/A | 5.22 | N/A | 5.64 |
| TOTAL INVESTMENT SECURITIES(TE) | 5.11 | 4.38 | 83 | 5.55 | 4.55 | 88 | 5.67 | 4.87 | 90 | 5.68 | 4.95 | 5.91 | 4.98 |
| TOTAL INVESTMENT SECURITES(BOOK) | 5.11 | 4.26 | 88 | 5.55 | 4.40 | 92 | 5.67 | 4.71 | 94 | 5.68 | 4.75 | 5.69 | 4.78 |
| U S  TREAS & AGENCY (EXCL MBS) | 5.18 | 3.13 | 93 | 5.18 | 3.35 | 91 | 5.22 | 4.09 | 86 | 7.20 | 4.27 | 7.20 | 4.42 |
| MORTGAGE BACKED SECURITIES | 5.20 | 4.80 | 79 | 5.71 | 4.89 | 89 | 5.84 | 5.01 | 92 | 5.85 | 5.03 | 5.86 | 5.02 |
| ALL OTHER SECURITIES | 4.19 | 3.99 | 58 | 4.19 | 4.13 | 52 | 4.20 | 4.41 | 40 | 4.20 | 4.45 | 4.22 | 4.51 |
| INTEREST-BEARING BANK BALANCES | 0.23 | 0.56 | 30 | 0.21 | 0.70 | 26 | 1.35 | 2.06 | 38 | 1.72 | 2.73 | 2.24 | 2.74 |
| FEDERAL FUNDS SOLD & RESALES | 5.24 | 0.36 | 97 | 5.21 | 0.38 | 97 | 5.09 | 2.21 | 96 | 4.94 | 2.52 | 4.95 | 2.72 |
| TOTAL-INT BEARING DEPOSITS | 2.74 | 1.69 | 86 | 2.86 | 1.78 | 87 | 2.93 | 2.39 | 77 | 2.89 | 2.48 | 2.84 | 2.58 |
| TRANSACTION ACCOUNTS | 0.33 | 0.57 | 36 | 0.44 | 0.52 | 51 | 0.51 | 1.12 | 22 | 0.67 | 1.19 | 0.65 | 1.20 |
| OTHER SAVINGS DEPOSITS | 1.80 | 0.71 | 95 | 1.92 | 0.76 | 94 | 1.53 | 1.31 | 69 | 1.41 | 1.38 | 1.27 | 1.45 |
| TIME DEPS OVER $100M | 3.55 | 2.68 | 87 | 3.66 | 2.82 | 85 | 4.00 | 3.66 | 74 | 4.01 | 3.82 | 4.10 | 4.00 |
| ALL OTHER TIME DEPOSITS | 3.26 | 2.63 | 68 | 3.44 | 3.03 | 70 | 4.12 | 3.70 | 75 | 4.25 | 3.83 | 4.50 | 3.97 |
| FOREIGN OFFICE DEPOSITS | 0.64 | 0.63 | 55 | 0.72 | 0.67 | 56 | 2.21 | 1.94 | 63 | 2.35 | 2.38 | 2.54 | 2.58 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL FUNDS PURCHASED & REPOS | 0.74 | 1.04 | 58 | 0.78 | 1.08 | 58 | 2.07 | 2.32 | 42 | 2.59 | 2.60 | 2.75 | 2.77 |
| OTHER BORROWED MONEY | 4.30 | 2.45 | 92 | 4.30 | 2.42 | 90 | 4.28 | 3.42 | 81 | 4.15 | 3.64 | 4.16 | 3.76 |
| SUBORD NOTES & DEBENTURES | 7.69 | 4.45 | 94 | 8.11 | 4.60 | 94 | 7.83 | 4.75 | 94 | 7.85 | 5.03 | 7.96 | 5.47 |
| ALL INTEREST-BEARING FUNDS | 3.03 | 1.74 | 91 | 3.13 | 1.80 | 92 | 3.19 | 2.53 | 83 | 3.15 | 2.65 | 3.12 | 2.76 |

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 | PERCENT CHANGE 1 QTR | 1 YEAR |
|---|---|---|---|---|---|---|---|
| ASSETS: | | | | | | | |
| REAL ESTATE LOANS | 14,878,453 | 14,919,905 | 14,382,855 | 15,087,966 | 15,354,638 | -0.28 | -3.10 |
| COMMERCIAL LOANS | 697,308 | 791,252 | 864,385 | 888,936 | 945,186 | -11.87 | -26.23 |
| INDIVIDUAL LOANS | 231,057 | 243,873 | 248,546 | 261,109 | 261,027 | -5.26 | -11.48 |
| AGRICULTURAL LOANS | 4,563 | 5,555 | 5,255 | 9,698 | 9,730 | -17.86 | -53.10 |
| OTHER LN&LS IN DOMESTIC OFFICES | 916,874 | 919,523 | 999,273 | 989,426 | 890,634 | -0.29 | 2.95 |
| LN&LS IN FOREIGN OFFICES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| LOANS HELD FOR SALE | 3,192,345 | 2,800,139 | 2,082,248 | 2,060,709 | 1,984,723 | 14.01 | 60.85 |
| LOANS NOT HELD FOR SALE | 13,535,910 | 14,079,969 | 14,418,066 | 15,176,426 | 15,476,492 | -3.86 | -12.54 |
| LN&LS ALLOWANCE | 495,000 | 445,000 | 320,000 | 285,000 | 247,009 | 11.24 | 100.40 |
| NET LOANS & LEASES | 16,233,255 | 16,435,108 | 16,180,314 | 16,952,135 | 17,214,206 | -1.23 | -5.70 |
| U S TREASURY & AGENCY SECURITIES | 2,398,096 | 1,508,041 | 1,758,800 | 1,760,208 | 1,444,590 | 59.02 | 66.01 |
| MUNICIPAL SECURITIES | 353,053 | 357,084 | 344,014 | 345,319 | 352,640 | -1.13 | 0.12 |
| FOREIGN DEBT SECURITIES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| ALL OTHER SECURITIES | 1,237,357 | 1,285,425 | 1,203,277 | 1,544,122 | 1,479,556 | -3.74 | -16.37 |
| INTEREST-BEARING BANK BALANCES | 1,114,422 | 1,844,530 | 1,533,575 | 510 | 100,512 | -39.58 | 1,008.75 |
| FEDERAL FUNDS SOLD & RESALES | 1,482,854 | 1,646,799 | 1,563,799 | 1,500,681 | 2,194,065 | | |
| TRADING ACCOUNT ASSETS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| TOTAL INVESTMENTS | 6,585,782 | 6,641,879 | 6,403,465 | 5,150,840 | 5,571,363 | | |
| TOTAL EARNING ASSETS | 22,819,037 | 23,076,987 | 22,583,779 | 22,102,975 | 22,785,569 | | |
| | | | | | | | |
| NONINT CASH & DUE FROM BANKS | 424,681 | 610,115 | 482,747 | 1,326,204 | 451,147 | -30.39 | -5.87 |
| PREMISES, FIX ASSTS, CAP LEASES | 482,624 | 560,830 | 557,313 | 497,460 | 486,426 | -13.94 | -0.78 |
| OTHER REAL ESTATE OWNED | 171,465 | 182,579 | 127,850 | 134,893 | 113,470 | -6.09 | 51.11 |
| DIR & INDIRECT INV RE VENTURES | 75,273 | 37,037 | 33,409 | 27,723 | 24,826 | | |
| INV IN UNCONSOLIDATED SUBS | 42,070 | 2,369 | 2,413 | 2,404 | 1,942 | | |
| ACCEPTANCES & OTH ASSETS | 1,439,962 | 1,895,529 | 1,851,219 | 2,131,308 | 2,123,182 | -24.03 | -32.18 |
| TOTAL ASSETS | 25,455,112 | 26,365,446 | 25,638,730 | 26,222,967 | 25,986,562 | -3.45 | -2.05 |
| AVERAGE ASSETS DURING QUARTER | 26,529,736 | 25,890,264 | 26,479,991 | 26,364,065 | 27,167,026 | 2.47 | -2.35 |
| | | | | | | | |
| LIABILITIES | | | | | | | |
| DEMAND DEPOSITS | 337,805 | 359,019 | 848,617 | 960,489 | 923,077 | -5.91 | -63.40 |
| ALL NOW & ATS ACCOUNTS | 75,366 | 94,667 | 111,519 | 702,743 | 1,100,281 | -20.39 | -93.15 |
| MONEY MARKET DEPOSIT ACCOUNTS | 7,261,924 | 7,248,767 | 6,539,195 | 5,751,255 | 6,197,242 | 0.18 | 17.18 |
| OTHER SAVINGS DEPOSITS | 445,582 | 392,959 | 346,880 | 368,793 | 406,976 | 13.39 | 9.49 |
| TIME DEP UNDER $100M | 7,743,256 | 8,010,651 | 6,538,060 | 6,304,688 | 5,434,319 | -3.34 | 42.49 |
| CORE DEPOSITS | 15,863,933 | 16,106,063 | 14,384,271 | 14,087,968 | 14,061,895 | -1.50 | 12.82 |
| TIME DEP OF $100M OR MORE | 4,156,114 | 4,166,506 | 4,177,331 | 4,126,537 | 3,957,518 | -0.25 | 5.02 |
| DEPOSITS IN FOREIGN OFFICES | 52,052 | 79,690 | 217,124 | 521,602 | 585,095 | -34.68 | -91.10 |
| TOTAL DEPOSITS | 20,072,099 | 20,352,259 | 18,778,726 | 18,736,107 | 18,604,508 | -1.38 | 7.89 |
| FEDERAL FUNDS PURCH & RESALE | 263,208 | 315,605 | 472,706 | 458,658 | 660,724 | | |
| FED HOME LOAN BOR MAT < 1 YR | 0 | 0 | 5,000 | 5,000 | 5,000 | N/A | -100.00 |
| FED HOME LOAN BOR MAT > 1 YR | 3,297,715 | 3,297,215 | 3,296,722 | 3,296,235 | 3,295,755 | 0.02 | 0.06 |
| OTH BORROWING MAT < 1 YR | 23 | 32 | 700,056 | 0 | 19 | -28.13 | 21.05 |
| OTH BORROWING MAT > 1 YR | 17,954 | 18,212 | 18,445 | 318,476 | 16,585 | -1.42 | 8.25 |
| ACCEPTANCES & OTHER LIABILITIES | 315,207 | 326,608 | 273,848 | 285,506 | 263,833 | -3.49 | 19.47 |
| TOTAL LIABILITIES (INCL MORTG) | 23,966,206 | 24,309,931 | 23,545,503 | 23,099,982 | 22,846,424 | -1.41 | 4.90 |
| SUBORD NOTES AND DEBENTURES | 281,351 | 285,563 | 360,057 | 360,504 | 369,641 | -1.47 | -23.89 |
| ALL COMMON & PREFERRED CAPITAL | 1,207,555 | 1,769,952 | 1,733,170 | 2,762,481 | 2,770,497 | -31.77 | -56.41 |
| TOTAL LIBILITIES & CAPITAL | 25,455,112 | 26,365,446 | 25,638,730 | 26,222,967 | 25,986,562 | -3.45 | -2.05 |
| MEMORANDA: | | | | | | | |
| OFFICER, SHAREHOLDER LOANS (#) | 6 | 7 | 11 | 12 | 12 | | |
| OFFICER, SHAREHOLDER LOANS ($) | 28,043 | 32,331 | 57,011 | 93,955 | 94,152 | -13.26 | -70.22 |
| NON-INVESTMENT ORE | 171,465 | 182,579 | 127,850 | 134,893 | 113,470 | -6.09 | 51.11 |

13,644.84

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HELD-TO-MATURITY SECURITIES | 161,227 | 181,937 | 200,421 | 206,014 | 1,173 | -11.38 | |
| AVAILABLE-FOR-SALE-SECURITIES | 3,827,279 | 2,968,613 | 3,105,670 | 3,443,635 | 3,275,613 | 28.92 | 16.84 |
| ALL BROKERED DEPOSITS | 2,027,630 | 2,546,947 | 1,612,687 | 1,822,684 | 1,463,345 | -20.39 | 38.56 |

CERT # 9609       DIST/RSSD: 06 / 570231              COLONIAL BANK              MONTGOMERY, AL                      PAGE 05
CHARTER # 0       COUNTY:                  OFF BALANCE SHEET ITEMS & DERIVATIVES ANALYSIS                     9/30/2009 1:09:48 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 | PERCENT CHANGE 1 QTR | 1 YEAR |
|---|---|---|---|---|---|---|---|
| OUTSTANDING ($000) | | | | | | | |
| HOME EQUITY (1-4 FAMILY) | 316,122 | 346,379 | 398,005 | 446,217 | 493,075 | -8.74 | -35.89 |
| CREDIT CARD | 6,989 | 7,539 | 7,003 | 7,097 | 7,323 | -7.3 | -4.56 |
| COMMERCIAL RE SECURED BY RE | 650,604 | 878,935 | 1,262,962 | 1,600,710 | 2,019,594 | -25.98 | -67.79 |
| 1-4 FAMILY RESIDENTIAL | 112,786 | 137,746 | 194,868 | 250,626 | 428,338 | -18.12 | -73.67 |
| COMML RE, OTH CONST & LAND | 537,818 | 741,189 | 1,068,094 | 1,350,084 | 1,591,256 | -27.44 | -66.2 |
| COMMERCIAL RE NOT SECURED BY RE | 7,546 | 10,494 | 11,639 | 13,303 | 10,056 | -28.09 | -24.96 |
| ALL OTHER | 782,398 | 854,733 | 1,011,492 | 1,174,027 | 1,260,936 | -8.46 | -37.95 |
| SECURITIES UNDERWRITING | 0 | 0 | 0 | 0 | 0 | | |
| MEMO: UNUSED COMMIT W/MAT GT 1 YR | 921,084 | 1,160,913 | 1,563,361 | 1,946,355 | 2,336,564 | -20.66 | -60.58 |
| | | | | | | | |
| STANDBY LETTERS OF CREDIT | 132,404 | 156,738 | 205,094 | 196,417 | 253,853 | -15.53 | -47.84 |
| AMOUNT CONVEYED TO OTHERS | 0 | 216 | 216 | 254 | 1,425 | -100 | -100 |
| COMMERCIAL LETTERS OF CREDIT | 88 | 0 | 180 | 0 | 28 | | 214.29 |
| | | | | | | | |
| ASSETS SECURITIZED OR SOLD W REC | 0 | 0 | 0 | 0 | 0 | | |
| AMOUNT OF RECOURSE EXPOSURE | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| CREDIT DERIVS BANK AS GTR | 0 | 0 | 0 | 0 | 0 | | |
| CREDIT DERIVS BANK AS BENEF | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| ALL OTH OFF-BALANCE SHEET ITEMS | 0 | 0 | 0 | 0 | 0 | | |
| | | | | | | | |
| OFF-BALANCE SHEET ITEMS | 1,896,151 | 2,254,818 | 2,896,375 | 3,437,771 | 4,044,865 | -15.91 | -53.12 |

| OUTSTANDING (% OF TOTAL) | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOME EQUITY (1-4 FAMILY) | 1.24 | 2.92 | 34 | 1.31 | 3.00 | 33 | 1.55 | 3.15 | 33 | 1.70 | 3.29 | 1.90 | 3.28 |
| CREDIT CARD | 0.03 | 1.25 | 53 | 0.03 | 1.38 | 51 | 0.03 | 1.36 | 53 | 0.03 | 1.19 | 0.03 | 1.13 |
| COMMERCIAL RE SECURED BY RE | 2.56 | 1.97 | 61 | 3.33 | 2.32 | 68 | 4.93 | 2.73 | 78 | 6.10 | 3.30 | 7.77 | 3.69 |
| 1-4 FAMILY RESIDENTIAL | 0.44 | 0.35 | 66 | 0.52 | 0.45 | 65 | 0.76 | 0.57 | 67 | 0.96 | 0.77 | 1.65 | 0.91 |
| COMML RE, OTH CONST & LAND | 2.11 | 1.55 | 67 | 2.81 | 1.79 | 73 | 4.17 | 2.05 | 83 | 5.15 | 2.36 | 6.12 | 2.60 |
| COMMERCIAL RE NOT SECURED BY RE | 0.03 | 0.12 | 63 | 0.04 | 0.13 | 63 | 0.05 | 0.14 | 63 | 0.05 | 0.16 | 0.04 | 0.16 |
| ALL OTHER | 3.07 | 9.50 | 18 | 3.24 | 10.03 | 17 | 3.95 | 10.95 | 19 | 4.48 | 11.72 | 4.85 | 11.58 |
| TOTAL LN&LS COMMITMENTS | 6.93 | 19.08 | 13 | 7.96 | 20.56 | 12 | 10.50 | 21.93 | 16 | 12.36 | 22.99 | 14.59 | 23.34 |
| SECURITIES UNDERWRITING | 0.00 | N/A | 98 | 0.00 | N/A | 98 | 0.00 | N/A | 98 | 0.00 | N/A | 0.00 | N/A |
| | | | | | | | | | | | | | |
| STANDBY LETTERS OF CREDIT | 0.52 | 1.79 | 25 | 0.59 | 1.89 | 27 | 0.80 | 1.98 | 32 | 0.75 | 2.11 | 0.98 | 2.18 |
| AMOUNT CONVEYED TO OTHERS | 0.00 | 0.12 | 65 | 0.00 | 0.11 | 66 | 0.00 | 0.11 | 67 | 0.00 | 0.12 | 0.01 | 0.14 |
| COMMERCIAL LETTERS OF CREDIT | 0.00 | 0.05 | 48 | 0.00 | 0.04 | 48 | 0.00 | 0.05 | 47 | 0.00 | 0.07 | 0.00 | 0.09 |
| | | | | | | | | | | | | | |
| ASSETS SECURITIZED OR SOLD W REC | 0.00 | 1.04 | 58 | 0.00 | 1.01 | 60 | 0.00 | 0.96 | 59 | 0.00 | 0.89 | 0.00 | 0.86 |
| AMOUNT OF RECOURSE EXPOSURE | 0.00 | 0.13 | 65 | 0.00 | 0.13 | 67 | 0.00 | 0.12 | 66 | 0.00 | 0.12 | 0.00 | 0.13 |
| CREDIT DERIVS BANK AS GTR | 0.00 | 0.03 | 85 | 0.00 | 0.03 | 85 | 0.00 | 0.03 | 87 | 0.00 | 0.04 | 0.00 | 0.04 |
| CREDIT DERIVS BANK AS BENEF | 0.00 | 0.03 | 84 | 0.00 | 0.04 | 82 | 0.00 | 0.05 | 83 | 0.00 | 0.09 | 0.00 | 0.11 |
| | | | | | | | | | | | | | |
| ALL OTH OFF-BALANCE SHEET ITEMS | 0.00 | 0.37 | 75 | 0.00 | 0.36 | 75 | 0.00 | 0.38 | 74 | 0.00 | 0.45 | 0.00 | 0.56 |
| | | | | | | | | | | | | | |
| OFF-BALANCE SHEET ITEMS | 7.45 | 28.51 | 11 | 8.55 | 30.31 | 11 | 11.30 | 32.02 | 14 | 13.11 | 33.23 | 15.57 | 35.66 |

CERT # 9609     DIST/RSSD: 06 / 570231     COLONIAL BANK     MONTGOMERY, AL     PAGE 05A
CHARTER # 0     COUNTY:     OFF BALANCE SHEET ITEMS & DERIVATIVES ANALYSIS     9/30/2009 1:09:48 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| NOTIONAL AMOUNT ($000) | | | | | |
| DERIVATIVE CONTRACTS | 3,319,413 | 2,889,702 | 2,106,755 | 2,147,114 | 2,048,042 |
| INTEREST RATE CONTRACTS | 3,319,413 | 2,889,702 | 2,106,755 | 2,147,114 | 2,048,042 |
| FOREIGN EXCHANGE CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| EQUITY, COMM & OTH CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| DERIVATIVES POSITION | | | | | |
| FUTURES AND FORWARDS | 246,504 | 178,347 | 100,737 | 107,492 | 101,369 |
| WRITTEN OPTIONS | 3,057,638 | 2,705,826 | 2,006,018 | 2,039,622 | 1,946,673 |
| EXCHANGE TRADED | 0 | 0 | 0 | 0 | 0 |
| OVER-THE-COUNTER | 3,057,638 | 2,705,826 | 2,006,018 | 2,039,622 | 1,946,673 |
| PURCHASED OPTIONS | 0 | 0 | 0 | 0 | 0 |
| EXCHANGE TRADED | 0 | 0 | 0 | 0 | 0 |
| OVER-THE-COUNTER | 0 | 0 | 0 | 0 | 0 |
| SWAPS | 15,271 | 5,529 | 0 | 0 | 0 |
| | | | | | |
| HELD-FOR-TRADING | 0 | 0 | 0 | 0 | 0 |
| INTEREST RATE CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| FOREIGN EXCHANGE CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| EQUITY, COMM & OTH CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| NON-TRADED | 3,319,413 | 2,889,702 | 2,106,755 | 2,147,114 | 2,048,042 |
| INTEREST RATE CONTRACTS | 3,319,413 | 2,889,702 | 2,106,755 | 2,147,114 | 2,048,042 |
| FOREIGN EXCHANGE CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| EQUITY, COMM & OTH CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| MEMO: MARKED-TO-MARKET | 3,319,413 | 2,889,702 | 2,106,755 | 2,147,114 | 2,048,042 |
| | | | | | |
| DERIVATIVE CONTRACTS (RBC DEF ) | 261,775 | 183,876 | 100,737 | 107,492 | 101,369 |
| ONE YEAR OR LESS | 246,504 | 178,347 | 100,737 | 107,492 | 101,369 |
| OVER 1 YEAR TO 5 YEARS | 8,567 | 0 | 0 | 0 | 0 |
| OVER 5 YEARS | 6,704 | 5,529 | 0 | 0 | 0 |
| | | | | | |
| GROSS NEGATIVE FAIR VALUE | 20,110 | 52,903 | 27,337 | 15,553 | 11,423 |
| GROSS POSTIVE FAIR VALUE | 1,578 | 717 | 204 | 654 | 234 |
| HELD-FOR-TRADING | 0 | 0 | 0 | 0 | 0 |
| NON-TRADED | 1,578 | 717 | 204 | 654 | 234 |
| MEMO MARKED-TO-MARKET | 1,578 | 717 | 204 | 654 | 234 |
| CURR CREDIT EXP ON RBC DERIV CONTR | 194 | 96 | 204 | 654 | 0 |
| CREDIT LOSSES OFF-BS DERIVS | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| PAST DUE DERIV INSTRUMENTS: | | | | | |
| FAIR VALUE CARRIED AS ASSETS | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| IMPACT NONTRADED DERIV CONTRACTS: | | | | | |
| INCREASE (DECR) IN INTEREST INC | N/A | N/A | N/A | N/A | N/A |
| INCREASE (DECR) IN INTEREST EXP | N/A | N/A | N/A | N/A | N/A |
| INCREADE (DECR) IN NONINT ALLOC | N/A | N/A | N/A | N/A | N/A |
| INCREASE (DECR) IN NET INCOME | N/A | N/A | N/A | N/A | N/A |

CERT # 9609    DIST/RSSD: 06 / 570231    **COLONIAL BANK**    MONTGOMERY, AL    PAGE 05B
CHARTER # 0    COUNTY:    OFF BALANCE SHEET ITEMS & DERIVATIVES ANALYSIS    9/30/2009 1:09:48 PM

| | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | | 06/30/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERCENT OF NOTIONAL AMOUNT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 |
| INTEREST RATE CONTRACTS | 100.00 | 84.11 | 99 | 100.00 | 82.71 | 99 | 100.00 | 82.64 | 99 | 100.00 | 82.36 | 100.00 | 80.59 |
| FOREIGN EXCHANGE CONTRACTS | 0.00 | 3.38 | 62 | 0.00 | 4.17 | 58 | 0.00 | 4.13 | 60 | 0.00 | 4.13 | 0.00 | 4.05 |
| EQUITY, COMM, & OTHER CONTR | 0.00 | 1.07 | 73 | 0.00 | 1.01 | 75 | 0.00 | 0.89 | 75 | 0.00 | 1.04 | 0.00 | 1.24 |
| | | | | | | | | | | | | | | |
| FUTURES AND FORWARDS | 7.43 | 17.02 | 48 | 6.17 | 16.45 | 45 | 4.78 | 15.21 | 46 | 5.01 | 13.33 | 4.95 | 12.87 |
| WRITTEN OPTIONS | 92.11 | 11.67 | 94 | 93.64 | 11.49 | 95 | 95.22 | 10.92 | 95 | 94.99 | 8.21 | 95.05 | 7.37 |
|    EXCHANGE TRADED | 0.00 | 0.04 | 90 | 0.00 | 0.04 | 89 | 0.00 | 0.03 | 90 | 0.00 | 0.07 | 0.00 | 0.03 |
|    OVER-THE-COUNTER | 92.11 | 11.35 | 94 | 93.64 | 11.20 | 95 | 95.22 | 10.64 | 95 | 94.99 | 7.77 | 95.05 | 7.00 |
| PURCHASED OPTIONS | 0.00 | 3.25 | 50 | 0.00 | 3.02 | 50 | 0.00 | 3.94 | 51 | 0.00 | 4.57 | 0.00 | 4.43 |
|    EXCHANGE TRADED | 0.00 | 0.05 | 90 | 0.00 | 0.05 | 89 | 0.00 | 0.03 | 89 | 0.00 | 0.09 | 0.00 | 0.05 |
|    OVER-THE-COUNTER | 0.00 | 2.93 | 50 | 0.00 | 2.74 | 50 | 0.00 | 3.66 | 51 | 0.00 | 4.15 | 0.00 | 4.05 |
| SWAPS | 0.46 | 51.99 | 18 | 0.19 | 52.48 | 16 | 0.00 | 52.00 | 15 | 0.00 | 55.00 | 0.00 | 53.44 |
| | | | | | | | | | | | | | | |
| HELD-FOR-TRADING | 0.00 | 33.23 | 43 | 0.00 | 32.48 | 42 | 0.00 | 33.22 | 43 | 0.00 | 35.07 | 0.00 | 34.35 |
|    INTEREST RATE CONTRACTS | 0.00 | 28.73 | 47 | 0.00 | 28.43 | 47 | 0.00 | 28.81 | 47 | 0.00 | 30.31 | 0.00 | 28.16 |
|    FOREIGN EXCHANGE CONTRACTS | 0.00 | 1.80 | 71 | 0.00 | 1.85 | 72 | 0.00 | 1.46 | 72 | 0.00 | 1.86 | 0.00 | 1.78 |
|    EQUITY, COMM & OTH CONTRACTS | 0.00 | 0.23 | 82 | 0.00 | 0.21 | 82 | 0.00 | 0.22 | 83 | 0.00 | 0.31 | 0.00 | 0.26 |
| NON-TRADED | 100.00 | 26.98 | 99 | 100.00 | 28.98 | 99 | 100.00 | 28.59 | 99 | 100.00 | 27.69 | 100.00 | 28.33 |
|    INTEREST RATE CONTRACTS | 100.00 | 31.37 | 99 | 100.00 | 35.19 | 99 | 100.00 | 34.30 | 99 | 100.00 | 32.75 | 100.00 | 33.47 |
|    FOREIGN EXCHANGE CONTRACTS | 0.00 | 0.19 | 81 | 0.00 | 0.28 | 75 | 0.00 | 0.35 | 76 | 0.00 | 0.22 | 0.00 | 0.24 |
|    EQUITY, COMM & OTH CONTRACTS | 0.00 | 0.20 | 87 | 0.00 | 0.14 | 87 | 0.00 | 0.08 | 87 | 0.00 | 0.10 | 0.00 | 0.11 |
| MEMO: MARKED-TO-MARKET | 100.00 | 26.98 | 99 | 100.00 | 28.98 | 99 | 100.00 | 28.59 | 99 | 100.00 | 27.69 | 100.00 | 28.33 |
| | | | | | | | | | | | | | | |
| DERIVATIVE CONTRACTS (RBC DEF ) | 7.89 | 76.84 | 5 | 6.36 | 76.01 | 5 | 4.78 | 74.16 | 5 | 5.01 | 77.06 | 4.95 | 75.42 |
|    ONE YEAR OR LESS | 7.43 | 26.68 | 25 | 6.17 | 25.09 | 26 | 4.78 | 22.54 | 27 | 5.01 | 19.57 | 4.95 | 19.06 |
|    OVER 1 YEAR TO 5 YEARS | 0.26 | 28.77 | 23 | 0.00 | 29.39 | 22 | 0.00 | 29.90 | 20 | 0.00 | 33.94 | 0.00 | 31.81 |
|    OVER 5 YEARS | 0.20 | 13.20 | 34 | 0.19 | 13.89 | 33 | 0.00 | 15.05 | 32 | 0.00 | 16.59 | 0.00 | 16.85 |
| GROSS NEGATIVE FAIR VALUE | 0.61 | 1.67 | 25 | 1.83 | 2.32 | 42 | 1.30 | 2.69 | 30 | 0.72 | 1.15 | 0.56 | 1.08 |
| GROSS POSTIVE FAIR VALUE | 0.05 | 1.77 | 9 | 0.02 | 2.40 | 8 | 0.01 | 2.70 | 11 | 0.03 | 1.25 | 0.01 | 1.22 |
| | | | | | | | | | | | | | | |
| BY TIER ONE CAPITAL: | | | | | | | | | | | | | | |
|    GROSS NEGATIVE FAIR VALUE (X) | 0.02 | 0.04 | 62 | 0.04 | 0.05 | 66 | 0.02 | 0.06 | 55 | 0.01 | 0.03 | 0.01 | 0.04 |
|    GROSS POSTIVE FAIR VALUE (X) | 0.00 | 0.04 | 43 | 0.00 | 0.06 | 41 | 0.00 | 0.08 | 41 | 0.00 | 0.03 | 0.00 | 0.04 |
|      HELD-FOR-TRADING (X) | 0.00 | 1.18 | 54 | 0.00 | 1.21 | 54 | 0.00 | 1.27 | 52 | 0.00 | 1.36 | 0.00 | 1.44 |
|      NON TRADED (X) | 3.04 | 0.67 | 90 | 2.06 | 0.67 | 86 | 1.34 | 0.69 | 79 | 1.18 | 0.65 | 1.09 | 0.74 |
|      NON-TRADED MARKED-TO-MKT(X) | 3.04 | 0.67 | 90 | 2.06 | 0.67 | 86 | 1.34 | 0.69 | 79 | 1.18 | 0.65 | 1.09 | 0.74 |
| CURR CREDIT EXPOSURE (X) | 0.00 | 0.04 | 47 | 0.00 | 0.05 | 45 | 0.00 | 0.07 | 46 | 0.00 | 0.03 | 0.00 | 0.03 |
| CREDIT LOSSES ON DERIVATIVES | 0.00 | 0.00 | 90 | 0.00 | 0.00 | 90 | 0.00 | 0.00 | 92 | 0.00 | 0.00 | 0.00 | N/A |
| PAST DUE DERIVATIVE INSTRUMENTS : | | | | | | | | | | | | | | |
|    FAIR VALUE CARRIED AS ASSETS | 0.00 | N/A | 95 | 0.00 | N/A | 97 | 0.00 | N/A | 98 | 0.00 | N/A | 0.00 | N/A |
| | | | | | | | | | | | | | | |
| OTHER RATIOS: | | | | | | | | | | | | | | |
| CUR CREDIT EXPOSURE/ RISK WT AST | 0.00 | 0.43 | 35 | 0.00 | 0.55 | 36 | 0.00 | 0.61 | 35 | 0.00 | 0.30 | 0.00 | 0.33 |
| CREDIT LOSSES ON DERIVS /CR ALLOW | 0.00 | 0.01 | 89 | 0.00 | 0.01 | 90 | 0.00 | 0.00 | 91 | 0.00 | 0.00 | 0.00 | N/A |
| IMPACT OF NONTRADED DERIV CONTRACTS: | | | | | | | | | | | | | | |
|    INCR(DEC) INTEREST INC/NET INC | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|    INCR(DEC) INTEREST EXP/NET INC | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|    INCR(DEC) NONINT ALLOC/NET INC | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|    INCR(DEC) NET INCOME/NET INC | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

Case 09-32303    Doc 156-2    Filed 10/05/09    Entered 10/05/09 17:02:30    Desc Exhibit
Exhibits A-F    Page 66 of 88

CERT # 9609   DIST/RSSD: 06 / 570231   COLONIAL BANK   MONTGOMERY, AL   PAGE 06
CHARTER # 0   COUNTY:   BALANCE SHEET - PERCENTAGE COMPOSITION OF ASSETS AND LIABILITIES   9/30/2009 1:09:49 PM

| ASSETS, PERCENT OF AVG ASSETS | 06/30/2009 BANK | PG 1 | PCT | 03/31/2009 BANK | PG 1 | PCT | 12/31/2008 BANK | PG 1 | PCT | 09/30/2008 BANK | PG 1 | 06/30/2008 BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOANS HELD FOR SALE | 10.42 | 0.63 | 96 | 9.39 | 0.58 | 96 | 8.10 | 0.64 | 96 | 8.10 | 0.63 | 8.18 | 0.68 |
| LOANS NOT HELD FOR SALE | 54.27 | 65.95 | 20 | 54.80 | 66.11 | 20 | 58.82 | 67.31 | 22 | 59.45 | 67.28 | 59.97 | 66.53 |
| LESS: LN&LS ALLOWANCE | 1.63 | 1.35 | 72 | 1.47 | 1.28 | 69 | 1.02 | 1.00 | 56 | 0.96 | 0.92 | 0.92 | 0.88 |
| NET LOANS & LEASES | 63.06 | 65.87 | 34 | 62.72 | 66.04 | 33 | 65.91 | 67.49 | 37 | 66.59 | 67.58 | 67.23 | 67.12 |
| INTEREST-BEARING BANK BALANCES | 5.80 | 3.02 | 80 | 6.50 | 2.83 | 83 | 1.25 | 1.13 | 74 | 0.10 | 0.53 | 0.13 | 0.52 |
| FEDERAL FUNDS SOLD & RESALES | 6.06 | 0.89 | 91 | 6.17 | 0.90 | 90 | 7.24 | 1.53 | 92 | 7.52 | 1.79 | 8.12 | 2.02 |
| TRADING ACCOUNT ASSETS | 0.00 | 0.42 | 56 | 0.00 | 0.46 | 58 | 0.00 | 0.51 | 52 | 0.00 | 0.56 | 0.00 | 0.56 |
| HELD-TO-MATURITY SECURITIES | 0.70 | 0.92 | 64 | 0.74 | 0.94 | 64 | 0.31 | 0.97 | 55 | 0.20 | 0.90 | 0.00 | 0.81 |
| AVAILABLE-FOR-SALE SECURITIES | 12.78 | 14.40 | 45 | 11.68 | 14.27 | 40 | 12.60 | 14.31 | 43 | 12.72 | 13.23 | 12.58 | 13.29 |
| TOTAL EARNING ASSETS | 88.40 | 89.65 | 33 | 87.81 | 89.58 | 31 | 87.31 | 89.58 | 26 | 87.13 | 89.48 | 88.06 | 89.49 |
| NONINT CASH & DUE FROM BANKS | 1.96 | 1.92 | 61 | 2.10 | 1.97 | 67 | 2.39 | 2.27 | 59 | 2.52 | 2.23 | 1.68 | 2.27 |
| PREMISES, FIX ASSTS & CAP LEASES | 2.07 | 1.02 | 85 | 2.15 | 1.03 | 86 | 1.92 | 1.03 | 83 | 1.86 | 1.03 | 1.85 | 1.03 |
| OTHER REAL ESTATE OWNED | 0.62 | 0.22 | 87 | 0.60 | 0.20 | 91 | 0.31 | 0.12 | 86 | 0.27 | 0.10 | 0.19 | 0.09 |
| DIR & INDIRECT INV RE VENTURES | 0.19 | 0.01 | 95 | 0.14 | 0.01 | 92 | 0.10 | 0.01 | 91 | 0.09 | 0.01 | 0.08 | 0.01 |
| INV IN UNCONSOLIDATED SUBS | 0.06 | 0.01 | 88 | 0.01 | 0.01 | 83 | 0.01 | 0.01 | 83 | 0.01 | 0.01 | 0.01 | 0.01 |
| ACCEPTANCES & OTHER ASSETS | 6.70 | 6.48 | 55 | 7.20 | 6.51 | 60 | 7.95 | 6.45 | 69 | 8.13 | 6.60 | 8.13 | 6.65 |
| SUBTOTAL | 11.59 | 10.35 | 66 | 12.20 | 10.42 | 68 | 12.69 | 10.42 | 73 | 12.88 | 10.52 | 11.94 | 10.51 |
| TOTAL ASSETS | 99.99 | 100.00 | | 100.01 | 100.00 | | 100.00 | 100.00 | | 100.01 | 100.00 | 100.00 | 100.00 |
| STANDBY LETTERS OF CREDIT | 0.64 | 1.87 | 29 | 0.70 | 1.90 | 30 | 0.94 | 2.07 | 33 | 0.98 | 2.15 | 1.05 | 2.16 |
| LIABILITIES, PERCENT OF AVG ASST | | | | | | | | | | | | | |
| DEMAND DEPOSITS | 2.00 | 4.40 | 16 | 2.32 | 4.28 | 23 | 3.52 | 4.27 | 40 | 3.57 | 4.27 | 3.54 | 4.42 |
| ALL NOW & ATS ACCOUNTS | 0.36 | 1.63 | 17 | 0.40 | 1.58 | 20 | 2.87 | 1.55 | 78 | 3.46 | 1.58 | 3.72 | 1.61 |
| MONEY MARKET DEPOSIT ACCOUNTS | 27.18 | 21.42 | 60 | 26.51 | 21.28 | 61 | 24.62 | 22.33 | 53 | 24.40 | 22.82 | 25.22 | 22.82 |
| OTHER SAVINGS DEPOSITS | 1.53 | 6.48 | 24 | 1.42 | 6.36 | 24 | 1.55 | 6.61 | 24 | 1.59 | 6.60 | 1.65 | 6.85 |
| TIME DEP LESS THAN $100M | 28.78 | 15.95 | 86 | 27.98 | 16.24 | 85 | 22.18 | 14.43 | 79 | 21.37 | 13.70 | 20.48 | 13.37 |
| CORE DEPOSITS | 59.84 | 57.17 | 53 | 58.63 | 56.85 | 51 | 54.73 | 54.90 | 44 | 54.40 | 54.35 | 54.62 | 54.03 |
| TIME DEP OF $100M OR MORE | 16.14 | 10.42 | 81 | 16.04 | 10.24 | 81 | 15.22 | 10.36 | 78 | 14.96 | 10.35 | 14.70 | 10.38 |
| DEPOSITS IN FOREIGN OFFICES | 0.45 | 1.49 | 70 | 0.57 | 1.50 | 71 | 1.91 | 1.84 | 74 | 2.17 | 1.90 | 2.24 | 1.92 |
| TOTAL DEPOSITS | 76.43 | 72.50 | 64 | 75.25 | 72.07 | 60 | 71.86 | 70.41 | 55 | 71.53 | 70.05 | 71.55 | 70.03 |
| FEDERAL FUNDS PURCH & REPOS | 1.36 | 4.90 | 26 | 1.52 | 5.11 | 26 | 2.55 | 6.22 | 28 | 2.72 | 6.33 | 3.04 | 6.44 |
| TOTAL FED HOME LOAN BORROWINGS | 12.78 | 5.39 | 85 | 12.69 | 5.51 | 84 | 12.84 | 6.01 | 82 | 12.83 | 5.97 | 12.91 | 5.58 |
| TOTAL OTH BORROWINGS | 0.97 | 2.24 | 55 | 1.42 | 2.31 | 59 | 0.83 | 2.14 | 50 | 0.35 | 2.20 | 0.06 | 2.18 |
| MEMO: SHT TER N CORE FUNDING | 22.14 | 25.89 | 46 | 22.38 | 26.55 | 41 | 21.76 | 27.30 | 37 | 21.21 | 26.94 | 20.72 | 26.67 |
| ACCEPTANCES & OTHER LIABILITIES | 1.18 | 1.51 | 47 | 1.15 | 1.51 | 45 | 1.03 | 1.50 | 41 | 1.03 | 1.45 | 1.01 | 1.47 |
| TOTAL LIABILITIES (INCL MORTG) | 92.72 | 89.03 | 88 | 92.02 | 89.13 | 83 | 89.11 | 88.97 | 47 | 88.45 | 88.83 | 88.57 | 88.72 |
| SUBORDINATED NOTES & DEBENTURES | 1.20 | 0.53 | 76 | 1.24 | 0.55 | 77 | 1.41 | 0.59 | 76 | 1.41 | 0.59 | 1.42 | 0.60 |
| ALL COMMON & PREFERRED CAPITAL | 6.08 | 10.26 | 6 | 6.74 | 10.15 | 13 | 9.48 | 10.26 | 44 | 10.14 | 10.39 | 10.01 | 10.48 |
| TOTAL LIABILITIES & CAPITAL | 100.00 | 100.00 | | 100.01 | 100.00 | | 100.00 | 100.00 | | 100.00 | 100.00 | 100.00 | 100.00 |
| MEMO: ALL BROKERED DEPOSITS | 7.99 | 6.10 | 71 | 8.00 | 6.41 | 67 | 6.07 | 4.97 | 68 | 6.01 | 4.12 | 5.70 | 3.70 |
| INSURED BROKERED DEP | 7.99 | 5.28 | 74 | 8.00 | 5.61 | 70 | 6.07 | 4.26 | 73 | 6.01 | 3.44 | 5.70 | 3.04 |
| DIRECT & INDIRECT INV IN RE | 0.14 | 0.01 | 93 | 0.14 | 0.01 | 92 | 0.10 | 0.01 | 91 | 0.09 | 0.01 | 0.08 | 0.01 |
| LOANS HFS AS A % LOANS | 16.11 | 0.94 | 96 | 14.63 | 0.87 | 96 | 12.10 | 0.97 | 95 | 11.99 | 0.96 | 12.00 | 1.04 |

CERT # 9609        DIST/RSSD: 06 / 570231              COLONIAL BANK           MONTGOMERY, AL              PAGE 07
CHARTER # 0        COUNTY:          ANALYSIS OF CREDIT ALLOWANCE AND LOAN MIX                    9/30/2009 1:09:49 PM

|  | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | 06/30/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHANGE: CREDIT ALLOWANCE ($000) | | | | | | | | | | | | | |
| BEGINNING BALANCE | 320,000 | | | 320,000 | | | 238,845 | | | 238,845 | | 238,845 | |
| GROSS CREDIT LOSSES | 347,414 | | | 133,825 | | | 647,933 | | | 231,878 | | 109,191 | |
| MEMO: LOANS HFS WRITEDOWN | 26,238 | | | 14,788 | | | 71,245 | | | 0 | | 0 | |
| RECOVERIES | 6,905 | | | 2,486 | | | 5,146 | | | 4,091 | | 2,812 | |
| NET CREDIT LOSSES | 340,509 | | | 131,339 | | | 642,787 | | | 227,787 | | 106,379 | |
| | | | | | | | | | | | | | |
| PROVISION FOR CREDIT LOSS | 515,509 | | | 256,339 | | | 723,942 | | | 273,942 | | 114,543 | |
| OTHER ADJUSTMENTS | 0 | | | 0 | | | 0 | | | 0 | | 0 | |
| ENDING BALANCE | 495,000 | | | 445,000 | | | 320,000 | | | 285,000 | | 247,009 | |
| | | | | | | | | | | | | | |
| AVERAGE TOTAL LOANS & LEASES | 16,742,678 | | | 16,787,093 | | | 18,053,098 | | | 18,450,851 | | 18,947,978 | |

| ANALYSIS RATIOS | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOSS PROVISION TO AVERAGE ASSETS | 3.93 | 1.73 | 89 | 3.96 | 1.56 | 86 | 2.69 | 1.15 | 88 | 1.35 | 0.85 | 0.84 | 0.79 |
| RECOVERIES TO PRIOR CREDIT LOSS | 2.13 | 9.73 | 13 | 1.53 | 8.21 | 12 | 8.09 | 25.38 | 15 | 8.57 | 26.04 | 8.84 | 24.35 |
| | | | | | | | | | | | | | |
| NET LOSS TO AVERAGE TOT LN&LS | 4.07 | 1.71 | 89 | 3.13 | 1.38 | 84 | 3.56 | 0.95 | 95 | 1.65 | 0.67 | 1.12 | 0.57 |
| GROSS LOSS TO AVERAGE TOT LN&LS | 4.15 | 1.81 | 89 | 3.19 | 1.48 | 83 | 3.59 | 1.02 | 95 | 1.68 | 0.78 | 1.15 | 0.63 |
| RECOVERIES TO AVERAGE TOT LN&LS | 0.08 | 0.07 | 59 | 0.06 | 0.07 | 56 | 0.03 | 0.07 | 32 | 0.03 | 0.07 | 0.03 | 0.07 |
| | | | | | | | | | | | | | |
| LN&LS ALLOW TO LN&LS NOT HFS | 3.66 | 2.29 | 84 | 3.16 | 2.04 | 83 | 2.22 | 1.81 | 73 | 1.88 | 1.54 | 1.60 | 1.43 |
| LN&LS ALLOWANCE TO TOTAL LN&LS | 2.96 | 2.18 | 78 | 2.64 | 1.99 | 77 | 1.94 | 1.79 | 66 | 1.65 | 1.52 | 1.41 | 1.41 |
| LN&LS ALLOWANCE TO NET LOSSES (X) | 0.73 | 1.88 | 14 | 0.85 | 2.53 | 14 | 0.50 | 2.95 | 1 | 0.94 | 3.72 | 1.16 | 4.16 |
| LN&LS ALL TO NONACCURAL LN&LS (X) | 0.33 | 0.98 | | 0.50 | 1.13 | | 0.55 | 1.57 | | 0.53 | 1.46 | 0.84 | 1.72 |
| | | | | | | | | | | | | | |
| EARN COVER OF NET LN&LS LOSS (X) | -0.34 | 3.13 | 5 | 0.00 | 3.88 | 8 | -0.56 | 4.92 | 7 | 0.87 | 7.42 | 1.29 | 8.61 |
| | | | | | | | | | | | | | |
| NET LOSSES BY TYPE OF LN&LS | | | | | | | | | | | | | |
| REAL ESTATE LOANS | 4.02 | 1.52 | 87 | 3.18 | 1.18 | 86 | 3.77 | 0.83 | 94 | 1.62 | 0.59 | 1.20 | 0.48 |
| LOANS TO FINANCE COMML REAL EST | 51.94 | 0.96 | 98 | 66.35 | 0.75 | 99 | 1.13 | 0.26 | 86 | 1.83 | 0.16 | 0.14 | 0.10 |
| CONTRICTION & LAND DEV | 7.62 | 4.22 | 77 | 5.81 | 2.85 | 75 | 9.09 | 2.23 | 93 | 3.84 | 1.39 | 2.80 | 1.10 |
| 1-4 FAMILY CONSTRUCTION | 6.72 | 5.08 | 66 | 6.45 | 3.49 | 74 | 11.69 | 3.03 | 89 | 4.82 | 1.90 | 3.44 | 1.63 |
| OTHER CONST & LAND | 7.71 | 3.58 | 81 | 5.74 | 2.33 | 79 | 8.70 | 1.69 | 94 | 3.68 | 0.94 | 2.69 | 0.65 |
| SECURED BY FARMLAND | 3.00 | 0.17 | 94 | 1.16 | 0.06 | 94 | 0.93 | 0.06 | 95 | 0.87 | 0.04 | 1.29 | 0.02 |
| SINGLE & MULTI FAMILY MORTGAGE | 3.08 | 0.97 | 87 | 1.78 | 0.79 | 82 | 0.72 | 0.47 | 70 | 0.34 | 0.40 | 0.24 | 0.34 |
| HOME EQUITY LOANS | 6.42 | 1.03 | 94 | 4.99 | 0.84 | 94 | 0.85 | 0.57 | 70 | 0.86 | 0.54 | 0.72 | 0.46 |
| 1-4 FAMILY NON-REVOLVING | 2.31 | 0.85 | 85 | 1.27 | 0.75 | 76 | 0.49 | 0.43 | 61 | 0.27 | 0.36 | 0.16 | 0.29 |
| MULTIFAMILY LOANS | 5.58 | 0.71 | 93 | 1.93 | 0.40 | 86 | 2.59 | 0.35 | 89 | 0.19 | 0.24 | 0.17 | 0.12 |
| NON-FARM NON-RESIDENTIAL MTG | 1.53 | 0.44 | 91 | 2.20 | 0.24 | 97 | 0.79 | 0.18 | 88 | 0.33 | 0.11 | 0.29 | 0.09 |
| OWNER OCCUPIED NONFARM NONRESI | 2.58 | 0.33 | 97 | 4.14 | 0.18 | 98 | 0.37 | 0.14 | 83 | 0.18 | 0.08 | 0.23 | 0.07 |
| OTHER NONFARM NONRESIDENTIAL | 0.92 | 0.46 | 76 | 1.06 | 0.25 | 88 | 1.05 | 0.20 | 91 | 0.42 | 0.11 | 0.33 | 0.09 |
| RE LOANS IN FOREIGN OFFICES | N/A | 0.07 | N/A | N/A | 0.00 | N/A | N/A | 0.06 | N/A | N/A | 0.03 | N/A | 0.03 |
| | | | | | | | | | | | | | |
| AGRICULTURAL LOANS | -0.08 | 0.19 | 5 | -0.07 | 0.13 | 4 | -0.09 | 0.06 | 6 | -0.02 | 0.04 | -0.03 | 0.02 |
| COMMERCIAL AND INDUSTRIAL LOANS | 8.56 | 1.79 | 95 | -4.94 | 1.43 | 91 | 1.94 | 0.84 | 87 | 1.29 | 0.65 | 0.74 | 0.62 |
| LEASE FINANCING | N/A | 0.74 | N/A | N/A | 0.41 | N/A | N/A | 0.42 | N/A | N/A | 0.31 | N/A | 0.23 |
| LOANS TO INDIVIDUALS | 2.63 | 2.38 | 62 | 2.03 | 2.33 | 55 | 1.08 | 1.56 | 43 | 0.84 | 1.40 | 1.18 | 1.20 |
| CREDIT CARD PLANS | -0.14 | 6.59 | 6 | -0.28 | 5.05 | 6 | -0.25 | 3.91 | 6 | -0.33 | 3.41 | -0.49 | 3.37 |
| | | | | | | | | | | | | | |
| ALL OTHER LOANS & LEASES | 1.57 | 0.81 | 82 | 1.09 | 0.57 | 82 | 2.40 | 0.50 | 90 | 2.59 | 0.45 | 0.23 | 0.38 |
| LOANS TO FOREIGN GOVERNMENTS | N/A | -0.15 | N/A | N/A | 0.00 | N/A | N/A | 0.03 | N/A | N/A | -0.29 | N/A | 0.06 |

| | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | 06/30/2008 | |

CERT # 9609  DIST/RSSD: 06 / 570231 · COLONIAL BANK · MONTGOMERY, AL · PAGE 07A
CHARTER # 0  COUNTY: · ANALYSIS OF LOAN AND LEASE ALLOWANCE AND LOAN MIX · 9/30/2009 1:09:49 PM

| LOAN MIX, % AVERAGE GROSS LN&LS | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSTRUCTION & DEVELOPMENT | 27.50 | 10.63 | 89 | 28.51 | 10.92 | 91 | 33.00 | 11.48 | 94 | 33.74 | 11.71 | 34.37 | 11.97 |
| 1-4 FAMILY CONSTRUCTION | 2.50 | 2.41 | 60 | 2.70 | 2.57 | 61 | 4.28 | 3.07 | 68 | 4.60 | 3.23 | 4.92 | 3.40 |
| OTHER CONST & LAND DEVEL | 25.00 | 7.74 | 92 | 25.82 | 7.87 | 92 | 28.71 | 8.06 | 90 | 29.14 | 8.15 | 29.45 | 8.25 |
| 1 - 4 FAMILY RESIDENTIAL | 30.75 | 21.58 | 72 | 29.53 | 21.60 | 69 | 26.57 | 22.36 | 62 | 26.29 | 22.52 | 26.13 | 22.59 |
| HOME EQUITY LOANS | 3.85 | 4.80 | 43 | 3.88 | 4.90 | 42 | 3.76 | 4.63 | 44 | 3.70 | 4.61 | 3.68 | 4.47 |
| OTHER REAL ESTATE LOANS | 29.92 | 25.29 | 60 | 29.74 | 24.98 | 60 | 28.40 | 23.82 | 61 | 28.13 | 23.83 | 27.85 | 23.34 |
| FARMLAND | 0.67 | 0.53 | 71 | 0.68 | 0.51 | 71 | 0.70 | 0.49 | 73 | 0.69 | 0.51 | 0.69 | 0.51 |
| MULTIFAMILY | 3.16 | 2.12 | 72 | 3.02 | 2.09 | 70 | 2.51 | 1.98 | 65 | 2.46 | 1.97 | 2.40 | 1.89 |
| NON-FARM NON-RESIDENTIAL | 26.09 | 20.55 | 61 | 26.05 | 20.37 | 61 | 25.19 | 20.36 | 62 | 24.97 | 20.35 | 24.76 | 19.93 |
| OWNER OCCUPIED NFARM NRESID | 9.59 | 8.19 | 58 | 9.66 | 8.18 | 57 | 9.70 | 7.57 | 61 | 9.65 | 7.51 | 9.75 | 7.42 |
| OTHER NONFARM NONRESIDENTIAL | 16.50 | 11.71 | 71 | 16.39 | 11.58 | 72 | 15.49 | 11.20 | 70 | 15.32 | 11.82 | 15.01 | 10.94 |
| TOTAL REAL ESTATE | 88.17 | 64.33 | 88 | 87.78 | 64.22 | 88 | 87.97 | 63.10 | 90 | 88.15 | 63.47 | 88.35 | 63.63 |
| FINANCIAL INSTITUTION LOANS | 0.03 | 0.14 | 70 | 0.03 | 0.16 | 70 | 0.06 | 0.21 | 67 | 0.07 | 0.21 | 0.08 | 0.22 |
| AGRICULTURAL LOANS | 0.03 | 0.32 | 47 | 0.03 | 0.31 | 48 | 0.06 | 0.32 | 53 | 0.06 | 0.33 | 0.07 | 0.33 |
| COMMERCIAL & INDUSTRIAL LOANS | 4.56 | 19.06 | 10 | 4.84 | 19.39 | 12 | 5.26 | 20.01 | 10 | 5.28 | 20.09 | 5.35 | 19.84 |
| LOANS TO INDIVIDUALS | 1.44 | 6.04 | 30 | 1.48 | 5.86 | 31 | 1.49 | 6.06 | 29 | 1.49 | 6.25 | 1.48 | 6.22 |
| CREDIT CARD LOANS | 0.01 | 0.43 | 57 | 0.01 | 0.42 | 57 | 0.01 | 0.44 | 56 | 0.01 | 0.41 | 0.01 | 0.40 |
| MUNICIPAL LOANS | 0.10 | 0.55 | 40 | 0.09 | 0.53 | 39 | 0.04 | 0.49 | 34 | 0.04 | 0.49 | 0.05 | 0.48 |
| FOREIGN OFFICE LOANS & LEASES | 0.00 | 0.34 | 81 | 0.00 | 0.33 | 82 | 0.00 | 0.47 | 81 | 0.00 | 0.49 | 0.00 | 0.49 |
| ALL OTHER LOANS | 5.66 | 1.39 | 90 | 5.75 | 1.33 | 90 | 5.11 | 1.42 | 87 | 4.90 | 1.50 | 4.63 | 1.49 |
| LEASE FINANCING RECEIVABLES | 0.00 | 0.87 | 42 | 0.00 | 0.91 | 42 | 0.00 | 1.04 | 39 | 0.00 | 1.14 | 0.00 | 1.13 |
| SUPPLEMENTAL: | | | | | | | | | | | | | |
| LOANS TO FOREIGN GOVERNMENTS | 0.00 | 0.00 | 91 | 0.00 | 0.00 | 92 | 0.00 | 0.00 | 93 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS TO FINANCE COMML REAL EST | 0.39 | 0.55 | 60 | 0.45 | 0.55 | 60 | 0.51 | 0.56 | 62 | 0.51 | 0.57 | 0.53 | 0.55 |
| MEMORANDUM (% OF AVG TOT LOANS): | | | | | | | | | | | | | |
| LOAN & LEASE COMMITMENTS | 10.56 | 30.66 | 14 | 12.50 | 33.30 | 14 | 15.96 | 35.21 | 16 | 18.57 | 37.91 | 20.24 | 38.97 |
| OFFICER, SHAREHOLDER LOANS | 0.17 | 0.55 | 44 | 0.19 | 0.58 | 43 | 0.34 | 0.64 | 51 | 0.54 | 0.65 | 0.50 | 0.63 |
| OFFICER, SHAREH LOANS TO ASSETS | 0.11 | 0.38 | 45 | 0.12 | 0.40 | 44 | 0.22 | 0.43 | 51 | 0.36 | 0.45 | 0.36 | 0.43 |
| OTHER REAL ESTATE OWNED % ASSETS | | | | | | | | | | | | | |
| CONSTRUCTION & LAND DEVELOPMENT | 0.55 | 0.11 | 92 | 0.54 | 0.09 | 93 | 0.29 | 0.04 | 95 | 0.25 | 0.03 | 0.17 | 0.02 |
| FARMLAND | 0.00 | 0.00 | 94 | 0.00 | N/A | 96 | 0.00 | N/A | 96 | 0.00 | N/A | 0.00 | N/A |
| 1-4 FAMILY | 0.05 | 0.05 | 58 | 0.04 | 0.05 | 58 | 0.02 | 0.04 | 52 | 0.01 | 0.03 | 0.01 | 0.03 |
| MULTIFAMILY | 0.00 | 0.00 | 75 | 0.00 | 0.00 | 80 | 0.00 | 0.00 | 84 | 0.00 | 0.00 | 0.00 | 0.00 |
| NON-FARM-NON-RESID | 0.02 | 0.03 | 54 | 0.02 | 0.02 | 62 | 0.00 | 0.01 | 44 | 0.00 | 0.01 | 0.00 | 0.01 |
| FORECLOSED GNMA | 0.00 | 0.00 | 93 | 0.00 | 0.00 | 93 | 0.00 | 0.00 | 94 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOREIGN OFFICES | 0.00 | N/A | 95 | 0.00 | N/A | 95 | 0.00 | N/A | 95 | 0.00 | N/A | 0.00 | N/A |
| SUBTOTAL | 0.62 | 0.22 | 87 | 0.60 | 0.20 | 91 | 0.31 | 0.12 | 86 | 0.27 | 0.10 | 0.19 | 0.09 |
| DIRECT AND INDIRECT INV | 0.19 | 0.01 | 95 | 0.14 | 0.01 | 92 | 0.10 | 0.01 | 91 | 0.09 | 0.01 | 0.08 | 0.01 |
| TOTAL | 0.81 | 0.26 | 90 | 0.73 | 0.23 | 92 | 0.41 | 0.14 | 88 | 0.36 | 0.13 | 0.27 | 0.11 |
| ASSET SERVICING % ASSETS | | | | | | | | | | | | | |
| MORTG SERV  W RECOURSE | 0.00 | 0.06 | 75 | 0.00 | 0.06 | 75 | 0.00 | 0.05 | 75 | 0.00 | 0.04 | 0.00 | 0.04 |
| MORTG SERV  WO RECOURSE | 0.10 | 7.32 | 48 | 0.10 | 6.94 | 48 | 0.11 | 6.66 | 48 | 0.11 | 6.82 | 0.12 | 6.14 |
| OTHER FINANCIAL ASSETS | 2.03 | 1.83 | 73 | 1.98 | 1.88 | 74 | 2.02 | 1.89 | 73 | 1.70 | 1.59 | 1.73 | 1.48 |
| TOTAL | 2.13 | 12.73 | 45 | 2.08 | 12.29 | 46 | 2.13 | 11.66 | 46 | 1.81 | 10.50 | 1.85 | 9.56 |

CERT # 9609          DIST/RSSD: 06 / 570231              COLONIAL BANK              MONTGOMERY, AL                    PAGE 07B
CHARTER # 0          COUNTY:              ANALYSIS OF CONCENTRATIONS OF CREDIT                        9/30/2009 1:09:50 PM

| LOAN & LSE % TOTAL CAPITAL | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | 06/30/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
| CONTRUCTION & DEVELOPMENT | 273.80 | 73.85 | 96 | 244.15 | 78.22 | 95 | 235.55 | 80.75 | 94 | 233.73 | 86.76 | 244.35 | 89.48 |
| 1-4 FAMILY CONSTRUCTION | 22.75 | 16.55 | 70 | 22.28 | 18.23 | 62 | 22.99 | 19.46 | 60 | 26.66 | 22.22 | 32.82 | 25.12 |
| OTHER CONST & LAND DEVEL | 251.06 | 54.27 | 96 | 221.87 | 56.54 | 96 | 212.56 | 57.80 | 95 | 207.07 | 62.09 | 211.53 | 61.41 |
| 1 - 4 FAMILY RESIDENTIAL | 356.46 | 160.07 | 88 | 279.74 | 156.74 | 83 | 219.68 | 168.89 | 69 | 197.09 | 169.16 | 186.72 | 166.74 |
| HOME EQUITY LOANS | 40.63 | 35.64 | 57 | 33.82 | 36.90 | 49 | 31.51 | 37.15 | 45 | 27.91 | 36.67 | 27.51 | 34.06 |
| OTHER REAL ESTATE LOANS | 325.35 | 189.09 | 83 | 267.89 | 184.07 | 71 | 233.84 | 182.56 | 66 | 213.26 | 185.63 | 207.03 | 181.04 |
| FARMLAND | 7.21 | 4.11 | 74 | 5.70 | 3.87 | 72 | 5.68 | 3.83 | 73 | 5.14 | 3.94 | 5.00 | 3.97 |
| MULTIFAMILY | 37.09 | 15.54 | 84 | 29.54 | 15.50 | 81 | 21.57 | 15.25 | 68 | 19.52 | 15.34 | 17.84 | 14.79 |
| NON-FARM NON-RESIDENTIAL | 281.06 | 154.82 | 84 | 232.65 | 157.84 | 72 | 206.60 | 155.98 | 67 | 188.60 | 159.34 | 184.19 | 154.01 |
| OWNER OCCUPIED NFARM NRESID | 101.34 | 61.96 | 72 | 84.43 | 60.66 | 66 | 78.30 | 59.39 | 62 | 68.79 | 60.49 | 69.87 | 57.44 |
| OTHER NONFARM NONRESIDENTIAL | 179.71 | 88.17 | 86 | 148.22 | 84.21 | 79 | 128.29 | 84.73 | 74 | 119.81 | 89.92 | 114.32 | 85.54 |
| TOTAL REAL ESTATE | 955.62 | 464.90 | 94 | 791.78 | 469.48 | 91 | 689.07 | 470.11 | 85 | 644.08 | 480.39 | 638.11 | 479.30 |
| | | | | | | | | | | | | | |
| FINANCIAL INSTITUTION LOANS | 0.34 | 0.65 | 74 | 0.28 | 0.80 | 72 | 0.25 | 0.93 | 70 | 0.45 | 1.29 | 0.62 | 1.41 |
| AGRICULTURAL LOANS | 0.29 | 2.35 | 51 | 0.29 | 2.25 | 50 | 0.25 | 2.42 | 48 | 0.41 | 2.52 | 0.40 | 2.49 |
| COMMERCIAL & INDUSTRIAL LOANS | 43.00 | 120.39 | 13 | 40.48 | 129.83 | 13 | 40.89 | 137.22 | 11 | 37.25 | 141.76 | 38.37 | 138.63 |
| LOANS TO INDIVIDUALS | 14.84 | 41.40 | 38 | 12.94 | 40.70 | 36 | 11.91 | 42.42 | 34 | 11.15 | 45.16 | 10.85 | 44.08 |
| CREDIT CARD LOANS | 0.07 | 2.75 | 57 | 0.07 | 2.73 | 57 | 0.07 | 2.93 | 57 | 0.07 | 2.76 | 0.06 | 2.65 |
| MUNICIPAL LOANS | 1.45 | 4.13 | 48 | 1.23 | 4.01 | 46 | 0.27 | 3.91 | 33 | 0.25 | 3.83 | 0.29 | 3.62 |
| FOREIGN OFFICE LOANS & LEASES | 0.00 | 1.47 | 82 | 0.00 | 1.54 | 82 | 0.00 | 1.67 | 82 | 0.00 | 1.97 | 0.00 | 2.72 |
| ALL OTHER LOANS | 58.89 | 8.80 | 96 | 48.80 | 8.48 | 95 | 47.87 | 9.51 | 95 | 42.24 | 10.06 | 37.01 | 9.80 |
| LEASE FINANCING RECEIVABLES | 0.00 | 5.45 | 41 | 0.00 | 5.80 | 41 | 0.00 | 6.41 | 41 | 0.00 | 7.37 | 0.00 | 7.51 |
| | | | | | | | | | | | | | |
| SUPPLEMENTAL: | | | | | | | | | | | | | |
| LOANS TO FOREIGN GOVERNMENTS | 0.00 | 0.00 | 90 | 0.00 | 0.00 | 91 | 0.00 | 0.00 | 92 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANS TO FINANCE COMM REAL EST | 3.01 | 3.70 | 61 | 3.56 | 3.82 | 61 | 3.91 | 3.93 | 61 | 3.35 | 3.98 | 4.05 | 3.63 |
| | | | | | | | | | | | | | |
| NONOWNER OCC COMML RE % TOT CAP | 493.62 | 197.40 | 94 | 425.47 | 200.24 | 92 | 389.32 | 204.28 | 89 | 376.42 | 214.47 | 380.57 | 216.60 |
| TOTAL COMML REAL ESTATE % TOT CAP | 594.96 | 270.38 | 93 | 509.90 | 272.88 | 90 | 467.62 | 274.79 | 87 | 445.21 | 286.00 | 450.44 | 284.45 |
| | | | | | | | | | | | | | |
| CONSTRUCTION & DEVEL % TOT LNS | 25.48 | 10.26 | 87 | 27.25 | 10.81 | 89 | 29.80 | 10.93 | 92 | 31.76 | 11.37 | 33.67 | 11.75 |
| NONOWNER OCC COMML RE % TOT LNS | 45.94 | 27.91 | 82 | 47.50 | 28.18 | 83 | 49.25 | 28.01 | 85 | 51.16 | 28.50 | 52.44 | 28.61 |
| TOTAL COMML REAL ESTATE % TOT LNS | 55.37 | 38.03 | 72 | 56.92 | 37.94 | 76 | 59.15 | 37.56 | 80 | 60.50 | 37.91 | 62.07 | 37.55 |

CERT # 9609    DIST/RSSD: 06 / 570231      COLONIAL BANK      MONTGOMERY, AL      PAGE 08
CHARTER # 0    COUNTY:    ANALYSIS OF PAST DUE, NONACCRUAL & RESTRUCTURED LOANS & LEASES    9/30/2009 1:09:50 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| NON-CURRENT LN&LS ($000) | | | | | |
| 90 DAYS AND OVER PAST DUE | 23,637 | 34,823 | 34,868 | 42,454 | 31,337 |
| TOTAL NONACCRUAL LN&LS | 1,487,627 | 881,822 | 581,964 | 542,785 | 294,816 |
| TOTAL NON-CURRENT LN&LS | 1,511,264 | 916,645 | 616,832 | 585,239 | 326,153 |
| LN&LS 30-89 DAYS PAST DUE | 417,059 | 370,039 | 385,574 | 236,080 | 214,729 |
| | | | | | |
| RESTRUCTURED LN&LS 90+ DAYS P/D | 0 | 0 | 0 | 0 | 0 |
| RESTRUCTURED LN&LS NONACCRL | 9,935 | 6,872 | 6,872 | 35,957 | 3,458 |
| RESTRUCTURED LN&LS 30-89 DAYS PD | 584 | 232 | 232 | 0 | 0 |
| | | | | | |
| CURRENT 1-4 FAMILY RESTRUC LN&LS | 0 | 0 | 0 | 0 | 0 |
| CURRENT OTHER RESTRUCTURED LN&LS | 12,717 | 1,221 | 354 | 0 | 3,467 |
| LOANS SECURED 1-4 RE IN FORECLOSURE | 61,426 | 62,221 | 67,620 | 55,578 | 40,829 |
| ALL OTHER REAL ESTATE OWNED | 171,465 | 182,579 | 127,850 | 134,893 | 113,470 |

| % OF NON-CURR LN&LS BY LN TYPE | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE LNS-90+ DAYS P/D | 0.15 | 0.30 | 91 | 0.20 | 0.28 | 54 | 0.24 | 0.22 | 64 | 0.28 | 0.18 | 0.19 | 0.17 |
|   -NONACCRUAL | 9.73 | 4.09 | 90 | 5.75 | 3.31 | 80 | 3.94 | 2.56 | 76 | 3.55 | 2.03 | 1.90 | 1.70 |
|   -TOTAL | 9.88 | 4.63 | 89 | 5.95 | 3.87 | 75 | 4.17 | 2.97 | 71 | 3.83 | 2.31 | 2.08 | 2.02 |
|   -30-89 DAYS P/D | 2.57 | 1.44 | 83 | 2.34 | 1.76 | 69 | 2.40 | 1.55 | 77 | 1.50 | 1.13 | 1.30 | 1.00 |
| LNS FIN COML RE-90+ DAYS P/D | 0.39 | 0.05 | 90 | 0.00 | 0.02 | 82 | 0.00 | 0.00 | 85 | 0.00 | 0.01 | 0.00 | 0.01 |
|   -NONACCRUAL | 17.66 | 1.34 | 94 | 2.59 | 0.77 | 83 | 0.78 | 0.40 | 80 | 0.63 | 0.35 | 0.87 | 0.27 |
|   -TOTAL | 18.04 | 1.54 | 94 | 2.59 | 0.88 | 82 | 0.78 | 0.54 | 78 | 0.63 | 0.42 | 0.87 | 0.32 |
|   -30-89 DAYS P/D | 0.28 | 0.45 | 69 | 1.45 | 0.42 | 84 | 2.99 | 0.58 | 88 | 0.23 | 0.38 | 1.77 | 0.42 |
| CONST & LAND DEV-90+ DAYS P/D | 0.17 | 0.35 | 62 | 0.05 | 0.40 | 53 | 0.21 | 0.26 | 63 | 0.25 | 0.22 | 0.16 | 0.20 |
|   -NONACCRUAL | 24.83 | 11.35 | 85 | 14.28 | 8.89 | 73 | 9.00 | 6.71 | 68 | 7.97 | 5.49 | 4.10 | 4.31 |
|   -TOTAL | 25.00 | 12.65 | 85 | 14.32 | 9.54 | 72 | 9.21 | 7.29 | 65 | 8.22 | 5.92 | 4.25 | 4.69 |
|   -30-89 DAYS P/D | 5.14 | 2.10 | 85 | 3.82 | 2.92 | 66 | 3.36 | 2.40 | 65 | 2.45 | 1.95 | 2.41 | 1.52 |
| 1-4 FAM CONS & L DEV-90+ DAYS | 1.52 | 0.46 | 85 | 0.00 | 0.50 | 59 | 0.83 | 0.30 | 83 | 0.19 | 0.23 | 0.00 | 0.19 |
|   -NONACCRUAL | 32.02 | 14.91 | 80 | 18.72 | 12.28 | 68 | 16.15 | 9.29 | 74 | 12.47 | 8.14 | 4.94 | 6.15 |
|   -TOTAL | 33.54 | 16.08 | 80 | 18.72 | 13.52 | 64 | 16.99 | 9.97 | 74 | 12.66 | 8.68 | 4.94 | 6.50 |
|   -30-89 DAYS P/D | 5.06 | 2.63 | 77 | 5.14 | 3.28 | 69 | 4.95 | 2.83 | 74 | 4.48 | 2.26 | 2.18 | 1.92 |
| OTHER CONST & LAND DEV-90+ DAYS | 0.05 | 0.26 | 63 | 0.05 | 8.15 | N/A | 0.14 | 5.99 | N/A | 0.26 | 4.80 | 0.18 | 3.63 |
|   -NONACCRUAL | 24.18 | 10.08 | 85 | 13.83 | 2.69 | 77 | 8.23 | 2.20 | 72 | 7.39 | 1.64 | 3.97 | 1.31 |
|   -TOTAL | 24.22 | 10.62 | 85 | 13.88 | 0.80 | 77 | 8.37 | 0.60 | 70 | 7.65 | 0.49 | 4.15 | 0.44 |
|   -30-89 DAYS P/D | 5.14 | 1.78 | 86 | 3.69 | N/A | 71 | 3.19 | N/A | 69 | 2.19 | N/A | 2.45 | N/A |
| SINGLE & MULTI MTG-90+ DAYS P/D | 0.22 | 0.32 | 57 | 0.45 | 0.29 | 75 | 0.47 | 0.25 | 78 | 0.52 | 0.19 | 0.37 | 0.18 |
|   -NONACCRUAL | 3.57 | 2.48 | 71 | 2.16 | 2.11 | 64 | 1.59 | 1.55 | 61 | 1.19 | 1.19 | 0.75 | 1.00 |
|   -TOTAL | 3.79 | 3.06 | 69 | 2.61 | 2.64 | 61 | 2.06 | 1.99 | 62 | 1.71 | 1.51 | 1.12 | 1.29 |
|   -30-89 DAYS P/D | 1.09 | 1.47 | 47 | 2.10 | 1.46 | 73 | 1.79 | 1.48 | 64 | 1.10 | 1.06 | 0.81 | 0.93 |
| NON-FARM/RESI MTG-90+ DAYS P/D | 0.03 | 0.10 | 59 | 0.03 | 0.08 | 62 | 0.00 | 0.06 | 53 | 0.03 | 0.05 | 0.03 | 0.06 |
|   -NONACCRUAL | 3.54 | 2.24 | 75 | 1.58 | 1.69 | 56 | 0.87 | 1.13 | 49 | 0.84 | 0.93 | 0.27 | 0.78 |
|   -TOTAL | 3.56 | 2.43 | 72 | 1.61 | 1.86 | 52 | 0.88 | 1.24 | 44 | 0.87 | 1.02 | 0.29 | 0.90 |
|   -30-89 DAYS P/D | 2.11 | 0.82 | 86 | 1.02 | 1.11 | 56 | 2.05 | 0.81 | 86 | 0.81 | 0.58 | 0.41 | 0.58 |
| OWN OCC NFARM NONRE-90+ DAYS P/D | 0.03 | 0.06 | 66 | 0.09 | 0.06 | 74 | 0.01 | 0.05 | 60 | 0.01 | 0.04 | 0.03 | 0.05 |
|   -NONACCRUAL | 2.29 | 1.85 | 64 | 1.69 | 1.43 | 63 | 1.06 | 1.00 | 56 | 0.51 | 0.87 | 0.36 | 0.68 |
|   -TOTAL | 2.33 | 1.95 | 64 | 1.78 | 1.52 | 62 | 1.07 | 1.09 | 52 | 0.52 | 0.96 | 0.40 | 0.76 |
|   -30-89 DAYS P/D | 1.10 | 0.75 | 72 | 0.72 | 0.88 | 50 | 1.53 | 0.76 | 83 | 1.05 | 0.56 | 0.37 | 0.52 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTH NONFARM NONRES-90+ DAYS P/D | 0.02 | 0.12 | 60 | 0.00 | 0.08 | 60 | 0.00 | 0.05 | 65 | 0.04 | 0.06 | 0.02 | 0.05 |
| -NONACCRUAL | 4.24 | 2.46 | 77 | 1.51 | 1.74 | 56 | 0.76 | 1.14 | 49 | 1.03 | 0.94 | 0.21 | 0.79 |
| -TOTAL | 4.26 | 2.71 | 73 | 1.52 | 1.93 | 53 | 0.76 | 1.27 | 44 | 1.07 | 1.04 | 0.23 | 0.91 |
| -30-89 DAYS P/D | 2.68 | 0.84 | 88 | 1.20 | 1.27 | 57 | 2.37 | 0.82 | 88 | 0.67 | 0.63 | 0.44 | 0.60 |

CERT # 9609     DIST/RSSD: 06 / 570231          COLONIAL BANK                    MONTGOMERY, AL          PAGE 08A
CHARTER # 0     COUNTY:          ANALYSIS OF PAST DUE, NONACCRUAL & RESTRUCTURED LOANS & LEASES          9/30/2009 1:09:51 PM

| | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | 06/30/2008 | |
| % OF NON-CURR LN&LS BY LN TYPE | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COML & INDUST LNS-90+ DAYS P/D | 0.14 | 0.13 | 69 | 0.01 | 0.13 | 42 | 0.04 | 0.07 | 57 | 0.09 | 0.06 | 0.31 | 0.07 |
| -NONACCRUAL | 3.36 | 2.01 | 80 | 1.25 | 1.66 | 43 | 1.13 | 1.11 | 58 | 0.35 | 0.88 | 0.26 | 0.79 |
| -TOTAL | 3.50 | 2.27 | 77 | 1.26 | 1.91 | 38 | 1.17 | 1.31 | 56 | 0.44 | 0.98 | 0.57 | 0.90 |
| -30-89 DAYS P/D | 3.28 | 0.89 | 93 | 2.28 | 0.97 | 85 | 2.01 | 0.85 | 86 | 0.82 | 0.73 | 1.31 | 0.70 |
| | | | | | | | | | | | | | |
| LOANS TO INDIVDLS-90+ DAYS P/D | 0.17 | 0.17 | 64 | 0.01 | 0.16 | 37 | 0.02 | 0.16 | 38 | 0.02 | 0.13 | 0.00 | 0.11 |
| -NONACCRUAL | 0.12 | 0.37 | 43 | 1.86 | 0.33 | 93 | 0.36 | 0.26 | 67 | 0.22 | 0.24 | 0.14 | 0.19 |
| -TOTAL | 0.29 | 0.66 | 37 | 1.87 | 0.58 | 89 | 0.37 | 0.50 | 51 | 0.24 | 0.44 | 0.14 | 0.36 |
| -30-89 DAYS P/D | 0.63 | 1.44 | 21 | 1.07 | 1.38 | 40 | 1.86 | 1.50 | 65 | 0.94 | 1.30 | 0.79 | 1.13 |
| | | | | | | | | | | | | | |
| CREDIT CARD PLANS-90+ DAYS P/D | 0.00 | 1.05 | 35 | 0.00 | 1.20 | 32 | 0.00 | 0.80 | 41 | 0.00 | 0.80 | 0.00 | 0.76 |
| -NONACCRUAL | 0.00 | 0.45 | 69 | 0.00 | 0.43 | 68 | 0.00 | 0.40 | 69 | 0.00 | 0.31 | 0.00 | 0.32 |
| -TOTAL | 0.00 | 1.71 | 20 | 0.00 | 1.86 | 20 | 0.00 | 1.35 | 28 | 0.00 | 1.25 | 0.00 | 1.27 |
| -30-89 DAYS P/D | 0.00 | 1.94 | 17 | 0.00 | 2.07 | 19 | 0.00 | 2.20 | 20 | 0.00 | 1.95 | 0.00 | 1.65 |
| | | | | | | | | | | | | | |
| LEASE FINANCING-90+ DAYS P/D | N/A | 0.03 | N/A | N/A | 0.04 | N/A | N/A | 0.02 | N/A | N/A | 0.03 | N/A | 0.02 |
| -NONACCRUAL | N/A | 1.05 | N/A | N/A | 0.77 | N/A | N/A | 0.49 | N/A | N/A | 0.55 | N/A | 0.41 |
| -TOTAL | N/A | 1.15 | N/A | N/A | 0.91 | N/A | N/A | 0.55 | N/A | N/A | 0.68 | N/A | 0.44 |
| -30-89 DAYS P/D | N/A | 1.02 | N/A | N/A | 1.15 | N/A | N/A | 0.97 | N/A | N/A | 0.66 | N/A | 0.68 |
| | | | | | | | | | | | | | |
| AGRICULTURAL LNS-90+ DAYS P/D | 0.00 | 0.01 | 83 | 0.00 | 0.01 | 82 | 0.00 | 0.01 | 82 | 0.00 | 0.01 | 0.00 | 0.00 |
| -NONACCRUAL | 0.00 | 0.59 | 54 | 0.00 | 0.41 | 55 | 0.00 | 0.40 | 55 | 0.00 | 0.31 | 0.04 | 0.34 |
| -TOTAL | 0.00 | 0.67 | 52 | 0.00 | 0.46 | 52 | 0.00 | 0.45 | 52 | 0.00 | 0.35 | 0.04 | 0.36 |
| -30-89 DAYS P/D | 9.05 | 0.49 | 98 | 4.09 | 0.30 | 95 | 0.70 | 0.31 | 80 | 1.86 | 0.23 | 0.28 | 0.42 |
| | | | | | | | | | | | | | |
| OTHER LN&LS-90+ DAYS P/D | 0.04 | 0.04 | 80 | 0.52 | 0.03 | 93 | 0.00 | 0.02 | 70 | 0.00 | 0.02 | 0.00 | 0.02 |
| -NONACCRUAL | 1.81 | 0.39 | 88 | 1.00 | 0.30 | 86 | 0.54 | 0.22 | 81 | 0.35 | 0.17 | 0.06 | 0.14 |
| -TOTAL | 1.84 | 0.50 | 87 | 1.51 | 0.43 | 86 | 0.54 | 0.31 | 78 | 0.35 | 0.24 | 0.06 | 0.21 |
| -30-89 DAYS P/D | 1.22 | 0.46 | 85 | 0.14 | 0.37 | 51 | 1.89 | 0.31 | 93 | 0.05 | 0.27 | 0.02 | 0.33 |
| | | | | | | | | | | | | | |
| GROSS LN&LS-90+ DAYS P/D | 0.14 | 0.28 | 47 | 0.21 | 0.27 | 54 | 0.21 | 0.20 | 62 | 0.25 | 0.17 | 0.18 | 0.16 |
| -NONACCRUAL | 8.89 | 3.21 | 92 | 5.22 | 2.61 | 83 | 3.53 | 1.99 | 79 | 3.15 | 1.66 | 1.69 | 1.34 |
| -TOTAL | 9.03 | 3.66 | 90 | 5.43 | 3.05 | 83 | 3.74 | 2.32 | 77 | 3.40 | 1.90 | 1.87 | 1.60 |
| -30-89 DAYS P/D | 2.49 | 1.36 | 88 | 2.19 | 1.58 | 74 | 2.34 | 1.42 | 82 | 1.37 | 1.14 | 1.23 | 1.02 |

OTHER PERTINENT RATIOS:

| | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NON-CUR LN&LS TO-LN&LS ALLOWANCE | 305.31 | 169.79 | 88 | 205.99 | 152.30 | 78 | 192.76 | 127.68 | 79 | 205.35 | 121.38 | 132.04 | 111.09 |
| -EQUITY CAPITAL | 165.26 | 25.37 | 96 | 62.07 | 21.62 | 93 | 42.83 | 17.22 | 88 | 23.70 | 14.15 | 13.17 | 11.47 |
| %TOTAL P/D LN&LS-INCL NONACCRUAL | 11.53 | 5.10 | 90 | 7.62 | 4.69 | 83 | 6.08 | 3.79 | 80 | 4.76 | 3.09 | 3.10 | 2.67 |
| IENC-LOANS TO TOTAL LOANS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| NON CURR LNS+OREO TO LNS+OREO | 9.96 | 4.12 | 90 | 6.44 | 3.41 | 85 | 4.48 | 2.59 | 80 | 4.15 | 2.12 | 2.50 | 1.77 |
| NON CURR RESTRUCT DEBT/GR LN&LS | 0.06 | 0.09 | 71 | 0.04 | 0.05 | 74 | 0.04 | 0.03 | 78 | 0.21 | 0.02 | 0.02 | 0.01 |
| CURR+NON-CURR RESTRUCT/GR LN&LS | 0.14 | 0.26 | 58 | 0.05 | 0.15 | 59 | 0.04 | 0.10 | 61 | 0.21 | 0.07 | 0.04 | 0.04 |
| CURRENT RESTRUCT LN&LS | 0.08 | 0.23 | 59 | 0.01 | 0.13 | 51 | 0.00 | 0.07 | 56 | 0.00 | 0.04 | 0.02 | 0.04 |
| LOANS SEC 1-4 FAM RE IN FORCLOSURE | | | | | | | | | | | | | |
| AS % TOTAL LOANS SEC 1-4 FAM RE | 1.11 | 0.89 | 70 | 1.18 | 0.29 | 60 | 1.47 | 0.20 | 69 | 1.20 | 0.17 | 0.91 | 0.17 |

| | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | 09/30/2008 | | 06/30/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LONG ASSETS INSTS W/ OPTIONS | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
| MORTGAGE LOANS & PASS THRUS | 26.01 | 15.84 | 84 | 21.65 | 15.50 | 75 | 18.72 | 15.36 | 67 | 18.56 | 14.97 | 17.06 | 15.00 |
| LOANS & SECURITIES OVER 15 YRS | 6.60 | 4.80 | 72 | 4.85 | 4.59 | 65 | 4.26 | 4.04 | 64 | 4.20 | 3.89 | 3.02 | 4.09 |
| LOANS & SECURITIES 5-15 YRS | 2.24 | 3.79 | 38 | 1.37 | 3.75 | 27 | 1.37 | 3.86 | 26 | 1.39 | 3.86 | 1.42 | 3.84 |
| | | | | | | | | | | | | | |
| OTHER LOANS AND SECURITIES | 42.65 | 59.72 | 12 | 45.09 | 59.98 | 17 | 48.72 | 60.78 | 20 | 50.28 | 62.46 | 53.05 | 62.43 |
| LOANS & SECURITIES OVER 15 YRS | 0.80 | 1.89 | 42 | 0.84 | 1.80 | 42 | 0.90 | 1.82 | 43 | 0.91 | 1.86 | 0.88 | 1.92 |
| LOANS & SECURITIES 5-15 YRS | 6.15 | 6.75 | 51 | 6.22 | 6.86 | 50 | 6.30 | 6.88 | 48 | 6.42 | 7.08 | 6.75 | 7.06 |
| TOTAL LOANS & SECURITIES OVR 15 | 7.40 | 7.00 | 63 | 5.69 | 6.74 | 55 | 5.16 | 6.28 | 54 | 5.10 | 6.15 | 3.90 | 6.41 |
| | | | | | | | | | | | | | |
| CMO`S TOTAL | 6.81 | 3.50 | 77 | 5.82 | 3.51 | 72 | 7.55 | 3.42 | 82 | 8.75 | 3.41 | 8.56 | 3.41 |
| AVG LIFE OVER 3 YEARS | 6.55 | 1.57 | 93 | 5.50 | 1.42 | 87 | 7.07 | 1.51 | 93 | 8.46 | 2.24 | 8.40 | 2.22 |
| | | | | | | | | | | | | | |
| STRUCTURED NOTES | 0.00 | 0.03 | 77 | 0.00 | 0.03 | 78 | 0.00 | 0.03 | 76 | 0.00 | 0.02 | 0.00 | 0.03 |
| MORTGAGE SERVICING | 0.00 | 0.08 | 54 | 0.00 | 0.06 | 55 | 0.00 | 0.06 | 54 | 0.00 | 0.09 | 0.00 | 0.08 |
| TOTAL | 0.00 | 0.16 | 42 | 0.00 | 0.13 | 44 | 0.00 | 0.14 | 41 | 0.00 | 0.16 | 0.00 | 0.15 |
| | | | | | | | | | | | | | |
| OVERALL RISK INDICATORS | | | | | | | | | | | | | |
| AVAILABLE FOR SALE | 15.04 | 13.91 | 56 | 11.26 | 14.39 | 38 | 12.11 | 14.23 | 43 | 13.13 | 12.60 | 12.61 | 12.93 |
| HELD TO MATURITY | 0.63 | 0.93 | 62 | 0.69 | 0.94 | 63 | 0.78 | 0.88 | 65 | 0.79 | 0.89 | 0.00 | 0.80 |
| OFF BALANCE SHEET | 7.45 | 28.51 | 11 | 8.55 | 30.31 | 11 | 11.30 | 32.02 | 14 | 13.11 | 33.23 | 15.57 | 35.66 |
| | | | | | | | | | | | | | |
| UNREALIZED APPN/DEPN | 0.03 | -0.01 | 88 | 0.03 | -0.02 | 90 | 0.02 | -0.01 | 89 | 0.01 | -0.02 | 0.00 | -0.01 |
| UNREAL APP/DEP % TIER ONE CAP | 0.64 | -0.09 | 90 | 0.56 | -0.19 | 90 | 0.39 | -0.15 | 92 | 0.21 | -0.29 | 0.01 | -0.09 |
| | | | | | | | | | | | | | |
| CONTRACTUAL MAT/REPRICE DATA | | | | | | | | | | | | | |
| LOANS/SECURITIES OVER 3 YEARS | 26.45 | 32.08 | 38 | 23.11 | 31.66 | 27 | 25.00 | 31.69 | 33 | 26.60 | 32.44 | 26.03 | 32.01 |
| LIABILITIES OVER 3 YEARS | 0.56 | 2.72 | 25 | 0.63 | 2.84 | 27 | 0.82 | 2.99 | 28 | 0.77 | 2.86 | 0.79 | 2.35 |
| NET 3 YEAR POSITION | 25.89 | 29.31 | 40 | 22.48 | 28.72 | 34 | 24.18 | 28.40 | 40 | 25.83 | 29.21 | 25.24 | 29.29 |
| | | | | | | | | | | | | | |
| LOANS/SECURITIES OVER 1 YEAR | 33.95 | 45.77 | 22 | 30.91 | 45.16 | 19 | 33.31 | 45.01 | 23 | 34.98 | 45.08 | 34.50 | 44.66 |
| LIABILITIES OVER 1 YEAR | 6.35 | 8.50 | 46 | 8.42 | 8.49 | 56 | 6.14 | 8.98 | 43 | 3.22 | 8.67 | 6.14 | 7.44 |
| NET OVER 1 YEAR POSITION | 27.60 | 37.13 | 25 | 22.49 | 36.45 | 18 | 27.17 | 35.39 | 31 | 31.76 | 35.67 | 28.36 | 36.58 |
| | | | | | | | | | | | | | |
| NON-MATURITY DEPOSITS | 31.90 | 40.14 | 27 | 30.70 | 38.85 | 28 | 30.60 | 37.49 | 29 | 29.68 | 37.82 | 33.20 | 38.53 |
| NON-MATURITY DEPS % LONG ASSETS | 120.61 | 150.37 | 45 | 132.84 | 143.73 | 52 | 122.39 | 139.76 | 50 | 111.57 | 134.73 | 127.54 | 139.42 |
| NET OVER 3 YEAR POSITION | -5.45 | -8.15 | 56 | -7.59 | -7.21 | 49 | -5.60 | -5.96 | 50 | -3.08 | -5.22 | -7.17 | -6.36 |
| | | | | | | | | | | | | | |
| AS % TIER 1 CAPITAL | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| STRUCTURED NOTES | 0.00 | 0.42 | 76 | 0.00 | 0.38 | 76 | 0.00 | 0.42 | 74 | 0.00 | 0.32 | 0.00 | 0.36 |
| MORTGAGE SERVICING (FV) | 0.00 | 1.04 | 49 | 0.00 | 0.85 | 50 | 0.00 | 0.92 | 49 | 0.00 | 1.29 | 0.00 | 1.18 |
| TOTAL | 0.00 | 2.00 | 38 | 0.00 | 1.74 | 39 | 0.00 | 1.91 | 37 | 0.00 | 2.15 | 0.00 | 2.15 |

```
CERT # 9609          DIST/RSSD: 06 / 570231          COLONIAL BANK              MONTGOMERY, AL                          PAGE 10
CHARTER # 0          COUNTY:                   LIQUIDITY AND INVESTMENT PORTFOLIO                           9/30/2009 1:09:52 PM
```

| | 06/30/2009 | 03/31/2008 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| SHORT TERM INVESTMENTS | 2,600,084 | 3,493,855 | 3,099,278 | 1,505,312 | 2,299,126 |
| SHORT TERM ASSETS | 6,396,554 | 7,400,353 | 7,211,627 | 5,650,009 | 6,662,052 |
| SHORT TERM NON CORE FUNDING | 5,509,944 | 5,475,708 | 6,162,255 | 5,947,265 | 5,300,435 |
| NON CORE LIABLILITIES | 9,533,093 | 9,905,728 | 10,500,071 | 10,549,192 | 9,984,041 |
| FED HOME LOAN BOR MAT < 1 YR | 0 | 0 | 5,000 | 5,000 | 0 |
| FED HOME LOAN BOR MAT > 1 YR | 3,297,715 | 3,297,215 | 3,296,722 | 3,296,235 | 3,295,755 |
| OTH BORROWING MAT < 1 YR | 23 | 32 | 700,056 | 0 | 19 |
| OTH BORROWING MAT > 1 YR | 17,954 | 18,212 | 18,445 | 318,476 | 16,585 |
| | | | | | |
| DEBT SECURITIES 90+ DAYS P/D | 0 | 0 | 0 | 0 | 0 |
| TOTAL NON-CURRENT DEBT SEC | 0 | 0 | 0 | 0 | 0 |
| FAIR VALUE STRUCTURED NOTES | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 |

| | 06/30/2009 BANK | PG 1 | PCT | 03/31/2008 BANK | PG 1 | PCT | 12/31/2008 BANK | PG 1 | PCT | 09/30/2008 BANK | PG 1 | 06/30/2008 BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERCENT OF TOTAL ASSETS | | | | | | | | | | | | | |
| SHORT TERM INVESTMENTS | 10.21 | 5.97 | 75 | 13.25 | 6.24 | 81 | 12.09 | 5.20 | 84 | 5.74 | 4.25 | 8.85 | 5.07 |
| MARKETABLE EQUITY SEC (MES) | 0.07 | 0.08 | 66 | 0.07 | 0.12 | 65 | 0.00 | 0.09 | 46 | 0.00 | 0.06 | 0.00 | 0.09 |
| CORE DEPOSITS | 62.32 | 58.40 | 54 | 61.09 | 57.39 | 56 | 56.10 | 56.30 | 43 | 53.72 | 54.93 | 54.11 | 54.23 |
| S T NON CORE FUNDING | 21.65 | 24.24 | 47 | 20.77 | 25.84 | 41 | 24.03 | 27.27 | 43 | 22.68 | 27.35 | 20.40 | 26.98 |
| | | | | | | | | | | | | | |
| LIQUIDITY RATIOS | | | | | | | | | | | | | |
| NET S T NONCORE FUND DEPENDENCE | 14.27 | 20.97 | 29 | 10.03 | 22.07 | 23 | 15.62 | 25.33 | 25 | 21.43 | 26.83 | 14.57 | 25.32 |
| NET NON CORE FUND DEPENDENCE | 34.00 | 34.43 | 53 | 32.44 | 35.28 | 48 | 37.74 | 38.44 | 50 | 43.62 | 39.45 | 37.31 | 38.09 |
| BROKERED DEPOSITS TO DEPOSITS | 10.10 | 7.92 | 71 | 12.51 | 8.88 | 71 | 8.59 | 9.25 | 60 | 9.73 | 7.24 | 7.87 | 5.85 |
| BROKER DEP MAT < 1YR TO BKR DEPS | 94.98 | 70.08 | 60 | 89.59 | 71.93 | 50 | 81.84 | 69.91 | 49 | 91.49 | 64.34 | 66.76 | 58.89 |
| SHORT TRM INV TO S T NCORE FUND | 47.19 | 30.78 | 73 | 63.81 | 29.25 | 80 | 50.29 | 22.93 | 81 | 25.31 | 17.44 | 43.38 | 19.20 |
| SHORT TERM ASSET TO S T LIABS | 59.03 | 80.70 | 38 | 70.06 | 77.47 | 50 | 67.98 | 73.79 | 51 | 54.64 | 71.74 | 69.89 | 74.96 |
| NET S T LIAB TO ASSETS | 17.44 | 8.94 | 67 | 11.99 | 9.24 | 57 | 13.25 | 10.72 | 56 | 17.89 | 10.98 | 11.04 | 9.76 |
| NET LOANS & LEASES TO DEPOSITS | 80.87 | 90.05 | 27 | 80.75 | 91.49 | 26 | 86.16 | 93.59 | 30 | 90.48 | 97.30 | 92.53 | 97.35 |
| NET LN&LS TO CORE DEPOSITS | 102.33 | 113.59 | 32 | 102.04 | 115.43 | 29 | 112.49 | 119.05 | 43 | 120.33 | 126.97 | 122.42 | 127.12 |
| NET LN&LS & SBLC TO ASSETS | 64.29 | 67.90 | 32 | 62.93 | 68.19 | 29 | 63.91 | 69.01 | 30 | 65.40 | 70.96 | 67.22 | 70.13 |
| SECURITIES MIX | | | | | | | | | | | | | |
| HELD-TO-MATURITY % TOTAL SECS | | | | | | | | | | | | | |
| US TREAS & GOVT AGENCIES | 0.01 | 0.12 | 85 | 0.02 | 0.11 | 83 | 0.02 | 0.16 | 83 | 0.01 | 0.29 | 0.02 | 0.35 |
| MUNICIPAL SECURITIES | 0.01 | 1.64 | 54 | 0.01 | 1.57 | 53 | 0.01 | 1.51 | 53 | 0.01 | 1.63 | 0.01 | 1.62 |
| PASS-THROUGH MTG BACKED SECS | 4.02 | 0.46 | 89 | 5.75 | 0.40 | 93 | 6.04 | 0.45 | 93 | 5.62 | 0.55 | 0.01 | 0.61 |
| CMO & REMIC MTG BACKED SECS | 0.00 | 0.51 | 78 | 0.00 | 0.67 | 76 | 0.00 | 0.58 | 77 | 0.00 | 0.51 | 0.00 | 0.41 |
| COMMERCIAL MTG BACK SECS | 0.00 | 0.00 | 92 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| ASSET BACKED SECURITIES | 0.00 | 0.00 | 92 | 0.00 | 0.04 | 89 | 0.00 | 0.02 | 91 | 0.00 | 0.02 | 0.00 | N/A |
| STRUCTURED FINANCIAL PRODUCTS | 0.00 | 0.01 | 91 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OTHER DOMESTIC DEBT SECS | 0.00 | 0.04 | 82 | 0.00 | 0.08 | 80 | 0.00 | 0.06 | 82 | 0.00 | 0.06 | 0.00 | 0.10 |
| FOREIGN DEBT SECURITIES | 0.00 | 0.00 | 86 | 0.00 | 0.00 | 86 | 0.00 | 0.00 | 86 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL HELD-TO-MATURITY | 4.04 | 6.26 | 60 | 5.77 | 6.39 | 67 | 6.06 | 6.01 | 69 | 5.64 | 6.73 | 0.04 | 6.90 |
| | | | | | | | | | | | | | |
| AVAILABLE-FOR-SALE % TOTAL SECS | | | | | | | | | | | | | |
| US TREASURY & GOVT AGENCIES | 0.63 | 12.93 | 22 | 0.80 | 13.69 | 25 | 0.76 | 13.07 | 24 | 0.00 | 12.45 | 0.00 | 12.87 |
| MUNICIPAL SECURITIES | 8.85 | 6.05 | 69 | 11.33 | 6.37 | 71 | 10.40 | 6.79 | 67 | 9.46 | 7.49 | 10.75 | 7.85 |
| PASS-THROUGH MTG BACKED SECS | 42.57 | 30.10 | 69 | 32.78 | 30.96 | 56 | 24.26 | 31.00 | 42 | 22.04 | 29.05 | 21.30 | 28.55 |
| CMO & REMIC MTG BACKED SECS | 43.46 | 18.28 | 83 | 48.71 | 19.75 | 84 | 58.52 | 19.97 | 91 | 62.85 | 20.86 | 67.90 | 19.88 |
| COMMERCIAL MTG BACK SECS | 0.00 | 0.00 | 92 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| ASSET BACKED SECURITIES | 0.00 | 1.09 | 69 | 0.00 | 1.06 | 65 | 0.00 | 1.34 | 62 | 0.00 | 1.49 | 0.00 | 1.55 |
| STRUCTURED FINANCIAL PRODUCTS | 0.00 | 0.28 | 71 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OTHER DOMESTIC DEBT SECS | 0.00 | 1.16 | 39 | 0.00 | 1.43 | 37 | 0.00 | 1.51 | 37 | 0.00 | 1.31 | 0.00 | 1.58 |
| FOREIGN DEBT SECURITIES | 0.00 | 0.30 | 74 | 0.00 | 0.18 | 71 | 0.00 | 0.09 | 73 | 0.00 | 0.16 | 0.00 | 0.13 |
| INV MUT FND & OTH MKTBL | 0.45 | 0.71 | 62 | 0.61 | 0.97 | 67 | 0.00 | 1.02 | 39 | 0.00 | 0.69 | 0.01 | 0.81 |
| OTHER EQUITY SECURITIES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTAL AVAILABLE-FOR-SALE | 95.96 | 89.81 | 39 | 94.23 | 89.83 | 32 | 93.94 | 90.30 | 30 | 94.36 | 88.91 | 99.96 | 89.01 |

OTHER SECURITIES RATIOS:

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP (DEP) HI RISK & STRUC/T1CAP | 0.00 | 0.00 | 91 | 0.00 | 0.00 | 89 | 0.00 | 0.00 | 87 | 0.00 | 0.00 | 0.00 | -0.03 |
| APP (DEP) IN HTM SEC TO HTM SEC | 4.18 | -1.34 | 94 | 4.16 | -3.29 | 97 | 2.99 | -2.35 | 91 | 1.81 | -2.28 | 9.98 | -0.35 |
| APP (DEP) IN HTM SEC TO EQY CAP | 0.77 | -0.07 | 93 | 0.53 | -0.16 | 90 | 0.43 | -0.12 | 92 | 0.15 | -0.24 | 0.01 | -0.07 |
| PLEDGED SECURITIES TO TOT SEC | 70.10 | 63.21 | 54 | 61.38 | 65.86 | 41 | 85.99 | 67.73 | 75 | 91.91 | 70.00 | 97.61 | 67.36 |

```
CERT # 9609          DIST/RSSD: 06 / 570231        COLONIAL BANK        MONTGOMERY, AL                   PAGE 11
CHARTER # 0          COUNTY:                       CAPITAL ANALYSIS                            9/30/2009 1:09:52 PM
```

| END OF PERIOD CAPITAL ($000) | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| PERPETUAL PREFERRED | 0 | 0 | 0 | 0 | 0 |
| + COMMON STOCK | 22 | 22 | 22 | 22 | 22 |
| + SURPLUS | 2,495,494 | 2,444,613 | 2,352,908 | 2,352,908 | 2,332,909 |
| + UNDIVIDED PROFITS | -1,325,870 | -756,663 | -590,585 | 220,321 | 301,840 |
| + ACCUM OTHER COMP INCOME | -255,149 | -211,078 | -322,290 | -103,961 | -157,474 |
| + OTHER EQUITY CAPITAL COMP | 0 | 0 | 0 | 0 | 0 |
| TOTAL BANK EQUITY CAPITAL | 914,497 | 1,476,894 | 1,440,055 | 2,469,290 | 2,477,297 |
| + MINORITY INTEREST CONS SUBS | 293,058 | 293,058 | 293,115 | 293,191 | 293,200 |
| TOTAL BANK CAPITAL + MINORITY INT | 1,207,555 | 1,769,952 | 1,733,170 | 2,762,481 | 2,770,497 |
| | | | | | |
| SUBORD NOTES & DEBENTURES | 281,351 | 285,563 | 360,057 | 360,504 | 369,641 |
| | | | | | |
| CHANGES IN TOTAL BANK EQUITY ($000) | | | | | |
| BALANCE AT BEGINNING OF PERIOD | 1,440,055 | 1,440,055 | 2,289,325 | 2,289,325 | 2,289,325 |
| + NET INCOME | -735,284 | -166,078 | -849,008 | -38,101 | 23,418 |
| + SALE OR PURCHASE OF CAPITAL | 0 | 0 | 0 | 0 | 0 |
| + MERGER & ABSORPTIONS | 0 | 0 | 0 | 0 | 0 |
| + RESTATE DUE TO ACCTG ERROR&CHG | 0 | 0 | -671 | -671 | -671 |
| + TRANS  WITH PARENT | 142,586 | 91,705 | 377,266 | 377,266 | 357,267 |
| - DIVIDENDS | 0 | 0 | 58,000 | 58,000 | 38,000 |
| + OTHER COMPREHENSIVE INCOME | 67,141 | 111,212 | -318,857 | -100,529 | -154,042 |
| BALANCE AT END OF PERIOD | 914,498 | 1,476,894 | 1,440,055 | 2,469,290 | 2,477,297 |
| | | | | | |
| INTANGIBLE ASSETS | | | | | |
| MORTGAGE SERVICING RIGHTS | 0 | 0 | 0 | 0 | 0 |
| + PURCH CRED CARD RELATION | 0 | 0 | 0 | 0 | 0 |
| + OTHER INTANGIBLES | 41,301 | 45,455 | 49,609 | 53,763 | 57,917 |
| + GOODWILL | 328,575 | 403,575 | 432,053 | 1,007,053 | 1,008,298 |
| TOTAL INTANGIBLES | 369,876 | 449,030 | 481,662 | 1,060,816 | 1,066,215 |
| | | | | | |
| MEMO: GRANDFATHERED INTANG | 0 | 0 | 0 | 0 | |

| CAPITAL RATIOS | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERCENT OF BANK EQUITY: | | | | | | | | | | | | | |
| NET LOANS & LEASES (X) | 17.75 | 6.73 | 98 | 11.13 | 6.89 | 90 | 11.24 | 7.05 | 91 | 6.87 | 7.07 | 6.95 | 6.83 |
| SUBORD NOTES & DEBENTURES | 30.77 | 5.58 | 93 | 19.34 | 5.86 | 85 | 25.00 | 6.40 | 88 | 14.60 | 6.79 | 14.92 | 6.50 |
| LONG TERM DEBT | 30.77 | 5.58 | 93 | 19.34 | 5.86 | 85 | 25.00 | 6.40 | 88 | 14.60 | 6.79 | 14.92 | 6.50 |
| COM RE & RELATED VENTURES | 976.76 | 245.31 | 97 | 627.75 | 248.37 | 92 | 657.73 | 250.40 | 94 | 410.42 | 251.98 | 425.78 | 243.62 |
| PERCENT OF AVERAGE BANK EQUITY: | | | | | | | | | | | | | |
| NET INCOME | -115.14 | -2.75 | 3 | -45.55 | -0.14 | 6 | -38.72 | -0.90 | 8 | -2.13 | 4.07 | 1.99 | 5.95 |
| DIVIDENDS | 0.00 | 1.75 | 53 | 0.00 | 1.77 | 59 | 2.65 | 3.61 | 44 | 3.25 | 3.79 | 3.23 | 3.94 |
| RETAINED EARNINGS | -115.14 | -5.39 | 3 | -45.55 | -3.13 | 6 | -41.37 | -5.52 | 7 | -5.38 | -0.84 | -1.24 | 0.98 |
| OTHER CAPITAL RATIOS: | | | | | | | | | | | | | |
| DIVIDENDS TO NET OPER INCOME | N/A | 40.38 | N/A | N/A | 32.27 | N/A | N/A | 69.64 | N/A | N/A | 52.76 | 162.27 | 50.51 |
| BANK EQUITY CAPITAL TO ASSETS | 3.59 | 10.29 | 1 | 5.60 | 10.06 | 5 | 5.62 | 9.89 | 5 | 9.42 | 10.11 | 9.53 | 10.29 |
| BANK EQ CAP + MIN INT TO ASSETS | 4.74 | 10.40 | 3 | 6.71 | 10.23 | 13 | 6.76 | 10.01 | 14 | 10.53 | 10.20 | 10.66 | 10.40 |
| GROWTH RATES: | | | | | | | | | | | | | |
| TOTAL EQUITY CAPITAL | -63.08 | 8.11 | 2 | -35.40 | 8.26 | 5 | -37.10 | 8.39 | 4 | 12.56 | 7.00 | 11.82 | 19.34 |
| EQUITY GROWTH LESS ASST GROWTH | -61.03 | 0.22 | 3 | -31.97 | -3.32 | 10 | -35.95 | -5.06 | 9 | 5.51 | -3.76 | 2.51 | 1.14 |
| INTANG ASSETS % BANK EQUITY | | | | | | | | | | | | | |
| MORTGAGE SERVICING RIGHTS | 0.00 | 0.83 | 50 | 0.00 | 0.71 | 51 | 0.00 | 0.71 | 50 | 0.00 | 0.92 | 0.00 | 0.82 |
| GOODWILL | 35.93 | 14.35 | 82 | 27.33 | 14.51 | 74 | 30.00 | 15.38 | 75 | 40.78 | 17.93 | 40.70 | 18.38 |
| PURCH CREDIT CARD RELATION | 0.00 | 0.01 | 84 | 0.00 | 0.01 | 85 | 0.00 | 0.01 | 84 | 0.00 | 0.01 | 0.00 | 0.01 |
| ALL OTHER INTANGIBLES | 4.52 | 1.47 | 88 | 3.08 | 1.48 | 80 | 3.44 | 1.48 | 82 | 2.18 | 1.45 | 2.34 | 1.55 |
| TOTAL INTANGIBLES | 40.45 | 18.06 | 80 | 30.40 | 17.99 | 71 | 33.45 | 18.90 | 73 | 42.96 | 21.81 | 43.04 | 22.13 |

Case 09-32303    Doc 156-2    Filed 10/05/09    Entered 10/05/09 17:02:30    Desc Exhibit
Exhibits A-F    Page 77 of 88

CERT # 9609          DIST/RSSD: 06 / 570231          COLONIAL BANK          MONTGOMERY, AL                    PAGE 11A
CHARTER # 0          COUNTY:                         CAPITAL ANALYSIS                                          9/30/2009 1:09:53 PM

| RISK BASED CAPITAL ($000) | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| TIER ONE CAPITAL | | | | | |
|   TOTAL EQUITY CAPITAL ADJUSTED | 1,462,705 | 1,981,030 | 2,055,403 | 2,866,442 | 2,927,959 |
|  - INELIGIBLE DEF TAX ASSETS | 0 | 142,850 | 21,907 | 0 | 0 |
|  - INELIGIBLE INTANGIBLES | 369,877 | 436,635 | 466,222 | 1,044,138 | 1,048,300 |
|  - CUMUL CHANGE F.V. FINANCIAL LIAB | 0 | 0 | 0 | 0 | 0 |
|    NET TIER ONE | 1,092,828 | 1,401,545 | 1,567,274 | 1,822,304 | 1,879,659 |
| | | | | | |
| TIER TWO CAPITAL | | | | | |
|  + QUALIF DEBT AND REDEEM PFD | 249,251 | 261,433 | 289,399 | 289,034 | 288,674 |
|  + CUMULATIVE PREFERRED STOCK | 0 | 0 | 0 | 0 | 0 |
|  + ALLOWABLE LN&LS LOSS ALLOW | 214,859 | 221,368 | 230,610 | 231,196 | 237,941 |
|  + UNRL GAIN MKTBL EQY SEC (45%) | 5 | 4 | 6 | 14 | 0 |
|  + OTHER TIER 2 CAPITAL COMP | 0 | 0 | 0 | 0 | 0 |
|    NET ELIGIBLE TIER TWO | 464,115 | 482,805 | 520,015 | 520,244 | 526,615 |
| TOTAL RBC BEFORE DEDUCTIONS | | | | | |
|   TIER ONE & TIER TWO | 1,556,943 | 1,884,350 | 2,087,289 | 2,342,548 | 2,406,274 |
|   TIER THREE & FIN SUB ADJ | 0 | 0 | 0 | 0 | 0 |
|  - RECIPROCAL CAPITAL HOLDINGS | 0 | 0 | 0 | 0 | 0 |
|  - DEDUCTIONS FOR TOTAL RBC | 0 | 0 | 0 | 0 | 0 |
|    TOTAL RISK-BASED-CAPITAL | 1,556,943 | 1,884,350 | 2,087,289 | 2,342,548 | 2,406,274 |
| | | | | | |
| RISK-WEIGHTED ASSETS | | | | | |
| ON-BALANCE SHEET | | | | | |
|   CATEGORY TWO - 20% | 1,039,533 | 1,100,865 | 1,014,219 | 1,140,551 | 1,294,537 |
|   CATEGORY THREE - 50% | 2,744,527 | 2,621,882 | 2,296,772 | 2,234,006 | 2,187,158 |
|   CATEGORY FOUR - 100% | 12,862,735 | 13,306,066 | 14,223,288 | 14,033,583 | 14,229,195 |
|    TOTAL ON-BALANCE SHEET | 16,646,795 | 17,028,813 | 17,534,279 | 17,408,140 | 17,710,890 |
|    MEMO: CATEGORY ONE - 0% | 2,272,595 | 2,372,560 | 1,892,388 | 1,447,057 | 350,973 |
| | | | | | |
| OFF- BALANCE SHEET | | | | | |
|   CATEGORY TWO - 20% | 0 | 0 | 0 | 0 | 0 |
|   CATEGORY THREE - 50% | 3,497 | 4,332 | 4,113 | 4,870 | 8,376 |
|   CATEGORY FOUR - 100% | 538,429 | 676,272 | 910,426 | 1,082,689 | 1,316,053 |
|    TOTAL OFF-BALANCE SHEET | 541,926 | 680,604 | 914,539 | 1,087,559 | 1,324,429 |
|    MEMO: CATEGORY ONE - 0% | 32,586 | 33,076 | 37,351 | 43,376 | 44,518 |
| | | | | | |
| ADJUSTMENTS TO RISK-WGT ASSETS | | | | | |
| RISK-WEIGHTED ASSET BEFORE DED | 17,188,721 | 17,709,417 | 18,448,818 | 18,495,699 | 19,035,319 |
|  - INELIGIBLE DEF TAX ASSETS | 0 | 0 | 0 | 0 | 0 |
|  - INELIGIBLE INTANGIBLES | 0 | 0 | 0 | 0 | 0 |
|  - RECIPROCAL CAPITAL HOLDINGS | 0 | 0 | 0 | 0 | 0 |
|  - EXCESS ALLOWABLE LN&LS LOSS AL | 283,141 | 226,611 | 92,390 | 56,554 | 10,568 |
|  - ALLOCATED TRANSFER RISK RESERV | 0 | 0 | 0 | 0 | 0 |
|  + MKT RISK ASSETS & FIN SUB ADJ | 0 | 0 | 0 | 0 | 0 |
|    TOTAL RISK-WEIGHTED ASSETS | 16,905,580 | 17,482,807 | 18,356,429 | 18,439,145 | 19,024,751 |

| RISK-BASED CAPITAL | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIER ONE RBC TO RISK-WGT ASSETS | 6.46 | 11.16 | 4 | 8.02 | 10.85 | 12 | 8.54 | 10.55 | 21 | 9.88 | 9.99 | 9.88 | 10.00 |
| TOTAL RBC TO RISK-WEIGHT ASSETS | 9.21 | 13.07 | 5 | 10.78 | 12.79 | 18 | 11.37 | 12.50 | 41 | 12.70 | 11.94 | 12.65 | 11.84 |
| TIER ONE LEVERAGE CAPITAL | 4.18 | 8.32 | 3 | 5.54 | 8.25 | 4 | 6.03 | 8.19 | 10 | 7.20 | 8.05 | 7.20 | 8.03 |
| | | | | | | | | | | | | | |
| OTHER CAPITAL RATIO: | | | | | | | | | | | | | |
| DEF TAX ASSET TO T1 CAP | 11.94 | 4.82 | 88 | 14.46 | 5.19 | 91 | 18.63 | 5.42 | 92 | 6.97 | 4.68 | 8.21 | 3.92 |

NOTE: FROM MARCH 31, 2001 FORWARD RISK BASED CAPITAL RATIOS AND DATA DO INCLUDE ADJUSTMENT FOR FINANCIAL SUBSIDIARIES.
    FOR BANKS WITH FINANCIAL SUBSIDIARIES PLEASE REFER TO CALL REPORT FOR INFORMATION ON THE ADJUSTMENT.

CERT # 9609          DIST/RSSD: 06 / 570231          COLONIAL BANK          MONTGOMERY, AL                PAGE 12
CHARTER # 0          COUNTY:          ONE QUARTER ANNUALIZED INCOME ANALYSIS          9/30/2009 1:09:53 PM

| | 06/30/2009 | | | 3/31/2009 | | | 12/31/2008 | | | 9/30/2008 | | 6/30/2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARNINGS AND PROFITABILITY | | | | | | | | | | | | | | |
| PERCENT OF AVERAGE ASSETS: | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | PCT | BANK | PG 1 | BANK | PG 1 |
| INTEREST INCOME (TE) | 4.18 | 4.37 | 34 | 4.38 | 4.47 | 42 | 4.80 | 4.96 | 35 | 5.04 | 5.15 | 5.15 | 5.20 |
| - INTEREST EXPENSE | 2.31 | 1.35 | 88 | 2.47 | 1.47 | 89 | 2.58 | 1.82 | 90 | 2.47 | 1.95 | 2.49 | 2.03 |
| NET INTEREST INCOME (TE) | 1.88 | 2.96 | 12 | 1.91 | 2.94 | 12 | 2.22 | 3.08 | 14 | 2.57 | 3.14 | 2.66 | 3.14 |
| + NONINTEREST INCOME | 0.21 | 1.24 | 14 | 0.71 | 1.17 | 36 | 0.43 | 1.04 | 23 | 0.76 | 1.13 | 0.79 | 1.22 |
| - NON-INTEREST EXPENSE | 3.86 | 2.85 | 86 | 2.61 | 2.63 | 52 | 11.08 | 3.20 | 94 | 2.46 | 2.57 | 2.42 | 2.66 |
| - PROVISION: LOAN&LEASE LOSSES | 3.91 | 1.91 | 82 | 3.96 | 1.56 | 86 | 6.80 | 1.79 | 95 | 2.42 | 0.94 | 1.16 | 0.87 |
| PRETAX OPERATING INCOME (TE) | -5.68 | -0.46 | 7 | -3.95 | -0.01 | 9 | -15.23 | -0.96 | 3 | -1.55 | 0.74 | -0.13 | 0.86 |
| + REALIZED GAINS/LOSSES SECS | 0.00 | 0.03 | 60 | -0.01 | 0.04 | 19 | 0.00 | -0.14 | 80 | -0.01 | -0.19 | 0.00 | -0.02 |
| PRETAX NET OPERATING INC (TE) | -5.68 | -0.43 | 8 | -3.97 | 0.01 | 9 | -15.22 | -1.44 | 5 | -1.56 | 0.33 | -0.13 | 0.77 |
| NET OPERATING INCOME | -8.54 | -0.39 | 2 | -2.48 | 0.02 | 10 | -12.25 | -1.18 | 6 | -0.93 | 0.23 | -0.06 | 0.50 |
| ADJUSTED NET OPERATING INCOME | -7.79 | 0.12 | 3 | -0.55 | 0.64 | 13 | -11.72 | -0.42 | 5 | -0.36 | 0.55 | 0.03 | 0.96 |
| NET INC ATTRIB TO MIN INTS | 0.04 | 0.00 | 96 | 0.08 | 0.00 | 98 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| NET INCOME ADJUSTED SUB S | | -0.45 | N/A | | 0.01 | N/A | | -1.18 | | | 0.22 | | 0.49 |
| NET INCOME | -8.58 | -0.45 | 2 | -2.57 | 0.02 | 10 | -12.25 | -1.18 | 6 | -0.93 | 0.22 | -0.06 | 0.49 |
| MARGIN ANALYSIS: | | | | | | | | | | | | | |
| INT INC (TE) TO AVG EARN ASSETS | 4.58 | 4.75 | 34 | 4.81 | 4.86 | 39 | 5.46 | 5.42 | 46 | 5.64 | 5.61 | 5.70 | 5.67 |
| INT EXPENSE TO AVG EARN ASSETS | 2.52 | 1.47 | 92 | 2.71 | 1.59 | 92 | 2.94 | 1.99 | 88 | 2.76 | 2.14 | 2.75 | 2.22 |
| NET INT INC-TE TO AVG EARN ASST | 2.05 | 3.22 | 12 | 2.10 | 3.20 | 13 | 2.52 | 3.38 | 17 | 2.87 | 3.44 | 2.95 | 3.44 |
| LOAN & LEASE ANALYSIS | | | | | | | | | | | | | |
| NET LOSS TO AVERAGE TOTAL LN&LS | 5.01 | 2.01 | 90 | 3.13 | 1.38 | 84 | 9.85 | 1.45 | 97 | 2.78 | 0.83 | 1.55 | 0.66 |
| EARNINGS COVERAGE OF NET LOSS(X) | -0.56 | 2.46 | 5 | 0.00 | 3.81 | 9 | -1.34 | 3.22 | 13 | 0.50 | 6.24 | 0.94 | 7.98 |
| LN&LS ALLOWANCE TO NET LOSSES(X) | 0.59 | 1.60 | 13 | 0.85 | 2.52 | 15 | 0.19 | 1.75 | 3 | 0.59 | 2.86 | 0.85 | 3.49 |
| CAPITALIZATION | | | | | | | | | | | | | |
| CASH DIVIDENDS TO NET INCOME | 0.00 | 14.33 | 74 | 0.00 | 19.45 | 65 | 0.00 | 30.33 | 65 | -32.51 | 36.72 | -897.07 | 35.15 |
| RETAIN EARNS TO AVG TOT EQUITY | -190.42 | -7.33 | 3 | -44.98 | -3.31 | 6 | -165.94 | -16.00 | 3 | -13.18 | -2.69 | -7.09 | 0.02 |
| YIELD ON OR COST OF: | | | | | | | | | | | | | |
| TOTAL LOANS & LEASES (TE) | 4.98 | 5.23 | 33 | 5.05 | 5.26 | 37 | 5.60 | 5.84 | 33 | 5.84 | 5.98 | 5.78 | 6.05 |
| LOANS IN DOMESTIC OFFICES | 4.98 | 5.21 | 35 | 5.05 | 5.23 | 40 | 5.60 | 5.82 | 33 | 5.84 | 5.97 | 5.78 | 6.04 |
| REAL ESTATE | 4.89 | 5.19 | 32 | 5.03 | 5.19 | 40 | 5.60 | 5.77 | 39 | 5.88 | 5.95 | 5.72 | 6.04 |
| SECURED BY 1-4 FAM. RESI PROP | 5.34 | 5.31 | 51 | 5.28 | 5.32 | 50 | 5.78 | 5.74 | 59 | 5.65 | 5.94 | 5.33 | 6.01 |
| ALL OTHER LOANS SEC. REAL EST | 4.64 | 5.07 | 33 | 4.90 | 5.04 | 44 | 5.52 | 5.77 | 35 | 5.98 | 5.96 | 5.91 | 6.07 |
| COMMERCIAL & INDUSTRIAL | 5.05 | 4.97 | 58 | 5.15 | 4.83 | 63 | 5.83 | 5.67 | 63 | 6.16 | 5.87 | 6.05 | 5.98 |
| INDIVIDUAL | 5.48 | 6.84 | 23 | 5.40 | 6.99 | 24 | 5.98 | 7.23 | 25 | 6.10 | 7.54 | 6.47 | 7.40 |
| CREDIT CARD PLANS | 11.14 | 9.66 | 60 | 12.75 | 9.76 | 72 | 15.74 | 9.72 | 85 | 9.38 | 9.81 | 12.67 | 9.86 |
| AGRICULTURAL | 4.55 | 4.18 | 46 | 4.45 | 4.46 | 43 | 4.85 | 5.15 | 35 | 5.61 | 5.47 | 5.73 | 5.98 |
| LOANS IN FOREIGN OFFICES | N/A | 1.19 | N/A | N/A | 21.15 | N/A | N/A | 15.23 | N/A | N/A | 11.26 | N/A | 1.28 |
| TOTAL INVESTMENT SECURITIES(TE) | 4.72 | 4.22 | 69 | 5.55 | 4.55 | 88 | 5.66 | 4.74 | 89 | 5.25 | 4.90 | 5.90 | 4.94 |
| TOTAL INVESTMENT SECURITES(BOOK) | 4.72 | 4.13 | 76 | 5.55 | 4.40 | 92 | 5.66 | 4.66 | 92 | 5.66 | 4.72 | 5.67 | 4.75 |
| U S TREAS & AGENCY (EXCL MBS) | 5.17 | 3.00 | 90 | 5.18 | 3.35 | 91 | 5.07 | 3.80 | 82 | 7.20 | 3.98 | 7.20 | 4.28 |
| MORTGAGE BACKED SECURITIES | 4.77 | 4.72 | 55 | 5.71 | 4.89 | 89 | 5.82 | 5.04 | 89 | 5.82 | 5.04 | 5.85 | 5.03 |
| ALL OTHER SECURITIES | 4.20 | 3.91 | 58 | 4.19 | 4.13 | 52 | 4.18 | 4.45 | 43 | 4.18 | 4.42 | 4.20 | 4.51 |
| INTEREST-BEARING BANK BALANCES | 0.25 | 0.53 | 44 | 0.21 | 0.70 | 26 | 1.34 | 1.79 | 58 | 1.24 | 2.26 | 1.60 | 2.33 |
| FEDERAL FUNDS SOLD & RESALES | 5.27 | 0.42 | 98 | 5.21 | 0.38 | 97 | 5.65 | 1.10 | 97 | 4.91 | 2.08 | 4.65 | 2.20 |
| TOTAL INT-BEARING DEPOSITS | 2.63 | 1.59 | 87 | 2.86 | 1.78 | 87 | 3.08 | 2.15 | 84 | 3.00 | 2.26 | 2.64 | 2.34 |
| TRANSACTION ACCOUNTS | 0.20 | 0.59 | 19 | 0.44 | 0.52 | 51 | 0.14 | 0.90 | 10 | 0.70 | 1.06 | 0.54 | 1.02 |
| OTHER SAVINGS DEPOSITS | 1.68 | 0.66 | 95 | 1.92 | 0.76 | 94 | 2.19 | 1.08 | 93 | 2.03 | 1.24 | 1.08 | 1.25 |
| TIME DEPS OVER $100M | 3.44 | 2.52 | 88 | 3.66 | 2.82 | 85 | 3.97 | 3.30 | 80 | 3.86 | 3.37 | 3.97 | 3.68 |
| ALL OTHER TIME DEPOSITS | 3.09 | 2.83 | 64 | 3.44 | 3.03 | 70 | 3.81 | 3.36 | 73 | 3.79 | 3.49 | 4.12 | 3.74 |
| DEPOSITS IN FOREIGN OFFICES | 0.44 | 0.58 | 48 | 0.72 | 0.67 | 56 | 1.55 | 1.36 | 63 | 1.91 | 2.08 | 2.24 | 2.16 |
| FEDERAL FUNDS PURCHASED & REPOS | 0.69 | 1.00 | 59 | 0.78 | 1.08 | 58 | 0.62 | 1.45 | 25 | 1.87 | 2.26 | 2.03 | 2.33 |
| OTHER BORROWED MONEY | 4.29 | 2.49 | 87 | 4.30 | 2.42 | 90 | 4.70 | 3.07 | 88 | 4.12 | 3.44 | 4.05 | 3.55 |
| SUBORD NOTES & DEBENTURES | 7.54 | 4.42 | 93 | 8.11 | 4.60 | 94 | 7.80 | 5.30 | 89 | 7.61 | 4.80 | 7.97 | 4.94 |

ALL INTEREST-BEARING FUNDS          2.93    1.66    92     3.13    1.80    92     3.29    2.23    88     3.23    2.41     2.90    2.48

CERT # 9609          DIST/RSSD: 06 / 570231              COLONIAL BANK              MONTGOMERY, AL                    PAGE 13
CHARTER # 0          COUNTY:               SECURITIZATION AND ASSET SALE ACTIVITIES                    9/30/2009 1:09:53 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 | PERCENT CHANGE 1 QTR | 1 YEAR |
|---|---|---|---|---|---|---|---|
| SECURITIZATION ACTIVITIES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| HOME EQUITY LINES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| RETAINED INTEREST-ONLY STRIPS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| HOME EQUITY LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| RETAINED CREDIT ENHANCEMENTS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| HOME EQUITY LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| UNUSED LIQUIDITY COMMITTMENTS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| SELLERS INTEREST IN SECS & LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| HOME EQUITY LINES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| TOTAL RETAINED CREDIT EXPOSURE | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| ASSET BACKED COMML PAPER COND | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| CR EXP SPONS BY BANK & OTHER | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| LIQUID COMM BY BANK & OTHER | 0 | 0 | 0 | 0 | 0 | N/A | N/A |
| | | | | | | | |
| ACTIVITY %TOTAL ASSETS | | | | | | | |
| SECURITIZATION ACTIVITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 1-4 FAMILY RESIDENTIAL LOANS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| HOME EQUITY LINES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| CREDIT CARD RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| AUTO LOANS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| COMMERCIAL & INDUSTRIAL LOANS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ALL OTHER LOANS AND LEASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| ASSET BACKED COMML PAPER COND | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| CR EXP SPONS BY BANK & OTHER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| LIQUID COMM BY BANK & OTHER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | | | | | | |
| PERCENT OF TOT MANAGED ASSETS ON | | | | | | | |
| BALANCE SHEET & SEC ASSETS | | | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | 29.40 | 27.45 | 23.80 | 22.99 | 21.94 | | |
| HOME EQUITY LINES | 3.78 | 3.78 | 3.99 | 3.79 | 3.79 | | |
| CREDIT CARD RECEIVABLES | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | | |
| AUTO LOANS | 1.16 | 1.27 | 1.34 | 1.36 | 1.35 | | |
| COMMERCIAL & INDUSTRIAL LOANS | 4.00 | 4.52 | 5.17 | 5.06 | 5.29 | | |

ALL OTHER LOANS AND LEASES          61.65         62.98         65.69         66.78         67.62

CERT # 9609        DIST/RSSD: 06 / 570231          COLONIAL BANK          MONTGOMERY, AL          PAGE 13A
CHARTER # 0        COUNTY:            SECURITIZATION AND ASSET SALE ACTIVITIES            9/30/2009 1:09:53 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| % TOT SECURITIZATION ACT BY TYPE | | | | | |
| RETAINED INT ONLY STRIPS | N/A | N/A | N/A | N/A | N/A |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| AUTO LOANS | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| RETAINED CREDIT ENHANCEMENT | N/A | N/A | N/A | N/A | N/A |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| AUTO LOANS | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| UNUSED COMM TO PROVIDE LIQUIDITY | N/A | N/A | N/A | N/A | N/A |
| SELLERS INT IN SECS& LNS % TRUST | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL AND INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| PERCENT OF TIER 1 CAPITAL | | | | | |
| TOTAL RETAINED CREDIT EXPOSURE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED INTEREST-ONLY STRIPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED CREDIT ENHANCEMENTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 30-89 DAY PD SECURITIZED ASSETS | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| HOME EQUITY LINES | 0 | 0 | 0 | 0 | 0 |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 |
| TOTAL 30-89 DAY PD SECUR ASSET | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 90+ DAYS PD SECURITIZED ASSETS | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| HOME EQUITY LINES | 0 | 0 | 0 | 0 | 0 |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 |
| TOTAL 90 + DAY PD SECUR ASSET | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| TOTAL PAST DUE SECURITIZED ASSETS | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| NET LOSSES SECURITIZED ASSETS | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| HOME EQUITY LINES | 0 | 0 | 0 | 0 | 0 |
| CREDIT CARD RECEIVABLES | 0 | 0 | 0 | 0 | 0 |
| AUTO LOANS | 0 | 0 | 0 | 0 | 0 |
| COMMERCIAL & INDUSTRIAL LOANS | 0 | 0 | 0 | 0 | 0 |
| ALL OTHER LOANS AND LEASES | 0 | 0 | 0 | 0 | 0 |
| TOTAL NET CHARGE OFF SECUR ASSET | N/A | N/A | N/A | N/A | N/A |

CERT # 9609        DIST/RSSD: 06 / 570231         COLONIAL BANK        MONTGOMERY, AL              PAGE 13B
CHARTER # 0        COUNTY:              SECURITIZATION AND ASSET SALE ACTIVITIES          9/30/2009 1:09:54 PM

| | 06/30/2009 | 03/31/2009 | 12/31/2008 | 09/30/2008 | 06/30/2008 |
|---|---|---|---|---|---|
| **30-89 DAY PD SECURITIZED ASSETS %** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| AUTO LOANS | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| TOTAL 30-89 DAY PD SECUR ASSET | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| **90+ DAY PD SECURITIZED ASSETS** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| AUTO LOANS | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| TOTAL 90 + DAY PD SECUR ASSET | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| TOTAL PD SECURITIZED ASSETS % | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| **NET LOSSES ON SECURITIZED ASSETS%** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| AUTO LOANS | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| NET LOSSES ON SECUR ASSETS | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| **30-89 DAY PD MANAGED ASSETS %** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| TOTAL 30-89 DAY PD MANAGE ASSET | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| **90+ DAY PD MANAGED ASSETS %** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| TOTAL 90 + DAY PD MANAGE ASSET | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| TOTAL PAST DUE MANAGED ASSETS % | N/A | N/A | N/A | N/A | N/A |
| | | | | | |
| **NET LOSSES ON MANAGED ASSETS %** | | | | | |
| 1-4 FAMILY RESIDENTIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| HOME EQUITY LINES | N/A | N/A | N/A | N/A | N/A |
| CREDIT CARD RECEIVABLES | N/A | N/A | N/A | N/A | N/A |
| COMMERCIAL & INDUSTRIAL LOANS | N/A | N/A | N/A | N/A | N/A |
| ALL OTHER LOANS AND LEASES | N/A | N/A | N/A | N/A | N/A |
| NET LOSSES ON MANAGE ASSETS | N/A | N/A | N/A | N/A | N/A |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case 09-32303    Doc 156-2    Filed 10/05/09    Entered 10/05/09 17:02:30    Desc Exhibit
Exhibits A-F    Page 84 of 88

| | SUMMARY INFORMATION FOR BANKS IN STATE OF ALABAMA | | | | | | STAVG |
| | AVERAGE FOR ALL INSURED COMMERCIAL BANKS IN STATE | | | | BANKS WITH ASSETS - $MILL | | 06/30/2009 |
| | 06/30/2009 | 6/30/2008 | 12/31/2008 | 12/31/2007 | 12/31/2006 | 0-25 | 25-100 | 100+ |
|---|---|---|---|---|---|---|---|---|
| **EARNINGS AND PROFITABILITY** | | | | | | | | |
| **PERCENT OF AVERAGE ASSETS:** | | | | | | | | |
| INTEREST INCOME (TE) | 5.27 | 6.15 | 5.94 | 6.85 | 6.70 | 4.06 | 5.29 | 5.27 |
| - INTEREST EXPENSE | 1.92 | 2.61 | 2.44 | 3.02 | 2.65 | 1.07 | 1.76 | 2.02 |
| NET INTEREST INCOME (TE) | 3.33 | 3.56 | 3.50 | 3.84 | 4.05 | 2.99 | 3.53 | 3.25 |
| + NONINTEREST INCOME | 0.63 | 0.71 | 0.69 | 0.75 | 0.74 | 0.52 | 0.66 | 0.62 |
| - NON-INTEREST EXPENSE | 3.00 | 2.95 | 3.09 | 2.94 | 2.88 | 3.39 | 3.29 | 2.87 |
| - PROVISION: LOAN&LEASE LOSSES | 0.53 | 0.34 | 0.47 | 0.27 | 0.20 | 0.01 | 0.27 | 0.76 |
| = PRETAX OPERATING INCOME (TE) | 0.39 | 0.99 | 0.61 | 1.41 | 1.73 | 0.11 | 0.64 | 0.26 |
| + SECURITIES GAINS (LOSSES) | -0.01 | 0.02 | 0.01 | -0.01 | 0.00 | -0.92 | -0.05 | 0.01 |
| = PRETAX NET OPERATING INC (TE) | 0.33 | 1.03 | 0.60 | 1.37 | 1.73 | -0.81 | 0.58 | 0.24 |
| NET OPERATING INCOME | 0.18 | 0.69 | 0.38 | 0.96 | 1.23 | -0.79 | 0.35 | 0.12 |
| ADJUSTED NET OPERATING INCOME | 0.30 | 0.83 | 0.53 | 1.02 | 1.30 | -0.86 | 0.33 | 0.34 |
| NET INC ATTRIB TO MIN INTS | | | | | | 0.00 | N/A | N/A |
| NET INCOME ADJUSTED SUB S | 0.15 | 0.63 | 0.32 | 0.88 | 1.15 | -0.79 | 0.30 | 0.08 |
| NET INCOME | 0.18 | 0.69 | 0.38 | 0.96 | 1.23 | -0.79 | 0.34 | 0.12 |
| | | | | | | | | |
| **MARGIN ANALYSIS:** | | | | | | | | |
| AVG EARNINGS ASSETS TO AVG ASSETS | 92.04 | 92.89 | 92.99 | 93.31 | 93.61 | 88.54 | 90.88 | 92.59 |
| AVG INT-BEARING FUNDS TO AVG AST | 78.17 | 76.26 | 76.90 | 75.80 | 75.18 | 49.57 | 73.74 | 80.53 |
| INT INC (TE) TO AVG EARN ASSETS | 5.74 | 6.64 | 6.40 | 7.36 | 7.17 | 4.49 | 5.85 | 5.70 |
| INT EXPENSE TO AVG EARN ASSETS | 2.09 | 2.81 | 2.62 | 3.23 | 2.84 | 1.16 | 1.93 | 2.19 |
| NET INT INC-TE TO AVG EARN ASSET | 3.62 | 3.83 | 3.77 | 4.13 | 4.34 | 3.33 | 3.86 | 3.52 |
| | | | | | | | | |
| **LOAN & LEASE ANALYSIS:** | | | | | | | | |
| NET LOSS TO AVERAGE TOTAL LN&LS | 0.68 | 0.28 | 0.46 | 0.22 | 0.17 | 0.38 | 0.48 | 0.80 |
| EARNINGS COVERAGE OF NET LOSS(X) | 5.76 | 14.76 | 7.97 | 18.44 | 27.81 | 4.55 | 8.01 | 5.09 |
| LN&LS ALLOW TO LN&LS NOT HFS | 1.46 | 1.30 | 1.38 | 1.30 | 1.34 | 1.19 | 1.31 | 1.55 |
| LN&LS ALLOWANCE TO NET LOSSES(X) | 4.29 | 9.29 | 6.67 | 9.28 | 12.52 | 2.59 | 6.12 | 3.68 |
| LN&LS ALLOWANCE TO TOTAL LN&LS | 1.45 | 1.30 | 1.37 | 1.30 | 1.33 | 1.19 | 1.31 | 1.53 |
| | | | | | | | | |
| **LIQUIDITY:** | | | | | | | | |
| NET NON CORE FUNDING DEPENDENCE | 29.29 | 27.65 | 30.30 | 25.10 | 24.50 | 10.84 | 24.20 | 32.17 |
| NET LOANS & LEASES TO ASSETS | 62.29 | 61.18 | 62.74 | 60.78 | 59.97 | 32.37 | 55.04 | 66.39 |
| | | | | | | | | |
| **CAPITALIZATION** | | | | | | | | |
| TIER ONE LEVERAGE CAPITAL | 10.30 | 10.89 | 10.61 | 11.13 | 11.10 | 17.64 | 11.64 | 9.62 |
| CASH DIVIDENDS TO NET INCOME | 21.69 | 33.94 | 42.86 | 46.69 | 40.37 | 1.04 | 38.38 | 17.75 |
| RETAIN EARNS TO AVG TOTAL EQUITY | -0.99 | 2.94 | -0.42 | 3.15 | 5.82 | -5.17 | 0.15 | -1.91 |
| | | | | | | | | |
| **GROWTH RATES:** | | | | | | | | |
| ASSETS | 7.30 | 11.09 | 9.70 | 10.81 | 10.20 | 4.16 | 5.65 | 8.80 |
| TIER ONE CAPITAL | 3.19 | 4.88 | 3.98 | 5.86 | 9.59 | -5.78 | 1.16 | 9.68 |
| NET LOANS & LEASES | 7.64 | 13.32 | 11.74 | 12.95 | 11.23 | 11.07 | 5.43 | 9.68 |
| SHORT TERM INVESTMENTS | 104.88 | 13.12 | 29.18 | 97.86 | 62.18 | -23.91 | 14.18 | 196.13 |
| SHORT TERM NON CORE FUNDING | 10.64 | 24.99 | 25.43 | 23.30 | 40.64 | 48.01 | 9.52 | 10.02 |
| **NON-CURRENT LOANS & LEASES:** | | | | | | | | |
| TOTAL LN&LS-90+ DAYS PAST DUE | 0.31 | 0.19 | 0.28 | 0.20 | 0.18 | 0.75 | 0.53 | 0.24 |
| - NONACCRUAL | 1.55 | 0.83 | 1.25 | 0.68 | 0.35 | 2.21 | 1.30 | 1.70 |
| - TOTAL | 2 | 1 | 1 | 0 | 0 | 2 | 1 | 2 |
| | | | | | | | | |
| TOTAL ASSETS ($MILLIONS) | 257,431 | 260,937 | 265,913 | 242,755 | 228,073 | 67 | 3,168 | 254,194 |
| EQUITY CAPITAL ($MILLIONS) | 31,930 | 40,117 | 31,949 | 36,537 | 30,208 | 9 | 367 | 31,553 |
| NET INCOME ($ MILLIONS) | -862 | 999 | -6,588 | 1,905 | 2,487 | 0 | 5 | -868 |
| NUMBER OF BANKS IN TABULATION | 146 | 148 | 147 | 148 | 147 | 4 | 44 | 98 |

CERT # 9609      DIST/RSSD: 06 / 570231          COLONIAL BANK                           MONTGOMERY, AL

CHARTER # 0        COUNTY: MONTGOMERY

JUNE 30, 2009 UNIFORM BANK PERFORMANCE REPORT

INFORMATION                                                        TABLE OF CONTENTS

INTRODUCTION

SECTIONS                                                                                    PAGE
                                                                                            NUMBER

FIDUCIARY AND RELATED SERVICES.................................................................................................    01

THIS UNIFORM BANK PERFORMANCE REPORT COVERS THE OPERATIONS OF YOUR
BANK AND THAT OF A COMPARABLE GROUP OF PEER BANKS. IT IS PROVIDED
FOR YOUR USE AS A MANAGEMENT TOOL BY THE FEDERAL FINANCIAL
INSTITUTIONS EXAMINATION COUNCIL. DETAILED INFORMATION CONCERNING
THIS REPORT IS PROVIDED IN "A USER'S GUIDE FOR THE UNIFORM BANK
PERFORMANCE REPORT" FORWARDED TO YOUR BANK UNDER SEPARATE COVER.
TO OBTAIN ADDITIONAL USER'S GUIDE OR OTHER UBPR MATERIALS, CALL
THE NUMBER INDICATED AT RIGHT FOR ORDERING ASSISTANCE. UBPRS ARE

AS OF THE DATE OF PREPARATION OF THIS REPORT, YOUR BANK'S FEDERAL
REGULATOR WAS THE FEDERAL DEPOSIT INSURANCE CORPORATION

YOUR CURRENT PEER GROUP # 1
INCLUDES ALL INSURED COMMERCIAL BANKS HAVING TRUST ASSETS
LESS THAN OR EQUAL TO $100 MILLION.

FOR ORDERING ASSISTANCE CONTACT THE FDIC PUBLIC INFORMATION
CENTER: 877 275-3343
*********************************************************
* NEW:  UBPR NOW AVAILABLE ONLINE AT NO CHARGE:     *

QUESTIONS CONCERNING CONTENT OF REPORTS CONTACT:
703-516-1071 OR EMAIL FFIEC-UBPR@fdic.gov            *   WWW.FFIEC.GOV   *
FOR THE DEFINITION OF OTHER UBPR PEER GROUPS, REFER TO THE     *********************************************************
UBPR USER'S GUIDE.

BANK AND BANK HOLDING COMPANY INFORMATION

ADDRESSEE   CHIEF EXECUTIVE OFFICER                CERTIFICATE # 9609       CHARTER # 0
            COLONIAL BANK                          DIST/RSSD: 06 / 570231
            100 COLONIAL BANK BOULEVARD            COLONIAL BANCGROUP, INC., THE
            MONTGOMERY, AL 36117-0000              (HOLDING CO. # 1080465 )
                                                   MONTGOMERY        AL
NOTE                                               (HOLDING COMPANY REFERS TO TOP HOLDER)

THIS REPORT HAS BEEN PRODUCED FOR THE USE OF THE FEDERAL REGULATORS OF FINANCIAL INSTITUTIONS IN CARRYING OUT THEIR SUPERVISORY
RESPONSIBILITIES. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE. HOWEVER NO GUARANTEE IS GIVEN AS TO
THE ACCURACY OF THE DATA OR OF THE CALCULATIONS DERIVED THEREFROM. THE DATA AND CALCULATIONS IN THIS REPORT DO NOT INDICATE APPROVAL
OR DISAPPROVAL OF ANY PARTICULAR INSTITUTION'S PERFORMANCE AND ARE NOT TO BE CONSTRUED AS A RATING OF ANY INSTITUTION BY FEDERAL
BANK REGULATORS. USERS ARE CAUTIONED THAT ANY CONCLUSIONS DRAWN FROM THIS REPORT ARE THEIR OWN AND ARE NOT TO BE ATTRIBUTED TO THE
FEDERAL BANK REGULATORS.

THE REPORTS OF CONDITION AND INCOME FOR THIS BANK CONTAIN ADDITIONAL INFORMATION NOT INCLUDED IN THIS PERFORMANCE REPORT, SUCH AS
AN OPTIONAL NARRATIVE STATEMENT BY THE BANK.

CERT # 9609    DIST/RSSD: 06 / 570231    COLONIAL BANK    MONTGOMERY, AL    PAGE 01
CHARTER # 0    COUNTY:    FIDUCIARY AND RELATED SERVICES    9/30/2009 1:09:54 PM

| | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FIDUCIARY AND REL ASSETS | ($000) | %TOTAL | %MGD | ($000) | %TOTAL | %MGD | ($000) | %TOTAL | %MGD | %CHG |
| PERSONAL TRUST AND AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| EMPLOYEE BENEFIT DC | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| EMPLOYEE BENEFIT DB | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| OTHER RETIREMENT | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| CORPORATE TRUST AND AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| INVESTMENT MANAGEMENT AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| OTHER FIDUCIARY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| TOTAL FIDUCIARY ASSETS | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| CUSTODY AND SAFEKEEPING | 0 | | | 0 | | | N/A | 0.00 | 0.00 | N/A |
| MEMO: ACCTS IN FOREIGN OFFICES | 0 | | N/A | 0 | | N/A | N/A | 0.00 | 0.00 | N/A |
| | | | | | | | | | | |
| TOTAL FIDUCIARY AND REL ACCOUNTS | (#) | %TOTAL | %MGD | (#) | %TOTAL | %MGD | (#) | %TOTAL | %MGD | %CHG |
| PERSONAL TRUST AND AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| EMPLOYEE BENEFIT DC | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| EMPLOYEE BENEFIT DB | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| OTHER RETIREMENT | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| CORPORATE TRUST AND AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| INVESTMENT MANAGEMENT AGENCY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| OTHER FIDUCIARY | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| TOTAL NUMBER OF ACCOUNTS | 0 | N/A | N/A | 0 | N/A | N/A | N/A | 0.00 | 0.00 | N/A |
| CUSTODY AND SAFEKEEPING | 0 | | | 0 | | | N/A | 0.00 | 0.00 | N/A |
| MEMO: ACCTS IN FOREIGN OFFICES | 0 | | N/A | 0 | | N/A | N/A | 0.00 | 0.00 | N/A |
| | | | | | | | | | | |
| FIDUCIARY AND RELATED SVCES INC | ($000) | %FIDIN | %CHG | $(000) | %FIDIN | %CHG | $(000) | %FIDIN | %CHG | |
| PERSONAL TRUST AND AGENCY | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| EMPLOYEE BENEFIT DC | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| EMPLOYEE BENEFIT DB | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| OTHER RETIREMENT | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| CORP TRUST AND AGENCY | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| INVESTMENT MANAGEMENT AGENCY | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| OTHER FIDUCIARY | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| CUSTODY AND SAFEKEEPING | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| OTHER RELATED SERVICES | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| GROSS FIDUCIARY AND REL INCOME | 13 | 100.00 | -94.69 | 8 | 100.00 | -95.48 | N/A | 0.00 | 0.00 | |
| LESS: EXPENSES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 0.00 | |
| LESS: NET LOSSES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 0.00 | |
| PLUS: INTRACOMPANY CREDITS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 0.00 | |
| NET FIDUCIARY AND RELATED INC | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 0.00 | |
| MEMO: FIDUCIARY INCOME – FOREIGN | 0 | 0.00 | N/A | 0 | 0.00 | N/A | N/A | 0.00 | 0.00 | |
| | | | | | | | | | | |
| GROSS FIDUCIARY INC % NONINT INC | 0 | | | 0 | | | N/A | 0.00 | 0.00 | |
| | | | | | | | | | | |
| CORPORATE TRUST AND AGENCY | ($000) | #ISS | %CHG | $(000) | #ISS | %CHG | $(000) | #ISS | %CHG | |
| CORPORATE AND MUNI TRUSTEESHIPS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | |
| ALL OTHER CORPORATE | | N/A | N/A | | N/A | N/A | | N/A | 0.00 | |

| CERT # 9609 | DIST/RSSD: 06 / 570231 | | | COLONIAL BANK | | MONTGOMERY, AL | | | PAGE 01 |
|---|---|---|---|---|---|---|---|---|---|
| CHARTER # 0 | COUNTY: | | | FIDUCIARY AND RELATED SERVICES | | | | | 9/30/2009 1:09:54 PM |

| | | 06/30/2009 | | | 03/31/2009 | | | 12/31/2008 | |
|---|---|---|---|---|---|---|---|---|---|
| FIDUCIARY INCOME % FID ASSETS | BANK | PEER | PCT | BANK | PEER | PCT | BANK | PEER | PCT |
| PERSONAL TRUST AND AGENCY | N/A | 72.29 | N/A | N/A | 0.76 | N/A | N/A | 0.00 | N/A |
| EMPLOYEE BENEFIT DC | N/A | 0.61 | N/A | N/A | 0.41 | N/A | N/A | 0.01 | N/A |
| EMPLOYEE BENEFIT DB | N/A | 32.78 | N/A | N/A | 0.00 | N/A | N/A | 0.01 | N/A |
| OTHER RETIREMENT | N/A | 54.66 | N/A | N/A | 2.38 | N/A | N/A | 0.01 | N/A |
| CORPORATE TRUST AND AGENCY | N/A | 9.59 | N/A | N/A | 9.24 | N/A | N/A | 0.00 | N/A |
| INVESTMENT MANAGEMENT AGENCY | N/A | 35.57 | N/A | N/A | 0.51 | N/A | N/A | 0.02 | N/A |
| OTHER FIDUCIARY | N/A | 188.68 | N/A | N/A | 37.23 | N/A | N/A | N/A | N/A |
| TOTAL FIDUCIARY ASSETS | N/A | 183.05 | N/A | N/A | 88.56 | N/A | N/A | 0.47 | N/A |
| CUSTODY AND SAFEKEEPING | N/A | 7.61 | N/A | N/A | 0.04 | N/A | N/A | 0.00 | N/A |
| MEMO: FIDUCIARY INCOME FOREIGN | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| GROSS FIDUCIARY LOSSES - MANAGED | ($000) | %REV | PEER | PCT | ($000) | %REV | PEER | PCT | ($000) | %REV | PEER | PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSONAL TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| RETIREMENT TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| INVESTMENT MANAGEMENT AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OTHER FIDUCIARY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | N/A |
| TOTAL GROSS MANAGED LOSSES | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | N/A | N/A | N/A | N/A | N/A |

| GROSS FIDUCIARY LOSSES - NON MGD | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSONAL TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| RETIREMENT TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| INVESTMENT MANAGEMENT AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OTHER FIDUCIARY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTAL GROSS NON MANAGED LOSSES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| NET FIDUCIARY LOSSES - ALL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSONAL TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| RETIREMENT TRUST AND AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| INVESTMENT MANAGEMENT AGENCY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| OTHER FIDUCIARY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | N/A |
| TOTAL NET LOSSES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

| COLLECTIVE/COMMON TRUST FUNDS | $(000) | %TOTAL | %CHG | $(000) | %TOTAL | %CHG | $(000) | %TOTAL | %CHG |
|---|---|---|---|---|---|---|---|---|---|
| DOMESTIC EQUITY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| INTERNATION/GLOBAL EQUITY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| STOCK/BOND BLEND | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TAXABLE BOND | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| MUNICIPAL BOND | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SHORT TERM/MONEY MARKET | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| SPECIALITY/OTHER | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTAL TRUST FUNDS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |