UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :     Case No. 09-32303 (DHW)
                                                           :
                    Debtor.                                :
                                                           :
-----------------------------------------------------------x
```

## ORDER CONTINUING FINAL HEARING ON USE OF CASH COLLATERAL

This matter is before the Court upon the request of the Debtor for continuance of the hearing currently scheduled for October 6, 2009 regarding the Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens (the "Motion") and the Interim Order Granting Debtor's Emergency Motion for Use of Cash Collateral (the "Interim Order").[1]

The requested continuance has been consented to by the Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank, Montgomery, Alabama (the "FDIC-Receiver"), the State of Alabama Department of Revenue (the "Revenue Department"), and Branch Banking & Trust Company ("BB&T") (collectively, the "Claimants").

Accordingly, it is herewith:

**ORDERED** that the final hearing on the Motion scheduled for October 6, 2009, at 10:00 a.m. (Central Time) is continued to October 13, 2009, at 10:00 a.m. (Central Time); and it is further

---

[1] Capitalized terms used in this Order, unless otherwise defined, shall have the meanings given to them in the Interim Order.

**ORDERED** that the Interim Order remains in full force and effect subject to the following modifications: (i) the First Amended Budget[2] annexed hereto as <u>Exhibit A</u> supersedes the initial budget annexed to the Interim Order; (ii) the Debtor shall be authorized to transfer from existing funds in its Sterling Bank account the additional amounts allocated to professionals consistent with the First Amended Budget; and (iii) the Debtor may use the Cash Collateral to pay expenses incurred on or before the final hearing on the Motion consistent with the First Amended Budget, subject to authorization for payment by the Court in the case of professional fees; and it is further

**ORDERED** that the Debtor shall give notice of this Order as provided in the Motion.

SO ORDERED, in Montgomery, Alabama, this 6th day of October, 2009.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

---

2 The aggregate amount of Cash Collateral sought to be used pursuant to the amended budget annexed to this Order is equal to the aggregate amount of cash collateral shown on the budget that was annexed to the Interim Order.

The Colonial BancGroup, Inc. (DIP)  **EXHIBIT A** - FIRST AMENDED BUDGET
Estimated initial cash needs
August 25, 2009 - October 13, 2009

September

**Bankruptcy Expenses**
    Notice and mailing costs     $5,000 (Disbursed on 9/28 to LCS, Inc. for past and future copy costs)
    Publication Cost     30,000 (Disbursed to cover charge for placement of first ads on Stock Motion Ads.)
    US Trustee/BA quarterly fees     10,250 (Disbursed last week in October)
    Copy service     5,000 (Retainer to local copy service to copy Debtor's records held by FDIC)
    **50,250**

**Bankruptcy Professionals**
    Debtors counsel - PHR&D     255,000 (Disbursed to PHR&D on 9/28 to be held subject to Interim Fee Order)
    Debtors special counsel - B&B     105,000 (Disbursed to B&B on 9/28 to be held subject to Interim Fee Order)
    Other Professionals     15,000 (To be disbursed to Milliman, Inc. and/or Towers Perrin)
    **375,000**

**Operational expenses**
    CRO salary     76,250 ($35,000 paid 9/28; $35,000 paid 10/1; $6,250 to be paid 10/6)
    CRO out of pocket expenses     5,200 ($1,600 paid 9/28; $1,600 paid 10/1)
    CFO salary (incl payroll taxes)     0
    Accountant salary (incl payroll taxes)     0
    Telephone     0
    Postage and overnight mail     500 (Held by Debtor as petty cash for advance payment of cost)
    Office Supplies     0
    **81,950**

**Miscellaneous**
    Technology infrastructure     5,000 (Disbursed to Innov Tech to assist with copying of Debtor data held by FDIC)
    Public company requirements     10,000 (Disbursed as needed to pay costs re SEC filings and notices)
    Miscellaneous     9,250 (Disbursed as necessary to pay misc. expenses of debtor)
    **$24,250**

**Total**     531,450

1271326