# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-32303(DHW) |

**STATEMENT OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COLONIAL BANK, MONTGOMERY ALABAMA, IN SUPPORT OF RESPONSE AND LIMITED OBJECTION OF DEBTOR TO MOTION OF COLONIAL BANCGROUP DIRECTORS AND OFFICERS TO LIFT STAY**

The Federal Deposit Insurance Corporation, in its capacity as receiver ("FDIC-Receiver") for Colonial Bank, Montgomery, Alabama ("Colonial Bank"), files this statement in support of the response and limited objection (the "Limited Objection")[1] of the above-captioned debtor and debtor in possession (the "Debtor") to the Motion of Colonial BancGroup Directors and Officers to Lift Stay, to the Extent Applicable, to Advance Defense Costs Under Insurance Policy (the "Stay Relief Motion").

Upon review of the pleadings, the FDIC-Receiver agrees with the Debtor that, if the Court grants the Stay Relief Motion, any order granting the relief sought therein should include the following restrictions and conditions:

>  (a) the Court should establish a reasonable maximum amount of the Proceeds that can be paid under any Order granting the Insureds relief from the stay. Once that maximum amount of the Proceeds has been paid, the Insureds should be required to seek further relief from the Court; and

---

[1] All capitalized terms used but not otherwise defined herein, shall have the meaning ascribed to such terms in the Limited Objection.

(b) the Insureds should be required to provide the Debtor with monthly summaries of the fees and expenses incurred by or on behalf of the Insureds in the Securities Litigation and the ERISA Litigation and with periodic reports of the status of that litigation (which information shall be confidential and not disclosed to anyone other than the Debtor and its counsel).

Accordingly, for the reasons outlined in the Debtor's Limited Objection, the FDIC-Receiver joins the Debtor in its Limited Objection and respectfully requests that any order of the Court granting the relief sought in the Stay Relief Motion include the conditions set forth above.

Dated: October 22, 2009

Montgomery, Alabama

Respectfully submitted,

   /s/              .
Michael A. Fritz, Sr.
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
(334) 215-4422
- and -
Thomas R. Califano
John. J. Clarke, Jr.
Jeremy R. Johnson
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: 212-335-4500
Facsimile: 212-335-4501
Attorneys for the
Federal Deposit Insurance Corporation
as Receiver for Colonial Bank