UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

------------------------------------------------------------x
                                            :
In re                                       :         Chapter 11
                                            :
THE COLONIAL BANCGROUP, INC.,               :         Case No. 09-32303 (DHW)
                                            :
        Debtor.                             :
                                            :
------------------------------------------------------------x

### NOTICE OF FILING OF FIRST AMENDMENT TO
### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Colonial BancGroup, Inc., as debtor and debtor in possession herein, hereby gives notice of the

filing of the attached First Amendment to Schedule G - Executory Contracts and Unexpired Leases.

Dated: November 13, 2009
       Montgomery, Alabama

                                        C. Edward Dobbs
                                        E-mail: ced@phrd.com

                                        Rufus T. Dorsey, IV
                                        E-mail: rtd@phrd.com

                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia  30303
                                        Telephone No.: (404) 523-5300
                                        Facsimile: (404) 522-8409


                                        By: /s/
                                            Rufus T. Dorsey, IV

                                        Attorneys for Debtor and Debtor in Possession

## AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Debtor hereby amends and supplements Schedule G - Executory Contracts and Unexpired Leases, originally filed at Doc. No. 204, with the additional contracts and leases listed below:

| | |
|---|---|
| Cornerstone Research<br>633 W. 5th Street, 31st Floor<br>Los Angeles, CA 90071 | Consulting |
| DeLage Landen<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Facilities - Lease Agreement |
| Factiva<br>30 Wall Street, 5th Floor<br>New York, NY 10005 | (1) Contract - Trial of Factiva Figures - Service Agreement |
| SRP Plaza L. P.<br>(as assignee of Honolulu Laundry Company, Limited)<br>c/o Jeff Susa<br>3275 South Jones Blvd., Suite 105<br>Las Vegas, NV 89146 | Landlord on lease of former Colonial Bank branch - Rainbow Sahara Branch, 2555 S. Rainbow Blvd., Las Vegas, NV 89146 |
| KPMG<br>303 Peachtree St. NE<br>Atlanta, GA 30308 | Advisory Service - Mortgage Warehouse Unit |
| Merrill Consultants<br>10717 Cromwell Drive<br>Dallas, TX 75229 | (1) Contract - MXG Software - Master Agreement |
| News-Press<br>2442 Dr. Martin Luther King Jr. Blvd.<br>Fort Myers, FL 33901 | Advertising - Servicing Agreement |
| Viewpoint<br>277 West Trade Street<br>Charlotte, NC 28202 | Point-to-Point - Item Processing |