# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-32303(DHW) |

## STATEMENT OF THE FDIC-RECEIVER JOINING DEBTOR'S RESPONSE TO EMERGENCY MOTION TO TERMINATE SERVICES

The Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank, Montgomery, Alabama (the "FDIC-Receiver"), respectfully files this statement joining in the response of the debtor and debtor in possession The Colonial BancGroup, Inc. (the "Debtor") to the Emergency Motion to Terminate Services (the "Termination Motion") filed by TITAN Technology Partners, Limited ("TITAN").

1. The FDIC-Receiver agrees with the Debtor that, to the extent that the backup tapes referred to in the Termination Motion contain all of the Employee Information (as defined in the Termination Motion) obtained by TITAN, are in a readable and usable format, and are in a commonly usable medium to facilitate use by the Debtor, the FDIC-Receiver and Branch Banking & Trust Company, then the FDIC-Receiver does not object to the relief requested in the Termination Motion provided that TITAN makes copies of such backup tapes available to the FDIC-Receiver because those backup tapes may be necessary to permit the FDIC-Receiver to discharge its responsibilities as receiver for Colonial Bank.

2. The FDIC-Receiver also joins in the Debtor's request that any order granting the Termination Motion require that any and all Employee Information at any time in the possession or control of TITAN be kept strictly confidential.

Dated: Montgomery, Alabama  
       November 13, 2009

Respectfully submitted,

_____  
Michael A. Fritz, Sr.  
Fritz & Hughes LLC  
7020 Fain Park Drive Suite 1  
Montgomery, AL 36117  
(334) 215-4422

Of Counsel:

Thomas R. Califano  
John. J. Clarke, Jr.  
Jeremy R. Johnson  
DLA Piper LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020-1104  
Telephone: 212-335-4500  
Facsimile: 212-335-4501

Attorneys for the  
Federal Deposit Insurance Corporation  
as Receiver for Colonial Bank