# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| THE COLONIAL BANCGROUP, INC., | ) |
| | ) |
| Debtor. | ) Case No. 09-32303 (DHW) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Marble Arch Investments ("Marble Arch"), by and through its undersigned counsel, Kilpatrick Stockton LLP, hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be given to and served upon the following:

        Todd C. Meyers, Esq.
        Shane G. Ramsey, Esq.
        Kilpatrick Stockton LLP
        Suite 2800
        1100 Peachtree Street, NE
        Atlanta, Georgia 30309-4530
        Telephone: (404) 815-6500
        Facsimile: (404) 815-6555
        Email Address: tmeyers@kilpatrickstockton.com
                               sramsey@kilpatrickstockton.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtor (the "Debtor"); (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in possession, custody or control of others that the Debtor may seek to use; or (d) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Marble Arch's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Marble Arch is or may be entitled under any agreement(s), in

US2008 955711.1

law, or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: November 20, 2009.

          KILPATRICK STOCKTON LLP

          By: /s/ Todd C. Meyers
              Todd C. Meyers (GA Bar # 503756)
              1100 Peachtree Street, Suite 2800
              Atlanta, Georgia 30309-4530
              (404) 815-6482 (Telephone)
              (404) 541-3307 (Facsimile)

          *Counsel for Marble Arch Investments*

US2008 955711.1

3

Case 09-32303   Doc 306   Filed 11/20/09   Entered 11/20/09 10:29:31   Desc Main
Document   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically with the Court's CM/ECF filing system which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court on November 20, 2009.

By: /s/ Todd C. Meyers
Todd C. Meyers

Case 09-32303    Doc 306    Filed 11/20/09    Entered 11/20/09 10:29:31    Desc Main
Document    Page 4 of 4