**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re  Case No. 09−32303
 Chapter 11
The Colonial BancGroup, Inc.

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on February 24, 2010 at 10:00 AM

to consider and act upon the following:

*330* − Motion to Convert Chapter 11 to Chapter 7. Fee Amount $15. Filed by Richard D. Shinbaum on behalf of Patti Hill. Responses due by 01/4/2010. (Shinbaum, Richard)

Dated: December 9, 2009

                                                                           Juan−Carlos Guerrero
                                                                           Clerk, U.S. Bankruptcy Court