UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
------------------------------------------------------------x
                                             :
In re                                        :        Chapter 11
                                             :
THE COLONIAL BANCGROUP, INC.,                :        Case No. 09-32303 (DHW)
                                             :
              Debtor.                        :
                                             :
------------------------------------------------------------x
```

### AMENDED ORDER GRANTING MOTION OF DEBTOR PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE FOR ORDER AUTHORIZING DEBTOR TO SEEK TERMINATION OF PENSION PLAN

This matter came to be heard on December 9, 2009, upon the motion (the "Motion") of The Colonial BancGroup, Inc. ("Debtor") for entry of an order, pursuant to Section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") authorizing the Debtor to seek termination of the Debtor's Pension Plan.[1]

NOW, THEREFORE, based upon the Motion and all of the proceedings before this Court, and after the appearance of the Pension Benefit Guaranty Corporation and its announcement that it had no opposition to the Motion, and no objection to the Motion having been raised, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted as hereinafter set forth; and it is further

**ORDERED** that the Debtor is authorized at any time, but is not required, pursuant to Section 105(a) of the Bankruptcy Code, to take all actions necessary or desirable to terminate the Pension Plan under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2006) ("ERISA") and any other applicable law; and it is further

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that any such actual plan termination shall comply with the requirements of Title IV of ERISA; and it is further

**ORDERED** that nothing in this Order constitutes an adjudication or other determination by the Court regarding the funding status of the Pension Plan; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice thereof.

Dated: December 14, 2009
       Montgomery, Alabama

                                                /s/ Dwight H. Williams, Jr.
                                                United States Bankruptcy Judge