IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**THE COLONIAL BANCGROUP, INC.,**<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 09-32303(DHW)** |

**STIPULATION AND [PROPOSED] ORDER**
**ADJOURNING MOTION AND RESPONSE DEADLINE**

On January 11, 2010, the Federal Deposit Insurance Corporation, in its capacity as receiver for Colonial Bank (the "FDIC-Receiver") filed a Motion to Set Objection Deadline (Doc. No. 464) (the "Motion") with respect to the FDIC-Receiver's pending motions for relief from the automatic stay and for relief under section 365(o) of the Bankruptcy Code (Doc. Nos. 156, 257). On January 14, 2010, the Clerk of the Court issued a notice of hearing setting a hearing date of January 21, 2010 for the Motion.

The parties are in discussions concerning the scheduling of proceedings with respect to the two FDIC-Receiver motions that are the subject of its Motion to Set Objection Deadline. Subject to the approval of the Court, in order to permit those discussions to continue, the parties, by their undersigned attorneys, hereby STIPULATE AND AGREE as follows:

1. The hearing on the Motion and the deadline for any interested party, including without limitation the debtor The Colonial BancGroup, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Creditors Committee"), to file any response to the Motion are adjourned without date.

2. The parties will confer regarding a schedule for proceedings with respect to the FDIC-Receiver's motions. The FDIC-Receiver shall be permitted to seek a hearing on the

Motion on a date after January 26, 2010, provided that any schedule for the Motion provides the Debtor, the Creditors Committee and other interested parties with no fewer than seven (7) calendar days from the date of the notice of such a hearing in which to prepare and file any responses to the Motion.

Dated: January 19, 2010

| /s/ Rufus T. Dorsey, IV | /s/ Alan R. Glickman |
|---|---|
| C. Edward Dobbs | Alan R. Glickman |
| edobbs@phrd.com | Brian Pfeiffer |
| Rufus T. Dorsey, IV | Schulte, Roth & Zabel LLP |
| rtd@phrd.com | 919 Third Avenue |
| Parker, Hudson, Rainier & Dobbs LLP | New York, New York 10022 |
| 1500 Marquis Two Tower | (212) 756-2000 |
| Atlanta, Georgia 30303 | |
| (404) 523-5300 | - and – |
| | |
| Attorneys for the Debtor | Robert B. Rubin |
| The Colonial BancGroup, Inc. | Marc P. Solomon |
| | Burr Forman LLP |
| | 420 North 20th Street |
| | Birmingham, Alabama 35203 |
| | (205) 251-3000 |
| | |
| | Attorneys for the |
| | Official Committee of Unsecured Creditors |

  /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
(334) 215-4422

- and -

Thomas R. Califano
John. J. Clarke, Jr.
Jeremy R. Johnson
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Telephone:    212-335-4500
Facsimile:    212-335-4501

Attorneys for the
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank

SO ORDERED:


_____
   United States Bankruptcy Judge