# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

```
-------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
THE COLONIAL BANCGROUP, INC.,             :        Case No.  09-32303 (DHW)
                                          :
              Debtor.                     :
                                          :
-------------------------------------------------------x
```

## ORDER PURSUANT TO BANKRUPTCY RULE 9006(b)
## EXTENDING PERIOD WITHIN WHICH DEBTOR MAY REMOVE
## ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027

This matter came to be heard on January 25, 2010, upon the second motion (the "Motion") of The Colonial BancGroup, Inc. (the "Debtor") for entry of an order pursuant to Bankruptcy Rule 9006(b) extending the period within which the Debtor may remove actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027.[1]

NOW, THEREFORE, based upon the Motion and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore; and it appearing that due and proper notice of the Motion has been given and that the relief requested in the Motion is in the best interests of the Debtor's estate and other parties in interest; and no objection to the Motion having been raised, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Removal Period within which the Debtor may remove any civil actions, including, without limitation, the Known Civil Actions, pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 is hereby extended through and including March 15, 2010; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that this Order shall be without prejudice to any position the Debtor may take regarding whether Section 362 of the Bankruptcy Code applies to stay any actions that are now or hereafter pending against the Debtor; and it is further

**ORDERED** that this Order shall be without prejudice to the rights of the Debtor to seek further extensions of the Removal Period; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated:  January 25, 2010

/s/  Dwight H. Williams, Jr.
United States Bankruptcy Judge