UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      :      Chapter 11
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :      Case No. 09-32303 (DHW)
                                                           :
              Debtor.                                      :
                                                           :
-----------------------------------------------------------x
```

## NOTICE OF FILING OF FIRST AMENDMENT
## TO SCHEDULE A - REAL PROPERTY

The Colonial BancGroup, Inc., as debtor and debtor in possession herein, hereby gives notice of the

filing of the attached First Amendment to Schedule A - Real Property.


Dated: February 2, 2010
       Montgomery, Alabama

                                C. Edward Dobbs
                                E-mail: ced@phrd.com

                                Rufus T. Dorsey, IV
                                E-mail: rtd@phrd.com

                                PARKER, HUDSON, RAINER & DOBBS LLP
                                1500 Marquis Two Tower
                                285 Peachtree Center Avenue, N.E.
                                Atlanta, Georgia  30303
                                Telephone No.:  (404) 523-5300
                                Facsimile:  (404) 522-8409


                                By: /s/ *Rufus T. Dorsey, IV*
                                    Rufus T. Dorsey, IV

                                Attorneys for Debtor and Debtor in Possession

B6A (Official Form 6A) (12/07)

In re  **The Colonial BancGroup, Inc.**  ,   Case No.   **09-32303**
                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

 Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

 **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

 If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **715 N. Garland Avenue, Orlando, Florida 38201, more particularly described as follows:**<br><br>**Lot 1, C & G Properties as recorded in Plat Book 38, Page 84, Public Records of Orange County, Florida (less part taken for R/W on W & S per 9482/1656)**<br><br>**Note: The Debtor is informed and believes that Colonial Bank held a mortgage on the real estate to secure an indebtedness and that the indebtedness was satisfied from the proceeds of a partial payment received in a condemnation action brought by the Florida Department of Transportation with respect to the property. Additionally, the Debtor believes there are accrued and unpaid property taxes, the amount of which has not as yet been verified.** | **100% Ownership** | **-** | **Unknown** | **Unknown** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

## DECLARATION CONCERNING DEBTOR'S FIRST AMENDMENT TO SCHEDULE A - REAL PROPERTY

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the First Amendment to Schedule A - Real Property, consisting of 1 page, and that it is true and correct to the best of my knowledge, information and belief.

Date: 1/27/2010

Signature: *[signed]*
Kevin O'Halloran
**Chief Restructuring Officer**