UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-----------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
THE COLONIAL BANCGROUP, INC.,             :        Case No. 09-32303 (DHW)
                                          :
            Debtor.                       :
                                          :
-----------------------------------------------------------x
```

## NOTICE OF FILING OF SECOND AMENDMENT TO
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Colonial BancGroup, Inc., as debtor and debtor in possession herein, hereby gives notice of the

filing of the attached Second Amendment to Schedule G - Executory Contracts and Unexpired Leases.

Dated: February 2, 2010
       Montgomery, Alabama

                                        C. Edward Dobbs
                                        E-mail: ced@phrd.com

                                        Rufus T. Dorsey, IV
                                        E-mail: rtd@phrd.com

                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia  30303
                                        Telephone No.:  (404) 523-5300
                                        Facsimile:  (404) 522-8409


                                        By: /s/ *Rufus T. Dorsey, IV*
                                            Rufus T. Dorsey, IV

                                        Attorneys for Debtor and Debtor in Possession

# SECOND AMENDMENT TO
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Debtor hereby amends and supplements Schedule G - Executory Contracts and Unexpired Leases, originally filed at Doc. No. 204, with the additional contracts and leases listed below:

| | |
|---|---|
| 3SI Security Systems<br>486 Thomas Jones Way<br>Exton, PA 19341 | Dye Pack Purchase - Service Agreement |
| Affinion Group<br>100 Connecticut Avenue<br>Norwalk, CT 06850 | (10) Joint Marketing Agreements |
| Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013 | Financial Advisor - Master Agreement |
| CV Systems<br>7600 W. Tidwell, Suite 220<br>Houston, TX 77040 | Card Management System Agreement |
| DBRS Limited<br>200 King Street West, Suite 1304<br>Toronto, Ontario<br>Canada M5H 3M7 | Rating Service - Service Agreement |
| Diversified Software Systems, Inc.<br>1333 Third Avenue South<br>Naples, FL 34102 | License Agreement |
| Flight Express<br>3614 East Amelia Street<br>Orlando, FL 32803 | Courier Services - Master Agreement |
| Gasper<br>1700 S. Patterson Blvd<br>Dayton, OH 45475 | ATM Maintenance |
| Harvest Earnings<br>1040 N. Lakeshore Dr., Suite 22C<br>Chicago, IL 60611 | Consulting Services |
| Hewlett Packard<br>300 Hanover Street<br>Palo Alto, CA 94304 | (1) HW Support for USB634V699; and<br>(2) Server Maintenance (HPSD3 - 7x24) |

| | |
|---|---|
| InfoUSA<br>5711 S. 86th Circle<br>Omaha, NE 68127 | Data Processing - Service Agreement |
| Keefe, Bruyette & Woods<br>787 Seventh Avenue, 5th Floor<br>New York, NY 10019 | Financial Services |
| Mobius Management Systems, Inc.<br>One Ramada Plaza<br>New Rochelle, NY 10801 | (2) Mobius - Amendments |
| Moody's Investors Service<br>P. O. Box 102597<br>Atlanta, GA 30368 | AFIG - US Shelf Registration & MTN Ratings |
| Paymentech<br>14221 Dallas Parkway, Building Two<br>Dallas, TX 75254 | Consumer Credit Card Transaction Processing |
| Promontory Financial Group LLC<br>1201 Pennsylvania Avenue, NW<br>Washington D.C. 20004 | Consulting - Service Agreement |
| Sterling Commerce<br>4600 Lakehurst Court<br>Dublin, OH 43016 | Vector Returns, Exceptions and Research |
| Technology Management Resources<br>766 North State Road 434<br>Altamonte, FL 32714 | (1) Citation Express Depot - Maintenance Agreement; (2) CITATION License and Maintenance |

## DECLARATION CONCERNING DEBTOR'S FIRST AND SECOND AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the First and Second Amendments to Schedule G - Executory Contracts and Unexpired Leases, consisting collectively of 3 pages, and that they are true and correct to the best of my knowledge, information and belief.

Date: 1/27/2010      Signature: *[signed]*
Kevin O'Halloran
**Chief Restructuring Officer**