# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

```
------------------------------------------------------------- x
                                               :
In re                                          :    Chapter 11 Case No.
                                               :
THE COLONIAL BANCGROUP, INC.,                  :    09-32303 (DHW)
                                               :
              Debtor.                          :
                                               :
------------------------------------------------------------- x
```

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS

**PLEASE TAKE NOTICE** that Dewey & LeBoeuf LLP, as counsel, and Christian &

Small LLP, as local counsel, to The Bank of New York Mellon Trust Company, N.A., as

indenture trustee, hereby amend their notice of appearance filed in the above-captioned chapter

11 case [Docket No. 143] and request that all notices given or required to be given in this

proceeding and all papers served or required to be served in this proceeding, be served upon the

undersigned at the following addresses:

Allison H. Weiss, Esq.                Eric J. Breithaupt, Esq.
Jeffrey Chubak, Esq.                  CHRISTIAN & SMALL LLP
DEWEY & LeBOEUF LLP                   505 20th Street North, Suite 1800
1301 Avenue of the Americas          Birmingham, Alabama 35203
New York, New York 10019             Tel: (205) 795-6588
Tel: (212) 259-8000                  Fax: (205) 328-7234
Fax: (212) 259-6333                  Email: ejb@csattorneys.com
Email: aweiss@dl.com
       jchubak@dl.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without

limitation, any and all notices in respect of any application, motion, petition, pleading, request,

complaint, demand, order, or any other paper filed in this case, whether such notice is formal or

informal, written or oral, and whether transmitted by hand delivery, United States mail,

expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Amended Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by The Bank of New York Mellon Trust Company, N.A. of any (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court, (ii) right to trial by jury in any proceeding as to any and all matters so triable, (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal, and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this chapter 11 case.

Dated: February 5, 2010

By: /s/ Jeffrey Chubak
     DEWEY & LEBOEUF LLP
     Allison H. Weiss, Esq.
     Jeffrey Chubak, Esq.
     1301 Avenue of the Americas
     New York, New York 10019
     Tel: (212) 259-8000
     Fax: (212) 259-6333

          - and -

By: /s/ Eric J. Breithaupt
     Eric J. Breithaupt, Esq.
     CHRISTIAN & SMALL LLP
     505 20th Street North, Suite 1800
     Birmingham, Alabama 35203
     Tel: (205) 795-6588
     Fax: (205) 328-7234
     Email: ejb@csattorneys.com

     *Counsel to The Bank of New York Mellon Trust*
     *Company, N.A., as Indenture Trustee*

2