UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| *In re:* ) | |
| THE COLONIAL BANCGROUP, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 09-32303-DHW |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM, WITHDRAWAL OF CONDITIONAL OBJECTION TO FDIC'S MOTION TO CURE OR CONVERT TO A CHAPTER 7 BANKRUPTCY, AND REMOVAL OF SERVICE OF PLEADINGS

COMES NOW, Lynda Hall, Tax Collector of Madison County, Alabama, a secured creditor in the above-reference bankruptcy, and notifies the Court and all other parties that she is withdrawing her secured and administrative claims, which were filed on or about October 5, 2009, in the total amount of $20,118.28. The claim is no longer owed by the Debtor(s); therefore, Lynda Hall, Tax Collector of Madison County, Alabama withdraws her proof of claim.

Further, Lynda Hall, Tax Collector of Madison County, Alabama, notifies the Court and all other parties that she is withdrawing Court Document Number 294, which is her Conditional Objection to the Federal Deposit Insurance Corporation's Motion for an Order (A) to Require Cure of Deficiencies under 11 U.S.C. §365(o) or (B) Converting Debtor's Bankruptcy Case to a Liquidation under Chapter 7 of the Bankruptcy Code because Lynda Hall's objection is moot. Debtor's motion is labeled by the Court as Document Number 257.

Further, please take notice that the undersigned hereby withdraws his previously filed request for pleadings in the above-referenced bankruptcy, as attorney for Lynda Hall, Tax Collector of Madison County, Alabama. Undersigned counsel further requests that he be

removed from the Court's mailing list as well as any electronic filings in the above-captioned case.

*[signature]*
Travis S. Jackson (ASB-9714-R79J)
Attorney for Lynda Hall, Tax Collector of Madison County, Alabama

SIROTE & PERMUTT, P.C.
305 Church Street, Suite 800
Post Office Box 18248
Huntsville, AL 35804
Telephone: 256-536-1711
E-Mail: tjackson@sirote.com

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following pursuant to this Court's order entered on October 8, 2009:

a. Attorneys for Debtor:

C. Edward Dobbs, Esquire
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

Rufus T. Dorsey, IV, Esquire
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

W. Clark Watson, Esquire
Balch & Bingham, LLP
1902 Sixth Avenue North, Suite 1500
Birmingham, AL 35203

b.  Office of Bankruptcy Administrator:

    U.S. Bankruptcy Administrator
    One Church Street
    Montgomery, AL 36104

c.  Council to any official committees:

d.  Council to FDIC

    Michael A Fritz, Sr.
    Fritz & Hughes, LLC
    7020 Fain Park Drive, Suite 1
    Montgomery, AL 36117

e.  State of Alabama Department of Revenue

    State of Alabama Department of Revenue
    Legal Department
    P O Box 320001
    Montgomery, AL 36132-0001

f.  All local counsel having entered a notice of appearance in this case as indicated on the attached Matrix

g.  All parties added upon written consent of the Debtor or ordered by the Court for cause as indicated on the attached Matrix

on this the 9th day of February, 2010.

                                                                  Travis S. Jackson

```
Label Matrix for local noticing              Balch & Bingham LLP                          Branch Banking and Trust Company
1127-2                                       P.O. Box 306                                 Bradley Arant Boult Cummings, LLP
Case 09-32303                                Birmingham, AL 35201-0306                    One Federal Place
Middle District of Alabama                                                                1819 5th Avenue North
Montgomery                                                                                Birmingham, AL 35203-2120
Tue Feb  9 08:29:44 CST 2010

Fine Geddie & Associates                     (p)INTERNAL REVENUE SERVICE                  Kelly S. Hudson, Derivatively on Behalf of T
Attn: Robert B. Geddie, Jr.                  CENTRALIZED INSOLVENCY OPERATIONS
423 South Hull Street, #1                    PO BOX 21126
Montgomery, AL 36104-4275                    PHILADELPHIA PA 19114-0326


Marble Arch Investments                      Pension Benefit Guaranty Corporation         State of Alabama Department of Revenue
c/o Todd C. Meyers, Esq.                     Office of Chief Counsel                      P.O. Box 320001
Shane G. Ramsey, Esq.                        1200 K Street NW                             Montgomery, AL 36132-0001
Kilpatrick Stockton LLP                      Washington, DC 20005-4025
1100 Peachtree Street, NE
Atlanta, GA 30309-4530

The Bank of New York Trust Company, N.A.     The Colonial BancGroup, Inc.                 The Official Committee of Unsecured Creditor
Attn: Martin Feig, Vice President            100 Colonial Bank Boulevard                  c/o Burr & Forman LLP
101 Barclay Street, Floor 8 West             Montgomery, AL 36117-4244                    420 North 20th Street
New York, NY 10286-0001                                                                   Suite 3400
                                                                                          Birmingham, AL 35203-5210

Toyota Motor Credit Corporation              U.S. Bank National Association               Weingarten Nostat, Inc.
c/o Parnell & Crum, P.A.                     Corporate Trust Services                     c/o Weingarten Realty Investors
P.O. Box 2189                                Attn: Timothy Sandell, Vice President        2600 Citadel Plaza Drive, Suite 125
Montgomery, AL 36102-2189                    60 Livingston Avenue                         Attn: Jenny Hyun
                                             St. Paul, MN 55107-2292                      Houston, TX 77008-1351

U.S. Bankruptcy Court                        Alabama Banking Department                   Alabama Department of Revenue - Legal
One Church Street                            P.O. Box 4600                                P.O. Box 320001
Montgomery, AL 36104-4018                    Montgomery, AL 36103-4600                    Montgomery, AL 36132-0001



Alabama Securities Commission                Allred, Glenda                               American Osment
c/o Edwin L. Reed                            8133 Longneedle Pl                           2923 5th Avenue South
Post Office Box 304700                       Montgomery, AL 36117-5143                    Birmingham, AL 35233-2916
Montgomery, AL  36130-4700


Andrew A. Harkness                           Andrew Kurth, LLP                            Andrew Wilson
c/o Edwin J. Mills, Esq.                     1717 Main Street                             James F. Hughey, III
Stull Stull & Brody, 5th Floor               Suite 3700                                   Lightfoot, Franklin & White, LLC
6 East, 45th Street                          Dallas, TX 75201-7301                        The Clark Building
New York, NY 10017-2401                                                                   400 20th Street North
                                                                                          Birmingham, AL 35203-3202

Angie S. Parker                              Arkansas Teacher Retirement System           Arnold & Porter LLP
James F. Hughey, III                         c/o Michael S. Etkin and Ira M. Levee        555 Twelfth Street, NW
Lightfoot, Franklin & White, LLC             Lowenstein Sandler PC                        Washington, DC 20004-1206
The Clark Building                           65 Livingston Ave
400 20th Street North                        Roseland, NJ 07068-1791
Birmingham, AL 35203-3202

Aroix, Aledia                                Augustus Clements                            Augustus K. Clements, III
5700 Collins Ave                             2740 Central Parkway                         c/o Waller Lansden Dortch & Davis, LLP
Unit 16L                                     Montgomery, AL 36106-3243                    Attn: David E. Lemke, Esq.
Miami Beach, FL 33140-2315                                                                Waller Lansden Dortch & Davis, LLP
                                                                                          511 Union Street, Suite 2700
                                                                                          Nashville, Tennessee 37219-1791
```

B.C. Ziegler and Company
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

BB&T (succ. to int. of Colonial Bank)
100 Colonial Bank Blvd.
Montgomery, AL 36117-4244

BP 395 Nashville GP, LLC
8235 Douglas Avenue
Suite 770
Dallas, TX 75225-6017

BP Hwy 10 San Antonio, LTD
8235 Douglas Avenue
Suite 770
Dallas, TX 75225-6017

Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

Banc of America Securities LLC
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

BancWare LLC
Attn: Maureen A. McGreevey, Esq.
680 E. Swedesford Road
Wayne, PA 19087-1605

Bank of America, National Assoc.
c/o Huton & Williams LLP
Attn: Frank E. Emory, Jr., Esq.
101 S. Tyron Street, 35th Floor
Charlotte, NC 28280

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104-4018

Bassett, Robert
5940 Paradise Circle
Naples, FL 34110-7326

Bear, Stearns & Co., Inc.
(a subsidiary of JP Morgan Chase & Co.)
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203-4604

Bennett, Debra
261 Minorca Beach Way 502
New Smyrna Beac, FL 32169

Betty, Michael
11289 Sea Grass Circle
Boca Raton, FL 33498-4918

Blackwell, Larry
800 Meriwether Rd
Pike Road, AL 36064-1715

Branch Banking and Trust Company
c/o N. Christian Glenos, Esq.
1819 5th Avenue North
Birmingham, AL 35203-2120

Broadridge
P.O. Box 23487
Newark, NJ

Bruce N. Adams, Esq.
22 East 12th Street
Anniston, AL 36201-4672

Bruce Stephenson
239 Hartridge Hills Drive
Winter Haven, FL 33881-9545

Bryan Cave, LLP
P.O. Box 503089
St. Louis, MO

Burge, Raymond
7167 Wyngrove Drive
Montgomery, AL 36117-7421

Burke, John
1425 WINSTON RD
MAITLAND, FL 32751-3649

Burke, John B.
1425 Winston Road
Maitland, Florida 32751-3649

Business Wire, Inc
44 Montgomery St., 39th Floor
San Francisco, CA 94104-4812

C.O. Holdbrooks
420 Golden Gate Point, 500A
Sarasota, FL 34236-6726

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions, Inc.
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258-3941

Carr, Douglas
4532 Dawn Peak Dr
Las Vegas, NV 89129-3235

Carrera, Ernest
4812 N Shirley Drive
Tampa, FL 33603-1724

Cassady & Cassady, P.C.
14 South Section Street
Fairhope, AL 36532-2207

Centerbridge Credit Partners Master, LP
375 Park Avenue, 12th Floor
New York, NY 10152-1300
Attn: Lance West

Charles Malcolm Holland III
3016 Purdue Ave
Dallas, TX 75225-7842

Charles Malcolm Holland, III

Charles Schwab & Co., Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Childree, Susan
P O Box 70651
Montgomery, AL 36107-0651

Chong, Patricia
22548 Blue Fin Trail
Boca Raton, FL 33428-4642

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, NJ 07059-6795

Citigroup Global Markets Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

City Securities Corporation
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

City of Brockton Retirement System
c/o Michael S. Etkin and Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068-1791

Clark, David
1295 WOODLANE LAKE DR
SNELLVILLE, GA 30078-2098

Clinton O. Holdbrooks
c/o Waller Lansden Dortch & Davis, LLP
Attn: David E. Lemke, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1791

Colon & Lopez, P.A.
P.O. Box 130
325 E. Davidson Street
Bartow, FL 33830-3906

Condon, Michelle
1275 Westmoreland Ave
Montgomery, AL 36106-2017

Continental Stock Transfer & Trust Co.
17 Battery Place, 8th Floor
New York, NY 10004-1123

Copeland, Ethan
4387 Boulder Lake Circle
Birmingham, AL 35242-2116

Copeland, Franco, Screws & Gill
444 South Perry Street
Montgomery, AL 36104-4289

Crabtree, Richard
132 Avalon Ln
Anniston, AL 36207-8069

Credit Suisse Securities (USA) LLC
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Crouch, Sandra
508 Palm Drive
Largo, FL 33770-2612

Crowell, James
6553 Longwood Trace Lane S
Lakeland, FL 33811-3120

Crowell, Weedon & Co.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

D.A. Davidson & Co.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Davenport & Company LLC
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Davis, Howard
481 E WEBSTER AVE
WINTER PARK, FL 32789-3228

Deborah J. Frost
1715 SE 13th Street
Cape Coral, FL 33990-1826

Deborah L. Linden
c/o Waller Lansden Dortch & Davis, LLP
Attn: David E. Lemke, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1791

Delisle, Kenneth
20031 NW 5TH STREET
PEMBROKE PINES, FL 33029-3319

Denton 1385 Partners
6500 Greenville Avenue, Suite 350
Dallas, TX 75206-1011

Deutsche Bank Securities Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Diversified Reporting Services, Inc.
1101 Sixteenth St, NW
Washington, DC 20036-4803

Doley Securities, LLC
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

| | | |
|---|---|---|
| Don Powell<br>P.O. Box 468<br>Amarillo, TX 79105-0468 | Douberley & Cicero<br>1000 Sawgrass Corp. Parkway<br>Suite 590<br>Fort Lauderdale, FL 33323-2871 | Duane Morris LLP<br>Suite 3400<br>200 South Biscayne Boulevard<br>Miami, FL 33131-5323 |
| Ed and Tommi Lee Alford<br>752 Ridgeland Farms Road<br>Montgomery, AL 36105-6707 | Edward V. Welch<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | Eric M. Albritton<br>P.O. Box 2649<br>Longview, TX 75606-2649 |
| Esper, Michael<br>12560 Coconut Creek Ct<br>Fort Myers, FL 33908-3081 | Federal Deposit Insurance Corporation<br>10 Tenth Street, NE<br>Suite 800<br>Atlanta, GA 30309-3842 | Federal Deposit Insurance Corporation, as re<br>C/O Michael A. Fritz, Sr.<br>7020 Fain Park Dr. Suite 1<br>Montgomery, Alabama 36117-7813 |
| Fedex Customer Information Service<br>3965 Airways Blvd #G, 3rd FL<br>Memphis, TN 38116-5017 | Ferris, Baker Watts, Incorporated<br>(n/k/a RBC Wealth Management)<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, Alabama 35203-4604 | Fidelity Capital Markets<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Fine Geddie & Associates<br>423 South Hull Street, #1<br>Montgomery, AL 36104-4275 | Fine Geddie & Associates, LLC<br>Post Office 138<br>Montgomery, AL 36101 | Fixed Income Securities, LP<br>(n/k/a Advisors Asset Management)<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, Alabama 35203-4604 |
| Free, Lisa<br>6268 Henley Way<br>Montgomery, AL 36117-2624 | Freeman, Quieman<br>533 Clay St<br>Montgomery, AL 36104-3366 | Georgeson, Inc.<br>36758 Treasury Center<br>Chicago, IL |
| Gibertini, Scott<br>3421 CYPRESS LANDING DR<br>Valrico, FL 33596-9224 | Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067-5905 | Glenda Allred<br>8133 Longneedle Place<br>Montgomery, AL 36117-5143 |
| Gonzalez, Ernesto<br>1231 Se 10th Street<br>Deerfield Beach, FL 33441-7163 | Gray Robinson, P.A.<br>301 East Pine Street<br>Suite 1400<br>Orlando, FL 32801-2798 | Gray, Langford, Sapp, McGowan, Gray<br>400 South Union Street<br>#205<br>Montgomery, AL 36104-4316 |
| Green, Linda<br>1527 Locust Circle Sc<br>Huntsville, AL 35801-2006 | Gregory Louis Davis, Esq.<br>6987 Halcyon Park Drive<br>Montgomery, AL 36117-6943 | Gretchen M. Danielson<br>c/o Richard Manning, Jr.<br>Post Office Box 1908<br>Jackson, WY 83001-1908 |
| Gruber Hurst Johansen & Hail LLP<br>1445 Ross Avenue<br>Suite 2500<br>Dallas, TX 75202-2701 | Guffey, Cary<br>2036 Eagle Park Lane<br>Birmingham, AL 35242-6955 | H&R Block Financial Advisors, Inc.<br>(n/k/a Ameriprise Financial, Inc.)<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, Alabama 35203-4604 |

| | | |
|---|---|---|
| Habif, Arogeti & Wynne, LLP<br>Five Concourse Parkway<br>Atlanta, GA 30328-5350 | Hargrove, Walter<br>3333 Ridgefield Dr<br>Montgomery, AL 36106-3213 | Harlan C. Parrish<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 |
| Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022-5701 | Hawk, Larry<br>2349 McMurry Drive<br>Powder Springs, GA 30127-1365 | Hester, Gerald<br>685 HIGHLAND DR<br>MADISON, AL 35758-8252 |
| Hewlett Packard Company<br>c/o Ken Higman<br>2125 E Katella Ave., Suite 400<br>Anaheim, CA 92806-6075 | Hicks, Charles<br>293 SW OTTER RUN PLACE<br>STUART, FL 34997-3045 | Hicks, Thomas<br>8101 WYNDRIDGE DRIVE<br>MONTGOMERY, AL 36117-7422 |
| Hill, Curtis<br>105 Timber Ridge<br>Alabaster, AL 35007-5027 | Hill, Patti<br>7257 Brisbane Place<br>Montgomery, AL 36117-7548 | Holland, C.<br>3016 Purdue<br>Dallas, TX 75225-7842 |
| Hubert L. Harris, Jr.<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | Hudson, Sally<br>3607 Julian Town Rd<br>Letohatchee, AL 36047-5119 | Huie, Fernambucq and Stewart, LLP<br>Protective Building 3, Suite 200<br>2801 Highway 280 South<br>Birmingham, AL 35223-2407 |
| Ira M. Levee, Esq.<br>65 Livingston Ave.<br>Roseland, NJ 07068-1725 | J.J.B. Hilliard, W.L. Lyons, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | James L. Martin<br>970 Greenwood Drive<br>Arab, AL 35016-4546 |
| James Rane<br>1100 US Highway 431 North<br>Abbeville, AL 36310-2079 | James W. Rane<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | Janney Montgomery Scott LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Jeffries & Company, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Jensch, John<br>6120 Indian Meadow<br>Orlando, FL 32819-4941 | Jerry J. Chesser<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 |
| Joe Mussafer<br>3181 Selma Highway<br>Montgomery, AL 36108-5003 | John Ed Mathison<br>6472 Wynwood Place<br>Montgomery, AL 36117-3459 | Jones Walker<br>254 State Street<br>P.O. Box 46<br>Mobile, AL 36601-0046 |
| Joseph D. Mussafer<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | Julian, John<br>1450 Overbrook Rd<br>Millbrook, AL 36054-4357 | Junkins, Leah<br>P O Box 676<br>Gulf Shores, AL 36547-0676 |

| | | |
|---|---|---|
| Justin G. Williams Esq<br>Tanner & Guin LLC<br>P.O. Box 3206<br>Tuscaloosa, AL 35403-3206 | Karansky, John<br>8221 Sw 164 Street<br>Palmetto Bay, FL 33157-3638 | Keefe, Bruyette & Woods, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Ken Burton Jr.<br>Manatee County Tax Coll.<br>P.O. Box 25300<br>Bradenton, FL 34206-5300 | Ken Burton, Jr., CFC<br>Tax Collector, Manatee County<br>PO Box Box 25300<br>Bradenton, FL 34206-5300 | Kerry Kimmel-Geiger<br>7797 N.Wickham Road<br>Melbourne, Florida 32940-8102 |
| Kimberly Ann Carlton<br>565 North Ridge Avenue<br>Lake Alfred, FL 33850-2111 | Kimmelgeiger, Kerry<br>1363 Vestavia Circle<br>Melbourne, FL 32940-1496 | King, Patricia<br>1521 Foggy Ridge Pkwy<br>Lutz, FL 33559-6721 |
| Kirkland, Mace<br>211 Habersham Dr<br>Dothan, AL 36301-1263 | Kissick, Catherine<br>3214 Osceola Ave<br>Orlando, FL 32806-6251 | Klafter, Olsen & Lesser, LLP<br>1250 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, DC 20036-2643 |
| Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005-1108 | Laura M. Piombino<br>377 Hamilton Street<br>Lewisville, TX 75067-6725 | Lead Plaintiffs<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ 07068-1791 |
| Lead Plaintiffs and the Horace F. Moyer and<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | Lead Plaintiffs and the Moyer Living Trust<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ 07068-1791 | Lead Pleaintiffs and the Horace F. Moyer and<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ 07068-1791 |
| Lewis E. Beville<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | (c)LOFTIN, ROBERT<br>518 GRASSLANDS VILLAGE CIR<br>LAKELAND FL 33803-5474 |
| Lynda Hall<br>Tax Collector of Madison County<br>Madison County Courthouse<br>100 Northside Square<br>Huntsville, AL 35801-4876 | Lynda Hall, Tax Collector<br>Madison County Courthouse<br>100 Northside Square<br>Huntsville, AL 35801-4876 | MCOL Development Four LLC<br>4125 Old Milton Parkway<br>Alpharetta, GA 30005-4443 |
| MCOL Development One, L.P.<br>11525 Park Woods Circle<br>Alpharetta, GA 30005-2422 | MCOL Development Three, L.P.<br>4125 Old Milton Parkway<br>Alpharetta, GA 30005-4443 | Macki, Lina<br>19601 Nw 88 Avenue<br>Miami, FL 33018-6202 |
| Manning, Jack<br>157 George Chapman Drive<br>Meridianville, AL 35759-2409 | Marilyn E. Wood, Revenue Commissioner<br>Post Office Box 1169<br>Mobile, AL 36633-1169 | Mark J. Rosenthal<br>1870 Summer Walk Circle<br>Sarasota, FL 34232-2916 |

Martino, Lee
1087 Marco Drive Ne
Saint Petersbur, FL 33702-2717

Matthew A. Butz
1342 Robinhood Ln. N.
Lakeland, FL 33813-2338

McCarthy, Justin
1103 Adams Street
Hollywood, FL 33019-1910

McConwell, Kenneth
1057 Deena Way
Fallon, NV 89406-3685

Mellini, Paul
1005 EDEN ISLE DRIVE NE
SAINT PETERSBUR, FL 33704-1705

Mesirow Financial, Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Millender, Martin
1574 Whispering Oaks Cir
Naples, FL 34110-4139

Mills, Judy
237 RICH FIELD RD
DEATSVILLE, AL 36022-6801

Milton E. McGregor
c/o Waller Lansden Dortch & Davis, LLP
Attn: David E. Lemke, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1791

Milton McGregor
400 S. Union Street, Suite 405
Montgomery, AL 36104-4337

Moore, Sarah
124 Evergreen Drive
Deatsville, AL 36022-4444

Morgan Stanley & Co. Incorporated
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Morgan, Keegan & Company, Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Murdock & Associates
520 South Fourth Street
Las Vegas, NV 89101-6520

National Field Representatives, Inc
Post Office Box 1440
Claremont, NH 03743-1440

National Union Fire Ins Company
 of Pittsburgh, PA
c/o Chartis U.S.
Michelle A. Levitt
175 Water Street, 18th Floor
New York, NY 10038-4976

Nelson Bumgardner Casto P.C.
5601 Bridge Street
Suite 300
Fort Worth, TX 76112-2355

Newbridge Management, LLC
The Equitable Building
100 Peachtree Street, Suite 1475
Atlanta, GA 30303-1928

Norfolk County Retirement System
c/o Michael S. Etkin adn Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068-1791

Norfolk County Retirement System
c/o Michael S. Etkin and Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068-1791

Oppenheimer & Co., Inc.
c/o Robert W. Tapscott, Jr.
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

Otero, Marta
2676 SE 14th Street
Pompano Beach, FL 33062-7224

Painter, William
11327 SHILOH WAY
BOCA RATON, FL 33428-1133

Parrish, Harlan
9531 Cedar Creek Dr
Bonita Springs, FL 34135-7518

Patrick F. Dye
P.O. Box 316
Notasulga, AL 36866-0316

Patti G. Hill
James F. Hughey, III
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3202

Paul M. Horman
1832 24th Street NW
Washington, DC 20008-4024

Peachtree Hills Place, LLC
425 Peachtree Hills Avenue Suite 29C
Atlanta, GA 30305-4557

Peck, Ronald
586 Ne Vanda Terrado
Jensen Beach, FL 34957-6655

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026

| | | |
|---|---|---|
| Perez, Melvin<br>9004 Sw 206 St<br>Miami, FL 33189-2657 | Pershing LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Piper Jaffray & Co.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Pittman, Caroline<br>37717 State Hwy 225<br>Bay Minette, AL 36507-8158 | Potter, David<br>2351 S Douglas Road<br>Unit 1001<br>Miami, FL 33145-3060 | RBC Dain Rauscher Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| RBC-Centura Bank of Atlanta, Georgia<br>75 Fifth Street<br>Suite 900<br>Atlanta, GA 30308-1018 | RR Donnelley<br>P.O. Box 905151<br>Charlotte, NC | Raymond James & Associates<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Risk Management Assoc.<br>Billiana A. Oreshkova Esq.<br>1801 Market St #300<br>Philadelphia PA 19103-1613 | Robert E. Lowder<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | Robert S. Craft<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 |
| Robert W. Baird & Co. Incorporated<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Royals, Joseph<br>2305 Edgewater Drive<br>1702<br>Orlando, FL 32804-5357 | Ryan, Tania<br>12013 Nw 50th Drive<br>Coral Springs, FL 33076-3522 |
| Sally E. Edison<br>McGuire Woods LLP<br>625 Liberty Avenue, 23rd Floor<br>Pittsburgh, PA 15222-3110 | Samuel A. Ramirez & Co., Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Sandler, Eris<br>3250 W Stonebrook Circle<br>Davie, FL 33330-1284 |
| Sarah H. Moore<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | Sasser, Sefton, Connally, Tipton & Davis<br>100 Colonial Bank Boulevard<br>Suite B201<br>Montgomery, AL 36117-4244 | Schorr, Craig<br>Po Box 3036<br>330 Barrett Street<br>Stateline, NV 89449-3036 |
| Secretary of Treasury<br>15th Ave. Pennsylvania NW<br>Washington, DC 20220-0001 | Sellers, Richard<br>304 FOREST VALLEY COURT<br>ATLANTA, GA 30342-2353 | Shaun L. Quinlan, P.C.<br>1212 Wilmer Avenue<br>Anniston, AL 36201-4650 |
| Sheila P. Moody<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | Silverman Acampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753-2702<br>Attn: Ronald J. Friedman, Esq. | Simuel Sippial, Jr.<br>135 Foxhall Road<br>Pike Road, AL 36064-3401 |
| Sleaford, Michael<br>2218 Dogwood Circle<br>Mount Dora, FL 32757-9572 | Sokol, Harry<br>3776 Crestbrook Rd<br>Birmingham, AL 35223-1556 | Spears, Glen<br>718 South Lake Adair Blvd<br>Orlando, FL 32804-6204 |

| | | |
|---|---|---|
| Stapf, Juliette<br>1153 2ND AVENUE S<br>TIERRA VERDE, FL 33715-2252 | State of Delaware<br>P.O. Box 11728<br>Newark, NJ 07101-4728 | State of Florida Dept. of Transportation<br>719 S. Woodland Boulevard<br>Deland, FL 32720-6800 |
| Stenson, Janet<br>4780 E Key Drive<br>Titusville, FL 32780-6924 | Stephenson, James<br>4013 Marquette<br>Dallas, TX 75225-5434 | Sterne, Agee & Leach, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| Stifel, Nicolaus & Company, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Stone & Youngberg LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Strategic Stock Surveillance, LLC<br>331 Madison Avenue, 4th Floor<br>New York, NY 10017-5102 |
| SunGard Availability Services LP<br>Maureen A. McGreevey, Esquire<br>680 E. Swedesford Road<br>Wayne, PA 19087-1605 | SunGard Bancware<br>c/o Maureen A. McGreevey, Esquire<br>680 E. Swedesford Road<br>Wayne, PA 19087-1605 | SunTrust Robinson Humphrey, Inc.<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 |
| SunTx Capital II Management Corp.<br>dba SunTx Capital Partners<br>Mark L. Johansen & Robert K. Radcliff<br>Gruber Hurst Johansen & Hail, LLP<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX 75202-2701 | Susan P. Pucciarelli<br>2026 Bobtail Cr.<br>Henderson, NV 89012-2291 | Sylvester & Polednak Ltd.<br>7371 Prairie Falcon Road<br>Suite 120<br>Las Vegas, NV 89128-0834 |
| T. Brent Hicks<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | TITAN Technology Partners, Limited<br>2105 Water Ridge Parkway<br>Charlotte, NC 28217-4666 | Tamara A. Stidham<br>c/o Kyle C. Hankey<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203-2120 |
| Tharpe, James<br>4325 Horseshoe Bend<br>Merritt Island, FL 32953-7938 | The Bank of New York Trust Company, N.A<br>101 Barclay Street<br>Floor 8 West<br>New York, NY 10007-2550 | The Bank of New York Mellon Trust Company, N<br>Default Administration Group,<br>Attn: Martin Feig<br>101 Barclay Street, Floor 8 West<br>New York, NY 10286-0001 |
| The Bank of New York Trust Co. of Fla.<br>10161 Centurion Parkway<br>Jacksonville, FL 32256-0530 | The Estate of John C. H. Miller, Jr.<br>James F. Hughey, III<br>Lightfoot, Franklin & White, LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, AL 35203-3202 | The Horace F. Moyer and Joan M. Moyer Living<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ 07068-1791 |
| The Official Committee of Unsecured Creditor<br>c/o Burr & Forman LLP<br>420 N 20th Street, Suite 3400<br>Birmingham, AL 35203-5210 | The State-Boston Retirement System<br>c/o Michael S. Etkin and Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | Towers Perrin<br>1500 Market Street<br>Center Square East<br>Philadelphia, PA 19102-2100<br>Attn: Marybeth Pio |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | U. S. Attorney<br>Post Office Box 197<br>Montgomery, AL 36101-0197 | U.S. Bank National Association<br>225 Asylum Street<br>Goodwin Square<br>Hartford, CT 06103-1516 |

| | | |
|---|---|---|
| U.S. Bank National Association<br>EP-MN-WS1D<br>60 Livingston Avenue<br>St. Paul, MN 55107-2292 | U.S. Bankruptcy Administrator - ALMD<br>Federal Building and U.S. Courthouse<br>One Church Street, Suite 103<br>Montgomery, AL 36104-4018 | U.S. Department of Justice<br>Post Office Box 14198<br>Washington, DC 20044-4198 |
| U.S. Securities and Exchange<br>Atlanta Regional Office<br>3475 Lenox Rd., NE Suite 1000<br>Atlanta, GA 30326-3235 | UBS Securities LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | United States Attorney<br>P.O. Box 197<br>Montgomery, AL 36101-0197 |
| Varkas, Shayna<br>155 Ocean Lane Dr<br>311<br>Key Biscayne, FL 33149-1481 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Vitto, Pamela<br>332 Kiwanis Circle<br>Chuluota, FL 32766-9637 |
| Wachovia Capital Markets, LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-1791 | Waller, Lansden, Dortch and Davis, L.L.P<br>1901 Sixth Avenue North<br>Suite 1400<br>Birmingham, AL 35203-4605 |
| Ward & Smith Law Firm<br>P.O. Box 1231<br>Longview, TX 75606-1231 | Wedbush Morgan Securities<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Weingarten Nostat, Inc.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, Texas 77008-1351<br>Attn: Jenny J. Hyun, Esq. |
| Wells Fargo Securities LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, Alabama 35203-2618 | Whatley Drake & Kallas LLC<br>P.O. Box 10647<br>Birmingham, AL 35202-0647 | Wilkinson, Frances<br>8393 Sw Masthead Drive<br>Stuart, FL 34997-4842 |
| William Blair & Company, LLC<br>c/o Robert W. Tapscott, Jr.<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbtert Plaza<br>Birmingham, Alabama 35203-2618 | William Britton<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 | William E. Powell, III<br>c/o Waller Lansden Dortch & Davis, LLP<br>Attn: David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219-1791 |
| Williams, John<br>102 Bald Knob Rd<br>Wetumpka, AL 36092-2900 | C. Edward Dobbs<br>Parker, Hudson, Rainer & Dobbs, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, GA 30303-1229 | Charles Malcom Holland, III |
| Derek W Loeser<br>Keller Rohrback<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101-3052 | Ken Burton Jr.<br>Manatee Co. Tax Collector<br>P.O. Box 25300<br>819 U.S. 301 Blvd. West<br>Bradenton, FL 34206-5300 | Pamela Vitto |
| Patricia Chong | Rufus T. Dorsey IV<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Tower II<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1229 | W. Clark Watson<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203-4642 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Attn: Insolvency
801 Tom Martin Drive, Room 137
Birmingham, AL 35211

(d)Internal Revenue Service
801 Tom Martin Drive
Mail Stop 126
Birmingham, AL 35211

Toyota Motor Credit Corporation
5005 North River Blvd., N.E.
Cedar Rapids, IA 52411-6634

(d)Toyota Motor Credit Corporation
P.O. Box 17187
Baltimore, MD 21297

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Loftin, Robert
1501 Grasslands Blvdunit 3
Lakeland, FL 33803

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alabama Securities Commission

(u)Arkansas Teacher Retirement System, State-

(du)Arkansas Teacher Retirement System, State

(du)Arkansas Teacher Retirement System, State

(u)Colonial BancGroup Inc Directors and Offic

(u)Federal Deposit Insurance Corporation, in

(u)Lead Plaintiffs and Prospective Class

(u)Schulte Roth & Zabel LLP

(u)TITAN Technology Partners, Limited

(u)Taylor, Bean & Whitaker Mortgage Corp.

(u)The Bank of New York Mellon Trust Company,

(d)Arkansas Teacher Retirement System
c/o Michael S. Etkin and Ira M. Levee]
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068-1791

| | | |
|---|---|---|
| (d)The Bank of New York Mellon Trust Company,<br>Default Administration Group<br>Attn: Martin Feig<br>101 Barclay Street, Floor 8 West<br>New York, NY 10286-0001 | (d)Toyota Motor Credit Corporation<br>c/o Parnell & Crum, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | (u)Catherine Kissick |
| (u)Ernesto Gonzalez | (u)HARLAN PARISH | (u)Howard Davis |
| (u)James Tharpe | (u)Joseph Royals | (u)Judy Mills |
| (u)Juliette Stapf | (u)KENNETH DELISLE | (u)KENNETH MCCONWELL |
| (u)Kerry Kimmel-Geiger | (u)LEE MARTINO | (u)LINA MACKI |
| (u)Leah Junkins | (u)Lewis E. Beville | (u)Lisa Free |
| (d)Lynda Hall<br>Tax Collector of Madison County<br>Madison County Courthouse<br>100 Northside Square<br>Huntsville, AL 35801-4876 | (u)Michelle Condon | (u)Patti Hill |
| (u)Ronald Peck | (u)Walter Hargove | (u)William Painter |

End of Label Matrix
Mailable recipients   299
Bypassed recipients    36
Total                 335

Case 09-32303   Doc 551   Filed 02/09/10   Entered 02/09/10 13:42:31   Desc Main
Document      Page 15 of 15