UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                    Case No. 09-32303-DHW
                                                                                         Chapter 11
THE COLONIAL BANCGROUP, INC.,

     Debtor.

ORDER EXTENDING TIME

Respondents to the debtor's motion (Doc. No. 255) for authority to exercise ownership rights over deferred compensation plan assets filed requests (Doc. Nos. 508-514, 517-532) to extend the time for responding to the debtor's requests for admissions. Respondents also filed a motion (Doc. No. 536) to extend the time for answering the debtor's interrogatories and responding to the debtor's request for production of documents.

The requests and motion came on for hearing on February 8, 2010. In accordance with the ruling of the court from the bench, it is

ORDERED that the requests and motion are GRANTED. The time for responding to the debtor's request for admissions, interrogatories, and request for production of documents is EXTENDED to February 28, 2010.

Done this 9th day of February, 2010.

                                              /s/ Dwight H. Williams, Jr.
                                              United States Bankruptcy Judge

c: Debtor
   C. Edward Dobbs, Attorney for Debtor
   Richard D. Shinbaum, Attorney for Respondents
   Teresa R. Jacobs, Bankruptcy Administrator