**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re	Case No. 09–32303
	Chapter 11
The Colonial BancGroup, Inc.

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on March 4, 2010 at 10:00 AM

to consider and act upon the following:

*543* – Motion for Authorization to Continue Condemnation Proceeding in Florida and, to the Extent Necessary, for Entry of an Order Modifying the Automatic Stay Filed by Rufus T. Dorsey IV on behalf of The Colonial BancGroup, Inc.. (Dorsey, Rufus)

---

Each party desiring to be heard MUST CALL conferencing services at least 5 minutes prior to the commencement of court.

                PHONE: **1–800–377–4872**
             CHAIRPERSON: Janice Vance

You will be asked to provide the name of the chairperson and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    – Do not place the phone on hold during the call as many companies utilize background music
    – Do not conduct work such as paper shuffling or keyboard typing with an open line
    – Do not address the court until called upon
    – Maintain telephone silence while waiting and refrain from making unnecessary noise
    – Mute telephone as applicable
    – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

Dated: February 10, 2010

*[signature: Juan-Carl Guerrero]*

Juan–Carlos Guerrero

Clerk, U.S. Bankruptcy Court