| | |
|---|---|
| In Re ) <br> ) <br> ) <br> ) <br> THE COLONIAL BANCGROUP, INC., ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 09-32303 (DHW) |
| THE COLONIAL BANCGROUP, INC. ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> ) <br> PATRICIA CHONG, MICHELLE ) <br> CONDON, HOWARD DAVIS, KENNETH ) <br> DELISLE, LISA FREE, ERNESTO ) <br> GONZALES, WALTER HARGROVE, ) <br> PATTI HILL, CHARLES MALCOLM ) <br> HOLLAND III, LEAH JUNKINS, KERRY ) <br> KIMMEL-GEIGER, CATHERINE ) <br> KISSICK, LINA MACKI, LEE MARTINO, ) <br> KENNETH MCCONWELL, JUDY MILLS, ) <br> WILLIAM PAINTER, HARLAN ) <br> PARRISH, : RONALD PECK, JOSEPH ) <br> ROYALS, JULIETTE STAPF, JAMES ) <br> THARPE, AND PAMELA VITTO, ) <br> ) <br> Respondents. ) | CONTESTED MATTER |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that a copy of the following document was served upon counsel for all parties to this action on the date shown below by depositing same in the United States mail, first-class postage prepaid, and properly addressed to all parties listed on the attached Certificate of Service.

(1) Respondents responses to Request for Production from Debtor.

Dated this the 2nd of March, 2010.

                              /s/ Richard D. Shinbaum
                              Richard Shinbaum, SHI007
                              Attorney for the Respondents

Of Counsel:
Richard D.. Shinbaum
Shinbaum, McLeod and Campbell,
PO Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

                              /s/ Kenneth J. Shinbaum
                              Kenneth L Shinbaum
                              Attorney for the Respondents

OfConnsel :
Kenneth Jay Shinbaum
McPhillips, Shinbaum, LLP
P.O. Box 64
Montgomery, AL 36101-0000
kshinbaum@msg-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using the Alafile electronic filing system, which will send notification to the following:

    Richard Shinbaum
    Shinbaum, McLeod and Campbell, P.C.
    P.O. Box 201
    Montgomery, Alabama 36101

    C. Edward Dobbs
    Rufus T. Dorsey, IV
    Parker, Hudson, Rainer, Dobbs LLP
    1500 Marquis Two Tower
    285 Peachtree Center Avenue, NE
    Atlanta, Georgia 30303

Also, I hereby certify that I have served a copy of the foregoing to the following individuals listed above by facsimile and by placing a copy of same in the U.S. Mail, postage prepaid on this the 2nd day of March, 2010.

                              \s\ Richard Shinbaum
                              Of Counsel

                              \s\ Kenneth Shinbaum
                              Of Counsel