UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re | ) | |
| | ) | Chapter 11 |
| THE COLONIAL BANCGROUP, INC., | ) | Case No. 09-32303 (DHW) |
| Debtor. | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC. | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| PATRICIA CHONG, MICHELLE CONDON, HOWARD DAVIS, KENNETH DELISLE, LISA FREE, ERNESTO GONZALES, WALTER HARGROVE, PATTI HILL, CHARLES MALCOLM HOLLAND III, LEAH JUNKINS, KERRY KIMMEL-GEIGER, CATHERINE KISSICK, LINA MACKI, LEE MARTINO, KENNETH MCCONWELL, JUDY MILLS, WILLIAM PAINTER, HARLAN PARRISH, : RONALD PECK, JOSEPH ROYALS, JULIETTE STAPF, JAMES THARPE, AND PAMELA VITTO, | ) | |
| Respondents. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that a copy of the following document was served upon counsel for all parties to this action on the date shown below by depositing same in the United States mail, first-class postage prepaid, and properly addressed to all parties listed on the attached Certificate of Service.

    (1)    The following Respondents responses to First Interrogatories from Debtor:
            a.    Pam Vitto

   b. Ron Peck
   c. Catherine Kissick
   d. Juliette Stapf

Dated this the 5th of March, 2010.

               /s/ Richard D. Shinbaum
               Richard Shinbaum, SHI007
               Attorney for the Respondents

Of Counsel:
Richard D.. Shinbaum
Shinbaum, McLeod and Campbell,
PO Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

               /s/ Kenneth J. Shinbaum
               Kenneth L Shinbaum
               Attorney for the Respondents

OfConnsel :
Kenneth Jay Shinbaum
McPhillips, Shinbaum, LLP
P.O. Box 64
Montgomery, AL 36101-0000
kshinbaum@msg-lawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using the Alafile electronic filing system, which will send notification to the following:

Richard Shinbaum
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, Alabama 36101

C. Edward Dobbs
Rufus T. Dorsey, IV
Parker, Hudson, Rainer, Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Also, I hereby certify that I have served a copy of the foregoing to the following individuals listed above by facsimile and by placing a copy of same in the U.S. Mail, postage prepaid on this the 5th day of March, 2010.

\s\ Richard Shinbaum
Of Counsel

\s\ Kenneth Shinbaum
Of Counsel