UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
THE COLONIAL BANCGROUP, INC.,             :        Case No. 09-32303 (DHW)
                                          :
          Debtor.                         :
                                          :
------------------------------------------------------------x
```

### ORDER GRANTING DEBTOR'S SECOND MOTION FOR ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF

This matter came to be heard on March 4, 2010, upon the motion (the "Motion") of The Colonial BancGroup, Inc. (the "Debtor") for entry of an order, pursuant to Section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), extending the Plan Period and the Solicitation Period through and including June 18, 2010, and August 20, 2010, respectively.[1]

NOW, THEREFORE, based upon the Motion and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor shall have the exclusive right to file a plan of reorganization or liquidation and disclosure statement through and including June 18, 2010; and it is further

**ORDERED** that the Debtor shall have through and including August 20, 2010, to solicit acceptances of any plan filed within the above described time period; and it is further

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice thereof; and it is further

**ORDERED** that this Order shall be immediately effective; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: March 5, 2010
       Montgomery, Alabama

                                                  /s/ Dwight H. Williams, Jr.
                                                  United States Bankruptcy Judge

Error! Unknown document property name.   - 2 -
Case 09-32303   Doc 606   Filed 03/05/10   Entered 03/05/10 17:22:59   Desc Main
Document   Page 2 of 2