UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :    Case No. 09-32303 (DHW)
                                                       :
                Debtor.                                :
------------------------------------------------------ x
                                                       :
THE COLONIAL BANCGROUP, INC.,                          :
                                                       :
                Plaintiff,                             :    Adv. Proc. No. 09-03087
                                                       :    Adv. Proc. No. 10-03018
        v.                                             :    Adv. Proc. No. 10-03019
                                                       :
FEDERAL DEPOSIT INSURANCE                              :    RELIEF SOUGHT FROM A
CORPORATION, as Receiver for                           :    UNITED STATES
Colonial Bank,                                         :    DISTRICT COURT JUDGE
                                                       :
                Defendant.                             :
------------------------------------------------------ x
```

**MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS
RECEIVER FOR COLONIAL BANK, TO WITHDRAW THE REFERENCE
OF SEVERAL PENDING MATTERS TO CONSOLIDATE
PROCEEDINGS BEFORE THE DISTRICT COURT**

Pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure, the Federal Deposit Insurance Corporation, as receiver for Colonial Bank, Montgomery, Alabama (the "FDIC-Receiver"), respectfully moves this Court for entry of an order withdrawing the reference to the United States Bankruptcy Court for the Middle District of Alabama of four separate pending matters: (1) the adversary proceeding styled *Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 09-03087 (DHW), (2) the adversary proceeding styled *Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 10-03018 (DHW), (3) the adversary proceeding styled *Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 10-03019

(DHW), and the objection of the debtor The Colonial BancGroup, Inc. (the "Debtor") to the FDIC-Receiver's proof of claim, so that those matters may be consolidated with a separate action that is pending before this Court, *Colonial BancGroup, Inc. v. F.D.I.C.*, No. 2:10-cv-0198 (MHT). The grounds for the motion are set forth in the accompanying memorandum of law, and are supported by the accompanying Declaration of John J. Clarke, Jr., dated March 31, 2010 and the exhibits thereto.

The FDIC-Receiver respectfully requests a hearing on this motion at a date and time that is convenient to the Court.

Dated: Montgomery, Alabama
March 31, 2010

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, Alabama 36117
(334) 215-4422

- and -

Thomas R. Califano
thomas.califano@dlapiper.com
John J. Clarke, Jr.
john.clarke@dlapiper.com
Jeremy R. Johnson
jeremy.johnson@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for the
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank