09-32303

RECEIVED
2010 APR 19 A 10: 51
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
APR 19 2010
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

# NOTICE OF INTENT TO PURCHASE, ACQUIRE OR OTHERWISE ACCUMULATE COLONIAL STOCK

PLEASE TAKE NOTICE THAT IBS Capital LLC (the "Filer") hereby provides notice (this "Notice") of (i) its intention to purchase, acquire or otherwise accumulate directly one or more shares of (a) common stock (the "Colonial Common Stock") of The Colonial BancGroup, Inc. (the "Debtor") and/or Options (as defined below) to acquire shares of the Colonial Common Stock and/or (b) preferred stock (the "Colonial Preferred Stock"; and together with the Colonial Common Stock, the "Colonial Stock") of the Debtor and/or Options to acquire shares of the Colonial Preferred Stock; and/or (ii) a proposed purchase or acquisition of shares of the Colonial Stock and/or Options to acquire the Colonial Stock that would result in an increase in the number of shares of the Colonial Stock or Options to acquire the Colonial Stock that are beneficially owned (as defined below) by the Filer (any proposed transaction described in (i) or (ii), a "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE THAT the following tables set forth the following information:

1. If the Proposed Transfer is directly by the Filer of shares of the Colonial Stock and/or Options to acquire the Colonial Stock, the tables below set forth (i) the number of shares of the Colonial Stock and/or Options to acquire the Colonial Stock proposed to be purchased or acquired; and (ii) the date(s) of such Proposed Transfer.

2. If the Proposed Transfer is by a person or Entity other than the Filer, but the Proposed Transfer nonetheless would increase the number of shares of the Colonial Stock and/or Options to acquire the Colonial Stock that are beneficially owned by the Filer, the tables below set forth (i) the name(s) of each such person or Entity; (ii) the number of shares and/or Options that is the subject of the Proposed Transfer to be so purchased or acquired; and (iii) the date(s) of such Proposed Transfer.

| Name of Acquirer* | Number of Shares of the Colonial Preferred Stock to be Transferred | Number of Preferred Shares Subject to Options to be Transferred | Date(s) of Proposed Transfer |
|---|---|---|---|
| IBS Capital LLC | 15,500 | - | Upon approval of notice |
| | | | |
| | | | |

PLEASE TAKE FURTHER NOTICE THAT the following tables summarize the Filer's beneficial ownership of the Colonial Stock and/or Options to acquire the Colonial Stock assuming the Proposed Transfer is approved and consummated as described above. The table sets forth, as of immediately following the Proposed Transfer, (i) the number of Shares of the Colonial Stock (or Options to acquire the Colonial Stock) that would be owned directly by the Filer and (ii) in the case of any beneficial ownership by the Filer of shares and/or Options that would be owned by another person or Entity as record/legal owner, the name(s) of each prospective record/legal owner and the number of shares and/or Options that would be owned by each such record/legal owner:

| Name of Owner | Number of Shares of the Colonial Preferred Stock to be Owned | Number of Preferred Shares Subject to Options to be Owned |
|---|---|---|
| IBS Capital LLC | 29,700 | - |
| | | |
| | | |

      PLEASE TAKE FURTHER NOTICE THAT if the Proposed Transfer is directly by the Filer and such Proposed Transfer would result in (i) an increase in the beneficial ownership of shares of the Colonial Stock and/or Options to acquire the Colonial Stock by a person or Entity (other than the Filer) that currently is a Substantial Equityholder (as defined below) or (ii) a person or Entity (other than the Filer) becoming a Substantial Equityholder, the following table sets forth (i) the name of each such person or Entity; (ii) the number of shares of the Colonial Stock and/or Options to acquire the Colonial Stock that are beneficially owned by such person or Entity prior to the Proposed Transfer; and (iii) the number of shares of the Colonial Stock and/or Options to acquire the Colonial Stock that would be beneficially owned by such person or Entity immediately following the Proposed Transfer.

| Name of Beneficial Owner | Number of Preferred Shares/Options prior to Proposed Transfer | Number of Preferred Shares/Options following to Proposed Transfer |
|---|---|---|
| IBS Capital LLC | 14,200 | 29,700 |

      PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of the Filer is 26-1094312.

      PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, the Filer hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct and complete.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of the U.S. Bankruptcy Court for the Middle District of Alabama entered in the above-captioned case, this Notice is being filed with the Court and served upon the Debtor and other parties upon whom service is required.

      PLEASE TAKE FURTHER NOTICE that the Debtor and Creditors' Committee has **ten (10) business days** after the filing of this Notice to object to the Proposed Transfer described herein. If the Debtor or Creditors' Committee files an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court. If the Debtor or Creditors' Committee do not object within such ten (10) business day period, or if the Debtor and Creditors' Committee provides written authorization approving the Proposed Transfer prior to the end of such ten (10) business day period, then such Proposed Transfer may proceed solely as specifically described in this Notice.

      PLEASE TAKE FURTHER NOTICE that any further transactions that may result in the Filer increasing its beneficial ownership of shares of the Colonial Stock and/or Options to acquire the Colonial Stock will each require an additional notice filed with the Court to be served in the same manner as this Notice. For purposes of this Notice, (i) "beneficial ownership" (or any variation thereof of the Colonial Stock and Options to acquire the Colonial Stock) shall be determined in accordance with applicable rules under section 382 of the Internal Revenue Code of 1986, as amended, the U.S. Department of Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue

Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (*e.g.*, a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock and (C) in certain cases, the ownership of an Option (as defined below) to acquire Colonial Stock; (ii) an "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable; (iii) "Substantial Equityholder" means any person or Entity that beneficially owns a number of shares of Colonial Stock representing 4.75% or more of all issued and outstanding shares of the Colonial Common Stock, 4.75% or more of all issued and outstanding shares of the Colonial Preferred Stock, or 4.75% of any combination of the shares of Colonial Stock; and (iv) "Entity" has the meaning given to it in Treasury Regulations section 1.382-3 (a) and shall include persons acting pursuant to a formal or informal understanding among themselves to make a coordinated acquisition.

Respectfully submitted,

IBS Capital LLC

By: _____

David Taft
President, IBS Capital LLC
One International Place Suite 2401
Boston, MA 02110
Telephone: (617) 310-5160
Facsimile: (617) 310-5169

Date: April 9, 2010

---

[1] All terms not expressly defined in this Notice shall be construed to have the same meaning as such terms have in the Order.