UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-----------------------------------------------------------x
                                          :
In re                                     :     Chapter 11
                                          :
THE COLONIAL BANCGROUP, INC.,             :     Case No.  09-32303 (DHW)
                                          :
        Debtor.                           :
                                          :
-----------------------------------------------------------x
                                          :
                                          :
FEDERAL DEPOSIT INSURANCE                 :
CORPORATION, as Receiver for              :
COLONIAL BANK,                            :
                                          :
        Movant,                           :
                                          :
v.                                        :     CONTESTED MATTER
                                          :
THE COLONIAL BANCGROUP, INC.,             :
                                          :
        Respondent.                       :
                                          :
-----------------------------------------------------------x
```

### DEBTOR'S OBJECTION TO AMENDED MOTION OF THE
### FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR
### COLONIAL BANK, FOR AN ORDER MODIFYING THE AUTOMATIC STAY

The Colonial BancGroup, Inc., debtor and debtor in possession herein (the "Debtor"), hereby files this Objection to the *Amended Motion of the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, for an Order Modifying the Automatic Stay* (the "Amended Stay Relief Motion") [Doc. No. 499].

The Debtor maintains that the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (in such capacity, the "FDIC-Receiver"), is not entitled to the stay relief requested in the Amended Stay Relief Motion for all of the reasons set forth in the Debtor's brief (the "Brief") filed in support of this Objection and the Debtor's concurrently filed Motion for Summary Judgment with respect to the 365(o) Motion. In the Amended Stay Relief Motion, the FDIC-Receiver seeks relief from the automatic stay for the purpose of exercising an alleged right of setoff against the Debtor Accounts (as such term is defined in the Brief).

Without limiting any of the arguments contained in the Brief, the Debtor objects to the Amended Stay Relief Motion on the ground that the Debtor Accounts are held by, and are the obligation of, Branch Banking and Trust Company ("BB&T") following the sale of Colonial Bank's assets to BB&T and that, even if the FDIC-Receiver invokes an alleged contractual right to direct BB&T to return the Debtor Accounts, the FDIC-Receiver still would not be entitled to effect a setoff against these accounts. Therefore, the FDIC-Receiver has failed to carry its burden of demonstrating sufficient "cause" for the requested modification of the automatic stay.

For the foregoing reasons and those set forth in the Brief, the Debtor respectfully requests that the relief requested in the Amended Stay Relief Motion be denied and that the Debtor be granted such other and further relief to which the Debtor may be entitled at law or in equity.

Dated: April 26, 2010
       Montgomery, Alabama

                                        C. Edward Dobbs
                                        Email: ced@phrd.com

                                        Rufus T. Dorsey, IV
                                        rtd@phrd.com

                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia 30303
                                        Telephone No.: (404) 523-5300
                                        Facsimile: (404) 522-8409


                                        By: /s/ *Rufus T. Dorsey, IV*
                                            Rufus T. Dorsey, IV

                                        Attorneys for Debtor and Debtor in Possession