UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---------------------------------------------------------x
:
In re                                                    :        Chapter 11
                                                         :
THE COLONIAL BANCGROUP, INC.,    :        Case No.  09-32303 (DHW)
                                                         :
                Debtor.                              :        Hearing Date:   May 26, 2010
                                                         :                              10 a.m. CDT
---------------------------------------------------------x

## NOTICE OF FILING DOCUMENT UNDER SEAL

**PLEASE TAKE NOTICE** that in accordance with the Confidentiality Stipulation and Protective Order entered by this Court on April 7, 2010 in this chapter 11 case (the "Protective Order") [Doc. 654], the Official Committee of Unsecured Creditors will file under seal with the Clerk of the Court the following submission in connection with the Federal Deposit Insurance's ("FDIC") motion, as amended, pursuant to section 362 (d) of title 11 of the United States Code (the "Bankruptcy Code") for an order modifying the automatic stay in this chapter 11 case to permit the FDIC to exercise its setoff rights against the balances held in certain demand deposit accounts [Doc. 156, 499] and its motion for an order to require cure of deficiencies under section 365 (o) of the Bankruptcy Code, or, in the alternative, converting this case to a liquidation under chapter 7 [Doc. 257].

Filing of the following submission under seal is required under the Protective Order because the filing contains Highly Confidential Information, as designated under that Order.

> Response of the Official Committee of Unsecured Creditors to the Consolidated Pre-Hearing Memorandum of Law and Statement of Facts of the Federal Deposit Insurance Corporation ("FDIC") in Support of the FDIC's Motions for Relief Under Sections 362(d) And 365(o) of the Bankruptcy Code

DATED: May 24, 2010

        Respectfully submitted,

        /s/ Marc P. Solomon_____
        Robert B. Rubin
        brubin@burr.com
        Marc Solomon
        msolomon@burr.com
        **BURR FORMAN LLP**
        420 North 20th Street, Suite 3400
        Birmingham, Alabama 35203
        Telephone: 205-251-3000
        Facsimile: 205-244-5733

        - and -

        Alan R. Glickman
        (admitted *pro hac vice*)
        alan.glickman@srz.com
        Brian D. Pfeiffer
        (admitted *pro hac vice*)
        brian.pfeiffer@srz.com
        **SCHULTE ROTH & ZABEL LLP**
        919 Third Avenue
        New York, New York 10022
        Telephone: 212-756-2000
        Facsimile: 212-593-5955

        **ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing document upon the attached service list by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 24th day of May, 2010:

       /s/ Marc P. Solomon
       OF COUNSEL

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 5/24/10

# SERVICE LIST

## VIA ECF:

**The Colonial BancGroup, Inc.**
c/o C. Edward Dobbs
c/o Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
edobbs@phrd.com
rdorsey@phrd.com

**The Colonial BancGroup, Inc.**
c/o W. Clark Watson
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
cwatson@balch.com

**Federal Deposit Insurance Corporation, as receiver for Colonial Bank**
c/o Michael A. Fritz, Sr.
FRITZ & HUGHES, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
Michael@fritzandhughes.com

**Federal Deposit Insurance Corporation, as receiver for Colonial Bank**
c/o Thomas R. Califano, Esq.
c/o John Clark, Esq.
c/o Jeremy R. Johnson, Esq.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
thomas.califano@dlapiper.com
john.clarke@dlapiper.com
jeremy.johnson@dlapiper.com

**Bankruptcy Administrator**
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
ba@almb.uscourts.gov

**Pension Benefit Guaranty Corporation**
c/o Marc S. Pfeuffer
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Pfeuffer.marc@pbgc.gov
efile@pbgc.gov

**Branch Banking Trust Company**
c/o N. Christian Glenos, Esq.
c/o M. Leesa Booth, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
cglenos@babc.com
lbooth@babc.com

**Tax Collector of Madison County, Alabama**
Travis S. Jackson
Sirote & Permutt, P.C.
305 Church Street
Huntsville, AL 35801
tjackson@sirote.com

1780993 v1

**Taylor, Bean & Whitaker Mortgage Corp.**
c/o Jeffrey W. Kelley
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, GA 30308-2216
Jeffrey.kelley@troutmansanders.com

**The Bank of New York Mellon Trust Company, N.A.**
c/o Eric J. Breithaupt
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
ejb@csattorneys.com

**TITAN Technology Partners, Limited**
c/o Robert L. Shields, III
c/o Justin G. Williams
c/o Brooke M. Nixon
TANNER & GUIN, LLC
Capital Park Center
2711 University Boulevard
P.O. Box 3206 (35403-3206
Tuscaloosa, AL 35401-1465
rshields@tannerguin.com
jwilliams@tannerguin.com
bnixon@tannerguin.com

**Internal Revenue Service**
c/o Paul A. Allulis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044
paul.a.allulis@usdoj.gov

**State of Alabama Department of Revenue**
c/o Mark Griffin
c/o David Avery
P.O. Box 320001
Montgomery, AL 36132-0001
mark.griffin@revenue.alabama.gov
david.avery.legal@revenue.alabama.gov

**Committee Counsel**
Schulte Roth & Zabel LLP
Brian D. Pfeiffer
Alexis Chapin
Alan R. Glickman
Brian Kohn
919 Third Avenue
New York, NY 10022
brian.pfeiffer@srz.com
alexis.chapin@srz.com
alan.glickman@srz.com
brian.kohn@srz.com

**Counsel for ERISA Class Action Plaintiffs**
Derek W. Loeser
Karin B. Swope
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
dloeser@kellerrohrback.com
swope@kellerronrback.com

**Toyota Motor Credit Corporation**
Charles N. Parnell, III
Parnell & Crum, P.A.
Post Office Box 2189
Montgomery, AL 36102-2189
bkrp@parnellcrum.com

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 5/24/10

**Arkansas Teacher Retirement System, State-Boston Retirement System, Norfolk County Retirement System and City of Brockton Retirement System**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
metkin@lowenstein.com
ilevee@lowenstein.com

**Marble Arch Investments**
Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, Georgia 30309-4530
tmeyers@kilpatrickstockton.com
sramsey@kilpatrickstockton.com

**The Comptroller of Public Accounts of the State of Texas**
Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jay.hurst@oag.state.tx.us

**U.S. Bank National Association, as Trustee and Institutional Trustee**
Marie C. Pollio, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com

**VIA EMAIL:**
**Ken Burton, Jr., Mantee County Tax Collector**
c/o Susan D. Profant, CFCA, CLA, FRP, Paralegal
P.O. Box 25300 (34206-5300)
819 U.S. 301 Blvd. West
Bradenton, FL 34205
susanp@taxcollector.com

**Alabama Securities Commission**
c/o Edwin L. Reed
Post Office Box 304700
Montgomery, AL 36130-4700
ed.reed@asc.alabama.gov

**Weingarten Nostat, Inc.**
c/o Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008
bankruptcycases@weingarten.com

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 5/24/10

**Internal Revenue Service**
John W. Sheffield, III
Associate Area Counsel
Attention Patty Koehler
801 Tom Martin Drive
Room 257
Birmingham, Alabama 35211
john.w.sheffield@irscounsel.treas.gov

**The Bank of New York Mellon Trust Company, N.A.**
c/o Allison H. Weiss, Esq. and
Jeffrey Chubak, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
aweiss@dl.com
jchubak@dl.com