UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re										Case No. 09-32303-DHW
										Chapter 11
THE COLONIAL BANCGROUP, INC.,

       Debtor.

ORDER GRANTING MOTION TO EXTEND
EXCLUSIVE PERIOD FOR FILING PLAN

The debtor filed a motion to further extend the exclusive period within which the debtor may file a chapter 11 plan of reorganization under 11 U.S.C. § 1121.

The motion came on for hearing on June 14, 2010. No objections to the motion were filed or advanced at the hearing. It is hereby

ORDERED that the debtor shall have the exclusive right to file a plan of reorganization or liquidation and disclosure statement through and including August 20, 2010, and it is further

ORDERED that the debtor shall have through and including October 29, 2010, to solicit acceptances of any plan filed within the above-described time period.

Done this 14th day of June, 2010.

                                  /s/ Dwight H. Williams, Jr.
                                  United States Bankruptcy Judge

c: C. Edward Dobbs, Attorney for Debtor
   Teresa R. Jacobs, Bankruptcy Administrator