# United States Bankruptcy Court
## Middle District of Alabama

In re _____The Colonial BancGroup, Inc._____       Case No. _____09-32303 (DHW)_____
            Debtor

Chapter 11 Case

### MONTHLY OPERATING REPORT (NON-SMALL BUSINESS ENTITY)

Month: **June**_____       Date Filed: _____**July 19, 2010**_____

Line of Business: **Bank Holding Company**_____       NAICS Code: _____**52**_____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY :

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

 Kevin O'Halloran_____
PRINTED NAME OF RESPONSIBLE PARTY

| QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.) | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING ? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS IN TO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☒ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☒ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR CHAPTER 11 QUARTERLY FEE PAYMENT ? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONAL THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT(S)? | ☐ | ☒ |

| | Yes | No |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

### TAXES *(Exhibit A)*

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT. | ☐ | ☒ |

### INCOME *(Exhibit B)*

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS.

TOTAL INCOME    $81.81

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month          $37,513,057.86

Cash on Hand at end of Month            $37,071,086.70

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU.     **TOTAL**   $585,579.31

### EXPENSES *(Exhibit C)*

PLEASE SEPARATELY LIST ALL EXPENSES PAID FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.

TOTAL EXPENSES   $442,052.97

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)          $81.81

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)        $442,052.97

(Subtract Line C from Line B)      CASH PROFIT FOR THE MONTH    -$441,971.16

### UNPAID BILLS  *(Exhibit D)*

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  $169.65

### MONEY OWED TO YOU  *(Exhibit E)*

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES
YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  $520,520.78

### BANKING INFORMATION  *(Exhibit F)*

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                          4

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?            2

## PROFESSIONAL FEES

*BANKRUPTCY* RELATED

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                        $360,647.40

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                                     $3,406,724.70

*NON-BANKRUPTCY* RELATED:

PROFESSIONAL FEES PAID NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                                  $0.00

TOTAL PROFESSIONAL FEES PAID NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?                                                           $0.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH THE BANKRUPTCY ADMINISTRATOR'S BALANCE SHEET, MONTHLY SALARY PAYMENTS TO OWNER(S) SCHEDULE (IF APPLICABLE) AND THE MONTHLY RENTAL INCOME WORKSHEET (IF APPLICABLE). ALSO ATTACH ANY FINANCIAL REPORTS (INCOME STATEMENT, STATEMENT OF CASH FLOWS, AND STATEMENT OF SHAREHOLDERS/PARTNER'S EQUITY) WHICH YOU PREPARE INTERNALLY.**

Print Form          Reset Form

The Colonial BancGroup, Inc.
Attachment to Operating Report
6/1 – 6/30/2010

Financial Reports:

There were no internal financial reports prepared for the reporting period June 1 – June 30, 2010.

DISCLAIMER:

The Colonial BancGroup, Inc. (the "Debtor") cautions investors and potential investors in the Debtor not to place undue reliance upon the information contained in this Monthly Operating Report, which was not prepared for the purpose of providing the basis of an investment decision relating to any of the securities of the Debtor. The Monthly Operating Report is limited in scope, covers a limited time period and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the Bankruptcy Administrator. The Monthly Operating Report was not audited or reviewed by independent accountants; does not purport to present the financial statements of the Debtor in accordance with generally accepted accounting principles; does not purport to present the market value of any of the Debtor's assets or liabilities or the recoverability of any of those assets; is in a format prescribed by applicable bankruptcy law; and is subject to future adjustment and reconciliation. There can be no assurance that, from the perspective of an investor or potential investor in the Debtor's securities, the Monthly Operating Report is accurate or complete. Results set forth in the Monthly Operating Report should not be viewed as indicative of future results. This disclaimer applies to all information contained herein. The Debtor reserves all rights to amend the results presented in this Monthly Operating Report.

On August 25, 2009 (the "Petition Date"), the Debtor commenced a voluntary case under Chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Middle District of Alabama. On or about August 14, 2009, the Debtor's wholly owned bank subsidiary, Colonial Bank, was closed by the Alabama State Banking Department, and the Federal Deposit Insurance Corporation (the "FDIC") was appointed as receiver of Colonial Bank. Subsequent to the closure, Branch Banking & Trust Company ("BB&T"), in a transaction facilitated by the FDIC, acquired substantially all of the assets of Colonial Bank, including certain books and financial records jointly maintained by the Debtor and Colonial Bank that were seized by the FDIC and, on information and belief, transferred to the custody of BB&T. As a result, the Debtor is not in control of certain information relating to its pre-petition operations and financial affairs, including material accounting information. In addition, as of the date of the acquisition by BB&T, several employees of the Debtor became employees of BB&T. This Monthly Operating Report is prepared, in large part, based upon the information and work product made available to the Debtor by past employees of Colonial Bank and other third parties. The results set forth in this Monthly Operating Report are being investigated further and may vary from the results listed in this Monthly Operating Report.



**TAXES**

IF ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITON TAX OBLIGATONS
EXIST, ATTACH A WRITTEN EXPLANATION, INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF FUNDS
FOR THE PAYMENTS (S).

See attached schedule

**The Colonial BancGroup, Inc.**
**Exhibit A**
**Taxes**

The Colonial BancGroup, Inc. and subsidiaries were assessed certain final assessments of Financial Institution Excise Taxes by the State of Alabama on August 14, 2009 the date that Colonial Bank was placed into receivership.  The tax assessments were for prior year tax returns which were timely filed.  The parent company, Colonial BancGroup, disputes the taxes assessed and has filed a motion under Section 505.

**Below is a summary of the State of Alabama assessments:**

| Tax Year | Taxes and Interest Amount |
|---|---|
| 2007 | $ 2,887,050.82 |
| 2006 | 2,534,635.98 |
| 2005 | 752,747.01 |
| 2004 | 99,050.34 |
| 2003 | 535,322.43 |
| 2002 | 739,371.74 |
| 2001 | 1,533,170.71 |
| total | $ 9,081,349.03 |

The Colonial BancGroup, Inc.'s 2008 income tax returns have been filed for both federal and state taxes. Below is a summary of 2008 income tax refunds and income tax payables.  Colonial BancGroup is unable to pay the income taxes due to Texas and Idaho because of the bankruptcy filing and the FDIC action causing a freeze on BancGroup's cash accounts.

| | Amount Receivable (Payable) |
|---|---|
| **Federal** | $ 930,553.00 |
| | |
| **State** | |
| **ID** | $ (450.00) |
| **TN** | 73,552.00 |
| **TX** | (120,850.00) |
| | $ 882,805.00 |

| | Tax Refunds Received (deposited in Tax Escrow Account) | |
|---|---|---|
| 3/4/2010 | $ 98,783.93 | State of Alabama - Privilege Tax Refund |

**Ongoing Tax Review**

The Debtor has obtained Court approval to retain tax professionals regarding the Debtor's tax obligations and potential refunds.  Debtor anticipates filing amended returns requesting refunds from prior years.  Any funds received will be deposited in a separate account and ownership will be subjected to Court determination.



# EXHIBIT  B

## SUMMARY OF CASH ON HAND

ATTACH A LIST OF ALL INCOME RECEIVED FOR THE REPORTING PERIOD FROM CASH AND CREDIT TRANSACTIONS.

**The U.S. Bankruptcy Administrator (MDAL) will not waive this requirement.**

See attached schedule

**The Colonial BancGroup, Inc.**
**Exhibit B**
**Cash on Hand**

| Name of Account | Bank | Account Number | Balance | |
|---|---|---|---|---|
| Colonial BancGroup, Inc. - DIP | Sterling Bank | xxxxxx158-8 | $135,450.73 | |
| Colonial BancGroup, Inc. - DIP Account | Regions Bank | xxxxxx6325 | $205,499.76 | |
| Colonial BancGroup, Inc. - DIP Account | Regions Bank | xxxxxx6333 | $145,569.92 | |
| Colonial BancGroup, Inc. - DIP Tax Escrow | Regions Bank | xxxxxx6562 | $99,058.90 | |
| Petty Cash | | n/a | $0.00 | |
| | | | $585,579.31 | |
| | | | | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxx3234 | $0.00 | (2) |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx5308 (Former #xxxxxx1127) | 12,458,207.89 | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx4487 (Former #xxxxxx5437) | 4,000,000.00 | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx4517 (Former #xxxxxx5460) | 5,091,170.82 | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx4509 (Former #xxxxxx5452) | 5,045,815.06 | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx4495 (Former #xxxxxx5445) | 2,282,904.24 | |
| The Colonial BancGroup, Inc. - DIP | BB&T (Colonial Bank) | xxxxxxxxx3367 (Former #xxxxx3218) | 7,607,409.38 | |
| | | | $36,485,507.39 | (1) |

(1) On August 14, 2009, the FDIC placed a hold on all cash deposits of Colonial BancGroup.
BancGroup is unable to access its cash deposits (except for those amounts released per
bankruptcy court order).  On September 30, 2009 $241,450.00 was transferred
to the Sterling Bank Account, $200,000.00 to Parker Hudson Rainer & Dobbs and
$90,000.00 to Balch & Bingham. On October 30, 2009 $458,550.00 was transferred
to the Sterling Bank Account, $395,000.00 to Parker Hudson Rainer & Dobbs and
$40,000.00 to Balch & Bingham.  On March 19, 2010, $500,000.00 was transferred
to the Regions 6325 Bank Account.

(2) Account xxxxx3234 closed in September, 2009.

Note:  The cash summary does not include investments held in Schwab of approximately $1.9 million which
may include some amount of cash.

**Cash received during the reporting period 6/1 - 6/30/2010.**

| | | |
|---|---|---|
| Interest on Regions Bank Accounts | | $81.81 |
| | | |
| Burr & Forman | Refund on 2009 Legal fees (see reduction of expense) | $5,225.30 |

# EXHIBIT C

## EXPENSES

ATTACH A LIST OF ALL EXPENSES PAID FROM THE DEBTOR'S BANK ACCOUNTS
FOR THE REPORTING PERIOD.  INCLUDE THE DATE PAID, THE PAYEE, THE
PURPOSE AND THE AMOUNT.

**The U.S. Bankruptcy Administrator (MDAL) will not waive this requirement.**

See attached schedule

The Colonial BancGroup, Inc.
Exhibit C
Expenses Paid

| Date Paid | Check # | Payee | $ Amount | Purpose |
|---|---|---|---|---|
| | | **Sterling Bank Account xxxxxx158-8** | | |
| | | None | | |
| | | | | |
| | | Sterling Account Total | - | |
| | | | | |
| | | | | |
| | | **Regions Bank Account xxxxxx6325** | | |
| 6/1/2010 | 1044 | PricewaterhouseCoopers, LLP | 30,000.00 | Initial Payment - tax returns |
| 6/1/2010 | 1055 | Parker Hudson Rainer & Dobbs | 282,581.18 | April 2010 fees and expenses |
| 6/1/2010 | 1056 | Balch & Bingham | 16,619.95 | April 2010 fees and expenses |
| 6/4/2010 | 1057 | Burr & Forman | 19,555.00 | April 2010 fees and expenses |
| 6/4/2010 | 1058 | Sarah Moore | 508.86 | Expenses re: FDIC Depo |
| 6/7/2010 | 1059 | Newbridge Management, LLC | 36,600.00 | June employee wage & expense - CRO |
| 6/9/2010 | | Burr & Forman | -5,225.30 | Refund on 2009 Legal fees |
| 6/9/2010 | 1060 | Cohen Pollock Merlin & Small, P.C. | 5,295.57 | April 2010 fees and expenses |
| 6/11/2010 | 1010 | Tricia Basham  re: Montgomery | 871.25 | Transcript fee FDIC hearing |
| 6/17/2010 | 1011 | Herbert A. Biern | 43,425.46 | Final invoice fees & expenses- Expert FDIC Matter |
| 6/28/2010 | 1014 | PricewaterhouseCoopers | 11,821.00 | 2008 Compliance Post B/K |
| | | | | |
| | | Regions Account Total | 442,052.97 | |
| | | | | |
| | | | | |
| | | **Professional Fees Paid To Date** | | |
| 9/30/2009 | | Parker Hudson Rainer & Dobbs, LLP | 200,000.00 | Wire from Colonial Acct xxxxxx1127 |
| 9/30/2009 | | Balch & Bingham | 90,000.00 | Wire from Colonial Acct xxxxxx1127 |
| 10/30/2009 | | Parker Hudson Rainer & Dobbs, LLP | 395,000.00 | Wire from Colonial Acct xxxxxx1127 |
| 10/30/2009 | | Balch & Bingham | 40,000.00 | Wire from Colonial Acct xxxxxx1127 |
| 11/3/2009 | | Burr & Forman, LLP | 122,500.00 | Wire from Sterling Acct xxxxxx158-8 |
| 11/4/2009 | | Shulte Roth & Zable, LLP | 122,500.00 | Wire from Sterling Acct xxxxxx158-8 |
| Jan-10 | | Shulte Roth & Zable, LLP | 198,329.66 | Wire from PHRD Escrow Account |
| Jan-10 | | Parker Hudson Rainer & Dobbs, LLP | 266,618.49 | Retained from insurance refund proceeds |
| Feb-10 | | Parker Hudson Rainer & Dobbs, LLP | 30,807.49 | Retained from partnerships sale proceeds |
| 2/18/2010 | | Burr & Forman, LLP | 29,827.42 | Check #1061 from Sterling Acct xxxxxx158-8 |
| 3/1/2010 | | Parker Hudson Rainer & Dobbs, LLP | 174,196.61 | Check #1008 from Sterling Acct xxxxxx158-8 |
| 3/1/2010 | | Moore Stephens Tiller | 13,359.56 | Check #1009 from Sterling Acct xxxxxx158-8 |
| 3/1/2010 | | Burr & Forman, LLP | 58,616.46 | Check #1001 from Regions Acct xxxxxx6325 |
| 3/18/2010 | | Balch & Bingham | 33,868.44 | Check #1002 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Balch & Bingham | 4,410.01 | Check #1032 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Burr & Forman, LLP | 58,088.22 | Check #1033 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Moore, Stephens & Tiller | 2,312.00 | Check #1034 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Shulte Roth & Zable, LLP | 155,514.33 | Check #1035 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Shulte Roth & Zable, LLP | 80,794.64 | Check #1036 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Shulte Roth & Zable, LLP | 300,055.07 | Check #1037 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Shulte Roth & Zable, LLP | 130,147.39 | Check #1038 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Parker Hudson Rainer & Dobbs, LLP | 152,865.96 | Check #1039 from Regions Acct xxxxxx6325 |
| 4/7/2010 | | Cohen Pollock Merlin & Small, P.C. | 7,481.27 | Check #1040 from Regions Acct xxxxxx6325 |
| 5/5/2010 | | Parker Hudson Rainer & Dobbs, LLP | 207,597.72 | Check #1004 from Regions Acct xxxxxx6325 |
| 5/5/2010 | | Moore, Stephens & Tiller | 1,589.50 | Check #1005 from Regions Acct xxxxxx6325 |
| 5/5/2010 | | Balch & Bingham | 12,473.74 | Check #1006 from Regions Acct xxxxxx6325 |
| 5/6/2010 | | Schulte Roth Zabel, LLP | 91,280.29 | Check #1045 from Regions Acct xxxxxx6325 |
| 5/6/2010 | | Burr & Forman, LLP | 28,638.14 | Check #1046 from Regions Acct xxxxxx6325 |
| 5/6/2010 | | Burr & Forman, LLP Escrow Trust | 25,462.35 | Check #1047 from Regions Acct xxxxxx6325 |
| 5/18/2010 | | Cohen Pollock Merlin & Small, P.C. | 11,742.54 | Check #1050 from Regions Acct xxxxxx6325 |
| 6/1/2010 | | PricewaterhouseCoopers, LLP | 30,000.00 | Check #1044 from Regions Acct xxxxxx6325 |
| 6/1/2010 | | Parker Hudson Rainer & Dobbs | 282,581.18 | Check #1055 from Regions Acct xxxxxx6325 |
| 6/1/2010 | | Balch & Bingham | 16,619.95 | Check #1056 from Regions Acct xxxxxx6325 |
| 6/4/2010 | | Burr & Forman | 19,555.00 | Check #1057 from Regions Acct xxxxxx6325 |
| 6/9/2010 | | Burr & Forman | -5,225.30 | Refund on 2009 Legal fees paid |
| 6/9/2010 | | Cohen Pollock Merlin & Small, P.C. | 5,295.57 | Check #1060 from Regions Acct xxxxxx6325 |
| 6/28/2010 | | PricewaterhouseCoopers | 11,821.00 | Check #1014 from Regions Acct xxxxxx6325 |
| | | | | |
| | | Total Professional fees paid to date | 3,406,724.70 | |

# EXHIBIT D

## UNPAID BILLS

ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) INCURRED SINCE THE BANKRUPTCY FILING DATE BUT HAVE NOT BEEN PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, THE NAME OF THE CREDITOR, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**The U.S. Bankruptcy Administrator (MDAL) will not waive this requirement.**

Debtor continues to review its obligations - see attached

**The Colonial BancGroup, Inc.**
**Exhibit D**
**Unpaid bills**

**A. Unpaid Invoices**

| Date incurred | Vendor Name | $ Amount | Due Date | Purpose |
|---|---|---|---|---|
| 8/28/2009 | BB&T | 169.65 | 8/28/2009 | error in reimbursement of expense |
| | | $ 169.65 | | |

Note:  The Debtor has ongoing obligations for the payment of fees and expenses retained by both the Debtor and Creditor's Committee, all of which are subject to Court approval.

**B. Disputed Invoices**

| Date incurred | Vendor Name | $ Amount | Due Date | Purpose |
|---|---|---|---|---|

# EXHIBIT E

## MONEY OWED TO DEBTOR

ATTACH A LIST OF ALL AMOUNTS OWED TO THE DEBTOR BY CUSTOMERS FOR WORK COMPLETED OR MERCHANDISE SOLD.  THE LIST MUST INCLUDE THE NAME OF THE CUSTOMER, THE AMOUNT OWED AND WHEN PAYMENT IS DUE.

**The U.S. Bankruptcy Administrator (MDAL) will not waive this requirement.**

Debtor continues to research other debtor receivables - see attached

**The Colonial BancGroup, Inc.**
**Exhibit E**
**Debtor Receivables**

| | | |
|---|---|---:|
| Receivable from the FDIC | $ | 514,420.78 |
| for expenses paid on behalf of Colonial Bank prior to 8/14/09 | | |

Note:  The FDIC has notified the Debtor that it objects to this claim and the Debtor has therefore filed an action in the Federal District Court disputing this objection.

| | | |
|---|---|---:|
| Receivables from Director's for meetings not attended: | | |
| Lewis Beville | | 600.00 |
| Robert Craft | | 5,500.00 |
| | | |
| Total Pre-petition Receivables | $ | 520,520.78 |

Note:  While the Debtor does not have traditional trade accounts receivables, it does have intercompany receivables from its primary subsidiary, Colonial Bank.  The above-referenced receivable from Colonial Bank related primarily to expenses paid on behalf of Colonial Bank.  The Debtor reserves the right to supplement this information based on obtaining access to information and documents that are currently under the control of the FDIC as a result of the receivership of Colonial Bank.

Please see Exhibit A re: anticipated tax refunds

# EXHIBIT F

## BANKING INFORMATION

**When eFiling Exhibit F, please use the CM/ECF event:**

**Chapter 11 Exhibit F - Monthly Operating Report - Bank Statements (Private Entry)**

ATTACH A COPY OF THE MOST RECENT BANK STATEMENT FOR EVERY ACCOUNT THE DEBTOR HAS AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE REPORTING PERIOD.

**BALANCE SHEET**          For the period ending:          06/30/10

ASSETS

1. Cash
   Pre-petition bank accounts ............................ $36,485,507.39
   DIP General/business account .................... $585,579.31
   DIP Payroll account
   DIP Tax account
   Other (including Cash on Hand)
       Sub-total Cash .......................................................... $37,071,086.70

2. Securities

3. Accounts Receivable
   Pre-petition ............................................... $520,520.78
   Post-petition ............................................... $0.00
       Sub-total Accounts Receivable ........................ $520,520.78

4. Office Supplies and Equipment ............................... $0.00

5. Inventory (Fair Market Value) ................................. $0.00

6. Other Current Assets ............................................... $0.00

7. Prepaid Insurance .................................................. $0.00

8. Long Term Assets ( including real property, heavy
   equipment, vehicles, etc. ) ................................... $4,520,121.35

9. **TOTAL ASSETS** ................................................... $42,111,728.83

LIABILITIES          (include both pre- and post-petition debts)

1. Accounts Payable
   Pre-petition ............................................... $362,757.31
   Post-petition ............................................... $169.65
       Sub-total Accounts Payable ............................ $362,926.96

2. Short Term Notes Payable
   Pre-petition
   Post-petition
       Sub-total Short Term Notes Payable

3. Long Term Notes Payable
   Pre-petition ............................................... $358,247,775.00
   Post-petition
       Sub-total Long Term Notes Payable ........... $358,247,775.00

4. Taxes Payable
   Pre-petition ............................................... ($882,805.00)
   Post-petition
       Sub-total Taxes Payable ................................ ($882,805.00)

5. Other Liabilities ................................................... $7,856,878.13

6. TOTAL LIABILITIES ............................................... $365,584,775.09
   EQUITY (Total Assets Less Total Liabilities) ........ ($323,473,046.26)
7. **TOTAL LIABILITIES & EQUITY** ...................... $42,111,728.83

Note: Debtor still without access to all its books and records which are controlled by the
FDIC/BB&T. The debtor continues to request return of its records from the FDIC and will
be able to update, as necessary, these financial statements upon access to its own records.

## STATEMENT OF PAYMENTS MADE TO SECURED CREDITORS AND LESSORS
No payments for the reporting period 6/1 - 6/30/2010

**1**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**2**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**3**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**4**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**5**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**6**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**7**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

**8**   Payee: _____

Amount paid this period: _____   Check #: _____

Y   N   Amount included in Expenses

Y   N   Adequate protection payment

Stated adequate protection  payment amount   _____

Additional payments made to secured creditors and lessors
Additional Information

Case 09-32303   Doc 818   Filed 07/20/10   Entered 07/20/10 15:25:43   Desc Main
Document      Page 18 of 20

Balance Sheet/AP Pymts/
Salary Schedule/Rent Roll

No payments during the reporting period 6/1 - 6/30/2010

**9**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**10**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**11**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**12**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**13**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**14**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**15**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**16**
Payee: _____
Amount paid this period: _____  Check #: _____
Y  N  Amount included in Expenses
Y  N  Adequate protection payment
Stated adequate protection  payment amount  _____

**TOTAL  PAYMENTS MADE TO SECURED CREDITORS AND LESSORS**  _____

## Monthly Salary Payment to Owner(s)

Payments during the reporting period 6/1 - 6/30/2010 other than CRO.

| Debtor(s) | Stated Amount | Amount Paid | Transaction Number | Amount Past Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  |  |

## Monthly Rental Income Worksheet

for the month ending _____

No payments during the reporting period 6/1 - 6/30/2010

| Property Description | Written Contract* | Contract Expiration Date | Contracted Monthly Rental Payment | Rental Amount Past Due | Rental Amount Received this Month | Mortgage Amount Paid by Debtor(s) ** |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Monthly Totals |  |  |  |  |  |  |

*  (N) No Contract, (L) Lease or (DF) Debtor Financed under a Rent to Own, Bond for Title or similar contract
** Per Order for Adequate Protection or Use of Cash Collateral

Additional Information
Balance Sheet/AP Pymts/
Salary Schedule/Rent Roll