# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                    Case No. 09-32303-DHW
                                                                                                              Chapter 11

The Colonial BancGroup, Inc.

        Debtor.

## NOTICE TO APPELLANT AND APPELLEE

**NOTICE IS GIVEN** that the Appellant shall, within 14 days of the date of the filing of the notice of appeal, file with the Clerk of the United States Bankruptcy Court the following:

1.      A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2.      A statement of issues to be presented and serve a copy upon the appellee;

3.      If the record designated includes a transcript of any proceeding or a part thereof, a completed Request for Transcript form (attached) and make satisfactory arrangements for payment of costs.

The appellant and appellee shall provide the Clerk with items designated pursuant to Bankruptcy Rule 8006. A compact disc shall be provided to the Clerk containing images of each designated item saved in a PDF format. File names must begin with a number corresponding to the designation of record followed by a brief description of the item. The designation itself should be saved in PDF format and named as follows: *0_Designation_ of_Record.pdf*

Dated: August 4, 2010                                                       JC Guerrero, Clerk
                                                                                              United States Bankruptcy Court

                                                                                              By: /s/ Dianne M. Segrest
                                                                                              Deputy Clerk