## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 09-32303-DHW
                                               Chapter 11

THE COLONIAL BANCGROUP, INC.,

     Debtor

### ORDER CONTINUING EVIDENTIARY HEARING

     The August 5, 2010 evidentiary hearing on the following motion is CONTINUED to be held at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on August 26, 2010 at 10 a.m:

     Debtor's Motion For Entry of An Order Authorizing 2004
     Examination of BB&T and Request for Expedited Ruling Filed
     by Brent W Herrin on behalf of Colonial BancGroup, Inc.
     Directors and Officers.

     The hearing is being continued by agreement of the parties.

     Done this 4 day of August, 2010.

     /s/ Dwight H. Williams, Jr.
     United States Bankruptcy Judge

c: Gus H. Small, Attorney for Debtor
   N. Christian Glenos, Attorney for BB&T
   Michael A. Fritz, Sr., Attorney for FDIC