IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>THE COLONIAL BANCGROUP, INC., )<br>  )<br>Debtor. )<br>  ) | Chapter 11<br>Case No. 09-32303 (DHW) |

### RESPONSE OF BURR & FORMAN LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, TO OBJECTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COLONIAL BANK, TO THE SECOND INTERIM FEE APPLICATIONS OF SCHULTE ROTH & ZABEL LLP AND BURR & FORMAN LLP

**COMES NOW** Burr & Forman LLP ("B&F"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"), and in response to the Objection of Federal Deposit Insurance Corporation, as Receiver for Colonial Bank (the "FDIC-Receiver"), to the Second Interim Fee Application (the "Objection"), shows the Court the following:

1. The FDIC-Receiver has filed objections to certain fee applications filed in this bankruptcy case, including the Second Interim Application for Compensation and Reimbursement of Expenses submitted by B&F on May 20, 2010 (the "B&F Second Interim Application").

2. The only specific objection made by the FDIC to B&F's Second Interim Application is that the "May 26, 2010 hearing before this Court with respect to the FDIC-Receiver's motions for relief under sections 362(d) and 365(o)of the Bankruptcy Code was attended by five separate lawyers representing the Committee." *See* Objection, ¶ 17. Two of those lawyers were attorneys with B&F. B&F submits that the fees that it has incurred to date in this case have been appropriate and reasonable under the circumstances, and these attorneys' attendance was appropriate under the circumstances.

1842493 v2
Case 09-32303   Doc 846   Filed 08/20/10   Entered 08/20/10 13:00:19   Desc Main
Document      Page 1 of 7

3. Moreover, even if the FDIC-Receiver's specific objection referenced above is valid, which it is not, it only supports a reduction in that lien item rather than the extreme relief requested by the FDIC-Receiver of a forty percent (40%) holdback.

4. For the foregoing reasons, B&F respectfully requests the Court to overrule the FDIC-Receiver's Limited Objection and to approve its Second Interim Application.

/s/ Marc P. Solomon
Robert B. Rubin
Marc P. Solomon

Attorneys for The Official Committee of Unsecured Creditors

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon the attached service list by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 20th day of August, 2010:

      /s/ Marc P. Solomon
      OF COUNSEL

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 8/20/2010

# SERVICE LIST

**VIA ECF:**

**The Colonial BancGroup, Inc.**
c/o C. Edward Dobbs
c/o Rufus T. Dorsey, IV
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
edobbs@phrd.com
rdorsey@phrd.com

**Bankruptcy Administrator**
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
ba@almb.uscourts.gov

**The Colonial BancGroup, Inc.**
c/o W. Clark Watson
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
cwatson@balch.com

**Pension Benefit Guaranty Corporation**
c/o Marc S. Pfeuffer
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Pfeuffer.marc@pbgc.gov
efile@pbgc.gov

**Federal Deposit Insurance Corporation, as receiver for Colonial Bank**
c/o Michael A. Fritz, Sr.
FRITZ & HUGHES, LLC
7020 Fain Park Drive, Suite 1
Montgomery, AL 36117
Michael@fritzandhughes.com

**Branch Banking Trust Company**
c/o N. Christian Glenos, Esq.
c/o M. Leesa Booth, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203
cglenos@babc.com
lbooth@babc.com

**Federal Deposit Insurance Corporation, as receiver for Colonial Bank**
c/o Thomas R. Califano, Esq.
c/o John Clark, Esq.
c/o Jeremy R. Johnson, Esq.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
thomas.califano@dlapiper.com
john.clarke@dlapiper.com
jeremy.johnson@dlapiper.com

**Tax Collector of Madison County, Alabama**
Travis S. Jackson
Sirote & Permutt, P.C.
305 Church Street
Huntsville, AL 35801
tjackson@sirote.com

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 8/20/2010

| | |
|---|---|
| **Taylor, Bean & Whitaker Mortgage Corp.**<br>c/o Jeffrey W. Kelley<br>TROUTMAN SANDERS LLP<br>Bank of America Plaza, Suite 5200<br>600 Peachtree Street N.E.<br>Atlanta, GA 30308-2216<br>Jeffrey.kelley@troutmansanders.com | **State of Alabama Department of Revenue**<br>c/o Mark Griffin<br>c/o David Avery<br>P.O. Box 320001<br>Montgomery, AL 36132-0001<br>mark.griffin@revenue.alabama.gov<br>david.avery.legal@revenue.alabama.gov |
| **The Bank of New York Mellon Trust Company, N.A.**<br>c/o Eric J. Breithaupt<br>CHRISTIAN & SMALL, LLP<br>505 20th Street North, Suite 1800<br>Birmingham, AL 35203<br>ejb@csattorneys.com | **Committee Counsel**<br>Schulte Roth & Zabel LLP<br>Brian D. Pfeiffer<br>Alexis Chapin<br>Alan R. Glickman<br>Brian Kohn<br>919 Third Avenue<br>New York, NY 10022<br>brian.pfeiffer@srz.com<br>alexis.chapin@srz.com<br>alan.glickman@srz.com<br>brian.kohn@srz.com |
| **TITAN Technology Partners, Limited**<br>c/o Robert L. Shields, III<br>c/o Justin G. Williams<br>c/o Brooke M. Nixon<br>TANNER & GUIN, LLC<br>Capital Park Center<br>2711 University Boulevard<br>P.O. Box 3206 (35403-3206<br>Tuscaloosa, AL 35401-1465<br>rshields@tannerguin.com<br>jwilliams@tannerguin.com<br>bnixon@tannerguin.com | **Counsel for ERISA Class Action Plaintiffs**<br>Derek W. Loeser<br>Karin B. Swope<br>Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>dloeser@kellerrohrback.com<br>swope@kellerronrback.com |
| **Internal Revenue Service**<br>c/o Paul A. Allulis<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, DC 20044<br>paul.a.allulis@usdoj.gov | **Toyota Motor Credit Corporation**<br>Charles N. Parnell, III<br>Parnell & Crum, P.A.<br>Post Office Box 2189<br>Montgomery, AL 36102-2189<br>bkrp@parnellcrum.com |

**Arkansas Teacher Retirement System, State-Boston Retirement System, Norfolk County Retirement System and City of Brockton Retirement System**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey  07068
metkin@lowenstein.com
ilevee@lowenstein.com

**Marble Arch Investments**
Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, Georgia  30309-4530
tmeyers@kilpatrickstockton.com
sramsey@kilpatrickstockton.com

**The Comptroller of Public Accounts of the State of Texas**
Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
jay.hurst@oag.state.tx.us

**U.S. Bank National Association, as Trustee and Institutional Trustee**
Marie C. Pollio, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
bankruptcy@goodwin.com


**VIA EMAIL:**
**Ken Burton, Jr., Mantee County Tax Collector**
c/o Susan D. Profant, CFCA, CLA, FRP, Paralegal
P.O. Box 25300 (34206-5300)
819 U.S. 301 Blvd. West
Bradenton, FL 34205
susanp@taxcollector.com

**Alabama Securities Commission**
c/o Edwin L. Reed
Post Office Box 304700
Montgomery, AL 36130-4700
ed.reed@asc.alabama.gov

**Weingarten Nostat, Inc.**
c/o Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008
bankruptcycases@weingarten.com

*In re: The Colonial BancGroup*, Chapter 11 Case No. 09-32303
Pending in the U.S. Bankruptcy Court for the Middle District of Alabama (Montgomery)
Updated 8/20/2010

**Internal Revenue Service**
John W. Sheffield, III
Associate Area Counsel
Attention Patty Koehler
801 Tom Martin Drive
Room 257
Birmingham, Alabama 35211
john.w.sheffield@irscounsel.treas.gov

**The Bank of New York Mellon Trust Company, N.A.**
c/o Allison H. Weiss, Esq. and
Jeffrey Chubak, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
aweiss@dl.com
jchubak@dl.com