**EXHIBIT B**

**Clarke, John J., Jr.**

---

**From:** Small, Gus H. [gsmall@cpmas.com]
**Sent:** Friday, August 20, 2010 2:35 PM
**To:** Glenos, N. Chris; Clarke, John J., Jr.
**Cc:** Rufus T. Dorsey; jdf@phrd.com
**Subject:** RE: Hard copy records stored at HQ

Chris:

I'm sorry for the delay in responding to your e-mail below (and John's). We have been trying to make sure we have what we need from "Phase I". We think we have enough for the tax returns---someone above my pay grade will decide that shortly---but we are still reviewing the accounting data. Regarding "Phase II," we are not looking for e-mail traffic involving bank employees who had no involvement with CBG. It seems to me that a reasonable way to approach the narrowing of e-mail "custodians," is for you to supply us with a directory of people at the Montgomery bank building just prior to the bank failure. We can take that and give you a list of individuals whose e-mails we'd like to see. My information is that such a directory exists.

I'm out of the office until Monday. But I would be glad to talk to you and consider any suggestions you (or John) might have.

Best regards.

---Gus

**Gus H. Small**
**Cohen Pollock Merlin & Small, P.C.**
Suite 1600
3350 Riverwood Parkway
Atlanta, GA 30339
Telephone Direct: 770-857-4806
Main Telephone: 770-858-1288
Direct FAX: 770-857-4807
Main FAX: 770-858-1277
E-Mail: gsmall@cpmas.com

---

**From:** Glenos, N. Chris [mailto:cglenos@babc.com]
**Sent:** Monday, August 09, 2010 5:04 PM
**To:** 'Clarke, John J., Jr.'; Small, Gus H.
**Cc:** 'Chesnutt, Pamela'
**Subject:** Hard copy records stored at HQ

John and Gus,

As you are both aware, BB&T does not own the former Colonial Bank headquarters in Montgomery, AL. BB&T must vacate the premises no later than August 30, 2010. This is to advise you that BB&T proposes to relocate the paper records presently stored there relating to

Colonial Bank and Colonial BancGroup to a branch office situated on Perry Street in Montgomery, Alabama, where they will be securely stored under lock and key.

Thanks.




**N. Christian Glenos**
***Partner***

**Phone** (205) 521-8721
**Fax** (205) 488-6721
**Email** cglenos@babc.com

**One Federal Place**
1819 Fifth Avenue North
Birmingham, AL 35203-2119

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

IMPORTANT\CONFIDENTIAL: This message contains information from the law firm of Cohen Pollock Merlin & Small, P.C. that may be privileged, confidential, and exempt from disclosure under applicable law. Unless otherwise expressly indicated herein by the original sender, no part of this transmission is intended to constitute an electronic signature, nor shall this transmission, or any part thereof, constitute a contract between the original sender and any other person unless expressly indicated herein by the original sender. If the reader of this message is not the intended recipient or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number (770) 858-1288.

**IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

---