UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---------------------------------------------------------x
:
In re                                                   :     Chapter 11
                                                        :
THE COLONIAL BANCGROUP, INC.,                           :     Case No. 09-32303 (DHW)
                                                        :
   Debtor.                                              :
                                                        :
---------------------------------------------------------x
                                                        :
                                                        :
THE COLONIAL BANCGROUP, INC.,                           :
                                                        :
   Movant,                                              :
                                                        :
v.                                                      :     CONTESTED MATTER
                                                        :
PATRICIA CHONG, MICHELLE                                :
CONDON, HOWARD DAVIS, KENNETH                           :
DELISLE, LISA FREE, ERNESTO                             :
GONZALEZ, WALTER HARGROVE,                              :
PATTI HILL, CHARLES MALCOLM                             :
HOLLAND, III, LEAH JUNKINS, KERRY                       :
KIMMEL-GEIGER, CATHERINE                                :
KISSICK, LINA MACKI, LEE MARTINO,                       :
KENNETH MCCONWELL, JUDY MILLS,                          :
WILLIAM PAINTER, HARLAN PARRISH,                        :
RONALD PECK, JOSEPH ROYALS,                             :
JULIETTE STAPF, JAMES THARPE,                           :
AND PAMELA VITTO,                                       :
                                                        :
   Respondents.                                         :
                                                        :
---------------------------------------------------------x

**COUNTER DESIGNATION OF RECORD ON APPEAL BY DEBTOR/APPELLEE**

The Colonial BancGroup, Inc., debtor and debtor in possession herein and the appellee in the above-captioned contested matter (the "Debtor/Appellee"), hereby files this counter designation of items to be included in the record on appeal in response to the *Designation of Record* [Doc. No. 842] submitted by Respondents/Appellants on August 16, 2010.

As contemplated by the Clerk of Court in the *Notice to Appellant and Appellee* [Doc. No. 829] entered on August 4, 2010, the Debtor/Appellee will promptly submit a compact disk to the Clerk of Court containing images of each item designated below.

In addition to the items designated by the Respondents/Appellants, the following items should be included in the record on appeal:

1. **Doc. No. 154** -- Certificate of Service *re: Debtor's Motion to Exercise Ownershi Rights over Deferred Compensation Plan Assets and Motion for Omnibus Hearing Dates/Limit Notice* Filed by Rufus T. Dorsey IV on behalf of The Colonial BancGroup, Inc. (RE: related document(s) 83 Motion filed by Debtor The Colonial BancGroup, Inc., 84 Motion filed by Debtor The Colonial BancGroup, Inc.). (Dorsey, Rufus) (Entered: 10/05/2009).

2. **Doc. No. 191** -- Order Granting, In Part, Motion Of Debtor For An Order Pursuant To Sections 105(a) And 363 Of The Bankruptcy Code Authorizing, But Not Directing, The Debtor To Exercise Its Ownership Rights Over Deferred Compensation Plan Assets (Related Doc # 83 ) Entered On 10/14/2009. (CBM) (Entered: 10/14/2009).

3. **Doc. No. 302** -- Notice Of Continued Hearing And Objection Deadline Entered On 11/18/2009(RE: related document(s) 255 Second Motion of Debtor for an Order Authorizing, but not Directing). Hearing scheduled for 12/9/2009 at 10:00 AM (Central Time) at Courtroom 4-C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JI) (Entered: 11/18/2009).

4. **Doc. No. 303** -- Order Granting, In Part, Second Motion for an Order of the Bankruptcy Code. Setting Hearing Entered On 11/18/2009(RE: related document(s) 255 Motion filed by Debtor The Colonial BancGroup, Inc.). Hearing scheduled for 12/9/2009 at 10:00 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JT) (Entered: 11/18/2009).

5. **Doc. No. 305** -- Certificate of Service *re: (i) Notice of Continued Hearing and Objection Deadline and (ii) Order Granting, In Part, Second Deferred Compensation Motion* Filed by Rufus T. Dorsey IV on behalf of The Colonial BancGroup, Inc. (RE: related document(s) 302 Order to Continue/Reschedule Hearing, 303 Order on Motion To Set Hearing). (Dorsey, Rufus) (Entered: 11/19/2009).

6. **Doc. No. 817** -- Debtor's Response to *Motion to Alter or Amend Judgment* Filed by Rufus T. Dorsey IV on behalf of The Colonial BancGroup Inc. (RE: related document(s) 800 Motion to Reconsider/Set Aside filed by Creditor Ken Burton, Creditor Lynda Hall, Attorney HARLAN PARISH, Attorney LEE MARTINO, Attorney LINA MACKI, Attorney KENNETH MCCONWELL, Attorney KENNETH DELISLE, Attorney Joseph Royals, Attorney Lisa Free, Attorney Walter Hargove, Attorney Patti Hill, Attorney Michelle Condon, Creditor Charles Malcom Holland, III, Creditor Pamela Vitto, Creditor Leah Junkins, Creditor Howard Davis, Creditor James Tharpe, Creditor Judy Mills, Creditor Patricia Chong, Creditor Ernesto Gonzalez, Creditor Kerry Kimmel-Geiger, Creditor Catherine Kissick). (Dorsey, Rufus) (Entered: 07/20/2010).

Dated: August 30, 2010
       Montgomery, Alabama

                                        C. Edward Dobbs
                                        E-mail: ced@phrd.com

                                        Rufus T. Dorsey, IV
                                        E-mail: rtd@phrd.com

                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia 30303
                                        Telephone No.: (404) 523-5300
                                        Facsimile: (404) 522-8409


                                        By: /s/ *Rufus T. Dorsey, IV*
                                             Rufus T. Dorsey, IV

                                        Attorneys for Debtor and Debtor in Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing and served by electronic mail upon Respondents' counsel of record addressed as follows:

>Richard D. Shinbaum, Esq.
>RShinbaum@smclegal.com
>
>Kenneth Jay Shinbaum, Esq.
>kshinbaum@msg-lawfirm.com

By: */s/ Rufus T. Dorsey, IV*
    Rufus T. Dorsey, IV