UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                       Case No. 09-32303-DHW
                                            Chapter 11
THE COLONIAL BANCGROUP, INC.,

    Debtor.

ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the debtor's motions for summary judgment on the FDIC's November 5, 2009 motion under 11 U.S.C. § 365(o) and the FDIC's October 5, 2009 motion for relief from stay are GRANTED.

Done this 31st day of August, 2010.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: C. Edward Dobbs, Attorney for Debtor
   Robert B. Rubin, Attorney for Committee
   John J. Clarke, Jr., Attorney for FDIC