IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>THE COLONIAL BANCGROUP, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-32303(DHW) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), appeals under 28 U.S.C. § 158(a) from (1) the memorandum opinion of the United States Bankruptcy Court for the Middle District of Alabama (the "Court") entered on August 31, 2010 [Doc. No. 863], as amended on September 1, 2010 [Doc. No. 869]; (2) the order of the Court entered on August 31, 2010 [Doc. No. 864] granting the motions for summary judgment filed by the debtor The Colonial BancGroup, Inc. (the "Debtor") against the FDIC-Receiver's motion for relief under 11 U.S.C. § 365(o) and (to the extent such relief is predicated on the FDIC-Receiver's claims under section 365(o)) the FDIC-Receiver's motion for relief under 11 U.S.C. § 362(d) to permit the FDIC-Receiver to exercise certain setoff rights; and (3) the order of the Court entered on August 31, 2010 [Doc. No. 866] denying the FDIC-Receiver's motion *in limine* to exclude the report and testimony of the Debtor's proffered expert witness Herbert A. Biern.

The names of all parties to the opinions and orders appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

Federal Deposit Insurance Corporation,
as Receiver for Colonial Bank

Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
Telephone: (334) 215-4422
Facsimile: (334) 215-4424

John J. Clarke, Jr.
john.clarke@dlapiper.com
Thomas R. Califano
thomas.califano@dlapiper.com
Michael D. Hynes
michael.hynes@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

The Colonial BancGroup, Inc.

C. Edward Dobbs
ced@phrd.com
Rufus T. Dorsey IV
rtd@phrd.com
J. David Freedman
jdf@phrd.com
Parker Hudson Rainier & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Branch Banking & Trust Co.

N. Christian Glenos
cglenos@babc.com
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

The Official Committee of Unsecured
Creditors of The Colonial BancGroup, Inc.

Robert B. Rubin
brubin@burr.com
Marc Solomon
msolomon@burr.com
Burr Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 521-3000
Facsimile: (205) 244-5733

-- and --

Alan R. Glickman
alan.glickman@srz.com
Brian D. Pfeiffer
brian.pfeiffer@srz.com
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Dated: Montgomery, Alabama
September 13, 2010

Respectfully submitted,

 /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
michael@fritzandhughes.com
Fritz & Hughes LLC
7020 Fain Park Drive Suite 1
Montgomery, AL 36117
(334) 215-4422

John J. Clarke, Jr.
Thomas R. Califano
Michael D. Hynes
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for the
 Federal Deposit Insurance Corporation,
 as Receiver for Colonial Bank