UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 09-32303-DHW
                                                  Chapter 11
THE COLONIAL BANCGROUP, INC.,

        Debtor.

## SUBMISSION ORDER

A status conference on the FDIC's motion, as amended, for relief from the automatic stay was held on September 13, 2010. In accordance with the ruling of the court from the bench, it is ORDERED that –

1. The FDIC may renew its motion for relief from the automatic stay no later than September 27, 2010.

2. The parties shall file a joint stipulation of facts material to the motion no later than October 11, 2010. The joint stipulation of facts shall be filed as a single document signed by both parties.

3. Memorandum briefs in support of and in opposition to the motion shall be filed no later than October 25, 2010.

4. A hearing on the motion for purposes of oral argument will be held at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on November 4, 2010, at 10:00 a.m. The motion will be taken as submitted thereafter.

Done this 13th day of September, 2010.

                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

c:  John J. Clarke, Jr., Attorney for FDIC
    C. Edward Dobbs, Attorney for Debtor
    Robert B. Rubin, Attorney for Committee
    N. Christian Glenos, Attorney for BB&T