## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re

Case No. 09–32303
Chapter 11

The Colonial BancGroup Inc.

        Debtor


## NOTICE PLEASE TAKE NOTE OF THE NEW TELEPHONE INSTRUCTIONS (WE ARE NO LONGER WITH SPRINT)

PLEASE TAKE NOTICE that a telephone hearing will be held

on October 13, 2010 at 11:00 AM

to consider and act upon the following:

*898* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement Between Debtor and Certain Participants in Debtor's Non–Qualified Deferred Compensation Plan Filed by Rufus T. Dorsey IV on behalf of The Colonial BancGroup Inc.. Responses due by 10/12/2010. (Dorsey, Rufus)

_____

Each party desiring to be heard MUST CALL AT&T TeleConference Services at least 5 minutes prior to the commencement of court.

### PHONE: **1–877–807–5706 Participant Code: 361328**
CONFERENCE HOST: Janice Vance

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

        – Do not place the phone on hold during the call as many companies utilize background music
        – Do not conduct work such as paper shuffling or keyboard typing with an open line
        – Do not address the court until called upon
        – Maintain telephone silence while waiting and refrain from making unnecessary noise
        – Mute telephone as applicable
        – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.


  Dated: September 17, 2010

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court