# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION


-----------------------------------------------------------x
                             :

In re                         :            **Chapter 11**
                             :

**THE COLONIAL BANCGROUP, INC.,**   :            **Case No. 09-32303 (DHW)**
                             :

    Debtor.                    :
                             :

-----------------------------------------------------------x
                             :
                             :

**THE COLONIAL BANCGROUP, INC.,**   :
                             :

    Movant,                 :
                             :

v.                             :            **CONTESTED MATTER**
                             :

**PATRICIA CHONG, MICHELLE**       :
**CONDON, HOWARD DAVIS, KENNETH**  :
**DELISLE, LISA FREE, ERNESTO**     :
**GONZALEZ, WALTER HARGROVE,**    :
**PATTI HILL, CHARLES MALCOLM**    :
**HOLLAND, III, LEAH JUNKINS, KERRY**  :
**KIMMEL-GEIGER, CATHERINE**     :
**KISSICK, LINA MACKI, LEE MARTINO,**  :
**KENNETH MCCONWELL, JUDY MILLS,**  :
**WILLIAM PAINTER, HARLAN PARRISH,** :
**RONALD PECK, JOSEPH ROYALS,**    :
**JULIETTE STAPF, JAMES THARPE,**   :
**AND PAMELA VITTO,**             :
                             :

    Respondents.              :
                             :

-----------------------------------------------------------x


## NOTICE OF FILING WITH DISTRICT COURT OF
## JOINT MOTION FOR STAY OF PROCEEDINGS IN BANKRUPTCY APPEAL


      PLEASE TAKE NOTICE that on September 17, 2010, The Colonial BancGroup, Inc., debtor and

debtor in possession herein, and the above-named Respondents in this contested matter, filed with the United

States District Court for the Middle District of Alabama the attached *Joint Motion for Stay of Proceedings in*

*Bankruptcy Appeal* (the "Joint Motion").


Dated:  September 17, 2010
        Montgomery, Alabama

                                        C. Edward Dobbs
                                        Email: ced@phrd.com

                                        Rufus T. Dorsey, IV
                                        rtd@phrd.com

                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia  30303
                                        Telephone No.:  (404) 523-5300
                                        Facsimile:  (404) 522-8409


                                        By:  /s/ *Rufus T. Dorsey, IV*
                                            Rufus T. Dorsey, IV

                                        Attorneys for Debtor and Debtor in Possession

**Exhibit A**

**Joint Motion**

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

```
-----------------------------------------------------------x
                                        :
In re                                   :       Chapter 11
                                        :
THE COLONIAL BANCGROUP, INC.,           :       (Bankr. Case No. 09-32303 (DHW))
                                        :
        Debtor.                         :
                                        :
-----------------------------------------------------------x
                                        :
                                        :
                                        :
PATRICIA CHONG, MICHELLE                :
CONDON, HOWARD DAVIS, KENNETH           :
DELISLE, LISA FREE, ERNESTO             :
GONZALEZ, WALTER HARGROVE,              :
PATTI  HILL, CHARLES MALCOLM            :
HOLLAND, III, LEAH JUNKINS, KERRY       :
KIMMEL-GEIGER, CATHERINE                :
KISSICK, LINA MACKI, LEE MARTINO,       :
KENNETH MCCONWELL, JUDY MILLS,          :
WILLIAM PAINTER, HARLAN PARRISH,        :
RONALD PECK, JOSEPH ROYALS,             :
JULIETTE STAPF, JAMES THARPE,           :
AND PAMELA VITTO,                       :
                                        :
        Appellants,                     :
                                        :
v.                                      :       Case No. 2:10-cv-00734-MHT
                                        :
THE COLONIAL BANCGROUP, INC.,           :
                                        :
        Appellee.                       :
                                        :
-----------------------------------------------------------x
```

## JOINT MOTION FOR STAY OF PROCEEDINGS IN BANKRUPTCY APPEAL

The Appellants in the above-captioned matter (the "Appellants"), and The Colonial BancGroup, Inc.,

debtor and debtor in possession in its pending Chapter 11 bankruptcy case and Appellee herein (the

"Debtor/Appellee"), by this motion (the "Motion") respectfully request that this Court enter an order staying

all proceedings in the above-captioned matter, including the briefing schedule, as hereinafter provided.  In

support of this Motion, the parties state and show as follows:

1647520_2

**Background**

1.      On November 5, 2009, the Debtor/Appellee filed with the United States Bankrupt Court for the Middle District of Alabama (the "Bankruptcy Court") its *Second Motion of Debtor for Order Authorizing, But Not Directing, the Debtor to Exercise Ownership Rights Over Deferred Compensation Plan Assets* (the "Second Motion") [Doc. No. 255] in which the Debtor/Appellee requested the Bankruptcy Court to determine ownership of assets held under a trust agreement pursuant to "The Colonial BancGroup, Inc. Non-Qualified Deferred Compensation Plan" (the "Plan"), a non-qualified deferred compensation plan.

2.      An evidentiary hearing on the Second Motion was held in the Bankruptcy Court on April 15, 2010 (the "Hearing").  On June 25, 2010, the Bankruptcy Court entered an order (the "Determination Order") granting the relief requested by the Debtor/Appellee in the Second Motion and issued a Memorandum Opinion setting forth the reasons therefor.

3.      On July 6, 2010, Appellants filed a motion requesting the Bankruptcy Court to reconsider its Determination Order (the "Motion to Reconsider").  The Bankruptcy Court denied the Motion to Reconsider and thereafter Appellants filed a notice of appeal from the Determination Order (the "Appeal").

4.      On or about August 30, 2010, the Clerk of the Bankruptcy Court transmitted a copy of the record in this matter to the Court.

5.      On September 3, 2010, the parties informed the Court during a telephonic status conference that the parties were likely to settle the Appeal.  The parties have now, subject to approval of the Bankruptcy Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), reached a settlement of all issued raised in the Second Motion and the Appeal (the "Settlement").  The Settlement calls for, among other things, dismissal of the Appeal with prejudice within 10 business days after an order is entered by the Bankruptcy Court approving the Settlement.

6.      In light of the Settlement and pending request for approval of same by the Bankruptcy Court, the parties respectfully request that this Court stay all proceedings in the Appeal, including the briefing schedule.

### Relief Requested and Authority

7.    The Settlement is predicated upon Bankruptcy Court approval.  Bankruptcy Rule 9019(a) provides that:

> On motion by the [debtor] and after notice and a hearing, the court may approve a compromise or settlement. Notice shall be given to creditors, the United States trustee, the debtor, and indenture trustees as provided in Rule 2002 and to any other entity as the court may direct.

Bankruptcy Rule 2002(a)(3) provides that a debtor must give at least 21 days notice by mail of the hearing on approval of a compromise or settlement of a controversy.

8.    The Debtor/Appellee has or shortly will file a motion with the Bankruptcy Court seeking approval of the Settlement pursuant to Bankruptcy Rule 9019(a).  As noted above, approval of the Settlement by the Bankruptcy Court will require at least 21 days because the Bankruptcy Court cannot hold a hearing on the Settlement or enter an order approving the Settlement until parties in interest receive proper notice.

9.    In the interim, the parties request that all proceedings in the Appeal, including the briefing schedule, be stayed until the Bankruptcy Court enters an order approving (or denying) the Settlement.  If the Settlement is approved pursuant to the terms thereof, the Appellants will promptly, but in no event later than 10 business days, dismiss the Appeal with prejudice.  If an order is entered declining to approve the Settlement, the parties request that the briefing schedule set forth in Bankruptcy Rule 8009(a)(1)-(3) run from the date of entry of such order of the Bankruptcy Court.

WHEREFORE, the Appellants and the Debtor/Appellee respectfully request that the Court stay all proceedings in the Appeal on the terms and conditions set forth above, and grant such other and further relief as this Court deems just and proper.

Dated:  September 17, 2010
          Montgomery, Alabama

          C. Edward Dobbs
E-mail: ced@phrd.com

Rufus T. Dorsey, IV
E-mail: rtd@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Telephone No.:  (404) 523-5300
Facsimile:  (404) 522-8409


By:  /s/  *Rufus T. Dorsey, IV*
    Rufus T. Dorsey, IV

Attorneys for Appellee, The Colonial BancGroup, Inc.




Kenneth J. Shinbaum
E-mail: kshinbaum@msg-lawfirm.com

McPhillips Shinbaum, L.L.P.
516 S. Perry Street
Montgomery, Alabama 36101
Telephone No.:  (334) 262-1911
Facsimile:  (334) 263-2321


By:  /s/  *Kenneth J. Shinbaum*
    Kenneth J. Shinbaum

Attorney for Appellants

- 4 -

**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
THE COLONIAL BANCGROUP, INC.,           :        (Bankr. Case No. 09-32303 (DHW))
                                        :
      Debtor.                           :
                                        :
------------------------------------------------------------x
                                        :
                                        :
                                        :
PATRICIA CHONG, MICHELLE                :
CONDON, HOWARD DAVIS, KENNETH           :
DELISLE, LISA FREE, ERNESTO             :
GONZALEZ, WALTER HARGROVE,              :
PATTI  HILL, CHARLES MALCOLM            :
HOLLAND, III, LEAH JUNKINS, KERRY       :
KIMMEL-GEIGER, CATHERINE                :
KISSICK, LINA MACKI, LEE MARTINO,       :
KENNETH MCCONWELL, JUDY MILLS,          :
WILLIAM PAINTER, HARLAN PARRISH,        :
RONALD PECK, JOSEPH ROYALS,             :
JULIETTE STAPF, JAMES THARPE,           :
AND PAMELA VITTO,                       :
                                        :
      Appellants,                       :
                                        :
v.                                      :        Case No. 2:10-cv-00734-MHT
                                        :
THE COLONIAL BANCGROUP, INC.,           :
                                        :
      Appellee.                         :
                                        :
------------------------------------------------------------x
```

ORDER GRANTING JOINT MOTION FOR
STAY OF PROCEEDINGS IN BANKRUPTCY APPEAL

This matter is before the Court on the motion (the "Motion") of the Appellants in the above-captioned

matter (the "Appellants"), and The Colonial BancGroup, Inc., debtor and debtor in possession in its pending

1647520_2

Chapter 11 bankruptcy case and Appellee herein, seeking entry of an order staying all proceedings, including the briefing schedule, in the above-captioned matter.[1]

NOW, THEREFORE, based upon the Motion and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, and it appearing that no hearing on the Motion is required, it is hereby:

**ORDERED** that the Motion is granted and all proceedings in the above-captioned matter, including the briefing schedule, are stayed pending approval of the Settlement; and it is further

**ORDERED** that if an order is entered denying the Settlement, the stay set forth above shall terminate and the proceedings in the Appeal shall resume, with the briefing schedule set forth in Bankruptcy Rule 8009(a)(1)-(3) running from the date of entry of such order of the Bankruptcy Court declining to approve the Settlement.

Dated:  September __,  2010
        Montgomery, Alabama

_____
United States Judge

---

[1]  Capitalized terms used, but not otherwise defined, herein shall have the meaning ascribed to them in the Motion.

1647520_2

- 2 -

## <u>CERTIFICATION FOR JOINT SUBMISSION AND CERTIFICATE OF SERVICE</u>

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Rufus T. Dorsey, IV certifies that he has the express permission and agreement of counsel for the Appellants to affix his respective electronic signature hereon.

The undersigned also certifies that a true and correct copy of the foregoing document was electronically served on September 17, 2010, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing, as listed below:

C. Edward Dobbs (ced@phrd.com)

Aaron J. Luck (aaluck@hotmail.com)

Kenneth J. Shinbaum (kshinbaum@msg-lawfirm.com; fdurden@msg-lawfirm.com)

Richard D. Shinbaum (rshinbaum@smclegal.com)

W. Clark Watson (cwatson@balch.com, mpaddock@balch.com)


Dated: September 17, 2010

   */s/ Rufus T. Dorsey, IV*

Attorney for Appellee, The Colonial BancGroup, Inc.