**United States Bankruptcy Court**

Middle District of Alabama

**QUARTERLY FEE STATEMENT**    Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FILED
OCT 13 2010
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

| Debtor | Case #: |
|---|---|
| The Colonial BancGroup, Inc. | 09-32303 (DHW) |

FOR CALENDAR QUARTER ENDING:   30-Sep-10

| 1. MONTH | DISBURSEMENTS* |
|---|---|
| July, 2010 | $45,678.32 |
| August, 2010 | $47,808.69 |
| September, 2010 | $56,762.63 |
| TOTAL DISBURSEMENTS FOR QUARTER | $150,249.64 |

2. QUARTERLY FEE OWED PURSUANT TO
28 U.S.C. § 1930(a)(7)    $1,625

3. QUARTERLY FEE PAID
(Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)

I, Kevin O'Halloran, acting as the duly authorized agent for the Debtor-In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

10/13/2010
DATE

For the Debtor-In-Possession (Trustee) (Plan Adm.)

Kevin O'Halloran as CRO

(Print or type name and capacity of person signing this Declaration)

The form for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court. Payments must be made via money order or cashier's check; personal checks will not be accepted.

* For periods after plan confirmation, disbursements include all plan payments plus all withdrawal amounts (checks, direct debits, etc.) posted to each bank account plus any cans payments.