IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:                                              Bankruptcy Case No. 09-32303-DHW
                                                                        Chapter 11

        The Colonial BancGroup, Inc.,
        Debtor.

## TRANSMITTAL OF RECORD ON APPEAL

      I, Dianne M. Segrest, do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**: October 18, 2010

**Contents of Record**:

Notice of Appeal - filed 09/13/2010 Rec# 4382681 $255 doc #892
Appellant Designation of Contents For Inclusion - doc #916
Appellee Designation of Contents For Inclusion - doc #935


/s/ Juan-Carlos Guerrero, Clerk
United States Bankruptcy Court
Middle District of Alabama

/s/ Dianne M. Segrest
Deputy Clerk