```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE:                         )
                               )
THE COLONIAL BANCGROUP,        )
INC.,                          )
                               )
    Debtor.                    )
                               )
PATRICIA CHONG, et al.,        )
                               )
    Appellants,                )
                               )   CIVIL ACTION NO.
    v.                         )    2:10cv734-MHT
                               )         (WO)
THE COLONIAL BANCGROUP,        )
INC.,                          )
                               )
    Appellee.                  )
```

### JUDGMENT

In accordance with the notice of dismissal (doc. no. 8), it is ORDER, JUDGMENT, and DECREE of the court as follows:

  (1) The previous stay (doc. no. 7) is dissolved.

  (2) This appeal is dismissed in its entirety with
      prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of October, 2010.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE