UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :   Case No. 09-32303 (DHW)
                                                           :
            Debtor.                                        :
                                                           :
-----------------------------------------------------------x
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :
                                                           :
            Movant                                         :
                                                           :
v.                                                         :   Contested Matter
                                                           :
GRETCHEN M. DANIELSON and                                  :
RICHARD A. MANNING, JR.,                                   :
                                                           :
            Respondents.                                   :
-----------------------------------------------------------x
```

### ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF GRETCHEN M. DANIELSON AND RICHARD A. MANNING, JR. AND WAIVER OF LBR 3007-1

This matter is before the Court on the objection (the "Objection") [Doc. No. 1177] of The Colonial BancGroup, Inc. (the "Debtor") for entry of an Order pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing the claim of Gretchen M. Danielson ("Danielson") and Richard A. Manning, Jr. ("Manning") and waiving the requirement under LBR 3007-1 of submitting a declaration or affidavit in support of the Objection.[1]

NOW, THEREFORE, based upon the Objection and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore; and it appearing that due and proper notice of the Objection has been given and that the relief requested in the Objection is warranted and in the best interests of the Debtor's estate and other parties in interest, it is hereby:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Objection.

**ORDERED** that the Objection is granted; and it is further

**ORDERED** that the Danielson Claim, designated as Claim No. 17-1 on the claims register maintained by the Court, is hereby disallowed for all purposes, pursuant to Section 502 of the Bankruptcy Code, including, without limitation, with respect to voting rights for the Plan and any distribution to be made under a plan of liquidation confirmed by the Court; and it is further

**ORDERED** that the requirement under LBR 3007-1 for the Debtor to submit a declaration or affidavit in support of the Objection is waived; and it is further

**ORDERED** that this Order shall be without prejudice to the rights of the Debtor to assert or pursue any other objections, defenses, claims, counterclaims, rights of setoff or recoupment, preference claims, fraudulent transfer claims, rights, remedies or other claims the Debtor may have against Danielson, Manning or the Danielson Claim; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: May 18, 2011

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge