IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(Northern Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLONIAL BANCGROUP, INC., | ) | Case No. 09-32303 (DHW) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIM**
**OF THE PENSION BENEFIT GUARANTY CORPORATION**

The Pension Benefit Guaranty Corporation ("PBGC"), the United States government agency that administers the mandatory termination insurance program for defined benefit pension plans under Title IV of the Employee Retirement Income Security Act, 29 U.S.C. §§ 1301-1461 (2006 & Supp. III 2009), states as follows:

1. On August 25, 2009, Colonial BancGroup, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On November 23, 2009, PBGC filed four proofs of claims against the Debtor, Claim nos. 61-1, 62-1, 63-1, and 64-2.

3. Pursuant to Bankruptcy Rule 3006, PBGC hereby withdraws Claim Nos. 63-1 and 64-2. PBGC continues to assert the other two claims filed by PBGC against the Debtor, Claim Nos. 61-1 and 62-1.

[INTENTIONALLY BLANK]

Respectfully submitted,

PENSION BENEFIT
GUARANTY CORPORATION

Dated: June 1, 2011             /s/ Marc S. Pfeuffer
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
JOEL W. RUDERMAN
Assistant Chief Counsel
MARC S. PFEUFFER
Attorney
PENSION BENEFIT
GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW
Washington, D.C. 20005
(202) 326-4020, ext. 4903
FAX: (202) 326-4112
pfeuffer.marc@pbgc.gov *and*
efile@pbgc.gov

# CERTIFICATE OF SERVICE

This is to certify that a copy of Notice of Withdrawal of Certain Proofs of Claim of the Pension Benefit Guaranty Corporation was served via the court's CM/ECF system on the 1st day of June 2011 on all registered users, including the parties listed below:

| | |
|---|---|
| C. Edward Dobbs<br>Rufus T. Dorsey, IV<br>Parker, Hudson, Rainer & Dobbs, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, GA 30303<br>edobbs@phrd.com<br>rdorsey@phrd.com<br><br>***Debtor's Counsel*** | W. Clark Watson<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203<br>cwatson@balch.com<br><br>***Debtor's Counsel*** |
| Brent W. Herrin<br>Gus H. Small<br>Cohen, Pollock, Merlin, & Small, P.C.<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta, GA 30339<br>bherrin@cpmas.com<br>gsmall@cpmas.com<br><br>***Debtor's Counsel*** | U. S. Bankruptcy Administrator<br>One Church Street<br>Montgomery, AL 36104<br>ba@almb.uscourts.gov<br><br>***Bankruptcy Administrator*** |

/s/ Marc S. Pfeuffer
Marc S. Pfeuffer