## UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                     Case No. 09-32303

The Colonial BancGroup Inc.                Chapter 11
Debtor

### ORDER SUSTAINING OBJECTIONS TO CLAIM(S)

An objection was filed to the following claims:

| | |
|---|---|
| RE: Doc. # 1359 | Objection to Claim # 8 (Laura M. Piombino) |
| RE: Doc. # 1360 | Objection to Claim # 9 (McCarthy, Justin) |
| RE: Doc. # 1361 | Objection to Claim # 10 (Guffey, Cary) |
| RE: Doc. # 1363 | Objection to Claim # 12 (Chong, Patricia) |
| RE: Doc. # 1364 | Objection to Claim # 16 (Vitto, Pamela) |
| RE: Doc. # 1365 | Objection to Claim # 19 (Kimberly Ann Carlton) |
| RE: Doc. # 1366 | Objection to Claim # 20 (Delisle, Kenneth) |
| RE: Doc. # 1367 | Objection to Claim # 21 (Macki, Lina) |
| RE: Doc. # 1368 | Objection to Claim # 26 (Parrish, Harlan) |
| RE: Doc. # 1369 | Objection to Claim # 27 (Condon, Michelle) |
| RE: Doc. # 1370 | Objection to Claim # 28 (McConwell, Kenneth) |
| RE: Doc. # 1371 | Objection to Claim # 29 (Bassett, Robert) |
| RE: Doc. # 1372 | Objection to Claim # 30 (Mellini, Paul) |
| RE: Doc. # 1373 | Objection to Claim # 31 (Jensch, John) |
| RE: Doc. # 1374 | Objection to Claim # 32 (Perez, Melvin) |
| RE: Doc. # 1375 | Objection to Claim # 33 (Hester, Gerald) |
| RE: Doc. # 1376 | Objection to Claim # 40 (Hudson, Sally) |
| RE: Doc. # 1377 | Objection to Claim # 41 (Blackwell, Larry) |
| RE: Doc. # 1378 | Objection to Claim # 42 (Matthew A. Butz) |
| RE: Doc. # 1379 | Objection to Claim # 43 (Glenda Allred) |
| RE: Doc. # 1380 | Objection to Claim # 45 (Burge, Raymond) |
| RE: Doc. # 1381 | Objection to Claim # 48 (Hill, Patti) |

| | |
|---|---|
| RE: Doc. # 1382 | Objection to Claim # 52 (Junkins, Leah) |
| RE: Doc. # 1383 | Objection to Claim # 53 (Kerry Kimmel-Geiger) |
| RE: Doc. # 1384 | Objection to Claim # 54 (Kerry Kimmel-Geiger) |
| RE: Doc. # 1385 | Objection to Claim # 55 (Tharpe, James) |
| RE: Doc. # 1386 | Objection to Claim # 59 (Charles Malcolm Holland III) |
| RE: Doc. # 1387 | Objection to Claim # 60 (Wilkinson, Frances) |
| RE: Doc. # 1388 | Objection to Claim # 65 (Julian, John) |
| RE: Doc. # 1389 | Objection to Claim # 145 (Hargrove, Walter) |
| RE: Doc. # 1390 | Objection to Claim # 147 (Burke, John) |
| RE: Doc. # 1391 | Objection to Claim # 150 (Varkas, Shayna) |
| RE: Doc. # 1392 | Objection to Claim # 159 and Claim #160 (Burke, John B.) |
| RE: Doc. # 1393 | Objection to Claim # 166 (Karansky, John) |
| RE: Doc. # 1394 | Objection to Claim # 167 (Aroix, Aledia) |
| RE: Doc. # 1395 | Objection to Claim # 171 (Kissick, Catherine) |
| RE: Doc. # 1397 | Objection to Claim # 181 (Carol Stone) |

Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 17th day of August, 2011.

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge