UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

AUG 18 2011
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

Case number 09-32303

In re: THE COLONIAL BANCGROUP, INC.

Taxpayer number: 1-63-0661573-9

WITHDRAWAL OF

Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy - Collections Division
                  P. O. Box 12548
                  Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST : 03/14/2011

2. TOTAL AMOUNT OF CLAIM AND REQUEST : $10,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2011 TO 12/31/2011

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 08/12/2011

*Barbara Johnson*
Barbara Johnson
Accounts Examiner    (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • AUSTIN, TX 78711-3528



August 12, 2011

Clerk
U.S. Bankruptcy Court
ONE CHURCH STREET
MONTGOMERY, AL 36104

Re: Taxpayer #1-63-0661573-9
    Bankruptcy Case # 09-32303
    THE COLONIAL BANCGROUP, INC.

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Post-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

> Office of the Attorney General
> Collections Division/Bankruptcy Section
> P.O. Box 12548, Capitol Station
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

*Barbara Johnson*

Accounts Examiner
Revenue Accounting Division
P.O. Box 13528
Austin, TX 78711-3528

Enclosure