UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---------------------------------------------------------x
:
In re : Chapter 11
:
THE COLONIAL BANCGROUP, INC., : Case No. 09-32303 (DHW)
:
Debtor. :
:
---------------------------------------------------------x

### DEBTOR'S CERTIFICATION OF CLAIMS REDUCTIONS
### PURSUANT TO VOLUNTARY ELECTIONS TO CONVENIENCE CLASS

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS MATTER UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE DEBTOR'S COUNSEL, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS PLEADING.**

Pursuant to the confirmed *Second Amended Chapter 11 Plan of Liquidation of The Colonial BancGroup, Inc.* (the "Plan") [Doc. No. 1286], The Colonial BancGroup, Inc. (the "Debtor") files this certification (the "Certification") that the dollar amounts of the proofs of claim described hereinbelow must be reduced to $5,000 because, in voting on the Plan, such claimants elected to have their claims treated as "Convenience Claims" under the Plan.

**For the avoidance of doubt, the Debtor is not objecting to the allowance of the claims listed below, but only to the dollar amounts of those claims as currently reflected in the claims registry maintained by the Court. Such claims (once reduced) will constitute "Class D - Convenience Claims" within the meaning of the Plan.**

In support of this Certification, the Debtor shows the Court as follows:

**Background**

1. On August 25, 2009 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On June 2, 2011, the Court entered the Confirmation Order confirming the Plan.

2. The Plan became effective on June 3, 2011. Accordingly, the Debtor's affairs and disposition of its assets are now overseen by Kevin O'Halloran, the "Plan Trustee" under and as defined in the Plan.

3. The Debtor is a Delaware corporation that had its headquarters in Montgomery, Alabama. Prior to the Petition Date, the Debtor owned Colonial Bank and also owned certain non-banking, non-debtor subsidiaries.

**The Convenience Class**

4. The Plan contemplates the collection and liquidation of all assets of the Debtor and the distribution of the net proceeds of these assets toward payment of allowed claims as classified in or otherwise determined pursuant to the Plan. Generally, the plan classifies and anticipates treating allowed general unsecured claims (with a separate class for the claims of bondholders) by paying such claims a pro rata share of the balance of the liquidation proceeds available after paying higher priority claims in full.

5. However, certain claimants holding general unsecured claims equal to or less than $5,000, **or who agree in writing to reduce the allowed amount of their claims to $5,000**, constitute a convenience class entitled to receive, from available liquidation proceeds, an amount equal to 75% of the principal amount of such claim. [*See* Plan, Doc. No. 1286-1 at 11 of 72 (definition of "Convenience Claim"); at § 5.1, 23 of 72 (treatment of Convenience Claims)]. Through the solicitation process approved by the Court, the parties set forth in the table below elected in writing on the ballots they

Case 09-32303    Doc 1585    Filed 10/31/11    Entered 10/31/11 14:43:25    Desc Main
Document      Page 2 of 6

submitted to the Debtor to be treated as members of "Class D - Convenience Claims," thereby agreeing to reduce the allowed amount of their claims to $5,000.[1]

**Convenience Class Claimants**

| Claim No. | Name of Claimant | Amount Presently Asserted in Claims Registry | Reduced Amount for Claims Registry |
|---|---|---:|---:|
| 7 | William Painter | $110,314.46 | **$5,000** |
| 15 | William Painter[2] | $133,088.00 | **$5,000** |
| 21 | Lina Macki | $82,155.00 | **$5,000** |
| 25 | Joseph Royals | $37,139.01 | **$5,000** |
| 27 | Michelle Condon | $85,045.44 | **$5,000** |
| 28 | Kenneth McConwell | $57,255.10 | **$5,000** |
| 30 | Paul Mellini | $20,192.61 | **$5,000** |
| 39 | Richard Sellers | $32,307.69 | **$5,000** |
| 42 | Matthew Butz | $31,196.00 | **$5,000** |
| 52 | Leah Junkins | $24,936.21 | **$5,000** |
| 54 | Kerry Kimmel-Geiger | $43,673.02 | **$5,000** |
| 60 | Frances Wilkinson | $23,000.00 | **$5,000** |
| 65 | John Julian | $29,381.82 | **$5,000** |
| 147 / 159 / 160 | John Burke[3] | $67,241.00 | **$5,000** |

---

[1] Holders of claims that are already equal to or less than $5,000 in the Court's claims registry are not set forth in this table as there is no need to modify the dollar amount of those claims.

[2] William Painter confirmed to Debtor's counsel that he intended to have both claims at registry numbers 7 and 15 classified as convenience claims within the meaning of the Plan.

[3] John Burke confirmed to Debtor's counsel that he intended to have all three of his claims at registry numbers 147, 159 and 160 treated as one claim and that this one claim be classified as a convenience claim within the meaning of the Plan.

Dated: October 31, 2011
Montgomery, Alabama

                         C. Edward Dobbs
                         E-mail: ced@phrd.com

                         Rufus T. Dorsey, IV
                         E-mail: rtd@phrd.com

                         PARKER, HUDSON, RAINER & DOBBS LLP
                         1500 Marquis Two Tower
                         285 Peachtree Center Avenue, N.E.
                         Atlanta, Georgia 30303
                         Telephone No.: (404) 523-5300
                         Facsimile: (404) 522-8409

                         By: /s/ *Rufus T. Dorsey, IV*
                              Rufus T. Dorsey, IV

                         Attorneys for Debtor

2139562_1
- 4 -
Case 09-32303   Doc 1585   Filed 10/31/11   Entered 10/31/11 14:43:25   Desc Main
Document   Page 4 of 6

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed by first class U.S. mail, postage prepaid, addressed to the individuals listed on the distribution list annexed hereto and electronically served by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing.

This 31st day of October, 2011.

                                  C. Edward Dobbs
                                  E-mail: ced@phrd.com

                                  Rufus T. Dorsey, IV
                                  E-mail: rtd@phrd.com

                                  PARKER, HUDSON, RAINER & DOBBS LLP
                                  1500 Marquis Two Tower
                                  285 Peachtree Center Avenue, N.E.
                                  Atlanta, Georgia 30303
                                  Telephone No.: (404) 523-5300
                                  Facsimile: (404) 522-8409

                                  By: /s/ *Rufus T. Dorsey, IV*
                                      Rufus T. Dorsey, IV

                                  Attorneys for Debtor

**Distribution List**

William Painter
11327 Shiloh Way
Boca Raton, FL 33428

Lina Macki
1960 NW 88 Avenue
Miami, FL 33018

Joseph Royals
2305 Edgewater Drive
1702
Orlando, FL 32804

Michelle Condon
1275 Westmoreland Avenue
Montgomery, AL 36106

Kenneth McConwell
1057 Deena Way
Fallon, NV 89406

Paul Mellini
1005 Eden Isle Drive NE
St. Petersburg, FL 33704

Richard Sellers
304 Forest Valley Court
Atlanta, GA 30342

Matthew A. Butz
2416 Hollingsworth Hill Avenue
Lakeland, FL 33813

Leah Junkins
PO Box 676
Gulf Shores, AL 36547

Kerry Kimmel-Geiger
1363 Vestavia Circle
Melborne, FL 32940

Frances Wilkinson
8393 SW Masthead Drive
Stuart, FL 34997

John Julian
1450 Overbrook Road
Millbrook, AL 36054

John Burke
1425 Winston Road
Maitland, FL 32751