UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 09-32303-DHW
                                                 Chapter 11
THE COLONIAL BANCGROUP, INC.,

      Debtor

ORDER RECLASSIFYING CLAIM

The debtor filed an objection on July 5, 2011 to the priority status of Claim #4 of Deborah J. Frost.

Deborah J. Frost filed an objection but withdrew the objection in a response filed October 28, 2011. Accordingly, it is

ORDERED that Claim #4 is RECLASSIFIED to a general unsecured claim.

Done this 10th day of November, 2011.

                                      /s/ Dwight H. Williams, Jr.
                                      United States Bankruptcy Judge

c: C. Edward Dobbs, Attorney for Debtor
   Deborah J. Frost, Creditor