IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


FILED
NOV 17 2011
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

In re

THE COLONIAL BANCGROUP, INC.,

Debtor.

Case #: 09-32303

Chapter 11

## WITHDRAWAL OF PROOF OF CLAIM OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND CERTAIN OTHER ENTITIES RELATED TO CHARTIS, INC

National Union Fire Insurance Company of Pittsburgh, Pa and certain other entities related to Chartis, Inc. hereby withdraw their Proof of Claim No. 133 filed against The Colonial Bancgroup, Inc. on the condition that nothing herein shall affect any other claim(s) filed in this matter by any other person or entity on behalf of affiliates of American International Group, Inc.

Dated: October 24, 2011

By: _____
Michelle A. Levitt
175 Water Street, 18th Floor
New York, New York 10038