UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

THE COLONIAL BANCGROUP, INC.
    Debtor

Case No. 09-32303
Chapter 11

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

The debtor filed an objection to the following claim(s)

| | |
|---|---|
| Claim #7 of William Painter | Claim #15 of William Painter |
| Claim #21 of Lina Macki | **Claim #25** of Joseph Royals |
| Claim # 27 of Michelle Condon | Claim # 28 of Kenneth McConwell |
| Claim # 30 of Paul Mellini | Claim # 39 of Richard Sellers |
| Claim # 42 of Matthew Butz | Claim # 52 of Leah Junkins |
| Claim # 54 of Kerry Kimmel-Geiger | Claim # 60 of Frances Wilkinson |
| Claim # 65 of John Julian | |
| Claims # 147, #159 and #160 of John Burke | |

Either a response consenting to the objection was filed or no response to the objection was filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition is allowed.

Done this 6th day of December, 2011.

                                  /s/ Dwight H. Williams Jr.
                                  United States Bankruptcy Judge

Copies: To Creditors Listed and
           Attorneys of Record