**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                                                           Case No. 09−32303
                                                                                                      Chapter 11

The Colonial BancGroup Inc.

      Debtor

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Ken Burton, Jr., CFC, Tax Collector, Manatee County Florida (Claims #2 and #3)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 6th day of December, 2011.

                                                                /s/ Dwight H. Williams Jr.
                                                                United States Bankruptcy Judge