UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

THE COLONIAL BANCGROUP, INC.
    Debtor

Case No. 09-32303
Chapter 11

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

The debtor filed an objection to the following claim(s)

| | |
|---|---|
| Claim #9 of Justin McCarthy | Claim # 10 Cary Guffey |
| Claim # 12 Patricia Chong | Claim # 16 Pamela Vitto |
| Claim # 20 Kenneth Delisle | Claim #22 Lee Martino |
| Claim # 23 Sandra Crouch | Claim # 26 Harlan C. Parrish |
| Claim # 29 Robert Bassett | Claim # 31 John Jensch |
| Claim # 32 Melvin Perez | Claim # 33 Gerald Hester |
| Claim # 40 Sally Hudson | Claim # 41 Larry Blackwell |
| Claim # 43 Glenda Allred | Claim # 45 Raymond Burge |
| Claim # 47 Howard Davis | Claim # 48 Patti Hill |
| Claim # 49 John Williams | Claim # 55 James Tharpe |
| Claim # 59 C. Malcolm Holland III | Claim # 85 Charles Hicks |
| Claim # 145 Walter Hargrove | Claim # 150 Shayna Varkas |
| Claim # 158 Ronald Peck | |

Either a response consenting to the objection was filed or no response to the objection was filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition is allowed.

Done this 6th day of December, 2011.

                                                    /s/ Dwight H. Williams Jr.
                                                  United States Bankruptcy Judge

Copies: To Creditors Listed and
         Attorneys of Record