UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

THE COLONIAL BANCGROUP, INC.
    Debtor

Case No. 09-32303
Chapter 11

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

The debtor filed an objection to the following claim(s)

Claim #38 of Susan P. Pucciarelli
Claim # 44 of Fedex Customer Information Service
Claim # 46 of Hewlett Packard Company
Claim # 50 of Marilyn E. Wood, Revenue Commissioner
Claim # 53 of Kerry Kimmel-Geiger
Claim #58 of Weingarten Nostat, Inc.
Claim # 66 of Waller Lansden Dortch & Davis, LLP
Claim # 134 of TITAN Technology Partners, Limited
Claim # 148 of James L. Martin
Claim # 165 of Sally E. Edison

Either a response consenting to the objection was filed or no response to the objection was filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition is allowed.

Done this 6th day of December, 2011.

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge

Copies: To Creditors Listed and
        Attorneys of Record