## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re

                                                    Case No. 09-32303

THE COLONIAL BANCGROUP, INC.                        Chapter 11
          Debtor

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

The debtor filed an objection to the following claim(s)

Claims # 35 #36 and #37 of CIT Technology Financing Services, Inc.

Either a response consenting to the objection was filed or no response to the objection was filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition is allowed.

Done this 6th day of December, 2011.

                                        /s/ Dwight H. Williams Jr.
                                        United States Bankruptcy Judge

Copies: To Creditors Listed and
          Attorneys of  Record