UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

Case No. 09-32303

THE COLONIAL BANCGROUP, INC.                Chapter 11
    Debtor

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

The debtor filed an objection to the following claim(s)

Claim # 172 of Risk Management Assoc.
Claim # 173 of BancWare LLC
Claim # 177 of Montgomery Co. Revenue Commissioner
Claim # 178 of TBM Corporation
Claim # 179 of Anthony L Cicio & Yvonne A Cicio

Either a response consenting to the objection was filed or no response to the objection was filed within 30 days of the filing of the objection. Pursuant to LBR 3007‑1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition is allowed.

Done this 6th day of December, 2011.

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge

Copies: To Creditors Listed and
       Attorneys of Record