UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 09-32303-DHW
                                                             Chapter 11
THE COLONIAL BANCGROUP, INC.,

      Debtor

## ORDER RECLASSIFYING CLAIM

The debtor filed an objection on July 5, 2011 to the priority status of Claim #5 of Bruce Stephenson. Bruce Stephenson filed a response opposing the objection.

The objection came on for hearing on January 24, 2012 by which time Bruce Stephenson had orally withdrawn his response and consented to the objection. Accordingly, it is

ORDERED that Claim #5 of Bruce Stephenson is RECLASSIFIED to a general unsecured claim.

Done this 25th day of January, 2012.

                                  /s/ Dwight H. Williams, Jr.
                                  United States Bankruptcy Judge

c: C. Edward Dobbs, Attorney for Debtor
   Bruce Stephenson, Creditor