**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re  Case No. 09−32303
 Chapter 11

The Colonial BancGroup Inc.

    Debtor

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Centerbridge Credit Partners Master, LP (Claims #136, #137 and #138)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 2nd day of April, 2012.

                              /s/ Dwight H. Williams Jr.
                              United States Bankruptcy Judge