UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

------------------------------------------------------------x
                                                    :
In re                                     :                 Chapter 11
                                                    :
THE COLONIAL BANCGROUP, INC.,    :                 Case No. 09-32303 (DHW)
                                                    :
                Debtor.                 :
                                                    :
------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 1

       Pursuant to the Settlement Agreement dated August 10, 2012 (the "Settlement Agreement"), among the State of Alabama, Department of Revenue (the "ADOR"), The Colonial BancGroup, Inc. (the "Debtor") and Kevin O'Halloran as plan trustee acting for and on behalf of the Debtor, which was approved by the Bankruptcy Court by order dated September 14, 2012 [Doc. No. 1934], the ADOR hereby withdraws its proof of claim filed on September 1, 2009 in this case, being Proof of Claim No. 1, in the aggregate amount of $12,675,110.19. Promptly after the filing of this withdrawal of Proof of Claim No. 1, the ADOR shall, in accordance with the Settlement Agreement, file in all appropriate offices a release of all liens filed by the ADOR against the Debtor.

Dated:  November 13, 2012
           Montgomery, Alabama

                                                    Mark Griffin (GRI025)
                                                    mark.griffin@revenue.alabama.gov
                                                    Assistant Counsel, Department of Revenue

                                                    David Avery (AVE008)
                                                   David.avery.legal@revenue.alabama.gov
                                                   Assistant Counsel, Department of Revenue

                                                 State of Alabama, Department of Revenue
                                               P.O. Box. 320001
                                             Montgomery, Alabama 36132-0001
                                             Telephone: (334) 242-9690
                                             Facsimile: (334) 242-9782

By: /s/ *David Avery*  
David Avery

Counsel for State of Alabama, Department of Revenue

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on November 13, 2012, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing.

Dated: November 13, 2012	/s/ *David Avery*  
David Avery (AVE008)