# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THE COLONIAL BANCGROUP, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 09-32303 (DHW) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 131
## (CLAIM OF ANDREW A. HARKNESS)

PLEASE TAKE NOTICE that the claim of Andrew A. Harkness filed on November 30, 2009 (Claim No. 131) is hereby withdrawn.

Dated: December 26, 2012

    Respectfully submitted,

By:  /s/ M. Clay Ragsdale
M. Clay Ragsdale
517 Beacon Parkway W
Birmingham, AL 35209
(205) 290-6800

Of Counsel:

Edwin J. Mills
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022

Attorneys for Claimant Andrew A. Harkness

## CERTIFICATE OF SERVICE

      I, M. Clay Ragsdale, hereby certify that on this the 26th day of December 2012, I caused copies of the Notice of Withdraw of Claim No. 131 (Claim of Andrew A. Harkness) to be served on all parties of record via ECF.

                                              /s/ M. Clay Ragsdale
                                              M. Clay Ragsdale