UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---------------------------------------------------------x
                                                        :

**In re**                                              :          **Chapter 11**

**THE COLONIAL BANCGROUP, INC.,**     :          **Case No. 09-32303 (DHW)**

                   **Debtor.**                             :

---------------------------------------------------------x

**NOTICE OF POST-CONFIRMATION COMPENSATION
STATEMENT FOR PARKER, HUDSON, RAINER & DOBBS LLP
AS BANKRUPTCY COUNSEL FOR THE COLONIAL BANCGROUP, INC.**

PLEASE TAKE NOTICE that, in accordance with paragraph (c) of the second amendment of the *Second Amended Chapter 11 Plan of Liquidation of The Colonial BancGroup, Inc.* (as amended, the "Plan") [Doc. No. 1286-1 at 59 of 72],[1] the law firm of Parker, Hudson, Rainer & Dobbs LLP ("PHR&D") files the attached Post-Confirmation Compensation Statement for the period of October 1 through October 31, 2016, for services rendered and expenses incurred as bankruptcy counsel for the Debtor.

Copies of PHR&D's Post-Confirmation Compensation Statement will be served upon the Plan Trustee and the Plan Committee promptly after the date of this filing at the addresses on the service list below.

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to such terms in the Plan.

Dated: November 18, 2016

> C. Edward Dobbs
> E-mail: ced@phrd.com
>
> Rufus T. Dorsey, IV
> E-mail: rtd@phrd.com
>
> PARKER, HUDSON, RAINER & DOBBS LLP
> 303 Peachtree Street, N.E.
> Suite 3600
> Atlanta, Georgia 30308
> Telephone No.: (404) 523-5300
> Facsimile: (404) 522-8409
>
> By: /s/ *Rufus T. Dorsey, IV*
>      Rufus T. Dorsey, IV
>
> Attorneys for Debtor

**SERVICE LIST**

Plan Trustee:

Kevin O'Halloran
The Colonial BancGroup, Inc.
P.O. Box 723307
Atlanta, GA 31139

Plan Committee:

Morgens, Waterfall, Vintiadis & Company, Inc.
(Attn: Michele Whalen)
600 Fifth Avenue, 27th Floor
New York, NY 10020

## Parker, Hudson, Rainer & Dobbs LLP
A LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW
303 PEACHTREE STREET, N.E.
SUITE 3600
ATLANTA, GA 30308
(404) 523-5300

Invoice Date: 10/31/2016  RTD
Invoice No.   235884

The Colonial BancGroup, Inc.
PO Box 723307
Atlanta, GA  31139
ATTN: Mr. Kevin O'Halloran

**Re: Post-Effective Date**
   **(004806/00004)**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:**   October 31, 2016

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/16 | JCB | Telephone conference with creditor regarding interim distribution | 0.10 hrs | $490 /hr | $49.00 |
| 10/13/16 | JCB | Telephone conference with Plan Trustee regarding interim distribution | 0.10 hrs | $490 /hr | $49.00 |
| 10/14/16 | JCB | Review Colonial BancGroup confirmed plan of liquidation | 0.20 hrs | $490 /hr | $98.00 |
| 10/14/16 | JCB | Draft e-mail to creditor regarding Colonial BancGroup confirmed plan of liquidation | 0.10 hrs | $490 /hr | $49.00 |
| 10/14/16 | JCB | Review and revise draft of PHR&D fee statement for September, 2016 | 0.20 hrs | $490 /hr | $98.00 |
| 10/17/16 | JCB | File review regarding fee statements for PHR&D and Holmes Costin Marcus | 0.20 hrs | $490 /hr | $98.00 |
| 10/18/16 | JCB | Review, revise and file notices of fee statements for PHR&D and Holmes Marcus for September 2016 | 0.40 hrs | $490 /hr | $196.00 |

TOTAL PROFESSIONAL FEES:       1.30 hrs       $637.00

**BILLING SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| Of Counsel | JCB | Basham Jr., Jack C. | 1.30 hrs | $490 | $637.00 |

Current Total Fees:       1.30 hrs       $637.00

**CURRENT AMOUNT DUE:** $637.00

*PAYMENT IS DUE UPON RECEIPT*