# United States Bankruptcy Court
## Middle District of Alabama

**QUARTERLY FEE STATEMENT**  Pursuant to Fed. R. Bankr. P. 2015(a)(5)

Debtor: The Colonial BancGroup, Inc.
Case #: 09-32303 (DHW)

RECEIVED JAN 24 2017 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF ALABAMA

FOR CALENDAR QUARTER ENDING: 31-Dec-16

| 1. MONTH | DISBURSEMENTS* |
|---|---|
| October, 2016 | $30,311.02 |
| November, 2016 | $271,791.02 |
| December, 2016 | $68,444.00 |
| TOTAL DISBURSEMENTS FOR QUARTER | $370,546.04 |
| 2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(a)(7) | $4,875 |
| 3. QUARTERLY FEE PAID (Attach proof of payment) | 4,875.00 |
| 4. AMOUNT OF UNPAID FEES (IF ANY) | $0 |

I, Kevin O'Halloran, acting as the duly authorized agent for the Debtor-In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATE: January 16, 2017

Signed: Carol Davis for Kevin O'Halloran as Plan Trustee
For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity of person signing this Declaration): Kevin O'Halloran as Plan Trustee

The form for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court. Payments must be made via money order or cashier's check; personal checks will not be accepted.

\* For periods after plan confirmation, disbursements include all plan payments plus all withdrawal amounts (checks, direct debits, etc.) posted to each bank account plus any cash payments.

United States Bankruptcy Court
Middle District of Alabama

CHAPTER 11 **POST CONFIRMATION REPORT** FOR THE QUARTER ENDED    31-Dec-16

Debtor    The Colonial BancGroup, Inc.    Case #: 09-32303 (DHW)

Total Disbursements for Quarter

ALL disbursements made by the debtor during the current quarter, whether under the plan must be accounted for and reported on this form and on the Quarterly Fee Statement for purposes of calculating quarterly fees.

| | |
|---|---|
| Amounts disbursed under the plan | $350,260.01 |
| Other disbursements, including operating expenses | $20,286.03 |
| **Total Disbursements** | $370,546.04 |

Summary of Amounts Distributed Under the Plan

| A. Fees and Expenses: | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| 1. Trustee Compensation | $0.00 | $0.00 | $0.00 |
| 2. F & E for Attorney for Debtor/Trustee | $100,933.02 | $7,900,987.50 | $0.00 |
| 3. Other professionals | $153,909.62 | $9,459,203.43 | $0.00 |
| 4. All expenses, including trustee | $95,417.37 | $25,088,583.85 | $0.00 |
| **B. Distributions:** | | | |
| 5. Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6. Priority Creditors | $0.00 | $633,220.66 | $0.00 |
| 7. Unsecured Creditors | $0.00 | $20,000,000.01 | $0.00 |
| 8. Equity Security Holders | $0.00 | $0.00 | $0.00 |
| 9. Other Payments or Transfers | $0.00 | $265,756,663.25 | $0.00 |
| **Total Plan Payments** | $350,260.01 | $328,838,658.70 | $0.00 |

Summary of Status on Consummation of Plan

Plan payments are current:    **YES**

If no, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.

Quarterly fees due to the Clerk, United States
Bankruptcy Court are current:    **YES**

Anticipated date of final report/motion for final decree: _____

NOTE: **You must file a quarterly fee statement with this report.**



# Quarterly Fee Report

# and

# Instructions

**Mail Fee Statement and payment to:**
    Clerk of Court
    U.S. Bankruptcy Court - MDAL
    One Church Street
    Montgomery, AL 36104

Payments must be made via money order or cashier's check; personal checks will not be accepted.

Revised 08/03/10