UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

---------------------------------------------------------x
                                                         :
In re                                                    :      Chapter 11
                                                         :
THE COLONIAL BANCGROUP, INC.,                            :      Case No. 09-32303 (DHW)
                                                         :
        Debtor.                                          :
                                                         :
---------------------------------------------------------x

NOTICE OF POST-CONFIRMATION COMPENSATION
STATEMENT FOR PARKER, HUDSON, RAINER & DOBBS LLP
AS BANKRUPTCY COUNSEL FOR THE COLONIAL BANCGROUP, INC.

PLEASE TAKE NOTICE that, in accordance with paragraph (c) of the second amendment of the *Second Amended Chapter 11 Plan of Liquidation of The Colonial BancGroup, Inc.* (as amended, the "Plan") [Doc. No. 1286-1 at 59 of 72],[1] the law firm of Parker, Hudson, Rainer & Dobbs LLP ("PHR&D") files the attached Post-Confirmation Compensation Statement for the period of April 1, 2018, through September 30, 2018, for services rendered and expenses incurred as bankruptcy counsel for the Debtor.

Copies of PHR&D's Post-Confirmation Compensation Statement will be served upon the Plan Trustee and the Plan Committee promptly after the date of this filing at the addresses on the service list below.

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to such terms in the Plan.

Dated: October 20, 2018

C. Edward Dobbs
E-mail: ced@phrd.com

Rufus T. Dorsey, IV
E-mail: rtd@phrd.com

PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Telephone No.: (404) 523-5300
Facsimile: (404) 522-8409

By: /s/ *Rufus T. Dorsey, IV*
    Rufus T. Dorsey, IV

Attorneys for Debtor

## SERVICE LIST

Plan Trustee:

Kevin O'Halloran
The Colonial BancGroup, Inc.
P.O. Box 723307
Atlanta, GA 31139


Plan Committee:

Kurt Lageschulte
Broadbill Partners II LP
c/o Broadbill Investment Partners II LP
157 Columbus Avenue
Suite 504
New York, New York 10023

Neil S. Subin
MILFAM LLC
3300 S. Dixie Highway
Suite 1-365
West Palm Beach, Florida 33405

# Parker, Hudson, Rainer & Dobbs LLP
### A LIMITED LIABILITY PARTNERSHIP

**ATTORNEYS AT LAW**
**303 PEACHTREE STREET, N.E.**
**SUITE 3600**
**ATLANTA, GA 30308**
**(404) 523-5300**

|  |  |
|---|---|
| Invoice Date: | 09/30/2018 RTD |
| Invoice No. | 251196 |
| Client # | 004806 |
| Matter # | 00004 |

The Colonial BancGroup, Inc.
PO Box 723307
Atlanta, GA  31139
ATTN: Mr. Kevin O'Halloran

**Re: Post-Effective Date**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH:   September 30, 2018**

| Code | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 | 04/20/18 RTD | Call with plan trustee on status and billing | 0.10 hrs | $560 /hr | $56.00 |
| B400 | 05/03/18 RTD | Telephone conference with plan trustee on status of case and conference with JCB on same | 0.10 hrs | $560 /hr | $56.00 |
| B110 | 05/11/18 RTD | Call to creditor counsel on inquiry | 0.10 hrs | $560 /hr | $56.00 |
| B110 | 06/05/18 RTD | Review of status and file; call with plan trustee | 0.50 hrs | $560 /hr | $280.00 |
| B110 | 06/19/18 RTD | Call with counsel for creditor on plan issue; review of plan and analyze; follow up call with creditor counsel; conference with CED on same; notes to file; prepare email to CED | 2.50 hrs | $560 /hr | $1,400.00 |
| B110 | 06/28/18 RTD | Call to plan trustee on plan question; note to file (.6); call to creditor counsel on response regarding plan question (.1); email to plan trustee on same (.3) | 1.00 hrs | $560 /hr | $560.00 |
| B310 | 09/18/18 JCB | Review documents regarding status of allowed claims against Colonial BancGroup | 0.30 hrs | $525 /hr | $157.50 |
| B310 | 09/18/18 JCB | Conferences with RTD regarding status of allowed claims against Colonial BancGroup | 0.20 hrs | $525 /hr | $105.00 |

| TOTAL PROFESSIONAL FEES: | 4.80 hrs | $2,670.50 |
|---|---|---|

## BILLING SUMMARY:

| | | | | | |
|---|---|---|---|---|---|
| Partner | RTD | Dorsey IV, Rufus T. | 4.30 hrs | $560 | $2,408.00 |
| Of Counsel | JCB | Basham Jr., Jack C. | 0.50 hrs | $525 | $262.50 |

| | | |
|---|---|---|
| Current Total Fees: | 4.80 hrs | $2,670.50 |

**CURRENT AMOUNT DUE:**                                                           $2,670.50